# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JAMI CLAIRE, KATHRYN LANE,**
**and AHMIR MURPHY,**

    Plaintiffs,

v.                                 **CASE NO.: 4:20-cv-00020-MW-MAF**

**FLORIDA DEPARTMENT OF**
**MANAGEMENT SERVICES, et al.,**

    Defendants.
_____/

## FLORIDA DEPARTMENT OF CORRECTIONS' AND SECRETARY MARK INCH'S RULE 26(A)(1) DISCLOSURES

Defendants, **MARK INCH**, in his official capacity as Secretary of the Florida Department of Corrections and the **FLORIDA DEPARTMENT OF CORRECTIONS** ("FDC" or "Department") (collectively, "FDC Defendants"), by and through undersigned counsel, and in compliance with this Court's Scheduling Order, make the following disclosures to Plaintiffs, pursuant to Rule 26(a)(1), Fed. R. Civ. P.:

## Introductory Statement

FDC Defendants' disclosures are based upon information and documents known to them at this time. FDC Defendants reserve the right to amend these disclosures in accordance with subsequently discovered facts, information, and documents. FDC Defendants further reserve the right to object in all subsequent proceedings to the use of this information and documents identified below, and further states that some or all of the information and documents referenced herein, or produced at a later time, may be subject to various objections, protective orders, and/or discovery motions and/or motions *in limine*. FDC Defendants further note that this information is set forth in these disclosures may include hearsay and other forms of information that are unreliable, irrelevant, or otherwise inadmissible as evidence. Therefore, FDC Defendants reserve all objections relating to the admissibility of evidence sought or produced herein now or hereafter. Additionally, the description of the issues and subject areas known by the individuals listed herein is not meant to include the complete foundation of all facts known by such individuals.

## Disclosures

A.  **The name and, if known, the address of each individual likely to have discoverable information that the Defendant may use to support its defenses, unless solely for impeachment:**

   1. Ahmir Murphy (Plaintiff)
      c/o Plaintiff's counsel

      One Plaintiff who has the ultimate burden of proving that the FDC Defendants committed some unlawful act or some act prohibited by existing law. Has knowledge of having one or more medical condition(s) which underlie efforts to obtain insurance coverage for specific, requested medical procedure(s). May have knowledge that the FDC Defendants lacks the ability or legal authority to provide such insurance coverage.

   2. Gregory Alan Tracine, II,
      Correctional Officer Colonel
      Florida Department of Corrections
      c/o Defendant's Counsel

      Has general knowledge of Plaintiff Murphy's job performance, job duties, compensation, and benefits eligibility. Has general knowledge of Plaintiff Murphy's efforts to seek insurance coverage for the medical procedure which is the subject of her claim as well as Plaintiff's request for reasonable accommodation in the workplace.

   3. Peter A. Heron,
      Assistant Warden
      Florida Department of Corrections
      c/o Defendant's Counsel

      Has general knowledge of Plaintiff Murphy's job performance, job duties, compensation, and benefits eligibility. Has general knowledge of Plaintiff Murphy's efforts to seek insurance coverage for the medical

procedure which is the subject of her claim as well as Plaintiff's request for reasonable accommodation in the workplace.

4. David Arthmann,
   Director, Human Resources
   Florida Department of Corrections.

   Has general knowledge as to human resource and employee benefits issues, including the "State Health Insurance Plan".

5. Jonathon Satter,
   Secretary
   Florida Department of Management Services
   c/o Co-Defendant's Counsel

   Has knowledge of the establishment and administration of the "State Insurance Plan" including the procurement of insurance vendors providing coverage under the plan.

B. **A description by category of all documents, data compilations, and tangible things that are in the possession, custody or control of the Defendant that may be used to support its defenses, unless solely for impeachment:**

   Plaintiff Murphy's Personnel File.
   Plaintiff Murphy's correspondence with FDC Defendant Employees.
   FDC Employee correspondence with Co-Defendant DMS and documents provided to FDC Defendant by Co-Defendant DMS.
   AvMed Health Insurance Plan documents.
   Correspondence between AvMed and FDC Defendant.

C. **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected**

**from disclosure, on which such computation is based, including materials bearing on the nature and extent of injury suffered.**

To the extent Fed. R. Civ. P. 26(a)(1), requires attorney's fees and costs sought by FDC Defendants be disclosed, then, and in, that event, FDC Defendants would state that they have been required to expend attorneys' fees and costs as a result of defending this action, for which FDC Defendants may be entitled.

D.   **Insurance Agreement**

FDC Defendants are provided insurance coverage pursuant to Chapter 284, Florida Statutes.

Dated this 4th day of June, 2020.

          Respectfully submitted,

          *s/ Mark K. Logan*
          **MARK K. LOGAN**
          Florida Bar No. 0494208
          E-mail: mlogan@sniffenlaw.com
          **JEFFREY D. SLANKER**
          Florida Bar No. 100391
          E-mail: jslanker@sniffenlaw.com
          **MICHAEL P. SPELLMAN**
          Florida Bar No. 937975
          E-mail: mspellman@sniffenlaw.com

          **SNIFFEN & SPELLMAN, P.A.**
          123 North Monroe Street
          Tallahassee, Florida 32301
          Telephone: (850) 205-1996
          Facsimile: (850) 205-3004
          **ATTORNEYS FOR FDC DEFENDANTS**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 4th day of June, 2020, a true copy of the foregoing was electronically filed in the U.S. District Court, Northern District of Florida, using the CM/ECF system which will send a notice of filing to all counsel of record.

                                      */s/ Mark K. Logan*
                                      **MARK K. LOGAN**