IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMI CLAIRE, et al.,**

    **Plaintiffs,**

v.                              Case No. 4:20cv20-MW/MAF

**FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES,
et al.,**

    **Defendants.**
_____/

## ORDER DENYING MOTION TO DISMISS AS MOOT

The FDC Defendants have filed their Amended Motion to Dismiss Plaintiffs' Amended Complaint. ECF No. 66. For this reason, the Motion to Dismiss of the FDC Defendants, ECF No. 59, is **denied as moot**.

**SO ORDERED on June 23, 2020.**

                              **s/ MARK E. WALKER
                              Chief United States District Judge**