# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JAMI CLAIRE, KATHRYN LANE, and**
**AHMIR MURPHY**

      **Plaintiffs,**

**v.**　　　　　　　　　　　　　　　　Case No.  **4:20cv20-MW/MAF**

**FLORIDA DEPARTMENT OF**
**MANAGEMENT SERVICES, et al.,**

      **Defendants.**
_____/

## ORDER GRANTING EXTENSION OF TIME TO
## DISCLOSE EXPERTS AND COMPLETE DISCOVERY

This Court has considered, without hearing, Defendants' Unopposed Motion for Extension of Time to Disclose Experts and Complete Discovery. ECF No. 78. The motion is **GRANTED**. Initial expert disclosures will be **due on November 16, 2020**, and rebuttal expert disclosures will be **due on December 16, 2020**. The discovery deadline is now **January 11, 2021**.

    **SO ORDERED on October 28, 2020.**

                                      **s/Mark E. Walker**
                                      **Chief United States District Judge**