# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JAMI CLAIRE et al.,**

      **Plaintiffs,**

**v.**                                          **Case No.  4:20cv20-MW/MAF**

**FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES, et al.,**

      **Defendants.**
_____/

## ORDER TO SHOW CAUSE

Plaintiffs have filed a Motion to Compel Non-Party Mercer Health and Benefits LLC to Produce Documents Responsive to Subpoena. ECF No. 81. Non-party Mercer Health and Benefits LLC is **hereby ordered to show cause** as to why Plaintiffs' motion should not be granted **on or before November 20, 2020**. The Clerk is directed to both mail and email a copy of this Order to non-party Mercer Health's point of contact in this matter.[1] Defendants are likewise directed to email a copy of this Order to Mercer Health, and file a notice with this Court when they have

---

[1] Per Exhibit 3 to Plaintiffs' motion, Mercer Health's prior objections to Plaintiff's subpoena came from litigation paralegal Ted Hattemer-Maier of Marsh & McLennan Companies, Inc. This Order should be served upon him at: Marsh & McLennan Companies, Inc., 1166 Avenue of the Americas New York, NY 10036 and Ted.Hattemer-Maier@mmc.com.

done so.

      **SO ORDERED on November 6, 2020.**

                                        **s/Mark E. Walker**
                                        **Chief United States District Judge**