**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

JAMI CLAIRE et al.,

    Plaintiffs,

vs.                                        Case No. 4:20-cv-00020-MW/MAF

FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES et al.,

    Defendants.

_____/

**<u>PLAINTIFFS' NOTICE OF FILING EXPERT DISCLOSURES</u>**

Pursuant to Fed. R. Civ. P. 26(a)(2) and this Court's Initial Scheduling Order (ECF 21), Plaintiffs, by and through undersigned counsel, notify the Court that they served their Rule 26(a)(2) expert disclosures on Defendants on November 16, 2020. Plaintiffs' expert disclosures are from Dr. Randi Ettner (Ex. 1) and Dr. Anna Kirkland (Ex. 2).

Dated: November 16, 2020    Respectfully submitted,

                                     */s/ Jodi Siegel*
                                     SIMONE CHRISS, Fla. Bar No. 124062
                                     simone.chriss@southernlegal.org
                                     KIRSTEN ANDERSON, Fla. Bar No. 17179

1

kirsten.anderson@southernlegal.org
JODI SIEGEL, Fla. Bar No. 511617
jodi.siegel@southernlegal.org
Southern Legal Counsel, Inc.
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890

DANIEL TILLEY, Fla. Bar No. 102882
dtilley@aclufl.org
ACLU Foundation of Florida
4343 West Flagler St., Suite 400,
Miami, FL 33134
(786) 363-2714

ANTON MARINO, Fla. Bar No. 1021406
amarino@aclufl.org
ACLU Foundation of Florida
4343 West Flagler St., Suite 400
Miami, FL 33134
(786) 363-2707

ERIC LINDSTROM, Fla. Bar No. 104778
elindstrom@eganlev.com
Egan, Lev, Lindstrom & Siwica, P.A.
P.O. Box 5276
Gainesville, FL 32627
(352) 672-6901

**ATTORNEYS FOR ALL PLAINTIFFS**

2

        JEFFREY HEARNE, Fla. Bar No. 512060
        jhearne@legalservicesmiami.org
        JOCELYN ARMAND, Fla. Bar No.44264
        JArmand@legalservicesmiami.org
        MIRIAM HASKELL, Fla. Bar No. 69033
        mhaskell@legalservicesmiami.org
        PAMELA FLORES, Fla. Bar No. 0124363
        pflores@legalservicesmiami.org
        Legal Services of Greater Miami, Inc.
        4343 W Flagler Street, Suite 100
        Miami, FL 33134
        (305) 438-2403

**ATTORNEYS FOR PLAINTIFF MURPHY**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 16th day of November, 2020, a true copy of the foregoing has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of electronic filing to all Plaintiffs' and Defendants' counsel of record registered with the Court for that purpose.

*/s/ Jodi Siegel*

**ATTORNEY FOR PLAINTIFFS**

3