## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**JAMI CLAIRE, KATHRYN LANE**
**And AHMIR MURPHY,**

     **Plaintiffs,**

**vs.**                      **Case No. 4:20-cv-00020-MW/MAF**

**FLORIDA DEPARTMENT OF**
**MANAGEMENT SERVICES et al.,**

     **Defendants.**
_____/

## DEFENDANTS' RULE 26(a)(2) DISCLOSURES

     Defendants, FLORIDA DEPARTMENT OF MANAGEMENT SERVICES (DMS), and JONATHAN SATTER in his official capacity as Secretary of the Florida Department of Management Services (SATTER), hereby disclose the following information pursuant to Rule 26(a)(2), Federal Rules of Civil Procedure regarding persons that may be used as expert witnesses at trial to present evidence under Rules 702, 703 or 705 of the Federal Rules of Civil Procedure. Defendants reserve the right to amend or supplement the disclosures upon discovery of additional information relevant to this matter, including the need to contradict or rebut evidence on the same subject when such opinion information is disclosed in a written report by Plaintiff pursuant to Rule 26(a)(2).

1.      Stephen B. Levine
        6415 Gates mills Blvd
        Mayfield Heights, Ohio 44124

        Dr. Levine's report is attached hereto and includes the information required by Rule 26(a)(2).

2.      Additional persons and witnesses that were not retained as expert witnesses and thus not required to prepare a report, but may be used to present evidence that may be considered to be testimony of an expert under the meaning of Federal Rules of Evidence 702, 703, or 705 (i.e. technical or specialized knowledge), have been previously identified in Defendant's initial and supplemental Rule 26 disclosures this case, and include each of the following persons(s):

        a.      Dearline Thomas-Brown
                DMS Legal Consultant
                c/o J. Steven Carter and Miriam R. Coles
                Henry Buchanan, P.A

                **The subject matter on which the witness is expected to present evidence under Federal Rule of Evidence 702, 703, or 705; and a summary of the facts and opinions to which the witness is expected to testify:**

                The subject matter of Ms. Thomas-Brown's testimony will be primarily factual but may include hybrid fact/opinion testimony regarding the following: The relationship between DMS and third party plan administrators; how coverage determinations are made under the State Health Plan, including the process for making decisions regarding level II appeals to DMS; state Health Plan exclusions; and treatment and services that have been covered historically and how such determinations were made, as well as categories of treatment or services that may or may not be covered under the State Health Plan and how such determinations are reached. For example, Ms. Dearline Thomas-Brown will testify regarding the coverage and treatment provided for Gender Dysphoria as well as other psychological diagnoses under the State Health Plan.

2

Dated this 16th day of November 2020.

HENRY BUCHANAN, P.A.

*s/ Miriam R. Coles*
J. STEVEN CARTER
Florida Bar No. 896152
scarter@henryblaw.com
MIRIAM R. COLES
Florida Bar No. 58402
mcoles@henryblaw.com
Post Office Drawer 14079
Tallahassee, Florida 32317-4079
(850) 222-2920: Telephone
(850) 224-0034: Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed via the CM/ECF, which automatically provides electronic documentation/notification of this filing to all attorneys of record on this 16th day of November 2020.

*s/ Miriam R. Coles*
MIRIAM R. COLES

**Expert Report of Stephen B. Levine**
**Claire et. a. v. DMS et. al**
**November 16, 2020**

**My Credentials:**

Please refer to my curriculum vitae for a complete description of my qualifications, prior testimony and publications. I am Clinical Professor of Psychiatry at Case Western Reserve University School of Medicine, and maintain an active private clinical practice. I received my MD from Case Western Reserve University in 1967, and completed a psychiatric residency at the University Hospitals of Cleveland in 1973. I became an Assistant Professor of Psychiatry at Case Western in 1973, and became a Full Professor in 1985.

Since July 1973 my specialties have included psychological problems and conditions relating to sexuality and sexual relations, therapies for sexual problems, and the relationship between love and intimate relationships and wider mental health. In 2005, I received the Masters and Johnson Lifetime Achievement Award from the Society of Sex Therapy and Research. I am a Distinguished Life Fellow of the American Psychiatric Association.

I have served as a book and manuscript reviewer for numerous professional publications. I have been the Senior Editor of the first (2003), second (2

2010) and third (2016) editions of the Handbook of Clinical Sexuality for Mental Health Professionals. In addition to five other solo-authored books, I have authored Psychotherapeutic Approaches to Sexual Problems, published in 2020; it has a chapter titled "The Gender Revolution."

I first encountered a patient suffering what we would now call gender dysphoria in July 1973. In 1974, I founded the Case Western Reserve University Gender Identity Clinic, and have served as Co-Director of that clinic since that time. Across the years, our Clinic treated hundreds of patients who were experiencing a transgender identity.

1

I was an early member of the Harry Benjamin International Gender Dysphoria Association (later known as WPATH) and served as the Chairman of the Standards of Care Committee that developed the 5th version of its Standards of Care in 1999.

In 1993 the Case Western Reserve University Gender Identity Clinic was renamed, moved to a new location, and became independent of CWRU. I continue to serve as Co-Director.

In 2006, Judge Mark Wolf of the Eastern District of Massachusetts asked me to serve as an independent, court-appointed expert in a litigation involving the treatment of a transgender inmate within the Massachusetts prison system. I have been retained by the Massachusetts Department of Corrections as a consultant on the treatment of transgender inmates since 2007.

In this statement, I offer information and my own expert opinions concerning a number of aspects of the phenomenon of gender dysphoria and transgender identity, as well as the competing views among mental health professionals as to the appropriate therapeutic responses for patients who experience gender dysphoria.

**Basis of Opinions:**

In forming my opinions I reviewed the medical records of Jamie Claire, Ahmir Murphy and Kathryn Lane, as well as the literature cited within my report. My opinions are also based on my years of training and experience in the field. Any exhibits used to summarize or support my opinions would include the literature cited within my report.

**Statement of Compensation:**

I have been retained to review this case at a rate of $400 per hour.

**Statement of Opinions the witness will express and the based and reasons for them:**

### I.      The biological baseline of sex

The sex of a human individual at its core structures the person's biological reproductive capabilities—to produce ova and bear children as a mother, or to produce semen and beget children as a father. As physicians know, sex

determination occurs at the instant of conception, depending on whether a sperm's X or Y chromosome fertilizes the egg. Medical technology can now be used to determine a fetus's sex before birth almost as easily as after birth. It is not correct to assert that doctors "designate" or "assign" the sex of a child at birth. Instead, they simply recognize the existing fact of that child's sex. Barring rare disorders of sexual development, anyone can identify the sex of an infant by genital inspection. Moreover, every nucleated cell of an individual's body is chromosomally identifiably male or female—XY or XX.

The self-perceived gender of a child, in contrast, arises in part from how others label the infant and toddler, and acceptance of the designated gender occurs more than 99% of the time. Anomalous gender identity formation raises a few questions including the following: Is it biologically determined? Is it biologically shaped? Is it the product of how the child was privately regarded and treated? Does it stem from trauma-based rejection of maleness or femaleness, and if so, flowing from what trauma? Does it derive from a tense, chaotic interpersonal parental relationship without physical or sexual abuse? Is it a symptom of another, as of yet unrevealed, emotional disturbance or neuropsychiatric condition (autism)? The answers to these relevant questions are not scientifically known.

Under the influence of hormones secreted by the testes or ovaries, numerous additional sex-specific differences between male and female bodies continuously develop postnatally, culminating in the dramatic maturation of the primary and secondary sex characteristics with puberty. These include differences in hormone levels, height, weight, bone mass, internal organ size, shape and development, musculature, body fat levels and distribution, and hair patterns, as well as physiological differences such as menstruation. These are genetically programmed biological consequences of sex, which also serve to influence the consolidation of conventional gender identity during and after puberty.

Despite the increasing ability of hormones and various surgical procedures to reconfigure some male bodies to visually pass as female, or vice versa, the biology of the person remains as defined by his (XY) or her (XX) chromosomes, which leads to cellular, anatomic, and physiologic characteristics and to particular disease vulnerabilities associated with that chromosomally-defined sex. For instance, the XX (genetically female) individual who takes testosterone to stimulate male

3

secondary sex characteristics will nevertheless remain unable to produce sperm and father children. It is true that hormone therapy and social transition can significantly change a person's physical appearance But in critical respects this change can only be "skin deep." Contrary to assertions and hopes that medicine and society can fulfill the aspiration of the trans individual to become "a complete man" or "a complete woman," this is not biologically attainable.[1] Some adolescents and adults can pass unnoticed as the opposite gender—but with limitations, costs, and risks, as I detail later.

The term "transgender" describes a person whose gender identity does not match their biological sex. Not all persons who identify as transgender have a diagnosis of gender dysphoria, discussed at length below. Not all individuals with gender dysphoria want or need surgical intervention. Some individuals with gender dysphoria may only change their name or gender designation. Others may rely on hormone therapy. Others may seek surgical interventions to change their sex characteristics. Those who have undergone surgical interventions on their genitals or natal females who have had their breasts surgically removed are sometimes also referred to transsexual persons.

## II.    Definition and diagnosis of gender dysphoria

Specialists have used a variety of terms over time, with somewhat shifting definitions, to identify and speak about a distressing incongruence between an individual's sex as determined by their chromosomes and their thousands of genes, and the gender with which they identify. Today's American Psychiatric Association Diagnostic and Statistical Manual of Mental Disorders ("DSM-5") employs the term Gender Dysphoria.

There are at least five distinct pathways to gender dysphoria: early childhood onset; onset near or after puberty with no prior cross gender patterns; onset after defining oneself as gay for several or more years and participating in a homosexual

---

[1] S. Levine (2018), Informed Consent for Transgendered Patients, J. OF SEX & MARITAL THERAPY, at 6, DOI: 10.1080/0092623X.2018.1518885 ("Informed Consent"); S. Levine (2016), Reflections on the Legal Battles Over Prisoners with Gender Dysphoria, J. AM. ACAD. PSYCHIATRY LAW 44, 236 at 238 ("Reflections")

life style; adult onset after years of heterosexual transvestism; and onset in later adulthood with few or no prior indications of cross-gender tendencies or identity.

Gender dysphoria has very different characteristics depending on age and sex at onset. Young children who are living a transgender identity commonly suffer materially fewer symptoms of concurrent mental distress than do older patients.[2] The developmental and mental health patterns for each of these groups are sufficiently different that data developed in connection with one of these populations cannot be assumed to be applicable to another.

The criteria used in DSM-5 to identify Gender Dysphoria include a number of signs of discomfort with one's natal sex and vary somewhat depending on the age of the patient, but in all cases require "clinically significant distress or impairment in . . . important areas of functioning" such as social, school, or occupational settings. When these criteria are not met, two other diagnoses may be given. These are: Other Specified Gender Dysphoria and Unspecified Gender Dysphoria.

Children and adolescents, for example, who conclude that they are transgender are often unaware of a vast array of adaptive possibilities for how to live life as a man or a woman—possibilities that become increasingly apparent over time to both males and females. A boy or a girl who claims or expresses interest in pursuing a transgender identity often does so based on stereotypical notions of femaleness and maleness that reflect constrictive notions of what men and women can be.[3] A young child's—or even an adolescent's—understanding of this topic is quite limited. Certain groups of children display a greater prevalence of gender dysphoria: those of color, those with mental developmental disabilities, particularly autism. (at a rate more than 7x the general population), those residing in foster care homes, adopted children (at a rate more than 3x the general population), those with a prior history of psychiatric illness, and during the previous decade young

---

[2] K. Zucker (2018), The Myth of Persistence: Response to "A Critical Commentary on Follow-Up Studies & 'Desistance' Theories about Transgender & Gender Non-Conforming Children" by Temple Newhook et al., INT'L J. OF TRANSGENDERISM at 10, DOI: 10.1080/15532739.2018.1468293 ("Myth of Persistence").

[3] S. Levine (2017), Ethical Concerns About Emerging Treatment Paradigms for Gender Dysphoria, J. OF SEX & MARITAL THERAPY at 7, DOI: 10.1080/0092623X.2017.1309482 ("Ethical Concerns").

adolescent girls (in a large recent study, at a rate more than 2x that of boys).[4] The social transitioning, hormonal, and surgical paths that are often facilitated by gender clinics may lead to life-long sterility, which may only lead to despair ten or more years later.

**Competing conceptual models of gender dysphoria and transgender identity**

Discussions about appropriate responses by mental health professionals ("MHPs") to actual or sub-threshold gender dysphoria are complicated by the fact that various speakers and advocates (or a single speaker at different times) view transgenderism through at least three very different paradigms, often without being aware of, or at least without acknowledging, the distinctions.

Gender dysphoria is conceptualized and described by some professionals and laypersons as though it were a serious, physical medical illness that causes suffering, comparable, for example, to prostate cancer, a disease that is curable before it spreads. Within this paradigm, whatever is causing distress associated with gender dysphoria—whether secondary sex characteristics such as facial hair, nose and jaw

---

[4] 4 G. Rider et al. (2018), Health and Care Utilization of Transgender/Gender NonConforming Youth: A Population Based Study, PEDIATRICS at 4, DOI: 10.1542/peds.2017-1683. (In a large sample, non-white youth made up 41% of the set who claimed a transgender or gender-nonconforming identity, but only 29% of the set who had a gender identity consistent with their sex.) 5 D. Shumer & A. Tishelman (2015), The Role of Assent in the Treatment of Transgender Adolescents, INT. J. TRANSGENDERISM at 1, DOI: 10.1080/15532739.2015.1075929. 6 D. Shumer et al. (2016), Evaluation of Asperger Syndrome in Youth Presenting to a Gender Dysphoria Clinic, LGBT HEALTH, 3(5) 387 at 387. 7 D. Shumer et al. (2017), Overrepresentation of Adopted Adolescents at a HospitalBased Gender Dysphoria Clinic, TRANSGENDER HEALTH Vol. 2(1) 76 at 77. 8 L. Edwards-Leeper et al. (2017), Psychological Profile of the First Sample of Transgender Youth Presenting for Medical Intervention in a U.S. Pediatric Gender Center, PSYCHOLOGY OF SEXUAL ORIENTATION AND GENDER DIVERSITY, 4(3) 374 at 375 ("Psychological Profile"); R. Kaltiala-Heino et al. (2015), Two Years of Gender Identity Service for Minors: Overrepresentation of Natal Girls with Severe Problems in Adolescent Development, CHILD & ADOLESCENT PSYCHIATRY & MENTAL HEALTH 9(9) 1 at 5. (In 2015 Finland gender identity service statistics, 75% of adolescents assessed "had been or were currently undergoing child and adolescent psychiatric treatment for reasons other than gender dysphoria."); L. Littman (2018), Parent Reports of Adolescents & Young Adults Perceived to Show Signs of a Rapid Onset of Gender Dysphoria, PLoS ONE 13(8): e0202330 at 13 (Parental survey concerning adolescents exhibiting Rapid Onset Gender Dysphoria reported that 62.5% of gender dysphoric adolescents had "a psychiatric disorder or neurodevelopmental disability preceding the onset of gender dysphoria."

shape, presence or absence of breasts, or the primary anatomical sex organs of testes, ovaries, penis, or vagina—should be removed to alleviate the illness. The promise of these interventions is the cure of the gender dysphoria.

It should be noted, however, that gender dysphoria is a **psychiatric**, not a medical, diagnosis. Since its inception of transsexualism in the DSM-III in 1983, it has always been specified in the psychiatric DSM manuals and is not specified in medical diagnostic manuals. Notably, **gender dysphoria is the only psychiatric condition to be treated by surgery**, even though no endocrine or surgical intervention package corrects any identified biological abnormality. (Levine, Reflections, at 240.) Prior to 1992 ses reassignment surgery was considered experimental.

Gender dysphoria is alternatively conceptualized in developmental terms, as an adaptation to a psychological problem that was first manifested as a failure to establish a comfortable conventional sense of self in early childhood. This paradigm starts from the premise that all human lives are influenced by past processes and events. Trans lives are not exceptions to this axiom. (Levine, Reflections, at 238.) Mental Health Professionals who think of gender dysphoria through this paradigm may work both to identify and address causes of the basic problem of the deeply uncomfortable self, and also to ameliorate suffering when the underlying problem cannot be solved. They work with the patient and (ideally) family to inquire what forces may have led to the trans person repudiating the gender associated with his sex. The developmental paradigm is mindful of temperamental, parental bonding, psychological, sexual, and physical trauma influences, and the fact that young children work out their psychological issues through fantasy and play.

In addition, the developmental paradigm recognizes that, with the important exception of genetic sex, essentially all aspects of an individual's identity (and there are many) evolve—often markedly—across the individual's lifetime. This includes gender.

Some advocates assert that a transgender identity is biologically caused, fixed from early life, and eternally present in an unchanging manner. This assertion,

however, is not supported by science.[5] Although numerous studies have been undertaken to attempt to demonstrate a distinctive physical brain structure associated with transgender identity, as of yet there is no evidence that these patients have any defining abnormality in brain structure that precedes the onset of gender dysphoria. The belief that gender dysphoria is the consequence of brain structure is challenged by the sudden increase in incidence of child and adolescent gender dysphoria and teen girls over the last twenty years in North America and Europe. Meanwhile, multiple studies have documented rapid shifts in gender ratios of patients presenting for care with gender-related issues, pointing to cultural influences,[6] while a recent study documented "clustering" of new presentations in specific schools and among specific friend groups, pointing to social influences (Littman). Both of these findings strongly suggest cultural factors. From the beginning of epidemiological research into this arena, there have always been some countries, Poland and Australia, for example, where the sex ratios were reversed as compared to North America and Europe, again demonstrating a powerful effect of cultural influences.

Further, as I detail later below, many studies and clinical observations confirm that gender identity can and does change or evolve over time for many individuals. And recent studies and anecdotal reports provide strong, if preliminary, evidence that therapeutic choices can have a powerful effect on whether and how gender identity does change, or gender dysphoria desists.

The third paradigm through which gender dysphoria is alternatively conceptualized is from a sexual minority rights perspective. Under this paradigm, any response other than medical and societal affirmation and implementation of a patient's claim to "be" the opposite gender is a violation of the individual's civil right to self-expression. Any effort to ask "why" questions about the patient's condition, or to address underlying causes, is viewed as a violation of the patient's autonomy and civil rights. In the last few years, this paradigm has been successful in influencing public policy and the education of pediatricians, endocrinologists, and

---

[5] Even the advocacy organization The Human Rights Campaign asserts that a person can have "a fluid or unfixed gender identity." https://www.hrc.org/resources/glossary-of-terms.
[6] Levine, Ethical Concerns, at 8 (citing M. Aitken, T. D. Steensma, et al. (2015), Evidence for an Altered Sex Ratio in Clinic-Referred Adolescents with Gender Dysphoria, J. OF SEXUAL MEDICINE 12(3) 756 at 756-63)

many mental health professionals. Obviously this is not a medical or psychiatric perspective.

### III.   Competing models of therapy of children and adolescents

Because of the complexity of the human psyche and the difficulty of running controlled experiments in this area, substantial disagreements among professionals about the causes of psychological disorders, and about the appropriate therapeutic responses, are not unusual. When we add to this the very different paradigms for understanding transgender phenomena discussed above, it is not surprising that such disagreements also exist with regard to appropriate therapies for patients experiencing gender-related distress. I summarize below the leading approaches, and offer certain observations and opinions concerning them.

### (1) The "watchful waiting" therapy model

When a pre-adolescent child presents with gender dysphoria, a "watchful waiting" approach seeks to allow for the fluid nature of gender identity in children to naturally evolve— that is, take its course from forces within and surrounding the child. Watchful waiting has two versions: a. Treating any other psychological co-morbidities—that is, other mental illnesses or problems as defined by DSM-5—that the child may exhibit (separation anxiety, bedwetting, eating disorder, self-harming behaviors, attention deficit disorder, obsessive-compulsive disorder) without a focus on gender (model #1); and b. No treatment at all for anything but a regular follow-up appointment. This is labeled a "hands off" approach. Many mental health professionals, me included, feel that watchful waiting with our without treatment of underlying or accompanying difficulties is best for children and adolescents. This is because pursuing gender reassignment can  be a dangerous, to the person's future. The early support for transition is not unproven, it is an unjustified life-changing intervention for a child or adolescent. Hormonal intervention of individuals at early puberty interferes with natural processes of psychosocial, brain and physical development.

### (2) The psychotherapy model: Alleviate distress by identifying and addressing causes

One of the foundational principles of psychotherapy has long been to work with a patient to identify the causes of observed psychological distress and then to address those causes as a means of alleviating the distress. The National Institute of Mental Health has promulgated the idea that 75% of adult psychopathology has its origins in childhood experience. Many experienced practitioners in the field of gender dysphoria, including myself, have believed that it makes sense to employ these long-standing tools of psychotherapy for all patients of whatever age who are experiencing gender dysphoria.   The therapy process, which differs markedly between children, teenagers, and adults seeks to identify the factors in the patient's life that contribute to the patient's repudiation of his or her natal sex. (Levine, Ethical Concerns, at 8.) In adolescents and adults, the therapy process is an unhurried process of reviewing the well-known risks of trans lives. Relieving accompanying psychological co-morbidities leaves the patient freer to consider the pros and cons of transition as he or she matures.  I and others have reported success in alleviating distress in this way for at least some patients, whether or not the patient's discomfort with his or her natal sex entirely dissipated.

Among other things, the psychotherapist who is applying traditional methods of psychotherapy may help—for example—the male patient appreciate the wide range of masculine emotional and behavioral patterns available to him as he grows older. The therapist may discuss with the patient that one does not have to become a "woman" in order to be kind, compassionate, caring, noncompetitive, and devoted to others' feelings and needs.[7] Many biologically male trans individuals, from childhood to older ages, speak of their perceptions of femaleness as enabling them to discuss their feelings openly, whereas they perceive boys and men to be constrained from emotional expression within the family and larger culture. Men, of course, can be emotionally expressive, just as they can wear pink. Converse examples can be given for girls and women. These ideas regularly arise during psychotherapies.

As I note above, many gender-nonconforming children and adolescents in recent years derive from minority and vulnerable groups who have reasons to feel isolated and have an uncomfortable sense of self. A trans identity may be a hopeful

---

[7] 11 S. Levine (2017), Transitioning Back to Maleness, ARCH. OF SEXUAL BEHAVIOR at 7, DOI: 10.1007/s10508-017-1136-9) ("Transitioning").

10

attempt to redefine the self in a manner that increases their comfort and decreases their anxiety. The incongruence between the trans person's anatomy and gender identity may be a product of a more basic incongruence between the idealized notion of one's personhood and the disappointing experience of oneself.  The clinician who uses traditional methods of psychotherapy may not focus on their gender identity, but instead work to help them to address the actual non-anatomic sources of their discomfort. Success in this effort may remove or reduce the desire for a redefined identity. Discomfort and disappointment in oneself may have their origins in disruptions in their attachment to parents for vulnerable children.  Children in the foster care system may be an good example.

Because "watchful waiting" can include treatment of accompanying psychological co-morbidities, and the psychotherapist who hopes to relieve gender dysphoria may focus on potentially causal sources of psychological distress rather than on the gender dysphoria itself, there is no sharp line between "watchful waiting" and the psychotherapy model in the case of prepubescent children.

 To my knowledge, there is no evidence beyond anecdotal reports that psychotherapy can enable a return to male identification for genetically male boys, adolescents, and men, or return to female identification for genetically female girls, adolescents, and women. On the other hand, anecdotal evidence of such outcomes does exist; I and other clinicians have witnessed reinvestment in the patient's biological sex in some individual patients who are undergoing psychotherapy. The Internet contains many such reports, and I have published a paper on a patient who sought my therapeutic assistance to reclaim his male gender identity after 30 years living as a woman and is in fact living as a man today. (Levine, Transitioning, at 1.) I have seen children desist even before puberty in response to thoughtful parental interactions and a few meetings of the child with a therapist.

### (3) The affirmation therapy model

While it is widely agreed that the therapist should not directly challenge a claimed transgender identity in a child, some advocates and practitioners go much further by promoting and recommending that any expression of transgender identity should be immediately accepted as decisive, and should be thoroughly affirmed by means of consistent use of clothing, toys, pronouns, etc., associated with aspired to

11

identity. As I understand it, this is justification for males who assert a female gender identity must be permitted to compete in girls' or women's athletic events. These advocates treat any question about the causes of the child's transgender identification as inappropriate and irrelevant.  They assume that observed psychological co-morbidities in the children or their families are unrelated or will get better with transition.  Therefore, they need not be addressed by the MHP who is supporting  the individual's social transition..

Some advocates, indeed, assert that unquestioning affirmation of any claim of transgender identity, even in children is ideal. However, it should be noted that "almost all clinics and professional associations in the world" do not use "gender affirmation" for prepubescent children and instead "delay any transitions after the onset of puberty."[8] [9] Numerous health care professionals challenged the notion that gender transition is safe or effective for children or adolescence[10], pointing out that the medical literature does not support this assertion.[11] Further, a disturbingly large proportion of children and adolescents who seek professional care in connection

---

[8] J. Cantor (2019), Transgender and Gender Diverse Children and Adolescents: Fact Checking of AAP Policy, J. OF SEX & MARITAL THERAPY at 1, DOI: 10.1080.0092623X.2019.1698481

[9] It is notable that even the Standards of Care published by WPATH, an organization which in general leans strongly towards affirmation in the case of adults, do not specify affirmation of transgender identity as the indicated therapeutic response for young children. Instead, the WPATH Standards of Care recognize that social transition in early childhood "is a controversial issue, and divergent views are held by health professionals"; state that "[t]he current evidence base is insufficient to predict the long-term outcomes of completing a gender role transition during early childhood"; and acknowledge that "previously described relatively low persistence rates of childhood gender dysphoria" are "relevant" to the wisdom of social transition in childhood. (WPATH SOC p. 17.)

[10] Bannerman, (2019) https://www.thetimes.co.uk/article/calls-to-end-transgender-experiment-on-children-k792rfj7d

[11] Jarrett, (2018) https://digest.bps.org.uk/2018/07/23/systematic-review-puberty-suppressing-drugs-do-not-alleviate-gender-dysphoria/

with gender issues have a wider history of psychiatric co-morbidities. (See supra n. 9.)[12]

## IV.    Understanding the WPATH and its "Standards of Care"

Plaintiffs assert that the WPATH Standards of Care are "widely accepted. Accordingly, I provide some context concerning that private organization and its Standards of Care.

I was a member of the Harry Benjamin International Gender Dysphoria Association from 1974 until 2001. From 1997 through 1998, I served as the Chairman of the eight-person International Standards of Care Committee that issued the fifth version of the Standards of Care. I resigned my membership in 2002 due to my regretful conclusion that the organization and its recommendations had become dominated by politics and ideology, rather than by scientific process, as it was years earlier. In approximately 2007, the Henry Benjamin International Gender Dysphoria Association changed its name to the World Professional Association for Transgender Health.

WPATH is a voluntary membership organization. Since at least 2002, attendance at its biennial meetings has been open to trans individuals who are not licensed professionals. While this ensures taking patients' needs into consideration, it limits the ability for honest and scientific debate, and means that WPATH can no longer be considered a purely professional organization.

WPATH takes a decided view on issues as to which there is a wide range of opinion among professionals. WPATH explicitly views itself as not merely a scientific organization, but also as an advocacy organization. (Levine, Reflections, at 240.) WPATH is supportive to those who want sex reassignment surgery ("SRS"). Skepticism as to the benefits of SRS to patients, and strong alternate views, are not well tolerated in discussions within the organization or their educational outreach

---

[12] A 2017 study from the Boston Children's Hospital Gender Management Service program reported that: "Consistent with the data reported from other sites, this investigation documented that 43.3% of patients presenting for services had significant psychiatric history, with 37.1% having been prescribed psychotropic medications, 20.6% with a history of self-injurious behavior, 9.3% with a prior psychiatric hospitalization, and 9.3% with a history of suicide attempts." (L. Edwards-Leeper, Psychological Profile, at 375.)

13

programs, and particularly among the members who are not mental health professions.

The WPATH Standards of Care ("SOC") is the product of an enormous effort to be balanced, but it is not a politically neutral document. WPATH aspires to be both a scientific organization and an advocacy group for the transgendered. These aspirations sometimes conflict. The limitations of the Standards of Care, however, are not primarily political. They are caused by the lack of rigorous research in the field, which allows room for passionate convictions on how to care for the transgendered.

In recent years, WPATH has fully adopted some mix of the medical and civil rights paradigms. It has downgraded the role of counseling or psychotherapy as a requirement for these life-changing processes. WPATH no longer considers preoperative psychotherapy to be a requirement. It is important to WPATH that the person has gender dysphoria; the pathway to the development of this state is not. (Levine, Reflections, at 240.) The trans person is assumed to have thoughtfully considered his or her options before seeking hormones, for instance.

Most psychiatrists and psychologists who treat patients suffering sufficiently severe distress from gender dysphoria to seek inpatient psychiatric care are not members of WPATH. Many psychiatrists, psychologists, and pediatricians who treat some patients suffering gender dysphoria on an outpatient basis are not members of WPATH. WPATH represents a self-selected subset of the profession along with its many non-professional members; it does not capture the clinical experiences of others. WPATH claims to speak for the medical profession; however, it does not welcome skepticism and therefore, deviates from the philosophical core of medical science. For example, in 2010 the WPATH Board of Directors issued a statement advocating that incongruence between sex and felt gender identity should cease to be identified in the DSM as a pathology. This position was debated but not adopted by the (much larger) American Psychiatric Association, which maintained the definitions and diagnoses of gender dysphoria as a pathology in the DSM-5 manual issued in 2013.

In my experience most current members of WPATH have little ongoing experience with the mentally ill, and many trans care facilities are staffed by MHPs

who are not deeply experienced with recognizing and treating frequently associated psychiatric comorbidities. Because the 7th version of the WPATH SOC deleted the requirement for therapy, trans care facilities that consider these Standards sufficient are permitting patients to be counseled to transition by means of social presentation, hormones, and surgery by individuals with masters rather than medical degrees. As a result of the downgrading of the role of the psychiatric assessment of patients, new "gender affirming" clinics have quickly arisen in many urban settings.

While the WPATH standard are assumed to be scientifically established, they are in fact, compassionate political ideas thought to ameliorate the obviously troubled lives of this population rather than focusing on clinical research and evidence-based outcomes. The eighth version of the Standards of Care was originally scheduled to appear in 2019 but now is targeted for 2021. A number for factors may have slowed the process including: recognition that even fully treated individuals have significant prevalence of social and psychiatric limitations, increasing numbers of trans youth define themselves as non-binary and changing, and there is uncertainty and increasing social controversy about what to do with trans kids and feminine girls who respond to their early puberty by declaring themselves to be trans males.

### Research in Gender dysphoria has low scientific quality.

Prominent voices in the field have emphasized the severe lack of scientific knowledge in this field. The American Academy of Child and Adolescent Psychiatry has recognized that "Different clinical approaches have been advocated for childhood gender discordance. . . . There have been no randomized controlled trials of any treatment. . . . [T]he proposed benefits of treatment to eliminate gender discordance … must be carefully weighed against … possible deleterious effects." (Adelson et al., Practice Parameter, at 968–69.)

Similarly, the American Psychological Association has stated, "because no approach to working with [transgender and gender nonconforming] children has been adequately, empirically validated, consensus does not exist regarding best practice with pre-pubertal children."

Critically, "there are no randomized control trials with regard to treatment of children with gender dysphoria." (Zucker, Myth of Persistence, at 8.) On numerous

critical questions relating to cause, developmental path if untreated, and the effect of alternative treatments, the knowledge-base remains primarily at the level of the practitioner's exposure to individual cases, or multiple individual cases. As a result, claims to certainty are not justifiable. (Levine, Reflections, at 239.)

A review of 28 studies of outcomes from hormonal therapy in connection with sex reassignment reported that these studies provided only "very low quality evidence" for a variety of reasons.[13] Large gaps exist in the medical community's knowledge regarding the long-term effects of Sexual Reassignment Surgery (also now known as Gender Confirming Surgery) and other gender identity disorder treatments in relation to their positive or negative correlation to suicidal ideation, attempts, and completion. What is known, however, is not encouraging.

With respect to suicide, individuals with gender dysphoria are well known to commit suicide or otherwise suffer increased mortality before and after not only social transition, but also before and after SRS. (Levine, Reflections, at 242.) Suicide, however, does not explain most of the premature mortality of this group which has more infectious, cardiovascular, and cancer deaths as well. The death rates of trans US veterans are comparable to those with schizophrenia and bipolar diagnoses—20 years earlier than expected. Similarly, researchers in Sweden and Denmark have reported on almost all individuals who underwent sex-reassignment surgery over a 30-year period.[14] The Swedish follow-up study found a suicide rate in the post-SRS population 19.1 times greater than that of the controls; both studies demonstrated elevated mortality rates from medical and psychiatric conditions. (Levine, Ethical Concerns, at 10.)  A more recent study from Sweden demonstrated a 3.5 fold increase in suicide compared the general population.

---

[13] H. Murad et al., Hormonal therapy and sex reassignment: a systematic review and meta-analysis of quality of life and psychosocial outcomes. CLINICAL ENDOCRINOLOGY 2010; 72(2): 214-231. See also R. D'Angelo, Psychiatry's ethical involvement in gender-affirming care, AUSTRALASIAN PSYCHIATRY 2018, Vol 26(5) 460-463, noting the large number of nonresponders in follow-up outcome studies, and observing that "it is generally not known whether they are alive or dead," and that "it is . . . pure speculation to assume that none committed suicide."
[14] C. Dhejne et al. (2011), Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden, PLOS ONE 6(2) e16885 ("Long Term"); R. K. Simonsen et al. (2016), Long-Term Follow-Up of Individuals Undergoing Sex Reassignment Surgery: Psychiatric Morbidity & Mortality, NORDIC J. OF PSYCHIATRY 70(4).

No studies show that affirmation of children (or anyone else) reduces suicide, prevents suicidal ideation, or improves long-term outcomes, as compared to either a "watchful waiting" or a psychotherapeutic model of response, as I have described above.[15]

A number of data sets have also indicated significant concerns about wider indicators of physical and mental health, including ongoing functional limitations; substance abuse, depression, and psychiatric hospitalizations; and increased cardiovascular disease, cancer, asthma, and COPD.[16] Worldwide estimates of HIV infection among transgendered individuals are up to 17-fold higher than the cisgender population. (Levine, Informed Consent, at 6.)

Instead, transition of any sort must be justified, if at all, as a life-enhancing measure, not a lifesaving measure. (Levine, Reflections, at 242.) In my opinion, this is an important fact that patients, parents, and even many MHPs fail to understand.

## V.   Physical risks associated with transition

### (1) Sterilization

There is not good scientific evidence that genital conformation surgery (better known historically as sex reassignment surgery [SRS]) results in better long-term mental health outcomes. What is certain, however, is that SRS that removes testes, ovaries, or the uterus is inevitably sterilizing. While by no means all transgender adults elect SRS, many patients do ultimately feel compelled to take this serious step in their effort to live fully as the opposite phenotypic sex. More immediately, practitioners recognize that the administration of cross-sex hormones, which is often

---

[15] A recent article, J. Turban et al. (2020), Puberty Suppression for Transgender Youth and Risk of Suicidal Ideation, PEDIATRICS 145(2), DOI: 10.1542/peds.2019-1725, has been described in press reports as demonstrating that administration of puberty suppressing hormones to transgender adolescents reduces suicide or suicidal ideation. The paper itself does not make that claim, nor permit that conclusion.

[16] G. Zeluf, C. Dhejne et al. (2016), Health, Disability and Quality of Life Among Trans People in Sweden—A Web-Based Survey, BMC PUBLIC HEALTH 16(903), DOI: 10.1186/s12889- 016- 3560-5; C. Dhejne, R. Van Vlerken et al. (2016), Mental Health & Gender Dysphoria: A Review of the Literature, INT'L REV. OF PSYCHIATRY 28(1) 44;  C. Dragon, P. Guerino, et al. (2017), Transgender Medicare Beneficiaries & Chronic Conditions: Exploring Fee-for-Service Claims Data, LGBT HEALTH 4(6) 404, DOI: 10.1089/lgbt.2016.0208.

viewed as a less "radical" measure, and is now increasingly done to minors, creates at least a risk of irreversible sterility.[17]

### (2) Loss of sexual response

In the case of males, the cross-sex administration of estrogen limits penile genital function. Much has been written about the negative psychological and relational consequences of anorgasmia among non-transgender individuals that is ultimately applicable to the transgendered. (Levine, Informed Consent, at 6.)

Puberty blockers prevent maturation of the sexual organs and response. Some, and perhaps many, transgender individuals who transitioned as children and thus did not go through puberty consistent with their sex face significantly diminished sexual response as they enter adulthood and are unable ever to experience orgasm. This and other sexual consequences of social, endocrine, and surgical transition have recently been extensively documented.[18]

### (3) Other effects of hormone administration.

It is well known that many effects of cross-sex hormones cannot be reversed should the patient later regret his transition. After puberty, the individual who wishes to live as the opposite sex will in most cases have to take cross-sex hormones for most of life.

The long-term health risks of this major alteration of hormonal levels have not yet been quantified in terms of exact risk.[19] However, a recent study found greatly elevated levels of strokes and other acute cardiovascular events among male-to-

---

[17] See C. Guss et al., TGN Adolescent Care at 4 ("a side effect [of cross-sex hormones] may be infertility") and 5 ("cross-sex hormones . . . may have irreversible effects"); Tishelman et al., Serving TG Youth at 8 (Cross-sex hormones are "irreversible interventions" with "significant ramifications for fertility").

[18] Holmberg M, Arver S, Dhejne C. (2020) Improving Sexual Function and Pleasure in Transgender Persons. In  KSK Hall and IM Binik (editors) Principles and Practices of Sex Therapy( 6th edition). The Guilford Press. Pp432-451.

[19] See Tishelman et al., Serving TG Youth at 6-7 (Long-term effect of cross-sex hormones "is an area where we currently have little research to guide us.")

female transgender individuals taking estrogen.[20] Another group of authors similarly noted that administration of cross-sex hormones creates "an additional risk of thromboembolic events"—blood clots (Guss et al., TGN Adolescent Care at 5), which are associated with strokes, heart attacks, and lung and liver failure.

While advocates commonly state that the effects of puberty blockers are reversible after cessation, a more prudent assessment is that medicine does not know what the long-term health effects on bone, brain, and other organs are of a "pause" between ages 11-16, and psychology likewise does not know the long-term effects on coping skills, interpersonal comfort, and intimate relationships of this "pause" while one's peers are undergoing their maturational gains in these vital arenas of future mental health.

### (4)  Health risks inherent in complex surgery.

Complications of surgery exist for each procedure,[21] and complications in surgery affecting the reproductive organs and urinary tract can have significant anatomical and functional complications for the patient's quality of life. Genital surgeries reoperation rates are particularly high and invarious studies average 30%.

### (5)  Social risks associated with transition

*Family and friendship relationships*. Gender transition routinely leads to isolation from at least a significant portion of one's family in adulthood. By adulthood, the friendships of transgender individuals tend to be confined to other transgender individuals (often "virtual" friends known only online) and the generally limited set of others who are comfortable interacting with transgender individuals. (Levine, Ethical Concerns, at 5.)  This is one of the factors that the group is referred to as a marginalized population by health services professionals.

---

[20] 5 D. Getahun et al. (2018), Cross-Sex Hormones and Acute Cardiovascular Events in Transgender Persons: A Cohort Study, ANNALS OF INTERNAL MEDICINE at 8, DOI:10.7326/M17- 2785.

[21] Levine, Informed Consent, at 5 (citing T. van de Grift, G. Pigot et al. (2017), A Longitudinal Study of Motivations Before & Psychosexual Outcomes After Genital Gender Confirming Surgery in Transmen, J. SEXUAL MEDICINE 14(12) 1621.).

Long-term psychological and social impact of sterility. The life-long negative emotional impact of infertility on both men and women has been well studied. While this impact has not been studied specifically within the transgender population, the opportunity to be a parent is likely a human, emotional need, and so should be considered an important risk factor when considering gender transition for any patient. It implies a greater degree of isolation as the trans person ages.

*Sexual-romantic risks associated with transition*. After adolescence, transgender individuals find a greatly diminished pool of individuals willing to develop a romantic and intimate relationship with them. When a trans person who passes well reveals his or her natal sex, many potential cisgender mates lose interest. When a trans person does not pass well, he discovers that the pool of those interested consists largely of individuals looking for exotic sexual experiences rather than genuinely loving relationships. (Levine, Ethical Concerns, at 5, 13.) Nor is the problem all on the other side; transgender individuals commonly become strongly narcissistic, unable to give the level of attention to the needs of another that is necessary to sustain a loving relationship.[22]

*Social risks associated with delayed puberty*. The social and psychological impacts of remaining puerile for, e.g., three-to- five years while one's peers are undergoing pubertal transformations, and of undergoing puberty at a substantially older age, have not been systematically studied, although clinical mental health professionals often hear of distress and social awkwardness in those who naturally have a delayed onset of puberty. In my opinion, individuals in whom puberty is delayed multiple years are likely to suffer at least subtle negative psychosocial and self-confidence effects as they stand on the sidelines while their peers are developing the social relationships (and attendant painful social learning experiences) that come with adolescence. (Levine, Informed Consent, at 9.)

### (6) Mental health costs or risks

One would expect the negative physical and social impacts reviewed above to adversely affect the mental health of individuals who have transitioned. In addition, adult transitioned individuals find that living as the other (or, in a manner that is consistent with the stereotypes of the other as the individual perceives them) is a

---

[22] S. Levine, Barriers to Loving: A Clinician's Perspective, at 40 (Routledge, New York 2013).

continual challenge and stressor, and many find that they continue to struggle with a sense of inauthenticity in their transgender identity. (Levine, Informed Consent, at 9.) In addition, individuals often pin excessive hope in transition, believing that transition will solve what are in fact ordinary social stresses associated with maturation or mental health co-morbidities. Thus, transition can result in deflection from mastering personal challenges at the appropriate time or addressing conditions that require treatment.

For many reasons, transgender individuals including transgender youth certainly experience greatly increased rates of mental health problems. In some adult patients, these reasons combine to generate chronic anxiety, depression, and substance dependence. It is vital for them and their mental health professionals to consider that the patients' drive for further anatomic transformation is an attempt to eradicate their psychiatric and social problems. It is already clear that this is often not accomplished.  Swedish researchers in a long-term study (up to 30 years since SRS, with a median time since SRS of > 10 years) concluded that individuals who have SRS should have postoperative lifelong psychiatric care. (Dhejne, Long Term, at 6-7.) With respect to youths a cohort study found that transgender youth had an elevated risk of depression (50.6% vs. 20.6%) and anxiety (26.7% vs. 10.0%); a higher risk of suicidal ideation (31.1% vs. 11.1%), suicide attempts (17.2% vs. 6.1%), and self-harm without lethal intent (16.7% vs. 4.4%) relative to the matched controls; and a significantly greater proportion of transgender youth accessed inpatient mental health care (22.8% vs. 11.1%) and outpatient mental health care (45.6% vs. 16.1%) services.[23]

Gender dysphoria is not "easily managed" except when it naturally desists. A recent study in the American Journal of Psychiatry reported the high mental health utilization patterns of adults for ten years after surgery for approximately 35% of patients.[24]

---

[23] S. Reisner et al. (2015), Mental Health of Transgender Youth in Care at an Adolescent Urban Community Health Center: A Matched Retrospective Cohort Study, J. OF ADOLESCENT HEALTH 56(3) at 6, DOI:10.1016/j.jadohealth.2014.10.264; see also supra ¶ 21

[24] Branstrom & Pachankis, (2019), Reduction in Mental Health Treatment Utilization Among Transgender Individuals After Gender-Affirming Surgeries, AM. J. OF PSYCHIATRY. 4:Appiajp201919010080. Doi: 10.1176/Appi.Ajp.2019.19010080.

## VI.    Regret following transition is not an infrequent phenomenon.

The large numbers of children and young adults who have desisted as documented in both group and case studies each represent "regret" over the initial choice in some sense. The phenomenon of desistance or regret experienced later than adolescence or young adulthood, or among older transgender individuals, has to my knowledge not been quantified or well-studied. However, it is a real phenomenon. I myself have worked with multiple individuals who have abandoned trans female identity after living in that identity for years, and who would describe their experiences as "regret."

I have seen several Massachusetts inmates and trans individuals in the community abandon their [trans] female identity after several years. (Levine, Reflections, at 239.) In the gender clinic which I founded in 1974 and to this day, in a different location, continue to direct, we have seen many instances of individuals who claimed a transgender identity for a time, but ultimately changed their minds and reclaimed the gender identity congruent with their sex. More dramatically, a surgical group prominently active in the SRS field has published a report on a series of seven male-to-female patients requesting surgery to transform their surgically constructed female genitalia back to their original male form.[25]

I noted above an increasingly visible online community of young women who have desisted after claiming a male gender identity at some point during their teen years. Given the rapid increase in the number of girls presenting to gender clinics within the last few years, the phenomena of regret and desistance by young women deserves careful attention and study by MHPs.

The low frequency of regret, often quoted as approximately 2%, is based on those undergoing SRS queried by one or two questions on a form after a variable length of time.

---

[25] Djordjevic et al. (2016), Reversal Surgery in Regretful Male-to-Female Transsexuals After Sex Reassignment Surgery, J. Sex Med. 13(6) 1000, DOI: 10.1016/j.jsxm.2016.02.173.

Based on research available, there is no certainty once a transgendered person, always a transgendered person, whether referring to a child, adolescent, or adult, male or female.

## VII.   Plaintiffs' Claims and Opinions

**Jami Lynn Claire**







**Kathryn Lane**



**Ahmir Murphy**

Date  November 16, 2020

Stephen B. Levine

28

Curriculum Vita
# Stephen B. Levine, M.D.

I)      **Brief Introduction**

    Dr. Levine is Clinical Professor of Psychiatry at Case Western Reserve University School of Medicine.  He is the solo author of four books, <u>Sex Is Not Simple</u> in 1989 (translated to German in 1992 and reissued in English in 1997 as <u>Solving Common Sexual Problems</u>); <u>Sexual Life: A clinician's guide</u> in 1992; <u>Sexuality in Midlife</u> in 1998 and <u>Demystifying Love: Plain talk for the mental health professional</u> in 2006; <u>Barriers to Loving: A clinician's perspective</u> in 2013. He is the Senior Editor of the first (2003), second (2010) and third (2016) editions of the <u>Handbook of Clinical Sexuality for Mental Health Professionals. Psychotherapeutic Approaches to Sexual Problems: An Essential Guide For Mental Health Professionals</u> (2020). .He has been teaching, providing clinical care, and writing since 1973 and has generated original research, invited papers, commentaries, chapters, and book reviews. He has served as a journal manuscript and book prospectus reviewer for many years. He was co-director of the Center for Marital and Sexual Health/ Levine, Risen & Associates, Inc. in Beachwood, Ohio from 1992-2017. He and two colleagues received a lifetime achievement Masters and Johnson's Award from the Society for Sex Therapy and Research in March 2005.

II)     **Personal  Information**
    A)   Date of birth 1/14/42, Married 1963
    B)   Medical license no. Ohio 35-03-0234-L
    C)   Board Certification 6/76 American Board of Neurology and Psychiatry
    D)   Office-23425 Commerce Park, Beachwood, Ohio 44122-5402 phone 216-831-2900 x 13  fax 216-831-4306
    E)   Home-6415 Gates Mills Boulevard, Mayfield Heights, Oh 44124 440-442-2622; fax 216-831-4306

III)    **Education**
    A)   1963 BA Washington and Jefferson College
    B)   1967 MD Case Western Reserve University School of Medicine
    C)   1967-68 internship in Internal Medicine University Hospitals of Cleveland
    D)   1968-70 Research associate, National Institute of Arthritis and Metabolic Diseases, Epidemiology Field Studies Unit, Phoenix, Arizona, United States Public Health Service
    E)   1970-73 Psychiatric Residency, University Hospitals of Cleveland
    F)   1974-77 Robert Wood Johnson Foundation Clinical Scholar

IV)     **Appointments at Case Western Reserve University School of Medicine**
    A)   1973- Assistant Professor of Psychiatry
    B)   1979-Associate Professor
    C)   1982-Tenure
    D)   1985-Full Professor
    E)   1993-Clinical Professor

V)      **Honors**
    A)   Summa Cum Laude, Washington & Jefferson

    B) Teaching Excellence Award-1990 and 2010 (residency program)
    C) Visiting Professorships
        1) Stanford University-Pfizer Professorship program (3 days)–1995
        2) St. Elizabeth's Hospital, Washington, DC –1998
        3) St. Elizabeth's Hospital, Washington, DC--2002
    D) Named to America's Top Doctors consecutively since 2001
    E) Invitations to present various Grand Rounds at Departments of Psychiatry and Continuing Education Lectures and Workshops
    F) Masters and Johnson Lifetime Achievement Award from the Society of Sex Therapy and Research, April 2005 along with Candace Risen and Stanley Althof
    G) 2006 SSTAR Book Award for The Handbook of Clinical Sexuality for Mental Health Professionals:  Exceptional Merit
    H) 2018—Albert Marquis Lifetime Achievement Award from Marquis Who's Who. (exceling in one's field for at least twenty years)

VI)    **Professional Societies**
    A) 1971- American Psychiatric Association; fellow; #19909
    B) 2005-American Psychiatric Association- **Distinguished Life Fellow**
    C) 1973- Cleveland Psychiatric Society
    D) 1973-Cleveland Medical Library Association
        1) 1985-Life Fellow
        2) 2003 Distinguished Life Fellow
    E) 1974-Society for Sex Therapy and Research
        1) 1987-89-President
    F) 1983- International Academy of Sex Research
    G) 1983- Harry Benjamin International Gender Dysphoria Association
        1) 1997-8 Chairman, Standards of Care Committee
    H) 1994- 1999 Society for Scientific Study of Sex

VII)    **Community Boards**
    A) 1999-2002Case Western Reserve University Medical Alumni Association
    B) 1996-2001 Bellefaire Jewish Children's Bureau
    C) 1999-2001 Physicians' Advisory Committee, The Gathering Place (cancer rehabilitation)

VIII)    **Editorial Boards**
    A) 1978-80 Book Review Editor Journal Sex and Marital Therapy
    B) Manuscript Reviewer for
        1) Archives of Sexual Behavior
        2) Annals of Internal Medicine
        3) British Journal of Obstetrics and Gynecology
        4) JAMA
        5) Diabetes Care
        6) American Journal of Psychiatry
        7) Maturitas
        8) Psychosomatic Medicine
        9) Sexuality and Disability
        10) Journal of Nervous and Mental Diseases

11) Journal of Neuropsychiatry and Clinical Neurosciences
12) Neurology
13) Journal Sex and Marital Therapy
14) Journal Sex Education and Therapy
15) Social Behavior and Personality: an international journal (New Zealand)
16) International Journal of Psychoanalysis
17) International Journal of Transgenderism
18) Journal of Urology
19) Journal of Sexual Medicine
20) Current Psychiatry
21) International Journal of Impotence Research
22) Postgraduate medical journal
23) Academic Psychiatry
24) Expert Opinion on Drug Safety
25) Clinical Psychology Reviews
26) Heliyon
27) Andrologia
28) Children and Youth Services Review

C) Prospectus Reviewer
1) Guilford
2) Oxford University Press
3) Brunner/Routledge
4) Routledge

IX)    **Administrative Responsibilities**
A) Co-director, Center for Marital and Sexual Health/ Levine, Risen & Associates, Inc. until June 30, 2017
B) Principal Investigator of approximately 70 separate studies involving pharmacological interventions for sexual dysfunction since 1989.
C) Co-leader of case conferences at DELRLLC.com

X)    **Recent Expert Witness Appearances**
A) US District Court, Judge Mark L.Wolf's witness in Michelle Kosilek vs. Massachusetts Dept of Corrections et al. case (transsexual issue) in Boston 2007
B) Deposition in the Battista vs. Massachusetts Dept of Corrections case (transsexual issue) in Cleveland October 2009
C) Witness for Massachusetts Dept. of Corrections in their defense of a lawsuit brought by prisoner Katheena Soneeya.  March 22, 2011 Deposition in Boston and October 2018 in Cleveland
D) Witness for State of Florida vs. Reyne Keohane July 2017

XI)    **Consultancy**
A) Massachusetts Department of Corrections—evaluation of 12 transsexual prisoners and the development of a Gender Identity Disorders Program for the state prison system.  Monthly consultation with the GID treatment team since February 2009 and the GID policy committee since February 2010

B) California Department of Corrections and Rehabilitation; 2012-2015; education, inmate evaluation, commentary on inmate circumstances, suggestions on future policies

C) Virginia Department of Corrections –evaluation of an inmate

D) New Jersey Department of Corrections—evaluation of an inmate

E) Idaho Department of Corrections—workshop 2016

F) Expert Witness reports to lawsuits in Idaho, Wisconsin, and the UK in 2020

G) Testimony to Subcommittee on Health to Pennsylvania legislature in March 2020

XII) **Grant Support/Research Studies**

A) TAP–studies of Apomorphine sublingual in treatment of erectile dysfunction

B) Pfizer–Sertraline for premature ejaculation

C) Pfizer–Viagra and depression; Viagra and female sexual dysfunction; Viagra as a treatment for SSRI-induced erectile dysfunction

D) NIH- Systemic lupus erythematosis and sexuality in women

E) Sihler Mental Health Foundation
   1) Program for Professionals
   2) Setting up of Center for Marital and Sexual Health
   3) Clomipramine and Premature ejaculation
   4) Follow-up study of clergy accused of sexual impropriety
   5) Establishment of services for women with breast cancer

F) Alza–controlled study of a novel SSRI for rapid ejaculation

G) Pfizer–Viagra and self-esteem

H) Pfizer- double-blind placebo control studies of a compound for premature ejaculation

I) Johnson & Johnson – controlled studies of Dapoxetine for rapid ejaculation

J) Proctor and Gamble: multiple studies to test testosterone patch for post menopausal sexual dysfunction for women on and off estrogen replacement

K) Lilly-Icos—study of Cialis for erectile dysfunction

L) VIVUS – study for premenopausal women with FSAD

M) Palatin Technologies- studies of bremelanotide in female sexual dysfunction—first intranasal then subcutaneous administration

N) Medtap – interview validation questionnaire studies

O) HRA- quantitative debriefing study for Female partners os men with premature ejaculation, Validation of a New Distress Measure for FSD,

P) Boehringer-Ingelheim- double blind and open label studies of a prosexual agent for hypoactive female sexual desire disorder

Q) Biosante- studies of testosterone gel administration for post menopausal women with HSDD

R) J&J a single-blind, multi-center, in home use study to evaluate sexual enhancement effects of a product in females.

S) UBC-Content validity study of an electronic FSEP-R and FSDS-DAO and usability of study PRO measures in premenopausal women with FSAD, HSDD or Mixed FSAD/HSDD

T) National registry trial for women with HSDD

U) Endoceutics—two studies of DHEA for vaginal atrophy and dryness in post

menopausal women
- V) Palatin—study of SQ Bremelanotide for HSDD and FSAD
- W) Trimel- a double-blind, placebo controlled study for women with acquired female orgasmic disorder.
- X) S1 Biopharma- a phase 1-B non-blinded study of safety, tolerability and efficacy of Lorexys in premenopausal women with HSDD
- Y) HRA – qualitative and cognitive interview study for men experiencing PE

XIII) **Publications**
- A) Books
  - 1) Pariser SR, Levine SB, McDowell M (eds.), <u>Clinical Sexuality</u>, Marcel Dekker, New York, 1985
  - 2) <u>Sex Is Not Simple</u>, Ohio Psychological Publishing Company, 1988
    - (a) Translated into German as <u>Angstfreie Sexualitat: Gluck und Erfullung in der Liebe</u>, Wilhelm Heyne Verlag, Muchen, 1992
    - (b) Reissued in paperback as: <u>Solving Common Sexual Problems: Toward a Problem Free Sexual Life</u>, Jason Aronson, Livingston, NJ. 1997
  - 3) <u>Sexual Life: A Clinician's Guide</u>. Plenum Publishing Corporation. New York, 1992
    - (a) See review in Archives of Sexual Behavior 28(4): 361-363,1999
  - 4) <u>Sexuality in Midlife</u>. Plenum Publishing Corporation. New York, 1998
    - (a) See review in Am Journal of Psychiatry 156((9):1468, 1999
    - (b) See review in Contemporary Psychology APA Review of Books 44(4):293-295, 1999
    - (c) See review J Sex Education and Therapy January, 2000
    - (d) See review J Sex and Marital Therapy, Winter, 2000
  - 5) Editor.  Clinical Sexuality. Psychiatric Clinics of North America, March, 1995.
  - 6) Editor, (Candace Risen and Stanley Althof, associate editors) <u>Handbook of Clinical Sexuality for Mental Health Professionals</u>. Routledge, New York, 2003
    - 1. see review American Journal of Psychiatry April, 2005
    - 2. 2006 SSTAR Book Award:  Exceptional Merit
    - 3. see review in Archives of Sexual Behavior 35(6):757-758
    - 4. see two reviews in Journal of Sex and Marital Therapy 33(3):272-276
  - 7) <u>Demystifying Love:  Plain Talk For The Mental Health Professional</u>. Routledge, New York, 2006
    - (a) See review in Psychiatric Times, August 2008 by Leonore Tiefer
    - (b) See review in Journal of Sex and Marital Therapy 34(5)-459-460.
  - 8) Senior editor, (Candace B. Risen and Stanley E. Althof, Associate editors), Handbook of Clinical Sexuality for Mental Health Professionals. 2nd edition Routledge, New York, 2010.  See review by Pega Ren, JSex&Marital Therapy
  - 9) Barriers to Loving: A Clinician's Perspective.  Routledge, New York, 2014.
  - 10) Senior editor Candace B. Risen and Stanley E. Althof, Associate editors), <u>Handbook of Clinical Sexuality for Mental Health Professionals</u>. 3rd edition Routledge, New York, 2016

B)  <u>Research and Invited Papers</u>   When his name is not listed in a citation, Dr. Levine is either the solo or the senior author
1) Sampliner R. Parotid enlargement in Pima Indians. Annals of Internal Medicine 1970; 73:571-73
2) Confrontation and residency activism: A technique for assisting residency change: World Journal of Psychosynthesis 1974; 6: 23-26
3) Activism and confrontation: A technique to spur reform.  Resident and Intern Consultant 173; 2
4) Medicine and Sexuality. Case Western Reserve Medical Alumni Bulletin 1974:37:9-11.
5) Some thoughts on the pathogenesis of premature ejaculation. J. Sex & Marital Therapy 1975; 1:326-334
6) Marital Sexual Dysfunction: Introductory Concepts. Annals of Internal Medicine 1976;84:448-453
7) Marital Sexual Dysfunction: Ejaculation Disturbances . Annals of Internal Medicine 1976; 84:575-579
8) Yost MA: Frequency of female sexual dysfunction in a gynecology clinic: An epidemiological approach. Archives of Sexual Behavior 1976;5:229-238
9) Engel IM, Resnick PJ, Levine SB: Use of programmed patients and videotape in teaching medical students to take a sexual history. Journal of Medical Education 1976;51:425-427
10)   Marital Sexual Dysfunction: Erectile dysfunction. Annals of Internal Medicine 1976;85:342-350
11)   Articles in Medical Aspects of Human Sexuality
(a)   Treating the single impotent male. 1976; 10:123, 137
(b)   Do  men enjoy being caressed during foreplay as much as women do? 1977; 11:9
(c)   Do men like women to be sexually assertive? 1977;11:44
(d)   Absence of sexual desire in women: Do some women never experience sexual desire? Is this possibility genetically determined? 1977; 11:31
(e)   Barriers to the attainment of ejaculatory control. 1979; 13:32-56.
(f)   Commentary on sexual revenge.1979;13:19-21
(g)   Prosthesis for psychogenic impotence? 1979;13:7
(h)   Habits that infuriate mates. 1980;14:8-19
(i)   Greenberger-Englander, Levine SB. Is an enema an erotic equivalent?1981; 15:116
(j)   Ford AB, Levine SB. Sexual Behavior and the Chronically Ill Patients. 1982; 16:138-150
(k)   Preoccupation with wife's sexual behavior in previous marriage 1982; 16:172
(l)   Co-existing organic and psychological impotence. 1985;19:187-8
(m)   Althof SE, Turner LA, Kursh ED, Bodner D, Resnick MI, Risen

CB. Benefits and Problems with Intracavernosal injections for the treatment of impotence. 1989;23(4):38-40

12) Male Sexual Problems. Resident and Staff Physician 1981:2:90-5

13) Female Sexual Problems. Resident and Staff Physician 1981:3:79-92

14) How can I determine whether a recent depression in a 40 year old married man is due to organic loss of erectile function or whether the depression is the source of the dysfunction? Sexual Medicine Today 1977;1:13

15) Corradi RB, Resnick PJ Levine SB, Gold F. For chronic psychologic impotence: sex therapy or psychotherapy? I & II Roche Reports; 1977

16) Marital Sexual Dysfunction: Female dysfunctions 1977; 86:588-597

17) Current problems in the diagnosis and treatment of psychogenic impotence. Journal of Sex & Marital Therapy 1977;3:177-186

18) Resnick PJ, Engel IM. Sexuality curriculum for gynecology residents. Journal of Medical Education 1978; 53:510-15

19) Agle DP. Effectiveness of sex therapy for chronic secondary psychological impotence Journal of Sex & Marital Therapy 1978;4:235-258

20) DePalma RG, Levine SB, Feldman S. Preservation of erectile function after aortoiliac reconstruction. Archives of Surgery 1978;113-958-962

21) Conceptual suggestions for outcome research in sex therapy Journal of Sex & Marital Therapy 1981;6:102-108

22) Lothstein LM.  Transsexualism or the gender dysphoria syndrome. Journal of Sex & Marital Therapy 1982; 7:85-113

23) Lothstein LM, Levine SB. Expressive psychotherapy with gender dysphoria patients Archives General Psychiatry 1981; 38:924-929

24) Stern RG Sexual function in cystic fibrosis. Chest 1982; 81:422-8

25) Shumaker R. Increasingly Ruth: Towards understanding sex reassignment surgery Archives of Sexual Behavior 1983;12:247-61

26) Psychiatric diagnosis of patients requesting sex reassignment surgery. Journal of Sex & Marital Therapy 1980; 6:164-173

27) Problem solving in sexual medicine I. British Journal of Sexual Medicine 1982;9:21-28

28) A modern perspective on nymphomania. Journal of Sex & Marital Therapy 1982;8:316-324

29) Nymphomania. Female Patient 1982;7:47-54

30) Commentary on Beverly Mead's article: When your patient fears impotence. Patient Care 1982;16:135-9

31) Relation of sexual problems to sexual enlightenment. Physician and Patient 1983 2:62

32) Clinical overview of impotence. Physician and Patient 1983; 8:52-55.

33) An analytical approach to problem-solving in sexual medicine: a clinical introduction to the psychological sexual dysfunctions. II. British Journal of Sexual Medicine

34) Coffman CB, Levine SB, Althof SE, Stern RG Sexual Adaptation among single young adults with cystic fibrosis. Chest 1984;86:412-418

35) Althof SE, Coffman CB, Levine SB. The effects of coronary bypass in female sexual, psychological, and vocational adaptation. Journal of Sex & Marital Therapy 1984;10:176-184

36) Letter to the editor: Follow-up on Increasingly Ruth. Archives of Sexual Behavior 1984;13:287-9

37) Essay on the nature of sexual desire Journal of Sex & Marital Therapy 1984; 10:83-96

38) Introduction to the sexual consequences of hemophilia. Scandanavian Journal of Haemology 1984; 33:(supplement 40).75-

39) Agle DP, Heine P. Hemophila and Acquired Immune Deficiency Syndrome: Intimacy and Sexual Behavior. National Hemophilia Foundation; July, 1985
    (a)   Translated into German
    (b)   Translated into Spanish

40) Turner LA, Althof SE, Levine SB, Bodner DR, Kursh ED, Resnick MI. External vacuum devices in the treatment of erectile dysfunction: a one-year study of sexual and psychosocial impact. Journal of Sex & Marital Therapy

41) Schein M, Zyzanski SJ, Levine SB, Medalie JH, Dickman RL, Alemagno SA. The frequency of sexual problems among family practice patients. Family Practice Research Journal 1988; 7:122-134

42) More on the nature of sexual desire. Journal of Sex & Marital Therapy 1987;13:35-44

43) Waltz G, Risen CB, Levine SB. Antiandrogen treatment of male sex offenders. Health Matrix 1987; V.51-55.

44) Lets talk about sex. National Hemophilia Foundation January, 1988

45) Sexuality, Intimacy, and Hemophilia: questions and answers . National Hemophilia Foundation January, 1988

46) Prevalence of sexual problems. Journal Clinical Practice in Sexuality 1988;4:14-16.

47) Kursh E, Bodner D, Resnick MI, Althof SE, Turner L, Risen CB, Levine SB. Injection Therapy for Impotence. Urologic Clinics of North America 1988; 15(4):625-630

48) Bradley SJ, Blanchard R, Coates S, Green R, Levine S, Meyer-Bahlburg H, Pauly I, Zucker KJ. Interim report of the DSM-IV Subcommittee for Gender Identity Disorders. Archives of Sexual Behavior 1991;;20(4):333-43.

49) Sexual passion in mid-life. Journal of Clinical Practice in Sexuality 1991 6(8):13-19

50) Althof SE, Turner LA, Levine SB, Risen CB, Bodner DR, Resnick MI. Intracavernosal injections in the treatment of impotence: A prospective study of sexual, psychological, and marital functioning. Journal of Sex & Marital Therapy 1987**;** 13:155-167

51) Althof SE, Turner LA, Risen CB, Bodner DR, Kursh ED, Resnick MI. Side effects of self-administration of intracavernosal injection of

papaverine and phentolamine for treatment of impotence. Journal of Urology 1989;141:54-7

52) Turner LA, Froman SL, Althof SE, Levine SB, Tobias TR, Kursh ED, Bodner DR.  Intracavernous injection in the management of diabetic impotence.  Journal of Sexual Education and Therapy 16(2):126-36, 1989

53) Is it time for sexual mental health centers? Journal of Sex & Marital Therapy 1989**;**

54) Althof SE, Turner LA, Levine SB, Risen CB, Bodner D, Kursh ED, Resnick MI.  Sexual, psychological, and marital impact of self injection of papaverine and phentolamine: a long-term prospective study.  Journal of Sex & Marital Therapy

55) Althof SE, Turner LA, Levine SB, Risen CB, Bodner D, Kursh ED, Resnick MI. Why do so many men drop out of intracavernosal treatment? Journal of Sex & Marital Therapy. 1989;15:121-9

56) Turner LA, Althof SE, Levine SB, Risen CB, Bodner D, Kursh ED, Resnick MI. Self injection of papaverine and phentolamine in the treatment of psychogenic impotence. Journal of Sex & Marital Therapy. 1989; 15(3):163-78

57) Turner LA, Althof SE, Levine SB, Risen CB, Bodner D, Kursh ED, Resnick MI. Treating erectile dysfunction with external vacuum devices: impact upon sexual, psychological, and marital functioning.  Journal of Urology 1990;141(1):79-82

58) Risen CB, Althof SE.  An essay on the diagnosis and nature of paraphilia Journal of Sex & Marital Therapy 1990; 16(2):89-102.

59) Althof SE, Turner LA, Levine SB, Risen CB, Bodner DB, Kursh ED, Resnick MI. Through the eyes of women: the sexual and psychological responses of women to their partners' treatment with self-injection or vacuum constriction therapy. International Journal of Impotence Research (supplement 2)1990;346-7.

60) Althof SE, Turner LA, Levine SB, Risen CB, Bodner DB, Kursh ED, Resnick MI. A comparison of the effectiveness of two treatments for erectile dysfunction: self injection vs. external vacuum devices. . International Journal of Impotence Research (supplement 2)1990;289-90

61) Kursh E, Turner L, Bodner D, Althof S, Levine S. A prospective study on the use of the vacuum pump for the treatment of impotence.International Journal of Impotence Research (supplement 2)1990;340-1.

62) Althof SE, Turner LA, Levine SB, Risen CB, Bodner DB, Kursh ED, Resnick MI. Long term use of intracavernous therapy in the treatment of erectile dysfunction in Journal of Sex & Marital Therapy 1991; 17(2):101-112

63) Althof SE, Turner LA, Levine SB, Risen CB, Bodner DB, Kursh ED, Resnick MI. Long term use of vacuum pump devices in the treatment of erectile dsyfunction in Journal of Sex & Marital Therapy 1991;17(2):81-93

64) Turner LA, Althof SE, Levine SB, Bodner DB, Kursh ED, Resnick MI. A

12-month comparison of the effectiveness of two treatments for erectile dysfunction: self injection vs. external vacuum devices. Urology 1992;39(2):139-44

65) Althof SE, The pathogenesis of psychogenic impotence.  J. Sex Education and Therapy. 1991; 17(4):251-66

66) Mehta P, Bedell WH, Cumming W, Bussing R, Warner R, Levine SB. Letter to the editor. Reflections on hemophilia camp. Clinical Pediatrics 1991; 30(4):259-260

67) Successful Sexuality. Belonging/Hemophilia. (Caremark Therapeutic Services), Autumn, 1991

68) Psychological intimacy. Journal of Sex & Marital Therapy 1991; 17(4):259-68

69) Male sexual problems and the general physician, Georgia State Medical Journal 1992; 81(5): 211-6

70) Althof SE, Turner LA, Levine SB, Bodner DB, Kursh E, Resnick MI. Through the eyes of women: The sexual and psychological responses of women to their partner's treatment with self-injection or vacuum constriction devices. Journal of Urology 1992; 147(4):1024-7

71) Curry SL, Levine SB, Jones PK, Kurit DM. Medical and Psychosocial predictors of sexual outcome among women with systemic lupus erythematosis.  Arthritis Care and Research 1993;  6:23-30

72) Althof SE, Levine SB. Clinical approach to sexuality of patients with spinal cord injury. Urological Clinics of North America 1993; 20(3):527-34

73) Gender-disturbed males. Journal of Sex & Marital Therapy 19(2):131-141, 1993

74) Curry SL, Levine SB, Jones PK, Kurit DM. The impact of systemic lupus erythematosis on women's sexual functioning. Journal of Rheumatology 1994; 21(12):2254-60

75) Althof SE, Levine SB, Corty E, Risen CB, Stern EB, Kurit D. Clomipramine as a treatment for rapid ejaculation: a double-blind crossover trial of 15 couples. Journal of Clinical Psychiatry 1995;56(9):402-7

76) Risen CB, Althof SE. Professionals who sexually offend: evaluation procedures and preliminary findings. Journal of Sex & Marital Therapy 1994; 20(4):288-302

77) On Love, Journal of Sex & Marital Therapy 1995; 21(3):183-191

78) What is clinical sexuality? Psychiatric Clinics of North America 1995; 18(1):1-6

79) "Love" and the mental health professions: Towards an understanding of adult love. Journal of Sex & Marital Therapy 1996; 22(3)191-202

   (a) Reprinted in Issues in Human Sexuality: Current & Controversial Readings with Links to Relevant Web Sites, 1998-9, Richard Blonna, Editor, Engelwood, Co. Morton Publishing Company, 1998

80)   The role of Psychiatry in erectile dysfunction: a cautionary essay on the emerging treatments. Medscape Mental Health 2(8):1997 on the Internet. September, 1997.

81)   Discussion of Dr. Derek Polonsky's SSTAR presentation on Countertransference. Journal of Sex Education and Therapy 1998; 22(3):13-17

82)   Understanding the sexual consequences of the menopause. Women's Health in Primary Care, 1998
        (a)   Reprinted in the International Menopause Newsletter

83)   Fones CSL, Levine SB. Psychological aspects at the interface of diabetes and erectile dysfunction. Diabetes Reviews 1998; 6(1):1-8

84)   Guay AT, Levine SB, Montague DK. New treatments for erectile dysfunction. Patient Care March 15, 1998

85)   Extramarital Affairs. Journal of Sex & Marital Therapy 1998; 24(3):207-216

86)   Levine SB (chairman), Brown G, Cohen-Kettenis P, Coleman E, Hage JJ, Petersen M,  Pfäfflin F, Shaeffer L, vanMasdam J, Standards of Care of the Harry Benjamin International Gender Dysphoria Association, 5th revision, 1998. International Journal of Transgenderism at http://www.symposion.com/ijt
        (a)   Reprinted by  Harry Benjamin International Gender Dysphoria Association, Minneapolis, Minnesota
        (b)   also published in:

87)   Althof SE, Corty E, Levine SB, Levine F, Burnett A, McVary K, Stecher V, Seftel. The EDITS: the development of questionnaires for evaluating satisfaction with treatments for erectile dysfunction. Urology 1999;53:793-799

88)   Fones CSL, Levine SB, Althof SE, Risen CB. The sexual struggles of 23 clergymen: a follow-up study. Journal of Sex & Marital Therapy 1999

89)   The Newly Devised Standards of Care for Gender Identity Disorders. Journal of Sex Education and Therapy 24(3):1-11,1999

90)   Levine, S. B. (1999). The newly revised standards of care for gender identity disorders. Journal of Sex Education & Therapy, 24, 117-127.

91)   Melman A, Levine SB, Sachs B, Segraves RT, Van Driel MF. Psychological Issues in Diagnosis of Treatment (committee 11) in Erectile Dysfunction (A.Jarden, G.Wagner, S.Khoury, F. Guiliano, H.Padma-nathan, R. Rosen, eds.) Plymbridge Distributors Limited, London, 2000

92)   Pallas J, Levine SB, Althof SE, Risen CB. A study using Viagra in a mental health practice. J Sex&Marital Therapy.26(1):41-50, 2000

93)   Levine SB, Stagno S. Informed Consent for Case Reports: the ethical dilemma between right to privacy and pedagogical freedom. Journal of Psychotherapy: Practice and Research, 2001, 10 (3): 193-201.

94)   Alloggiamento T., Zipp C., Raxwal VK, Ashley E, Dey S. Levine SB,

Froelicher VF. Sex, the Heart, and Sildenafil. Current Problems in Cardiology 26 June 2001(6):381-416

95) Re-exploring The Nature of Sexual Desire. Journal of Sex and Marital Therapy 28(1):39-51, 2002.

96) Understanding Male Heterosexuality and Its Disorders in Psychiatric Times XIX(2):13-14, February, 2002

97) Erectile Dysfunction: Why drug therapy isn't always enough. (2003) Cleveland Clinic Journal of Medicine, 70(3): 241-246.

98) The Nature of Sexual Desire: A Clinician's Perspective.  Archives of Sexual Behavior 32(3):279-286, 2003 .

99) Laura Davis. What I Did For Love: Temporary Returns to the Male Gender Role. International Journal of Transgenderism, 6(4), 2002 and http://www.symposion.com/ijt

100) Risen C.B., The Crisis in the Church: Dealing with the Many Faces of Cultural Hysteria in The International Journal of Applied Psychoanalytic Studies, 1(4):364-370, 2004

101) Althof SE, Leiblum SR (chairpersons), Chevert-Measson M. Hartman U., Levine SB, McCabe M., Plaut M, Rodrigues O, Wylie K., Psychological and Interpersonal Dimensions of Sexual Function and Dysfunction in World Health Organization Conference Proceedings on Sexual Dysfunctions, Paris, 2003. Published in a book issued in 2004.

102) Commentary on Ejaculatory Restrictions as a Factor in the Treatment of Haredi (Ultra-Orthodox) Jewish Couples: How Does Therapy Work? Archives of Sexual Behavior, 33(3):June 2004

103) What is love anyway? J Sex & Marital Therapy 31(2):143-152,2005.

104) A Slightly Different Idea, Commentary on Y.M.Binik's Should Dyspareunia Be Retained as a Sexual Dysfunction in DSM-V? A Painful Classification Decision. Archives of Sexual Behavior 34(1):38-39, 2005. http://dx.doi.org/10.1007/s10508-005-7469-3

105) Commentary. Pharmacologic Treatment of Erectile Dysfunction: Not always a simple matter. BJM USA; Primary Care Medicine for the American Physician, 4(6):325-326, July 2004

106) Leading Comment: A Clinical Perspective on Infidelity.  Journal of Sexual and Relationship Therapy, 20(2):143-153, May 2005.

107) Multiple authors.  Efficacy and safety of sildenafil citrate (Viagra) in men with serotonergic antidepressant-associated erectile dysfunction: Results from  a randomized, double-blind, placebo-controlled trial.  Submitted to Journal of Clinical Psychiatry Feb 2005

108) Althof SE, Leiblum SR, Chevert-Measson M, Hartman U,Levine SB,McCabe M, Plaut M, Rodrigues O, Wylie K. Psychological and Interpersonal Dimensions of Sexual Function and Dysfunction.  Journal of Sexual Medicine, 2(6): 793-800, November, 2005

109) Shifren JL, Davis SR, Moreau M, Waldbaum A, Bouchard C., DeRogatis L., Derzko C., Bearnson P., Kakos N., O'Neill S., Levine S., Wekselman K., Buch A., Rodenberg C., Kroll R. Testosterone Patch for the Treatment

of Hypoactive Sexual Desire Disorder in Naturally Menopausal Women: Results for the INTIMATE NM1 Study.  Menopause: The Journal of the North American Menopause Society 13(5) 2006.

110) Reintroduction to Clinical Sexuality. Focus: A Journal of Lifelong Learning in Psychiatry Fall 2005. III (4):526-531

111) PDE-5 Inhibitors and Psychiatry in J Psychiatric Practice 12 (1): 46-49, 2006.

112) Sexual Dysfunction: What does love have to do with it? Current Psychiatry 5(7):59-68, 2006.

113) How to take a Sexual History (Without Blushing), Current Psychiatry 5(8): August, 2006.

114) Linking Depression and ED:  Impact on sexual function and relationships in Sexual Function and Men's Health Through the Life Cycle under the auspices of the Consortium for Improvement of Erectile Function (CIEF),12-19, November, 2006.

115) The First Principle of Clinical Sexuality.  Editorial. Journal of Sexual Medicine,4:853-854, 2007

116) Commentary on David Rowland's editorial, "Will Medical Solutions to Sexual Problems Make Sexological Care and Science Obsolete?" Journal of Sex and Marital Therapy, 33(5), 2007 in press

117) Real-Life Test Experience: Recommendations for Revisions to the Standards of Care of the World Professional Association for Transgender Health International Journal of Transgenderism, Volume 11 Issue 3, 186-193, 2009

118) Sexual Disorders: Psychiatrists and Clinical Sexuality.  Psychiatric Times XXIV (9), 42-43, August 2007

119) I am not a sex therapist! Commentary to I. Binik and M. Meana's article Sex Therapy: Is there a future in this outfit? Archives of Sexual Behavior, Volume 38, Issue 6 (2009),  1033-1034

119) Solomon A (2009) Meanings and Political Implications of "Psychopathology"  in a Gender Identity Clinic: Report of 10 cases. Journal of Sex and Marital Therapy 35(1): 40-57.

120) Perelman, MA., Levine SB, Fischkoff SA. Randomized, Placebo-Controlled, Crossover Study to Evaluate the Effects of Intranasal Bremelanotide on Perceptions of Desire and Arousal in Postmenopausal Women with Sexual Arousal Disorder submitted to Journal of Sexual Medicine July 2009, rejected

121) What is Sexual Addiction? Journal of Sex and Marital Therapy.2010 May;36(3):261-75

122) David Scott (2010)  Sexual Education of Psychiatric Residents. Academic Psychiatry, 34(5) 349-352.

123) Chris G. McMahon, Stanley E. Althof, Joel M. Kaufman, Jacques Buvat, Stephen B. Levine, Joseph W. Aquilina, Fisseha Tesfaye, Margaret Rothman, David A. Rivas, Hartmut Porst. Efficacy and Safety of Dapoxetine for the Treatment of Premature Ejaculation: Integrated

Analysis of Results From 5 Phase 3 Trials Journal of Sexual Medicine 2011 Feb;8(2):524-39.

124)  Commentary on Consideration of Diagnostic Criteria for Erectile Dysfunction in DSM V. Journal of Sexual Medicine July 2010

125)  Hypoactive Sexual Desire Disorder in Men: Basic types, causes, and treatment. Psychiatric Times 27(6)4-34. 2010

126)  Male Sexual Dysfunctions, an audio lecture, American Physician Institute 2013

127)   Fashions in Genital Fashion: Where is the line for physicians? Commentary on David Veale and Joe Daniels' Cosmetic Clitoridectomy in a 33-year-old woman. Archives of Sexual Behavior, epub ahead of print Sept 24, 2011. Arch Sex Behav (2012) 41:735–736   DOI 10.1007/s10508-011-9849-7

128)  Review: Problematic Sexual Excess. Neuropsychiatry 2(1):1-12, 2012

129).  The Essence of Psychotherapy. Psychiatric Times 28 (2): August 2, 2012 translated into Portuguese and republished in Revista Latinoamericana de Psicopatologia Fundamental (latin-American Journal of Fundamental Psychopathology) in press 2012. Reprinted by Psychiatric Times on July 26, 2019 https://www.psychiatrictimes.com/articles/essence-psychotherapy

130)  Parran TV, Pisman, AR,  Younger SJ, Levine SB.Evolution of remedial CME course in professionalism: Addressing learner needs, developing content, and evaluating outcomes. *Journal of Continuing Education in  the Health Professions,* 33(3): 174-179, 2013.

131)  Love and Psychiatry.  Psychiatric Times November 2013

132)  Orgasmic Disorders, Sexual Pain Disorders, and Sexual Dysfunction Due to a Medical Condition.  Board Review Psychiatry 2013-2014 Audio Digest CD 27.  Audio recording of a one-hour lecture available October 2013.

133)  Towards a Compendium of the Psychopathologies of  Love.  Archives of Sexual Behavior Online First December 25, 2013 DOI 10.1007/s10508-013-0242-6  43(1)213-220.

134)  Flibanserin. (editorial) Archives of Sexual Behavior 44 (8), 2015 November 2015. DOI: 10.1007/s10508-015-0617-y

135)  Martel C, Labrie F, Archer DF, Ke Y, Gonthier R, Simard JN, Lavoie L, Vaillancourt M, Montesino M, Balser J, Moyneur É; other participating members of the Prasterone Clinical Research Group. (2016) Serum steroid concentrations remain within normal postmenopausal values in women receiving daily 6.5mg intravaginal prasterone for 12 weeks.J Steroid Biochem Mol Biol. 2016 May;159:142-53. doi: 10.1016/j.jsbmb.2016.03.016

136) Reflections of an Expert on the Legal Battles Over Prisoners with Gender Dysphoria.  J Am Acad Psychiatry Law 44:236–45, 2016

137)   Cooper E, McBride J, Levine SB.  Does Flibanserin have a future?

Psychiatric Times accepted October 23, 2015.

138  Levine SB, Sheridan DL, Cooper EB. The Quest for a Prosexual Medication for Women, Current Sexual Health Reports (2016) 8: 129. doi:10.1007/s11930-016-0085-y

139)  Why Sex Is Important: Background for Helping Patients with Their Sexual Lives., British Journal of Psychiatry Advances (2017), vol. 23(5) 300-306; DOI: 10.1192/apt.bp.116.016428

140)  Flibanserin: Offene Forshungsfragen , Zeitschrift für Sexualforschung. 29: 170-175, 2016.  This is a translation of 134).

141)  Commentary on  "Asexuality: Orientation, paraphilia, dysfunction, or none of the above? Archives Sexual Behavior, Archives of Sexual Behavior April 2017, Volume 46, Issue 3, pp 639–642 DOI: 10.1007/s10508-017-0947-z

142)  Sexual Dysfunction in Clinical Psychiatry, Psychiatric Times, March 2017

143)  Ethical Concerns About the Emerging Treatment of Gender Dysphoria . Journal of Sex and Marital Therapy, 44(1):29-44. 2017. DOI 10.1080/0092623X.2017.1309482

144)  The Psychiatrist's Role in Managing Transgender Youth: Navigating Today's Politicized Terrain. CMEtoGO® Audio Lecture Series, May 2017

145) Transitioning Back to Maleness, Archives of Sexual  Behavior, 2017 Dec 20. doi: 10.1007/s10508-017-1136-9. [Epub ahead of print]; 47(4), 1295-1300, May 2018

146) Informed Consent for Transgender Patients, Journal of Sex and Marital Therapy, 2019;45(3):218-229. doi: 10.1080/0092623X.2018.1518885

.147)  Life Processes are Illuminated by Sexual History.  (2019) Psychiatric Times, December Volume XXXVI. No.12

C.     Chapters

1.  Overview of Sex Therapy.  In Sholevar GP (ed) The Handbook of Marriage and Marital Therapy. New York. Spectrum Publications, 1981 pp417-41

2.  Why study sexual functioning in diabetes? In Hamburg BA, Lipsett LF, Inoff GE, Drash A (eds) Behavioral & Psychosocial Issues in Diabetes: Proceedings of a National conference. Washington, DC. US Dept. of Health & Human Services. PHS NIH, Pub. #80-1933

3.  Sexual Problems in the Diabetic in Bleicher SJ, Brodoff B (eds) Diabetes Mellitus and Obesity. Williams and Wilkins, 1992

4.  Clinical Introduction to Human Sexual Dysfunction. In Pariser SF, Levine SB, McDowell M (eds) Clinical Sexuality. New York, Marcel Dekker Publisher, 1983.

5.  Psychodynamically-oriented clinician's overview of psychogenic

impotence. In RT Segraves (ed) Impotence. New York, Plenum, 1985

6.  Origins of sexual preferences. In Shelp EE (ed) Sexuality and Medicine. D. Reidel Publishing co. 1987. Pp39-54.

7.  Hypoactive Sexual Desire and Other Problems of Sexual Desire. In H. Lief (ed). The Treatment of Psychosexual Dysfunctions/ III. American Psychiatric Press, chapter 207.pp2264-79, 1989

8.  Psychological Sexual Dysfunction. In Sudak H (ed) Clinical Psychiatry. Warren H. Green. St. Louis, 1985

9.  Male sexual dysfunction. In Sudak H (ed) Clinical Psychiatry. Warren H. Green. St. Louis, 1985

10. Sexuality and Aging. In Sudak H (ed) Clinical Psychiatry. Warren H. Green. St. Louis, 1985

11. Homosexuality. In Sudak H (ed) Clinical Psychiatry. Warren H. Green. St. Louis, 1985

12. Individual and intrapsychic factors in sexual desire. In Leiblum SR, Rosen RC (eds). Clinical Perspectives on Sexual Desire Disorders. Guilford Press, New York, 1988, pp21-44

13. Gender Identity Disorders. In Sadock B, Kaplan H(eds). Comprehensive Textbook of Psychiatry, Baltimore, William and Wilkins, 1989, pp 1061-9

14. Intrapsychic and Interpersonal Aspects of Impotence: Psychogenic Erectile Dysfunction. In  Leiblum SR, Rosen RC (eds). Erectile Disorders: Assessment and Treatment. Guilford Press, New York, 1992

15. Psychological Factors in Impotence.  In Resnick MI, Kursh ED, (eds.) Current Therapy in Genitourinary Surgery, 2nd edition. BC Decker, 1991, pp549-51

16. The Vagaries of Sexual Desire. In Leiblum SR, Rosen RC (eds). In Case Studies in Sex Therapy. Guilford Press, New York, 1995

17. Rosenblatt EA. Sexual Disorders (chapter 62). In Tasman A, Kay J, Liberman JA (eds). Psychiatry Volume II, W.B.Saunders, Philadelphia. 1997, pp 1173-2000.

18. Althof SE. Psychological Evaluation and Sex Therapy.   In Mulcahy JJ (ed) Diagnosis and Management of Male Sexual Dysfunction Igaku-Shoin, New York, 1996, pp74-88

19. Althof SE, Levine SB. Psychological Aspects of Erectile Dysfunction. In Hellstrum WJG (ed) Male Infertility and Dysfunction. Springer-Verlag, New York, 1997. pp 468-73

20. Paraphilias. In Comprehensive Textbook of Psychiatry/VII. Sadock BJ, Sadock VA (eds.) Lippincott Williams & Wilkins, Baltimore, 1999, pp1631-1645.

21. Women's Sexual Capacities at Mid-Life in The Menopause: Comprehensive Management B. Eskind (ed). Parthenon Publishing, Carnforth, UK, 2000.

22. Male Heterosexuality in Masculinity and Sexuality:Selected Topics in the Psychology of Men, (Richard C. Friedman and Jennifer I. Downey, eds)

Annual Review of Psychiatry, American Psychiatric Press, Washington, DC, W-18. pp29-54.

23. R.T.Segraves. Introduction to section on Sexuality: Treatment of Psychiatric Disorders-III (G.O.Gabbard, ed), American Psychiatric Press, Washington, DC, 2001

24. Sexual Disorders (2003) in Tasman A, Kay J, Liberman JA (eds). Psychiatry 2nd edition, Volume II, W.B.Saunders, Philadelphia. Chapter 74

25. What Patients Mean by Love, Psychological Intimacy, and Sexual Desire (2003) in SB Levine, CB Risen, SE Althof (eds) Handbook of Clinical Sexuality for Mental Health Professionals, Brunner-Routledge, New York, pp.21-36.

26. Infidelity (2003) in SB Levine, CB Risen, SE Althof (eds) Handbook of Clinical Sexuality for Mental Health Professionals, Brunner-Routledge, New York, pp57-74

27. Preface (2003) in SB Levine, CB Risen, SE Althof (eds) Handbook of Clinical Sexuality for Mental Health Professionals, Brunner-Routledge, New York, pp xiii-xviii

28. A Psychiatric Perspective on Psychogenic Erectile Dysfunction (2004) in T.F. Lue (ed) Atlas of Male Sexual Dysfunction, Current Medicine, Philadelphia Chapter 5

29. Levine, SB., Seagraves, RT.  Introduction to Sexuality Section, Treatment of Psychiatric Disorders, 3rd edition (Gabbard GO, editor), American Psychiatric Press, 2007

30. Risen CB, (2009)Professionals Who Are Accused of Sexual Boundary Violations *In Sex Offenders: Identification, Risk Assessment, Treatment, and Legal Issues* edited by Fabian M. Saleh, Albert J. Grudzinskas, Jr., and John M. Bradford, Oxford University Press, 2009

31. What Patients Mean by Love, Intimacy, and Sexual Desire, in Handbook of Clinical Sexuality for Mental Health Professionals edited by Levine SB, Risen, CB, and Althof, SE, Routledge, New York, 2010

32. Infidelity in Handbook of Clinical Sexuality for Mental Health Professionals edited by Levine SB, Risen, CB, and Althof, SE, Routledge, New York, 2010

33. Scott DL, Levine, SB.  Understanding Gay and Lesbian Life in Handbook of Clinical Sexuality for Mental Health Professionals edited by Levine SB, Risen, CB, and Althof, SE, Routledge, New York, 2010

34. Levine, SB, Hasan, S., Boraz M. (2009) Male Hypoactive Sexual Desire Disorder (HSDD) in Clinical Manual of Sexual Disorders (R. Balon and RT Segraves, eds), American Psychiatric Press, Washington, DC.

35. Levine, SB. Sexual Disorders in  Fundamentals of Psychiatry (by Allan Tasman and Wanda Mohr,eds.) <http://eu.wiley.com/WileyCDA/WileyTitle/productCd-0470665777.html>, .

36. Infidelity in Principles and Practices of Sex Therapy (I Binik, K. Hall,

editors), 5th edition, Guilford Press, New York, 2014.

37. Why is Sex Important? In Handbook of Clinical Sexuality for Mental Health Professionals 3rd ed. [SB Levine, CB Risen, SE Althof, eds] New York. Routledge, 2016, Chapter 1

38. The Rich Ambiguity of Key Terms: Making Distinctions. In Handbook of Clinical Sexuality for Mental Health Professionals 3rd ed. [SB Levine, CB Risen, SE Althof, eds] New York. Routledge, 2016. Chapter 4

39. The Mental Health Professional's Treatment of Erection Problems . In Handbook of Clinical Sexuality for Mental Health Professionals 3rd ed. [SB Levine, CB Risen, SE Althof, eds] New York. Routledge, 2016 Chapter 11

40. Why is Sex Important? In Sexual Health in the Couple: Management of Sexual Dysfunction in Men and Women [L Lipshultz, A Pastuszak, M Perelman, A Giraldi, J Buster, eds.] New York, Springer, 2016.

41. Sommers, B., Levine, S.B., Physician's Attitude Towards Sexuality Psychiatry and Sexual Medicine: A Comprehensive Guide for Clinical Practitioners, Springer, Heidelberg, Germany,2020

42. Boundaries And The Ethics Of Professional Misconduct in A. Steinberg, J. L. Alpert, C A. Courtois( Eds.) Sexual Boundary Violations In Psychotherapy:Therapist Indiscretions, & Transgressions, & Misconduct American Psychological Association, In Press 2021

42. Levine, SB, Risen CB. (2020). Professionals Who Are Accused of Sexual Boundary Violations *In Sex Offenders: Identification, Risk Assessment,Treatment, and Legal Issues, 2nd edition.* edited by Fabian M. Saleh, , Oxford University Press, in press

43. Foreward to Psychotherapy of Gender Dysphoria of Children and Young Adults, Phoenix Publication, UK in press


## C) Book Reviews

1) Homosexualities: A Study of Diversity Among Men and Women by Alan P. Bell and Martin S. Weinberg, Simon and Schuster, New York, 1978.  In Journal of Sex & Marital Therapy 1979; 5:

2) Marriage and Marital Therapies: Psychoanalytic, Behavioral & System Theory Perspectives by TJ Paolino and BS McCrady. Brunner/Mazel, New York, 1978. In Journal of Sex & Marital Therapy 1979; 5:

3) Management of Male Impotence. Volume 5 International Perspectives in Urology AH Bennett, (ed) Williams and Wilkins, Baltimore, 1992. In American Journal of Psychiatry, 1984

4) The Sexual Relationship by DE Scharff, Routledge & Kegan Paul, 1982 in Family Process 1983;22:556-8

5) Phenomenology and Treatment of Psychosexual Disorders, by WE Fann, I Karacan, AD Pokorny, RL Williams (eds). Spectrum Publications, New York, 1983. In American Journal of Psychiatry 1985;142:512-6

6) The Treatment of Sexual Disorders: Concepts and Techniques of Couple

Therapy, G Arentewicz and G Schmidt. Basic Books, New York, 1983. In American Journal of Psychiatry 1985;142:983-5

7) Gender Dysphoria: Development, Research, Management. BN Steiner (ed). Plenum Press, 1985 in Journal of Clinical Psychiatry, 1986

8) Gender Dysphoria: Development, Research, Management. BN Steiner (ed). Plenum Press, 1985 in Contemporary Psychology 1986:31:421-2 [titled, The Limitations of Science, the Limitations of Understanding]

9) Psychopharmacology of Sexual Disorders by M Segal (ed) John Libbey & Co Ltd, London, 1987 in American Journal of Psychiatry 1987;144:1093

10) "The Sissy Boy Syndrome" and the Development of Homosexuality by R Green. Yale University Press, New Haven, 1987.  In  American Journal of Psychiatry 1988;145:1028

11) Male Homosexuality: A contemporary psychoanalytic perspective by RC Friedman, Yale University Press, New Haven, 1988 in Journal of Clinical Psychiatry 1989;50:4, 149

12) Sexual Landscapes: Why we are what we are, why we love whom we love. By JD Weinrich, Charles Schribner's Sons, New York, 1987 in Archives of Sexual Behavior 21 (3):323-26, 1991

13) How to Overcome Premature Ejaculation by HS Kaplan, Brunner/Mazel, New York, 1989 in Journal of Clinical Psychiatry 51(3):130, 1990

14) Clinical Management of Gender Identity Disorders in Children and Adults R. Blanchard, BN Steiner (eds) American Psychiatry Press, Washington, DC, 1990. In Journal of Clinical Psychiatry 52(6):283, 1991

15) Psychiatric Aspects of Modern Reproductive Technologies. NL Stotland (ed) American Psychiatric Press, Washington DC, 1990. In Journal of Clinical Psychiatry 1991;52(9):390

16) Homosexualities: Reality, Fantasy, and the Arts. CW Socarides, VD Volkan (eds). International Universities Press, Madison, Connecticut, 1990. In Journal of Clinical Psychiatry 1992;(10)

17) Reparative Therapy of Male Homosexuality: A New Clinical Approach.  J Nicolosi, Jason Aronson, Northvale NJ, 1992. In Contemporary Psychology 38(2):165-6, 1993 [entitled Is Evidence Required?]

18) Male Victims of Sexual Assault, GC Mezey, MB King (eds) Oxford University Press, New York, 1992. In Journal of Clinical Psychiatry 1993;54(9):358,

19) AIDS and Sex: An Integrated Biomedical and Biobehavioral Approach. B Voeller, JM Reinisch, M Gottlieb, Oxford University Press, New York, 1990. In American Journal of Psychiatry

20) Porn: Myths for the Twentieth Century by RJ Stoller, Yale University Press, New Haven, 1991. In Archives of Sexual Behavior 1995;24(6):663-668

21) Sexual Dysfunction: Neurologic, Urologic, and Gynecologic Aspects. R Lechtenberg, DA Ohl (eds) Lea & Febiger, Philiadelphia, 1994. In Neurology

22) The Sexual Desire Disorders: Dysfunctional Regulation of Sexual

Motivation. HS Kaplan Brunner/Mazel, New York, 1995. In Neurology 1996; 47:316

23) Femininities, Masculinities, Sexualities: Freud and Beyond. N. Chodorow. The University Press of Kentucky, Lexington, 1994. Archives of Sexual Behavior 28(5):397-400,1999

24) Sexual Function in People with Disability and Chronic Illness:A Health Professional's Guide by ML Sipski, CJ Alexander. Aspen Publishers, Gaitersburg, Md, 1997. In Journal of Sex Education and Therapy, 1998;23(2):171-2

25) Sexual Aggression by J Shaw (ed). American Psychiatric Press, Washington, DC, 1998. In American Journal of Psychiatry, May, 1999

26) The Wounded Healer: Addiction-Sensitive Approach to the Sexually Exploitative Professional by Richard Irons and Jennifer P. Schneider. Jason Aronson, Northvale, N.J., 1999 in American Journal of Psychiatry 157(5):8-9,2000.

27) Culture of the Internet by Sara Kiesler (editor), Lawrence Erlbaum Associates, Mahway, New Jersey, 1997. 463pp in Journal of Sex Research in press, 2001

28) Psychological Perspectives on Human Sexuality. Lenore T. Szuchman and Frank Muscarella (editors), Wiley and Sons, New York, American Journal of Psychiatry, April, 2002

29) "How Sexual Science Operates" a review of Sex, Love, and Health in America: Private Choices and Public Policies. EO Laumann and RT Michael, editors. Chicago, University of Chicago, 2001 in Second Opinion, The Park Ridge Center for the Study of Health, Faith, and Ethics, 11:82-3, April, 2004.

30) Sexual Orientation and Psychoanalysis: Sexual Science and Clinical Practice. R.C.Friedman and J.I. Downey (eds). New York. Columbia University Press. in Archives of Sexual Behavior (2003) 31(5):473-474

31) Prozac on the Couch: Prescribing Gender in the Era of Wonder Drugs, Jonathon Michel Metzl. Duke University Press, Durham, 2003 in American Journal of Psychiatry, November, 2004.

32) Sex and Gender by M. Diamond and A.Yates Child Psychiatric Clinics of North America W. B. Saunders, Philadelphia, Pennsylvania, 2004, 268 pp in Archives of Sexual Behavior April 2007 on line publication in Dec.2006 at http://dx.doi.org/10.1007/s10508-006-9114-7

33) Getting Past the Affair: A program to help you cope, heal, and move on— together or apart by Douglas K. Snyder, Ph.D, Donald H. Baucom, Ph.D, and Kristina Coop Gordon, Ph.D, New York, Guilford Press, 2007 in Journal of Sex and Marital Therapy,34:1-3, 2007

34) Dancing with Science, Ideology and Technique. A review of Sexual Desire Disorders: A casebook Sandra R. Leiblum editor, Guilford Press, New York, 2010. In Journal of Sex Research 2011.

35) What is more bizarre: the transsexual or transsexual politics? A review of Men Trapped in Men's Bodies: Narratives of Autogynephilic

Transsexualism by Anne A. Lawrence, New York, Springer, 2014. In Sex Roles: a Journal of Research, **70, Issue 3 (2014), Page 158-160**, 2014. DOI: 10.1007/s11199-013-0341-9

36) There Are Different Ways of Knowing.  A review of: How Sexual Desire Works: The Enigmatic Urge by Frederick Toates, Cambridge, UK, Cambridge University Press, in Sexuality and Cu1ture (2015) 19:407–409 DOI 10.1007/s12119-015-9279-0

37) The Dynamics of Infidelity: Applying Relationship Science to Clinical Practice by Lawrence Josephs, American Psychological Association, Washington, DC, 2018, pp. 287, $69.95   in Journal of Sex and Marital Therapy10.1080/0092623X.2018.1466954,  2018.  For free access: https://www.tandfonline.com/eprint/UgiIHbWbpdedbsXWXpNf/full

38) Transgender Mental Health by Eric Yarbrough, American Psychiatric Association Publications, 2018, Journal and Marital & Sexual Therapy, https://doi.org/10.1080/0092623X.2018.1563345 .

39) Seduced into Darkness:Transcending My Psychiatrist's Sexual Abuse by Carrie T. Ishee, Terra Nova Books, Santa Fe, in Journal of Sex and Marital Therapy, in press 2020.

10.1080/0092623X.2020.1757847

40) Principles and Practices of Sex Therapy, 6th edition,(2020) KSK Hall, IM Binik (editors), Guilford Press, New York in Journal of Sex and Marital Therapy in press 2020.