IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


CASE NO. 4:20-cv-00020-MW/MAF


JAMI CLAIRE, KATHRYN LANE and
AHMIR MURPHY,

      Plaintiffs,
vs.

FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES, et al,

      Defendants.
_____



ZOOMED DEPOSITION OF RYAN NICHOLAS GORTON, M.D.

Monday, January 4, 2021

12:01 p.m. – 3:48 p.m.

Via Zoom

Tallahassee, Florida  32308



STENOGRAPHICALLY REPORTED BY:

SANDRA L. NARGIZ
RPR, CM, CRR, CRC, FPR, CCR-GA



Job No. 170036

1   APPEARANCES: (All appearing via Zoom.)

2           ON BEHALF OF THE PLAINTIFFS:

3           SOUTHERN LEGAL COUNSEL, INC.
            1229 NW 12th Avenue
4           Gainesville, FL  32601
            352.271.8347
5           BY: JODI SIEGEL, ESQUIRE
            jodi.siegel@southernlegal.org
6           SIMONE MICHELLE CHRISS, ESQUIRE
            simone.chriss@southernlegal.org
7

8           LEGAL SERVICES OF GREATER MIAMI
            4343 West Flagler Street, #100
9           Miami, FL  33134
            305.438.3809
10          BY:  JOCELYN JAUREGUI ARMAND, ESQUIRE
            jjauregui@legalservicesmiami.org
11          JEFFREY M. HEARNE, ESQUIRE
            jhearne@legalservicesmiami.org
12          PAMELA FLORES, ESQUIRE
            pflores@legalservicesmiami.org
13

14          ACLU OF FLORIDA
            4343 W Flagler Street, #400
            Miami, FL 33134
15          786.363.2700
            BY:  JEFF TILLEY, ESQUIRE
16          jtilley@aclufl.org

17          ON BEHALF OF THE DEFENDANT DMS/SECRETARY
            SATTER:
18

19          HENRY BUCHANAN HUDSON SUBER & CARTER
            P.O. BOX 14079
            Tallahassee, FL  32317
20          850.222.2920
            BY: MIRIAM COLES, ESQUIRE
21          mcoles@henryblaw.com

22

23

24

25

1                              I N D E X

2     WITNESS                                          PAGE
      RYAN NICHOLAS GORTON, M.D.                          4
3
          Direct Examination by Ms. Coles                 4
4         Cross Examination by Mr. Tilley                89
          Redirect Examination by Ms. Coles             101
5

6

7

8

9     (STENOGRAPHER'S NOTE:  All documents were sent to
      Stenographer electronically.  A digital exhibit
10    sticker was placed on the documents which were
      marked during the proceeding.)
11

12
                       INDEX OF EXHIBITS
13

14    NO.          DESCRIPTION                           ID

15    1  Gorton rebuttal report                          57
      2  "Transgender Health: A Review and Guidance      57
16       for Future Research"
      3  Letter to Editor of American Family             80
17       Physicians

18

19

20

21

22

23    CERTIFICATE OF OATH                               123
      CERTIFICATE OF REPORTER                           124
24    READ AND SIGN LETTER                              125
      ERRATA SHEET                                      126
25

1    The following Zoom proceedings began at 12:01 p.m.

2                          * * *

3            THE STENOGRAPHER:  Would you raise your

4        right hand, please.

5            Do you swear or affirm that the testimony

6        you are about to give will be the truth, the

7        whole truth, and nothing but the truth?

8            THE WITNESS:  I do.

9            THE STENOGRAPHER:  Thank you.

10   Thereupon,

11                    RYAN NICHOLAS GORTON, M.D.

12   having been first duly remotely sworn or affirmed,

13   as hereinafter certified testified as follows:

14                    DIRECT EXAMINATION

15   BY MS. COLES:

16       Q    Good afternoon, Dr. Gorton.  My name is

17   Miriam Coles.  I represent the Department of

18   Management Services and Jonathan Satter in this case

19   and I will be taking your deposition today.

20            Have you ever been deposed before?

21       A    Yes.

22       Q    All right.  Can you tell me approximately

23   how many times you have been deposed in the past?

24       A    Maybe somewhere between five and ten.

25       Q    All right.  I am going to come back and

1    ask you more questions about that, but as it relates

2    to the rules of the depo, it sounds like you are

3    very familiar with how these go.  Because it's all

4    virtual, I will try to take even more care to make

5    sure I let you finish answering your question before

6    I ask my next question so we don't accidentally

7    speak over each other.  If you will do the same,

8    that will be very helpful for the court reporter.

9    Okay?

10        A    Yes.

11        Q    All right.  Also, sometimes this stupid

12   Zoom video freezes up and the other person may not

13   realize that they have frozen.  If at any time I

14   freeze up and you are not hearing me, just wave or

15   signal or let the court reporter know and I will do

16   the same.  The last time we had one of these, there

17   were several times where I missed the end of the

18   answer, so I apologize in advance if I ask you to

19   repeat yourself.  Just sometimes my Zoom is

20   terrible.

21             If you don't understand a question I ask,

22   please let me know and I will clarify.  Okay?

23        A    Yes.

24        Q    All right.  Can you tell me all the

25   documents you reviewed in coming up with your

1    opinions in this case?

2        A    Dr. Levine's report.  I did look at a

3    couple of the articles that he cited, and I think

4    there may be some citations in my report.  But other

5    than that, nothing.

6        Q    All right.  Do you recall which articles

7    cited by Levine that you looked at?

8        A    One of them was the article by Jack Turban

9    in Pediatrics; the article by Cecilia Dane.  There

10   may have been others, but those are the two that

11   stick out in my memory.

12       Q    All right.  Can you please state your full

13   name for the record.

14       A    Yes.  It's Ryan Nicholas Gorton, and the

15   last name is spelled G-o-r-t as in Thomas, o-n as in

16   Nancy.

17       Q    All right.  I apologize for mispronouncing

18   it earlier.  What's your business address?

19       A    I have two.

20       Q    Okay.

21       A    The first is -- we just moved last year --

22   1735 Mission in San Francisco.  And that's

23   Lyon-Martin Health Services and I couldn't give you

24   the zip code offhand.

25            And the other is my emergency medicine

1  practice is at Sutter Davis Hospital, and the

2  address there is 2000 Sutter Place, Davis,

3  California 95616.

4       Q    **Tell me how long have you worked for**

5  **Lyon-Martin.**

6       A    Since 2005.

7       Q    **Okay.  Has your role there been the same**

8  **since 2005?**

9       A    More or less.

10      Q    **And what do you do at that facility?**

11      A    I am a primary care provider for my panel

12  of patients.  I also supervise the nurse

13  practitioners.  Previously -- we also have PAs, so

14  mid-level providers, as well as registered nurses,

15  in caring for those patients; and also the -- for

16  the mid-level providers, the nurse practitioner/PA,

17  I also am -- they have their own panel of patients,

18  but I consult with them on patients.  So that's the

19  clinical aspect.

20           I do education, both at the clinic, we

21  have students rotating, not so much this year

22  because of coronavirus, but in previous years.  So

23  we have medical nurse practitioner/PA students who

24  rotate through, and I'm often the primary clinical

25  instructor for them.

1          I also -- the clinic also does teaching

2     for sort of other clinics, like we offer clinical

3     technical assistance, which again, recently not as

4     much, because this year has been unusual in many

5     ways.  And I also am the lead clinician for

6     TransLine, T-r-a-n-s-L-i-n-e, it's all one word,

7     which is a national clinical consultation service,

8     which means that say a provider who has only treated

9     zero to a handful, though, honestly I've had --

10    we've had experienced providers who have called with

11    questions too, generally more difficult ones.  So

12    the idea is other clinicians can request assistance

13    with their patient situation; sometimes simple

14    questions and then very complex questions.

15          And I also do two months a year as the

16    sort of primary responder to questions in addition.

17        **Q     So for the TransLine two months of the**

18    **year you are the main one answering the questions?**

19        A     Yes.

20        **Q     Approximately how many hours a week do you**

21    **spend working directly with patients at Lyon-Martin?**

22        A     My current schedule is one day a week,

23    which is Thursdays from 8:35, I think we start

24    preparing for patients, though my last patient is

25    at -- is around 5:00, maybe 4:40.

1           But in previous years, especially earlier

2    on in the time that I was there, like say the first

3    five or ten years, I worked more, oftentimes two

4    days a week.  And then also, just to be very

5    specific, this year, the clinic has basically said

6    to all the providers there, half of your clinical

7    time is done telemedicine.  So at present, what I do

8    is one week I will go to the clinic, be there in

9    person, and then the alternate week -- I still see

10   patients, it's just done by telemedicine.

11        **Q    At the height of your -- when you were**

12   **doing the most direct patient care at Lyon-Martin,**

13   **was it two days a week?**

14        A    It was really -- I think on average,

15   that's absolutely a good estimate.  A lot of it had

16   to do with what my ER schedule was.  I primarily

17   worked weekends, so there was a consistent day.  And

18   then most weeks I would add another day and some

19   weeks I went there three days.

20        **Q    What is your patient population like at**

21   **Lyon-Martin?**

22        A    The clinic overall, about 60 percent of

23   our patients are transgender or gender

24   nonconforming, something along that spectrum.  The

25   rest are cisgender patients.  We certainly see more

1  lesbian/bisexual women or a greater percentage of

2  lesbian/bisexual women.  My panel is somewhat

3  similar, although I think I probably more than -- I

4  have more than the average share of transgender

5  patients.

6          Q    And for a day that goes from 8:35 to 5:00,

7  approximately, I understand it may change depending

8  on why different patients are there, but

9  approximately how many patients do you see in a day?

10         A    It's three -- it's one every 20 minutes.

11  So say that's eight hours of -- so would that be --

12  it's probably more like 21 or so.  And that's what

13  is scheduled.

14             Sometimes there will be people who don't

15  show for appointments and sometimes there's

16  walk-ins, so it's kind of fluid.

17         Q    Okay.

18         A    Just to clarify, those are obviously just

19  my patients.

20         Q    Right.  Right.

21         A    I consult with the mid-level providers',

22  quite frequently, patients.

23         Q    And I imagine the mid-level providers are

24  seeing their own group of patients but under the

25  supervision of a physician?

1    A    Correct.

2    Q    Okay.  And when you -- what's your

3  practice for providing supervision to mid-levels?

4  Do you review a certain number of record charts, or

5  do you only address issues when it's brought to you

6  by the mid-level?

7    A    It's typically the latter, though I would

8  say patients that I am involved in, which nine times

9  out of ten are trans patients, I would say somewhere

10  in the order of 5 to 10 percent of their patients.

11    Q    So for those patients, you, I guess, take

12  a more active role in reviewing the charting and

13  consulting with the mid-level?

14    A    That's correct.  And sometimes seeing the

15  patients, either as they bring me in to see a

16  patient in a visit or they schedule their patient to

17  come to see me for a set appointment to address a

18  particular issue.

19    Q    Are you providing all-around general

20  primary care services for your patient panel?

21    A    Yes.

22    Q    Is there a percentage of your panel that

23  just comes to you relating to transition-related

24  care and services?

25    A    There's a small percentage, less than

1   five, that have a primary care provider who they see

2   for most of their care.  But that primary care

3   provider may not be comfortable starting patients on

4   treatment or continuing that treatment, though I

5   would say the majority of those, eventually their

6   primary care provider just picks it up because once

7   you've started people, it's pretty simple to

8   continue the care that another provider started.

9          So in that, I guess you would call it

10  consultation role, I will actually write

11  consultation notes in the same way that a

12  cardiologist writes a consultation note and send it

13  back to the provider.  And sometimes that may be the

14  last I see the patient and the provider takes over.

15  But more often, I see them at least for a few more

16  visits until they're stable on things.

17      **Q    Of your transgender patients, what**

18  **percentage of them do you think are on cross-sex**

19  **hormones?**

20      A    Probably 95 percent, and that includes

21  patients who may be on hormone-modulating medicines

22  but not cross-sex hormones.

23          For example, a patient with a previous

24  blood clot in their legs and we don't restart

25  estrogen but we start the antiandrogens, which

1  technically may not be considered hormones but we

2  are using them to modulate the patient's hormones.

3      **Q    Do you prescribe hormones for any of your**

4  **cisgender patients?**

5      A    Yes.

6      **Q    What type of hormones and for what reason?**

7      A    Birth control pills.  Occasionally, but

8  this is infrequent, post-menopausal hormone

9  supplementation for people who have otherwise

10  uncontrollable menopausal symptoms.  I would say

11  that's the majority.  It's contraception and hormone

12  replacement therapy.

13      **Q    What percent of your transgender patient**

14  **base have undergone some type of gender-affirming**

15  **surgical procedure?**

16      A    I would say at least two-thirds, maybe

17  more than that, but I haven't actually sat down and

18  tallied that, so I couldn't tell you for certain.

19  But definitely the majority.

20      **Q    Of that group that have undergone some**

21  **type of gender-affirming surgical procedure, what**

22  **percentage would you estimate have undergone a**

23  **genital reconstructive surgery?**

24      A    I would still say the majority but

25  probably not two-thirds.

1      Q    Do you see any patients that suffer from

2  gender dysphoria but have not undergone any type of

3  gender-affirming surgical procedure?

4      A    Yes.

5      Q    Do you have any transgender patients that

6  identify transgender but do not suffer from gender

7  dysphoria?

8      A    I have some patients who have been treated

9  appropriately, they have had hormones, they had

10  surgeries, they are sort of at the end of the

11  medical and surgical care spectrum; they're more

12  comfortable with their bodies, and I think some of

13  those patients really don't have a clinically

14  significant amount of gender dysphoria

15  post-transition.

16           But that's certainly not always the case,

17  and it would be the case that if that person, for

18  some reason their body changed or they lost the

19  changes that they had, like say they were taken off

20  hormones for a decision that wasn't theirs, then

21  that person might have a resurgence of the gender

22  dysphoria.  So I guess you could say it's in

23  remission.

24      Q    Do you have gender-nonconforming patients

25  that do not suffer from gender dysphoria?

1      A     Yes.

2      **Q     How do you define gender-nonconforming?**

3      A     Someone whose behaviors and way that they

4      interact with the world does not conform to

5      stereotypical notions of maleness and femaleness.

6      So that's a pretty broad category.

7      **Q     So does that include individuals who**

8      **might, I guess they may identify as female or male**

9      **but also embrace stereotypical behaviors associated**

10     **with the other gender?**

11     A     Yes.  A good example would be butch

12     lesbians, for example, or effeminate gay men.

13     **Q     Approximately how much of your time do you**

14     **spend at the other facility doing emergency medical**

15     **services?**

16     A     I work at least eight, but 11 or less

17     shifts per month, and each shift is usually nine

18     hours long.  The length varies a little bit.

19     **Q     And what type of facility -- I've**

20     **forgotten the name.  California Davis?**

21     A     No, it's Sutter Davis Hospital.  We are

22     always confused with the University of California

23     Davis Medical Center.  And we are a community

24     hospital.  We are not a tertiary care center or

25     referral center.

1      Q      Do you have a trauma level?

2      A      No, we do not.

3      Q      Okay.  And your patient population there

4    is just pretty much a mix, everything that comes

5    into the emergency department?

6      A      Yes.

7      Q      I think you indicated earlier that you

8    normally work weekends at the emergency department.

9      A      Yes, I usually work two weekends where I

10   work four days, Friday through Monday, Friday night

11   through Monday night, and then maybe a few extra

12   shifts here and there, daytime, mid-time.

13     Q      All right.  I meant to ask you this.  At

14   the other facility, Lyon-Martin, do you treat

15   children?

16     A      At Lyon-Martin we treat adolescents of

17   legal age, which means people who are over 18 and so

18   they are legally adults but they, from a medical

19   perspective, have not always completed adolescence.

20     Q      It sounds like you don't have any patients

21   there that are under 18?

22     A      Correct.

23     Q      Obviously in the emergency department you

24   may see children that come in.

25     A      Any patient, any problem, any time.

1      Q    Okay.  And you are licensed to practice in

2    California?

3      A    Yes.

4      Q    Are you licensed to practice in any other

5    state?

6      A    Not currently.

7      Q    Have you ever been licensed to practice in

8    any other state?

9      A    Yes.  I was licensed in New York state,

10   which is where I did my residency and got my first

11   medical licensure.  And I practiced a few years in

12   Louisiana, so I was licensed there and subsequently

13   I came to California and that's where I have been

14   practicing since.

15     Q    Are you board certified?

16     A    Yes.

17     Q    What areas are you board certified in?

18     A    Emergency medicine.

19     Q    When did you obtain your board

20   certification?

21     A    I think 2003.  I finished residency in

22   2002, and it's a two-part boards, but I think by the

23   end of 2003 I completed it.

24     Q    All right.  And how much do you charge per

25   hour for your services for your expert review, if

1    any?

2    A    I generally charge zero dollars per hour.

3    **Q    Have you ever charged for expert review?**

4    A    Yes.

5    **Q    When you typically charge for your expert**

6    **review, how much do you charge?**

7    A    I think the last time it was -- I am

8    reaching at straws here -- but 125, 150, something

9    in that range.

10    **Q    For a legal review?  That's a deal.**

11    A    No.  There was one case I did which

12    involved a physician who had treated a transgender

13    patient and he wasn't being sued for malpractice but

14    he had state licensure problems, so I was his -- I

15    was an expert witness for him.

16    **Q    In his licensure proceeding?**

17    A    In his licensure proceeding, I think,

18    yeah.

19    **Q    It sounds like most the time you don't**

20    **charge, you do it on a volunteer basis?**

21    A    I don't charge an hourly rate but I do

22    expect compensation for travel.

23    **Q    Approximately how many times have you been**

24    **retained as an expert witness, we'll say in the last**

25    **ten years?**

1    A   In the last ten years?  More than five,

2  less than ten.

3    **Q**   **And did all the cases that you were**

4  **retained in relate to, I guess, care or treatment**

5  **for transgender individuals?**

6    A   Yes.

7    **Q**   **Have you ever been retained as an expert**

8  **relating to emergency services?**

9    A   I don't believe so, no.

10    **Q**   **Okay.**

11    A   I have testified as a witness in emergency

12  medicine cases but not to defend someone.  It's the

13  State of California versus the person who assaulted

14  a patient I took care of.

15    **Q**   **Have you testified as an expert either by**

16  **deposition or trial in the last four years?**

17    A   Yes.

18    **Q**   **In what cases?**

19    A   So one was Ms. Edmo in Idaho who was a

20  transgender prisoner who was seeking

21  gender-affirming care.

22         One was Cruz v. Zucker in New York which

23  involved plaintiffs suing the -- I don't know if it

24  was the State of New York or the Medicaid agency in

25  New York, but the suit was to get Medicaid to pay

1  for transition-related care.

2         And I am trying to think.  This is a

3  little embarrassing.  You have the list.

**4         Q    You are doing great, though.  That's**

**5  pretty impressive.  A lot of times people don't**

**6  remember.  I am going to share the report so you can**

**7  see it.  I am going to attempt to.**

8         A    Actually if it was in my report, I think I

9  have that because --

**10        Q    Can you see that?**

11        A    Yes.  So the second two we spoke about.

12  The first one was a transgender woman who was in

13  prison in Florida who was seeking not necessarily

14  just medical care but accommodations to --

15  accommodations that would be appropriate for a

16  female prisoner in Florida prisons.

**17        Q    How many times have you been retained as**

**18  an expert by the ACLU?**

19        A    This time, Keohane -- I am trying to

20  think, I don't think there were any other times that

21  I was deposed or testified at trial for the ACLU.

22  There is a chance I may have signed a written, a

23  brief for them, but nothing jumps out in my head

24  right now.

**25        Q    Who retained you in Cruz v. Zucker?**

1        A      There were three legal agencies, one of

2    them was The Sylvia Rivera Law Project, the New York

3    Legal Aid Society and some private law firm whose

4    name escapes me.

5        **Q      How about in Edmo?**

6        A      In Edmo, it was NCLR, the National Center

7    for Lesbian Rights and, again, a private legal

8    practice that was doing it with them.

9        **Q      In the last four years, approximately how**

10   **much of your income is derived from legal consulting**

11   **work?  And I am going to say the answer is probably**

12   **none.**

13       A      Correct.

14       **Q      And is it that you do this work on a**

15   **volunteer basis because it's something that you feel**

16   **passionate about?**

17       A      I do this type of legal consulting and

18   also the work that I do at Lyon-Martin is all

19   pro bono.  And the reason is, firstly I think most

20   physicians should do some pro bono work.  We are

21   very well compensated generally so we can do that,

22   and even though we worked hard to get through

23   school, the reason we were able to do that and

24   schools existed was because society invested in

25   those, and I think we owe that ethically.  So that's

1  the primary reason.

2      Q    Why this type of work specifically?

3      A    The reason that I do this type of work

4  specifically is because I think this is a very

5  severely underserved community, and my experience as

6  someone who was seeking this type of care in the

7  early 2000s was that there was not much available.

8  And so I decided this was the place that I wanted to

9  do my volunteer work in the same way that if I knew

10  asthma was a thing and no physicians were treating

11  it and people were dying left and right from asthma,

12  what would I do?  I would open an asthma clinic.

13      Q    All right.  So for these three cases, were

14  these all depositions or did you actually go to

15  trial for any of these?

16      A    I went to trial in Cruz v. Zucker.  No,

17  sorry, in Edmo.  I was deposed in Cruz v. Zucker and

18  Keohane, but Edmo I was deposed in and I went to

19  trial.

20      Q    Okay.  So are all of your opinions that

21  you are rendering in this case contained in your

22  expert report?

23      A    It depends on what's asked of me

24  subsequently.

25      Q    But in terms of what you intend to go into

1   court to talk about would be the WPATH Standards of

2   Care?

3       A    There's a lot more than the WPATH

4   Standards of Care that go into this treatment, so I

5   would think it would be very unusual if that's the

6   only thing I talked about.

7       Q    Well, your expert report -- so did you

8   prepare this document that's identified as your

9   rebuttal report?

10      A    I did.

11      Q    What were you asked to do relating to the

12  opinions that you are going to give?  What opinions

13  were you asked to give or what subjects were you

14  asked to look at?

15      A    Basically Dr. Levine's report.  That's the

16  only thing I was given --

17      Q    Okay.

18      A    -- to look at.  That was my only -- the

19  request that I had was to look at his report,

20  evaluate it.

21      Q    Okay.  So it looks like you are addressing

22  Dr. Levine's opinions regarding the standards of

23  care from the perspective of a physician.  Is that

24  accurate?

25      A    I think broadly you could say from the

1  perspective of a physician, but not only in respect

2  to the clinical day-to-day work I provide to

3  patients.  I think being a physician is definitely

4  more work than that and my experience has been

5  significantly more work than that.

6        **Q     Do you provide any mental health treatment**

7  **or services to patients?**

8        A    Yes.

9        **Q     What mental health treatment and services**

10  **do you provide to your patients?**

11        A    I am assuming we are talking about at

12  Lyon-Martin?

13        **Q     Yes.**

14        A    I essentially provide the medical

15  healthcare -- or I am sorry, the mental healthcare

16  that you would typically find in a primary care

17  provider, in that there are a number of mental

18  illnesses that in their less complicated form are

19  diagnoseable within primary care and treatable

20  within primary care, both by medications and

21  referral for psychotherapy.

22            But certainly there are some patients who

23  I think are beyond the simple mental health problems

24  that can be treated within the primary care setting

25  and I may refer people to psychiatry.

1    Q    Does Lyon-Martin have a, I guess a part of

2    the clinic that is psychiatry or psychology?

3    A    We have mental health providers who are

4    therapists, and up until recently we had a

5    psychiatrist, but she left for other opportunities,

6    and so we currently are looking for one.

7    Q    So when you refer a patient to a

8    psychiatrist, do you refer them for counseling

9    within the clinic?

10   A    It could be either/or.

11   Q    What percent of your patients with gender

12   dysphoria also have a separate healthcare provider

13   such as a psychologist or psychiatrist?

14   A    When you say separate, do you mean outside

15   of Lyon-Martin?

16   Q    No, I just mean separate from your primary

17   care services.

18   A    I would say probably that in a given

19   calendar year, maybe 30 to 40 percent of my patients

20   have a separate mental health provider, although

21   it's not infrequent that those services are for a

22   short period and may not encompass the whole year.

23   Q    When it comes to making recommendations

24   for gender-affirming surgeries, do you refer those

25   outside the clinic?  How does that work?

1      A     Again, it could be either.  If patients

2    have a mental health provider external to the clinic

3    who has been following them and who knows them, I

4    absolutely will contact that provider and say do you

5    think this is appropriate; and if you think it's

6    appropriate, are you comfortable writing a letter

7    for this patient.

8           If the patient doesn't have an external

9    mental health provider, we usually refer them to one

10   of our in-house providers.

11     **Q     If you have a patient -- how frequently do**

12   **you diagnose gender dysphoria, or do you make a**

13   **preliminary diagnosis and then refer an individual**

14   **to, I guess, a mental health provider for follow-up?**

15     A     I think there's two questions you are

16   asking.  So the first is, what percentage of my

17   patients do I refer for mental health follow-up

18   specifically related to their gender dysphoria?  I

19   would say -- sorry, let me reword that.  What

20   percent of my patients do I refer for evaluation or

21   treatment from a mental health provider that doesn't

22   involve just a simple evaluation for surgical

23   readiness?  Maybe a third.

24           And I think the other part of the question

25   was -- actually I can't remember what it was.

1     Q    It was a compound question.  It was a bad

2    question.

3          Do you diagnose gender dysphoria as part

4    of your primary care practice?

5     A    Yes.

6     Q    Once you have made a diagnosis of gender

7    dysphoria, do you refer that patient to a mental

8    health provider for additional treatment for gender

9    dysphoria or do you continue to manage the patient

10   for gender dysphoria?

11    A    That entirely depends on the patient's

12   clinical situation.

13    Q    Okay.  What percentage of patients after

14   you have diagnosed them with gender dysphoria do you

15   refer out for psychiatry/psychology to manage the

16   gender dysphoria?

17    A    I would say -- again, apart from surgical

18   evaluations, I would say something on the order of a

19   third that I think probably need therapy, if nothing

20   else, to help them to navigate their transition.

21   But it's much less frequent that I am in doubt as to

22   the diagnosis and am requesting diagnostic

23   assistance.  I would say that's less than

24   10 percent, probably less than 5 percent.

25    Q    So what percentage of your patients with

1  gender dysphoria do you send out for a surgical

2  evaluation to mental health?

3      A    And that's referral within my clinic or

4  external to my clinic?

5      Q    Yes.

6      A    If they are going to be getting surgery,

7  it's essentially 100 percent.

8      Q    Okay.  So you do not provide -- as a

9  primary care physician, you do not provide the

10  surgical psychiatric evaluation?

11      A    I provided an evaluation that includes the

12  patient's mental health and ability to complete

13  surgery successfully, but I also provide medical

14  information that a mental health provider wouldn't

15  necessarily make decisions on.

16          For example, is this person's diabetes

17  well-enough controlled to have surgery?  And that's

18  why most surgeons and most insurers require both a

19  medical provider's letter and a mental health

20  provider's letter.

21      Q    So you might provide letters for a medical

22  clearance type of evaluation assessment whether the

23  patient's medically stable for whatever particular

24  surgery that they are getting?

25      A    That's included, but is not all of what I

1  provide in a letter.  As I said, there's

2  psychological evaluation, too.

3       **Q     But they also have to have a separate like**

4  **psychiatric evaluation apart from your evaluation?**

5       A     Essentially 100 percent for patients who

6  are insured, and I would say 90 percent of surgeons

7  would require a mental health letter.  But since my

8  patients are generally poor, they all get it through

9  insurance, so it is essentially 100 percent.

10      **Q     All right.  Aside from -- you would agree**

11 **that you are not a licensed psychologist or**

12 **psychiatrist, correct?**

13      A     I am not board certified in psychiatry and

14 I am not a licensed psychologist.  There is no

15 license for psychiatry.

16      **Q     You are not a practicing psychiatrist?**

17      A     That's correct.

18      **Q     Have you ever worked for a health**

19 **insurance company?**

20      A     I have worked with them as a consultant.

21      **Q     What health insurance companies have you**

22 **worked with?**

23      A     So the San Francisco Health Plan, we did

24 trainings for them and I did at least one, maybe a

25 couple.

1      Q      **What was the purpose of the trainings?**

2      A      It was to give sort of a layman's idea of

3   what the treatment of transgender people entails.  I

4   mean, they are not totally laypersons because

5   they're -- they work in insurance but they are also

6   not clinicians.

7      Q      **When did you provide these trainings for**

8   **the San Francisco Health Plan?**

9      A      Maybe between five and ten years ago.  And

10   in addition to the trainings, I was on a committee

11   that was talking with Healthy San Francisco about

12   how patients should be able to access care through

13   that program.

14      Q      **Did you provide any consulting services**

15   **for the San Francisco Health Plan relating to what**

16   **benefits they should cover?**

17      A      Yes.

18      Q      **And what was the scope of that consulting?**

19      A      In 2011 maybe, the California Medicaid

20   agency, Medi-Cal, sent a memo to all their insureds

21   that said you have to cover trans care, you cannot

22   exclude it because that is essentially

23   discrimination and it's prevented under the Medicaid

24   regulations.

25             Subsequently, insurers who had not

1  previously had to do this had to learn how to do

2  this, and so in particular with San Francisco Health

3  Plan and Healthy San Francisco, a lot of it was

4  discussions about what is needed, what might be

5  needed, what is appropriate preparation for patients

6  before surgical treatments.

7      **Q     So prior to 2011, did the San Francisco**

8  **Health Plan not cover gender-affirming care?**

9      A    I think they covered hormones.  I am not

10  entirely sure.  I think hormones and primary care

11  visits.

12     **Q     Prior to 2011, the San Francisco Health**

13  **Plan, is that the health plan for the city of San**

14  **Francisco?**

15     A    No, that's the Medicaid program, Medi-Cal

16  program in San Francisco, one of the two that you

17  can choose if you are a San Francisco resident who

18  is a Medicaid recipient.

19     **Q     Prior to 2011, the San Francisco Medicaid**

20  **or Medi-Cal health plan did not cover**

21  **gender-affirming surgeries?**

22     A    Not for gender dysphoria.  So, for

23  example, if I had a transgender man who had

24  endometriosis and severe vaginal bleeding causing

25  anemia, they might cover a hysterectomy, but it

1    wasn't for the diagnosis gender dysphoria.

2         Q    That makes sense.  If it was -- if a

3    service was needed for another diagnosis, it might

4    be covered, but not for the diagnosis of gender

5    dysphoria prior to 2011?

6         A    Correct.  And at that time, it was

7    referred to as gender identity disorder, referred to

8    as gender identity disorder.

9         Q    Any other consulting like that that you

10   have done for health insurance companies?

11        A    I was a subject matter expert, not for a

12   health insurance company but for the California

13   Department of Insurance.  They were preparing an

14   economic impact assessment, because the Department

15   of Insurance wanted to see if it was appropriate to

16   require insurers throughout the state of California

17   to cover trans-related care, hormone, surgery,

18   mental health, primary care.  And I think I had two

19   meetings with them where I basically sat down with

20   the actuaries and answered essentially technical

21   questions about this.

22        Q    Approximately when was that?

23        A    Probably around the same time, like

24   between 2010 and 2014, at the latest.

25        Q    And just to be clear, you were not

1   performing the actuarial computations, you were

2   providing information to the actuaries to help them

3   do their analysis?

4       A    I was a subject matter expert in the

5   treatment of trans patients, which they needed to do

6   the analysis of the economic impact that this would

7   have on California insurers.

8            So, no, I am not an actuary or accountant

9   or any of those things, but they didn't have the

10  technical information they needed to do their jobs,

11  so I provided them that information.

12      Q    Did you provide them any information

13  about, I guess, the number of patients that would be

14  used as part of the computation, like the percentage

15  of the population that might require the different

16  treatments that you were talking about?  Or were you

17  really just providing, these are the treatments,

18  these are the type of procedures that are associated

19  with gender-affirming care?

20           MR. TILLEY:  Objection.

21  BY MS. COLES:

22      Q    You can still answer, if you can.  If you

23  don't understand my question, I am happy to rephrase

24  it.

25      A    I understand, and this was a number of

1   years ago, but I do recall we talked about that at

2   least generally, because to figure out the cost or

3   the risk of this, you need to know not just what

4   patients need but also how many patients need the

5   particular service or services.  And I think that's

6   the case, that sounds right to me, but again, we're

7   talking a lot of years ago.

8           **Q      Were you provided with, I guess, a copy of**

9   **their ultimate findings, their actuarial report?**

10          A    I have that.  I don't know who sent it to

11  me, but it's a publicly available document.

12          **Q      Were there any other subject matter**

13  **experts that you are aware of that also contributed?**

14          A    I have no idea.

15          **Q      Any other health insurance companies or**

16  **employers that you have consulted with relating to**

17  **payment of care or insurance benefits?**

18          A    Yes.  And the way you asked that question

19  reminded me there is another insurer.

20              I did some work with Kaiser.

21          **Q      What is Kaiser?**

22          A    Kaiser is a big insurer in California.

23  They are like a -- Kaiser provides insurance but

24  there's also -- it's Kaiser Permanente Insurance,

25  but then there's also Permanente Medical Group, so

1  essentially they provide both.  There is a legal

2  separation between the providers, but if you have

3  Kaiser, you usually go to Kaiser hospitals and see

4  Kaiser doctors.

5       **Q     Okay.  What services did you provide for**

6  **Kaiser?**

7       A    I know I did at least a couple of talks

8  for them.  There were a couple of providers who I

9  had conversations either via e-mail or by phone

10  about specific questions that came up as they were

11  establishing their program.

12      **Q     Approximately when was that?**

13      A    I would say around the same time, like

14  2010 to 2014.

15      **Q     When you say establishing their program,**

16  **you are talking about establishing their program for**

17  **covering certain gender-affirming surgeries?**

18      A    Yes.  They started covering

19  gender-affirming care generally, surgeries, mental

20  health, medical treatment.  And they also were

21  establishing a, I don't know the exact name of it

22  but like center of excellence for this in the east

23  bay, like the San Francisco Bay area basically but

24  not in San Francisco proper.

25      **Q     So prior to that 2010-2014 time period,**

1    **Kaiser did not cover gender-affirming care?**

2        A    Not that they knew of.  There were

3    providers at Kaiser that I know who were colleagues

4    who provided care for their patients and nothing was

5    objected to, so they were able to do it.  So I won't

6    say there was no care or no surgery provided to

7    patients, but it was not officially acceptable.

8        **Q    Any other providers, employers, entities**

9    **like that, like Kaiser or the San Francisco Health**

10   **Plan, that you provided consulting services for**

11   **relating to the payment of health insurance benefits**

12   **for transgender community?**

13       A    Yes.  And I am doing this on the fly,

14   sorry; I keep forgetting things and remembering

15   them.

16       **Q    That's all right.**

17       A    I worked with, in California and the

18   University of California system, the insurance plan

19   that is offered to students is called GSHIP,

20   G-S-H-I-P, all capitals.  I don't know what it

21   stands for but that's what they call it.  And GSHIP

22   started paying or started being willing to provide

23   surgical and medical treatments to patients because

24   the University of California system, I think the

25   employees sued and won, so I think the student

1 health insurance -- oh, that's what SHIP stands for,

2 student health insurance program -- started doing

3 it.

4           And so I worked with one of the providers

5 at the UC Davis student health services who had been

6 providing care for a while, and I actually sort of

7 mentored her when she had her first patients, and

8 sort of helped with -- I don't know if you would say

9 the "ask" or the "explanation" to GSHIP about what

10 is needed.

11     **Q     Approximately when was it that GSHIP**

12 **started being willing to provide those surgical**

13 **services?**

14     A     Around the same period, 2010 to 2014 there

15 were a lot of changes in California.  It may have

16 been a little earlier because it was precipitated by

17 the employees of the UC system winning coverage.

18 And I think that was one of the first times after

19 the city and county of San Francisco's employee

20 health plan, that that was won, so it may have been

21 a little bit earlier but not by much.

22     **Q     Any other health insurance company or**

23 **employer or entity like GSHIP that you had provided**

24 **consulting services relating to health insurance**

25 **benefits or the coverage of gender-affirming**

1   services?

2       A    I can't think of any other insurance

3   companies, though I not infrequently give talks

4   about trans care and insurance is a part of it.

5   And, in fact, I actually did a presentation at WPATH

6   a few conferences ago about all the changes within

7   the California system, the California insurance

8   system.

9       **Q    And is that a statewide, like the state --**

10  **when you say the California insurance system, do you**

11  **mean like from a state regulatory standpoint there**

12  **were changes made?  Or are you just talking about**

13  **the industry?**

14      A    Including from a state regulatory

15  standpoint.  So after the economic impact

16  assessments from the Department of Insurance, they

17  decided that insurers should not be able to exclude

18  this because of the -- or because the risk that they

19  were taking as an insurer was so small that it was

20  within the -- within the standard deviation of what

21  their cost would be anyway, so you couldn't see the

22  signal for the noise.

23          And so they adopted it, and then less than

24  a year later, the California Department of Managed

25  Healthcare adopted similar requirements that

1    insurers not discriminate.

2            It's weird, California actually has two

3    agencies, DMHC and Department of Insurance, and they

4    both regulate insurance but they don't regulate the

5    same insurance.  It's just some weird historical

6    thing in California.  And then that was used, I

7    couldn't tell you which states, but I know at least

8    several states have used the economic impact

9    assessments that the Department of Insurance did as

10   data for their decision about whether to require

11   insurers to cover this.

12   **Q    In your second paragraph in your report,**

13   **you note that gender dysphoria is a medical**

14   **condition which is described in the DSM-5.**

15           **What does DSM-5 stand for?**

16   A    Diagnostic and Statistical Manual and it's

17   psychiatric illnesses.

18   **Q    When you use the phrase medical condition**

19   **there, do you make a distinction between medical**

20   **conditions and psychiatric conditions, or do you**

21   **consider them all to be medical conditions?**

22   A    I think medical conditions is the broad

23   category into which psychiatry is one specialty that

24   belongs, so is nephrology and cardiology and

25   neurology.

1      Q    Are you going to provide any opinions at

2    trial relating to origins of gender dysphoria as in

3    whether it's biologically caused or if it's

4    socially, psychiatrically, psychologically caused,

5    anything like that?

6      A    The first answer to that question is it

7    totally depends on what you guys ask me as to

8    whether or not I will discuss that.

9           The second thing, though that I will say

10   is that it's -- the brain is an organ just like your

11   heart is an organ, just like your kidney is an

12   organ.  So there are physical changes in your brain

13   that express themselves as mental illness.  And for

14   most mental illnesses there is differing levels of

15   evidence that those are biologically caused and

16   that's completely logical.

17          If we give you a pill and that helps your

18   mental health symptoms, then there was something

19   physical going on that caused those mental health

20   symptoms that taking this medication changed.

21     Q    Okay.  You would agree that not all

22   transgender individuals suffer from gender

23   dysphoria?

24     A    Yes.

25     Q    And gender dysphoria is kind of

1   characterized by significant distress?

2        A    Yes.

3        Q    Do you have any opinions as to what -- you

4   indicate here, "Left untreated, individuals with

5   gender dysphoria can suffer severe depression,

6   anxiety, poor function in employment, family, and

7   other settings and suicidality."

8             Do you have any opinions specifically

9   about what the -- what percentage of patients with

10  gender dysphoria, if left untreated, will suffer

11  from depression, anxiety, poor function in family or

12  suicidality?

13       A    There are two places that I would look for

14  data to answer that question.  The first is from the

15  medical literature, and there are studies that

16  indicate that patients have significant levels of

17  depression, suicidal ideation, poor social

18  functioning, and there is evidence that that

19  improves, although doesn't necessarily go back to --

20  or doesn't necessarily improve to the point that it

21  is indistinguishable from people without mental

22  illness.  So that's one set of data that I could

23  speak about.

24            The other is my personal experience,

25  because I started treating patients at Lyon-Martin

1  in 2005 and, as we've discussed, up until 2010 to

2  2014 era, the vast majority of my patients could not

3  access surgical care.  I could provide them with

4  medical treatment and mental health treatment and

5  occasionally I would have a patient who was able to

6  cobble together the funds to get surgery, but I

7  would say over 90, probably more like 95 percent of

8  my patients could not access surgery.

9        And their mental health was, as a group,

10  significantly worse than patients who now have been

11  able to access care.  And in addition, I mean I

12  have -- in addition to comparing them to people who

13  start treatment now when care is available, I had a

14  group of patients that I was seeing prior to this

15  happening who were really suffering because they

16  didn't have access to surgery, and then all of a

17  sudden one day, hey, your insurance covers this, and

18  I got to see what happened for those patients who

19  needed treatment but weren't able to access it, so

20  what happened with their mental health and social

21  functioning subsequently, and it's a pretty dramatic

22  difference.

23        Q    Can you say what percentage of them

24  improved and how you would measure their

25  improvement?  For the patients that were unable to

**1**   **get surgical treatment before the 2010-2014 time**

**2**   **frame to being able to get their insurance to cover**

**3**   **for surgical treatment and they did get surgical**

**4**   **treatment, what percentage of that patient group saw**

**5**   **an improvement in their functionality and how do you**

**6**   **measure that?**

7          A      So if we are seeing at least some

8    improvement, I would say nearly 100 percent, if not

9    100 percent.  If we are saying dramatic improvement,

10   I would say at least a third.

11           There is a range of possibilities for how

12   much any given treatment, hormones, social

13   transition, mental healthcare, or surgical care will

14   offer relief to patients who need that treatment.

15   And so I saw a range of beneficial outcomes from

16   mild to almost unbelievable.

17           The way I would measure that is, one, we

18   have measures of psychological function, like the

19   PHQ-9 or GAD-7.  I also noticed patients that were

20   in the hospital a couple of times after suicide

21   attempts, they were just not suicidal anymore.

22   Patients who were previously on three psychiatric

23   medications, doing so much better, we take them off

24   medication number 1, they are still doing okay.  We

25   take them off 2, they are still doing -- and not

1  every time people can stop all their mental health

2  medications, but it made treating their other mental

3  health conditions so much easier.

4      **Q       What percentage of your patients that**

5  **undergo some type of genital surgery experience**

6  **complications?**

7      A    Minor complications that I can handle in

8  the office?  Maybe a third.

9          Complications that require either repeat

10  surgery or going back to the OR in the

11  post-operative period, a third or less.

12          And then complications that may require

13  treatment that I am not capable of doing at my

14  clinic because I don't have the right instruments or

15  whatever but that don't necessarily need resurgery,

16  like a third.

17          Actually, I want to clarify one thing on

18  that last question.  When I am talking about a

19  third, a third, and a third, that's of people who

20  have complications.  There's probably a good

21  40 percent that don't have anything at least that I

22  know about that they have complications on.

23      **Q       All right.**

24      A    So maybe 40/20/20, would be the right

25  ratio.

1        Q     Okay.  Makes sense.

2              You indicated in this next paragraph that

3    starts with "gender-affirming surgeries that" -- I

4    am jumping down -- "practicing physicians such as

5    myself who treat patients with gender dysphoria in

6    the United States generally agree that the WPATH

7    Standards of Care are the most authoritative

8    framework for treating gender dysphoria.  These

9    Standards of Care represent a consensus of the

10   relevant medical community regarding the appropriate

11   treatment for gender dysphoria.  Physicians like

12   myself and other healthcare providers trust, rely

13   on, and utilize these standards of care for our

14   patients."

15             Is it your opinion that the WPATH

16   guidelines -- let me ask this.  Let me start over.

17             How do you define standard of care when we

18   use that phrase?

19        A     So standard of care generally, not

20   necessarily with regards to WPATH, is the accepted

21   treatments that a competent provider would provide.

22   So, for example, just to take something simple, the

23   standard of care if you have appendicitis is to have

24   surgery to remove your appendix.  And that happens

25   in 99 percent of cases that get diagnosed in the

1  U.S.

2          With regard specifically to the Standards

3  of Care, they are not the only thing that most

4  providers would use, but they are -- they are the

5  most authoritative at providing a framework, not

6  necessarily saying, oh, you should start patients on

7  this many milligrams of testosterone or estrogen and

8  you should check labs with this frequency; there are

9  a lot of guidelines that do that.  But WPATH in

10  particular talks about assessment of patients who is

11  appropriate for each of the different types of

12  treatments that are available:  Psychological,

13  medical, hormonal, surgical.

14      **Q    Is it your opinion that the WPATH**

15  **guidelines set the standard of care for the**

16  **treatment of gender dysphoria or they are useful as**

17  **a tool for establishing a framework and there are**

18  **other, I guess -- there are other materials that**

19  **physicians also look at in addition to the WPATH**

20  **framework?**

21      A    Can you state that again?

22      **Q    Yes.  There was two questions combined**

23  **into one.  I will try and separate them.**

24          **One, is it your opinion that the WPATH**

25  **guidelines set the standard of care for physicians**

1    **providing treatment for gender dysphoria?**

2         A    I think in the United States that they are

3    the most common and most accepted framework for

4    treating patients.  I know that's not an entirely

5    accurate answer to your question, but the problem is

6    not the WPATH Standards of Care but the concept of

7    the standard of care is not just a nationwide, in

8    the U.S., this is what is expected, but the standard

9    of care, the local or -- sorry, the standard of care

10   can change both locally but also by resources.

11          So what might be the standard of care for

12   really any condition but particularly talking about

13   gender dysphoria, in a local practice standard in

14   suburban America might be different from what the

15   standard of care is -- not WPATH Standards of Care,

16   but the standard of care for treatment of other

17   diagnoses, including gender dysphoria, might be

18   different in an impoverished inner city setting

19   where many patients are uninsured or underinsured.

20        **Q    Do you know whether or not there is a**

21   **consensus among healthcare providers in, let's say**

22   **the state of Florida, is that WPATH is what they**

23   **generally look to when providing care to transgender**

24   **patients?**

25         A    I interacted in the past with a few

1   surgeons in Florida and I don't see them not

2   following the WPATH Standards of Care; but I don't

3   practice in Florida, so I couldn't tell you in that

4   particular local practice environment what the

5   standard of care would be.  And even within Florida,

6   if you are a rural provider in the Panhandle, the

7   standard of care that you provide, it's not going to

8   be hugely different, but may be subtly different

9   when compared with a provider who is working in

10  Miami.

11       **Q    Sure.  That makes sense.  You mentioned**

12  **that WPATH Standards of Care were one of several**

13  **guidelines that you might look to in the treatment**

14  **of gender dysphoria.  What else would you look to in**

15  **the treatment of gender dysphoria?**

16       A    Predominantly medical protocols.  There

17  are a number of those and they are not -- they don't

18  necessarily say -- they don't necessarily cover what

19  WPATH says in the Standards of Care, in that instead

20  of answering the question what does this patient

21  need to be treated, what does this patient need in

22  preparation for surgery, post-operatively, what sort

23  of framework of care they need, they may be

24  answering the question, okay, so this patient is

25  going to be treated with hormones, what hormone do

1  you give, what are the side effects, what's the

2  range of dosing, how frequently you should check

3  levels of the hormone or other labs.

4      **Q    Are those protocols -- for example, for**

5  **the hormonal therapies, who or what entity would**

6  **promulgate the protocols that you might look to for**

7  **hormone therapy?**

8      A    I could name a few.  So the University of

9  California in San Francisco has a transgender center

10  of excellence and they have a very extensive

11  protocol.  There is a protocol that's used at --

12  again, this is embarrassing, I am so bad with names

13  of things.  There are two prominent LGBT

14  organizations that provide healthcare in New York

15  and Boston.  Fenway is the one in Boston and they

16  provide treatment protocols, and then in New York --

17  this is so embarrassing, my previous boss at

18  Lyon-Martin actually worked there before she came to

19  us.  Oh, Callen-Lorde.

20      **Q    All right.  That's in New York?**

21      A    Yes.  And also the TransLine, we have

22  probably the shortest protocol because we want to

23  provide just information about hormones, this is

24  just about hormones, not about anything else.  And

25  so we try to keep it as small as possible.  I think

1   it's up to seven or eight pages now in really tiny

2   type font.

3        **Q     TransLine promulgates its own set of**

4   **protocols to provide to clinicians whenever they**

5   **call in seeking assistance?**

6        A    We have that on our website.  It's

7   available as a resource.  Often I may refer people

8   to say, oh, this is great, your answer was on our

9   protocol for medical treatment.  Here's a link to it

10  and also here's your answer.

11            There's a lot of questions, though, that

12  are not covered in that; so complex patient

13  situations that may not be covered in that and

14  that's more what we are there for.

15            MS. COLES:  Can we take a quick comfort

16        break?  Let's do five minutes.

17            (A recess took place from  1:31 p.m. to

18        1:39 p.m.)

19  BY MS. COLES:

20        **Q     Tell me about your membership in WPATH.**

21  **How long have you been a member?**

22        A    Between -- well, probably around 15 years.

23        **Q     As a member of WPATH, what do you do?**

24        A    There are national conferences, but also

25  regional conferences.  So there's a subset of WPATH

1    that's USPATH, and then there is EPATH which I think

2    is the European subgroup; so conferences, presenting

3    papers; when there is a need for a statement or

4    writing an opinion on something.  There's also

5    interaction with colleagues in WPATH but external to

6    meetings.  For example, the providers who are -- who

7    staff TransLine are almost all WPATH members.

8         **Q    Did you have any involvement in the**

9    **promulgation of any version of the Standards of**

10   **Care?**

11        A    I was asked, I believe it's for the last

12   Standards of Care -- to participate in a day-long

13   meeting in which or for which some -- a small subset

14   of WPATH providers were asked to attend.  It was

15   sort of like a pre-meeting, I think it was in Oslo,

16   I am pretty sure, maybe, Oslo, yeah, it was a

17   pre-meeting where we were sort of tasked with

18   writing a short paper about a specific issue within

19   WPATH.

20        **Q    What issue was that?**

21        A    The group that I was in was about the

22   treatment of children.

23        **Q    How did you come to be in that group?**

24        A    I was invited by the group leader who was

25   selected by WPATH.

1     Q     And do you have any experience treating

2     children with gender dysphoria?

3     A     I have experience with adolescents over

4     the age of 18, like I spoke about, and then I also

5     have patients of mine who are now adults but who

6     were treated as children.

7     Q     Other than in the emergency department, do

8     you see patients who don't necessarily have gender

9     dysphoria but who are under 18 for treatment?

10     A     No, just in the emergency department.

11     Q     Have you ever provided treatment to

12     individuals under 18 years of age other than in the

13     emergency department?

14     A     A couple of times, essentially, I guess

15     you could say private practice for like the children

16     of friends sort of thing.

17     Q     I guess, other than on a friends and

18     family kind of basis, you have never provided

19     treatment for individuals under 18 outside of an

20     emergency department context?

21     A     As long as you said friends, colleagues,

22     and family.  For example, there was one kid who

23     needed hormone-blocker implant that I helped out and

24     assessed him.

25     Q     How many would you say -- from a friends,

1    family, and colleagues standpoint, how many

2    individuals under 18 do you think you have provided

3    care for outside of the emergency department?

4         A    Five or less, not many.

5         Q    **The paper that you all wrote at the**

6    **conference on the treatment of children, did that**

7    **get published by WPATH?**

8         A    Yes, it was -- well, it was published in

9    IJT, which is the in-house journal for WPATH.  I

10   think I provided that to you.

11        Q    **Okay.**

12        A    That's the lead author was Harrelson.

13        Q    **Okay.  How does an individual become a**

14   **member of WPATH?**

15        A    There's no test or board certification.

16   Actually WPATH does have clinical certification but

17   that's certainly not a requirement to join.

18        Q    **What does that involve, the WPATH clinical**

19   **certification?**

20        A    It's basically -- and I am pretty sure

21   about this, don't 100 percent hold me to the

22   details, but there is a basic class that's for

23   everybody, medical and mental health, surgical

24   providers.  And there are -- there is an advanced

25   class that is more germane to one's particular area.

1  And then subsequent to that or I guess during that,

2  too, those who wanted can have a mentor with

3  experience to sort of help walk them through the

4  initial phases of learning how to treat patients.

5       **Q    The GEI certified practitioner that you**

6  **identified in your report, is that what you are**

7  **talking about?**

8       A    Yes.

9       **Q    And what level -- what does the GEI stand**

10 **for?**

11      A    Global Education Initiative, I think.

12      **Q    What level of the certification process as**

13 **you just described would the GEI certified**

14 **practitioner be?**

15      A    I see what you are asking.  If you start

16 from scratch, you do the basic class.  You then

17 subsequently go on to your particular area, the more

18 advanced class.  And then you kind of demonstrate

19 through mentoring that you are adequate to provide

20 care, and then you are certain to become certified.

21      **Q    What is your specialty?**

22      A    So I was actually grandfathered in because

23 there was a lot of very experienced providers, so

24 there was a test that we could take.  And if you

25 passed the test, you were -- and it wasn't just a

1  test.  It had to be a certain number of years as a

2  member of WPATH, a certain number of years treating

3  trans patients, and also -- I think there may have

4  also been an element of we know you or we don't know

5  you.  So a portion of providers who met those

6  criteria were offered the chance to do that.  So I

7  did that.

8              Although I actually did take the basic

9  class because it was offered at the first USPATH

10  meeting as a freebie, you could just go if you want.

11  And I just wanted to go and see what they were

12  teaching and kind of have an idea about the

13  information presented.  So I actually did do that

14  one.

15      **Q    Makes sense.  Are there members of WPATH**

16  **who are not healthcare providers?**

17      A    Yes.

18      **Q    What type of individuals who are not**

19  **healthcare providers are also members of WPATH?**

20      A    There are definitely a few lawyers, I

21  think.  That I know for certain.  And I am just

22  going based on people that I know that I see at

23  conferences and talk with and you see them every

24  couple of years at the conference or interact,

25  essentially collegially.  That's the only

1  non-providers that I can think of.  But that's not,

2  by any stretch of the imagination, a definitive

3  answer.  That's just my experience in WPATH.

**4      Q    Are there other lay individuals that are**

**5  members of WPATH?**

6      A    I wouldn't be surprised but, again, I

7  can't answer that authoritatively.

**8      Q    All right.  I am going ask you a few**

**9  questions about some of your publications.  The**

**10  articles that you provided, are those because they**

**11  relate to your opinions?**

12      A    Those were ones that I wrote and so I was

13  answering that question.  There was one that -- so

14  there was a conference in Pittsburgh at -- I don't

15  know, University of Pittsburgh?  A university in

16  Pittsburgh, I don't know which one.  It was many

17  years ago -- that was providers, academics, and we

18  created a white paper that I do not have a copy of.

19  But the leader of that conference wrote a paper that

20  was sort of a summary of what we sort of discussed

21  or included in the white paper, and so that's the

22  Lombardi publication.

23          I am not an author to that because she

24  basically just did that as a summary herself.  But I

25  was a contributor to the bigger document from which

1  she pulled that, I guess, so I couldn't give you the

2  white paper but I gave you the closest thing to it.

3       **Q    That makes sense.  I am going to ask you a**

4  **few questions about one of these articles and I am**

5  **going to pull it up.  Let me ask you about this.**

6            MS. COLES:  We'll mark your rebuttal

7            report as Exhibit 1 and we'll mark this article

8            as Exhibit 2.  This is the "Transgender Health:

9            A Review and Guidance for Future Research."

10           (Exhibit 1 was marked for identification.)

11           (Exhibit 2 was marked for identification.)

12  BY MS. COLES:

13      **Q    Proceedings from the Summer Institute at**

14  **the Center for Research on Health and Sexual**

15  **Orientation, University of Pittsburgh.**

16           **Is this that article you were referencing?**

17      A    Yes, I believe that's Dr. Lombardi's

18  article.  I am actually trying to bring it up so I

19  can scroll through if I need to as well.  So we are

20  talking about published in the International Journal

21  of Transgenderism by Emilia Lombardi, correct?

22      **Q    Yes.  Are you familiar with the content of**

23  **this article, generally speaking?**

24      A    I haven't read it in a long time, but I

25  imagine nothing in there would surprise me.

1       Q    I am going to ask you, on page 202, I am

2   just going to jump around and ask you a few things

3   that I had questions on when I was reading it.

4       A    I am confused about the page numbering

5   because I have that it starts at 211.

6       Q    It does start at 211, I am just jumping to

7   page 212.

8       A    Oh, I thought you said 202.

9       Q    Oh, I'm sorry, I may have said 202 but I

10  meant to say 212.  212.  Under the historical

11  background section, so this last paragraph at the

12  bottom in the historical background section says

13  that "in 1980, transsexualism was included within

14  the Diagnostic and Statistical Manual of Mental

15  Disorders, third edition, while inclusion in the DSM

16  is now a source of contention within the

17  trans/gender-variant communities, at the time this

18  was seen as positive progress because it legitimized

19  the diagnosis."

20          The reference here to it now being a

21  source of contention, what is that talking about?

22      A    In DSM-IV, not the current DSM but in

23  DSM-IV, the diagnosis was essentially -- it was

24  gender identity disorder and the criteria were maybe

25  slightly different, but the issue is that trans and

1   gender-variant people, and I think most providers of
2   care to them don't think the identity is the
3   problem, it's the dysphoria that's the problem.  And
4   that was actually one of the reasons that in DSM-5,
5   the diagnosis was changed to gender dysphoria
6   because having the identity isn't a problem.  The
7   problem is where that identity conflicts with your
8   physical attributes and the way you are treated and
9   how you interact with people in society.
10          So I mean, it sounds dumb to say that it
11  was in the name, but I think changing it to the
12  focus of the pathology is gender dysphoria helped.
13          And in addition, in DSM-5, they recognized
14  that there are some patients who once they are
15  treated appropriately, whatever is appropriate for
16  that individual patient, their gender dysphoria may
17  go away.  Like I talked about before now, it could
18  certainly return if you put them in an environment
19  where they did not have the ability to live their, I
20  guess authentic lives.
21          The most commonplace that I have seen this
22  is in people who enter the criminal justice system
23  and aren't allowed treatment or aren't allowed to
24  present as their gender, but as long as patients
25  aren't sort of forced to take steps backwards, they

1    don't really have dysphoria anymore, and there's not

2    really a diagnosis that they currently need,

3    although -- and I can't tell you the exact wording

4    but I think they basically said something like that,

5    like this, being in complete remission is dependent

6    on the patient getting continued care, so continued

7    care is still medically necessary.

8        **Q    Do you have any opinions about what causes**

9    **some individuals, some transgender individuals to**

10   **experience dysphoria and others not to?**

11       A    There is a difference between a diagnosis

12   and an identity.  Transgender is how you

13   self-describe to the world, and that often, and I

14   would say in the significant majority of cases

15   before treatment, that is associated with gender

16   dysphoria because people aren't treated the way they

17   want to be treated in society and they are forced to

18   adhere to, you know, behavior patterns, I guess you

19   would say, that are not appropriate for them.

20           So often there is a conflict in most

21   cases, but there are some people who identify as

22   transgender and often there are more people who

23   identify as sort of gender queer who may not need

24   any treatment and are sort of okay with that.

25   That's the exception, but that does exist.  So it's

1    a difference between self-identifying or us saying

2    you have this diagnosis.

3         Q    And I guess the individuals who obtain the

4    diagnosis are the individuals that have significant

5    distress associated with the incongruence between

6    natal sex and the identity?

7         A    I would say sex is assigned at birth but

8    essentially that's correct.

9         Q    Other than maybe self-perception about

10   what an individual wants to be defined as, what's

11   the difference between transgender or gender queer

12   or gender-nonconforming?

13        A    So firstly, transgender and gender queer

14   are identities people have.  Gender-nonconforming

15   may be an identity someone has, but it also is just

16   a way to describe people.  Right?  So if somebody

17   interacts with the world in ways that are typically

18   ascribed to the other gender, that person can be

19   said to be gender-nonconforming.

20             So a man who's wearing a dress is in most

21   situations gender-nonconforming.  That doesn't mean

22   that that man identifies as a woman or identifies as

23   gender queer or even identifies as

24   gender-nonconforming.  That just means he puts on a

25   dress and makeup.  Right?

1        So you can sort of -- sort of objectively

2   assess that, but there are some people who are

3   gender-nonconforming who you wouldn't know, or may

4   identify as that.

5        There are a lot of sort of subcategories

6   that people describe themselves that are under the

7   bigger umbrella of transgender and gender queer is

8   one of those.  And there are typically ways that

9   people describe their identity as being not entirely

10  masculine, not entirely feminine, but maybe

11  androgenous or some variant of that.  But that's an

12  identity rather than talking about behaviors.

13       Q    I am going to move to page 214.  So there

14  is, just by way of kind of a preface, on 213 there

15  is a discussion of Paul McHugh and his work and

16  research and how it led to, I think -- well, there

17  was Paul McHugh and then in '79 there is a study by

18  Meyer and Reter -- am I mispronouncing that?  And

19  that this ultimately led to the treatment for

20  transsexual patients were moved from academic

21  medicine and healthcare reimbursement rapidly

22  declined.

23       Is that your understanding kind of the

24  timeline, by the '80s that the treatment for gender,

25  whatever they were calling it at the time, was kind

1   of being foreclosed and that healthcare companies

2   were not reimbursing for it?

3        A    I don't think it was a particular year.

4   It was certainly the case that after Meyer published

5   the study in 1979, there was a significant cratering

6   of not just insurance reimbursement but providers

7   for trans care.  So there were trans clinics and

8   tertiary care centers around the United States and

9   every single one of them closed except for the

10  program for human sexually at the University of

11  Minnesota.  There were at least ten programs that

12  closed.  They didn't all close in 1980, but they

13  closed fairly soon after that.

14            And I think the insurance decisions about

15  not covering this care had several things pushing

16  it.  One was Meyer's study, another was that, well,

17  this is no longer provided at most tertiary care

18  centers and insurers look at that.  They look at

19  care that providers are giving.

20            So when all these programs closed, the

21  insurers took that as an opportunity and also, too,

22  this was the time when health maintenance

23  organizations were really starting to blossom in the

24  United States, and the reason HMOs were cheaper and

25  became so successful was because they got very good

1  at not paying for care; so anything that they could

2  justify not providing care for was money savings,

3  and then they could offer cheaper plans than

4  traditional fee-for-service insurance.

5          So I think it was a sort of a coalescence

6  of a number of different societal things that

7  happened.

8      **Q    You indicated earlier that around 2010 to**

9  **2014 there were a lot of changes in California in**

10  **terms of the availability of insurance coverage for**

11  **gender-affirming care.**

12          **Prior to that time period, let's say**

13  **2008-ish time period, what percentage of your**

14  **patients, your primary care patients, would you say**

15  **had health insurance benefits that covered**

16  **gender-affirming care?**

17      A    There were a number of my patients who

18  their insurance covered their visits to me and some,

19  if not all of their labs, but those were for other

20  reasons too.

21          So for example, if a patient is diabetic,

22  we should check their -- these three tests every so

23  often, and while it happens, that two of those tests

24  are things that I would want to follow up on

25  patients who were trans.  If your medical visit was

1  to talk about your diabetes and talk about your

2  hormone replacement therapy, most insurers and,

3  sadly, that's accurate when I say most insurers

4  because it wasn't all, but most insurers would say,

5  okay, well, we are paying for this visit because

6  it's diabetes.  But there were times when insurers

7  would say, well, look, the fourth diagnosis you

8  addressed in this visit was gender dysphoria and we

9  don't pay for that, so we are not paying for the

10  whole thing.

11           I had a colleague who once had his

12  insurance rejected for treatment of bronchitis

13  because it was bronchitis in a transgender person

14  and they didn't treat transgender-related issues.

15  It was really bad, but oftentimes you could at least

16  take some of the burden off of the patient.

17      **Q    In that time period, shortly before all**

18  **the big changes in California relating to the**

19  **coverage of gender-affirming care around 2008-ish,**

20  **what percentage of your patients who had health**

21  **insurance would pay for gender-affirming surgeries?**

22      A    Unless there was another reason for that

23  surgery, like the example I gave earlier, another

24  indication for a hysterectomy, I would say all of

25  them.

1    Q    All of them did not pay for it?

2    A    No, I would say that other than surgeries

3    which were otherwise indicated for nontrans-related

4    issues, patients only got surgery when they paid for

5    it.

6    **Q    If you were seeking a particular surgical**

7    **intervention purely for the treatment of gender**

8    **dysphoria, it would not be covered by health**

9    **insurance?**

10    A    No, I can't remember even one case where

11    that happened.

12    **Q    This is just me trying to make sure the**

13    **record is clear.  Are you agreeing with me or are**

14    **you disagreeing with me?**

15    A    I agree that prior to 2008, unless there

16    was another indication and the only indication was

17    to treat gender dysphoria, insurance never paid for

18    care, for surgical care.

19    **Q    And it sounds like that changed in**

20    **California, at least in that 2010 to 2014 time**

21    **period, at least in part because of regulatory**

22    **changes that were made by the managed care**

23    **department and whatever body regulates insurance?**

24    A    There were other reasons that this

25    changed.  And I should point out that the first time

1   that trans people, to my knowledge, as a class, not

2   through an individual suit for treatment, were able

3   to get appropriate coverage for all aspects of care,

4   I think was 2004, the city and county of San

5   Francisco started doing that for their employees.

6   But I never, to my knowledge, I don't think I

7   treated any of them.

8           I think there was in the first three years

9   of the program, I think they had like -- it was less

10  than 20 people who actually utilized the service,

11  and so one of them was my patient, but that was the

12  exception to the rule.

13          And other things happened, too.  I think

14  in 2006 or '07 maybe, the University of California

15  employees won coverage for care and there were other

16  sprinklings here and there of insurers that started

17  to cover things.  But that was either you sued and

18  won or out of the goodness of their heart, like

19  maybe a big tech company, covers it just for their

20  employees.

21      Q   Makes sense.  On page 215 --

22          MR. TILLEY:  It's not showing on the

23      screen.

24          THE WITNESS:  I have the .pdf on my

25      computer if you tell me the paragraph.

```
 1              MS. COLES:  Let me do it.

 2   BY MS. COLES:

 3        Q    I was asking under the paragraph that

 4   begins the last paragraph on the top of 214, on to

 5   215, talking about "because of the formation of

 6   trans/gender-variant communities and the development

 7   of leadership within those communities, that

 8   perhaps" --

 9        A    Wait, wait.  All right.  Now I am there.

10        Q    "Because of the formation of

11   trans/gender-variant communities and the development

12   of leadership within those communities that perhaps

13   in response to the deterioration of access to the

14   care and the marginalization that came with it,

15   trans/gender-variant people began to organize in

16   order to create political and social change.  This

17   greater political and social activism has led to

18   further changes in how trans/gender-variant people

19   interact with the medical system."

20              Do you agree with that general

21   proposition?

22        A    It sort of depends on whether we are using

23   this broadly or apply it to a specific instance.

24   It's talking about how people interact with the

25   medical system.  There's 5,000 different aspects to
```

1  that, but I think generally for some aspects of how

2  people interact with the medical system, that that's

3  correct.

4        **Q    The next sentence goes on to say that**

5  **"trans/gender-variant professionals began to develop**

6  **expertise in healthcare law and social change and**

7  **joined the WPATH and many LGBT community-based**

8  **health organizations and this led in 2007 to Stephen**

9  **Whittle became the first trans/gender-variant person**

10 **who was elected president of WPATH."**

11       **Do you agree with the last two sentences**

12 **as well?**

13       A    So, yes, trans people started going to

14 healthcare providers in more numbers.  I am not sure

15 about law school, but I imagine so.  And it

16 certainly was the case that later on in WPATH's

17 history there were more trans professionals who

18 joined WPATH.  And it's also the case that the same

19 held true for community-based organizations, like I

20 work for Lyon-Martin Health Services, as an example,

21 and yes, Stephen Whittle became the first person who

22 was either trans or gender-variant who was elected

23 president of WPATH.

24       **Q    Were there changes under Whittle's**

25 **leadership that were significant to, I guess, the**

1    **development of additional WPATH Standards of Care or**

2    **changes in the WPATH Standards of Care, in your**

3    **opinion?**

4        A    I honestly can't remember the year that

5    the last standards of care came out.  There

6    absolutely is going to be change in any organization

7    in any year with any leadership.  Stephen is

8    actually a pretty conservative guy and so he's not

9    the sort to make huge changes.  That's just from

10   knowing him.

11           Did changes happen?  I am sure absolutely

12   things changed in 2017 to 20 -- or sorry, 2007 to

13   2008 or '09.

14           Was that more or less because of Stephen?

15   I am not sure.  But I do, my kind of personal

16   opinion of him is he is a pretty conservative guy.

17       **Q    And it sounds like Whittle was the**

18   **president, sounds like you were saying from 2007 to**

19   **2009-ish?**

20       A    I honestly am not sure.  I think the

21   presidents serve two-year terms, but they might be

22   one year but I think they are more than that.  I am

23   not -- never been president, so couldn't tell you

24   for certain.

25       **Q    I believe this article was published in**

1   '11.  Let me go back and see.  Sorry.  Yeah.  2011.

2   there is some discussion about research and then it

3   says, at the bottom --

4        A    Are we still on 215?

5        Q    Yes.  We are on 215 now.  Wait.  Are we on

6   215?  Yes, we are still on 215.  I wasn't there yet,

7   but we are on 215.  At the bottom of 215, there's a

8   discussion about some research and then it says,

9   last sentence of the paragraph says, "However,

10  research on transgender/gender-variant health is

11  still in its infancy."

12            Do you agree that that was the case in

13  2011?

14       A    Where is this now?

15       Q    Sorry.  The bottom of the first column on

16  page 215.  Okay.

17       A    Okay.  Oh, I am sorry, I was reading the

18  paragraph after.  Can you give me one more second?

19       Q    You are good.  Take your time.

20       A    (Examining document.)

21            So what I would say about that now is that

22  in the 15 years or so since this was written -- or

23  no, sorry, 10 years or so since this was written and

24  since we had that conference in Pittsburgh, there's

25  been more research about trans care in the past

1   10 years than the past 30 before that.  And the

2   reasons for that are extremely complex which relate

3   to funding and social acceptance and who is

4   available to do research, who is available to be a

5   research subject.  And I think in the past 10 years,

6   those have been less of a hurdle to doing research

7   and so more research is being done.

8   **Q    It sounds like in the years following, a**

9   **lot of research has been done.  But would you agree**

10  **that in 2011, that the research on transgender or**

11  **gender-variant health was still in its infancy?**

12       A    The weird problem with infancy is that if

13  you look at the trans research, it kind of starts

14  really in the 1970s.  There were certainly things

15  published before that, but it was in the 1970s that

16  we started having a greater proportion, and it

17  wasn't just case reports or expert opinions.  And so

18  something that's been going since the 1970s, 40

19  years later calling it infancy is a little

20  problematic just because -- I think of that as being

21  a temporal thing, too.

22            I would say that it was the case that at

23  that time, we had research and the research that we

24  had said this is beneficial but because there

25  weren't big piles of it, we were less confident in

1   that answer.  But now we are more confident because

2   we have followed people out, what are the benefits,

3   what are the risks, what are the adverse effects

4   that happen.  I just think we have more knowledge of

5   that.

6           Infancy just seems really weird that your

7   infancy was 40 years long, and now we are more

8   mature in the last 10 years.  It was absolutely the

9   case the research was much less sturdy then.

10      Q     In the conclusion -- the conclusion is

11  found on page 224.

12      A     I am there.

13      Q     There is some discussion about what the

14  institute was able to bring together.  And then in

15  the last complete sentence on this page in the

16  second column it says, it starts with, "Studies

17  examining."  You see that?

18      A     Uh-huh.

19      Q     "Studies examining gender transition and

20  hormone-related outcomes are especially needed since

21  much of what we know remains anecdotal."

22          Would you agree that in 2011 much of what

23  was known about gender transition and

24  hormone-related outcomes was anecdotal?

25      A     Thinking back to that time, sort of if you

1  asked me to answer that question in 2011, I would

2  say that of the research that has been published,

3  the majority is not anecdotal.  They are not case

4  reports.  So the published research, no.

5          If you are talking about -- there is --

6  how do I say this?  There is a certain amount of

7  expertise that clinicians get from practicing this

8  care.  And so in 2011, I had read most, if not all,

9  of the trans literature and I knew what that said,

10  but I also knew the patients were coming to me and

11  knew what problems they presented with and had

12  experience with kind of understanding in my

13  political experience what the risks, benefits, and

14  alternatives were, how beneficial at least hormone

15  and mental health treatment and social transition

16  were.  At that point there wasn't much in the way of

17  surgical availability.  So I used both of those

18  things to inform my care of patients, I guess is the

19  best way to say it.

**20      Q    Would you agree that in terms of research**

**21  and data, your clinical experiences would be**

**22  considered anecdotal?**

23      A    There is a joke that the plural of

24  anecdote is not data, and if you are talking about

25  publishing something in a journal, then using one

1    case report -- and that happens -- but the quality

2    of that evidence, that one case report, is not very

3    high.

4            Now, it might make clinicians to be on the

5    look out for that; like if, for example, with the

6    coronavirus vaccine, after we started giving it to

7    people, a few people had anaphylaxis, and we said,

8    whoa, you know, we don't know the percentage of

9    people that are going to get anaphylaxis but we know

10   some are, so we are going to make people wait after

11   their vaccine for 15 or 30 minutes so if they have

12   that, we can treat that.  Right?  So you can make

13   clinical decisions based on single or -- multiple or

14   single patient experiences.

15           That's different than clinical acumen

16   which is, I think, what you develop after treating

17   people with a given diagnosis in a given setting,

18   once you have experience with that.  Right?  And so

19   I don't think clinical acumen, clinical capability

20   is anecdotal, but I think if you are talking about

21   individual patients or even a group of individual

22   patients, like two or three that had this adverse

23   effect, it's not great quality evidence.

24       Q    From a peer-reviewed research standpoint,

25   clinical experience is -- I mean, writing about what

1    happened to some of my patients is not

2    methodologically sound research in terms of research

3    studies, would you agree?

4         A    It depends on how you do it, the methods

5    that you use to determine the methodological

6    quality.

7         Q    Okay.  So you disagree with this -- you

8    disagree with this statement -- as of 2011, you

9    disagree with the statement that studies examining

10   gender transition and hormone-related outcomes are

11   especially needed since much of what we know remains

12   anecdotal?

13        A    I agree that we needed a lot more studies

14   then.  With any clinical condition, the more studies

15   you have, the more data you have, the more certain

16   that the treatment you are providing has benefits

17   that outweigh the risks.

18             And so it is absolutely the case that some

19   fields need that more than others, and at the time

20   that was the case for treating gender dysphoria.  If

21   you look at the published research, I think most of

22   the studies aren't anecdotal studies, or they are

23   not anecdotal case presentations.  I mean, there are

24   some, but I don't think that was the lion's share of

25   the studies available at that time in the

1    peer-reviewed medical literature.

2       **Q     The next sentence says, "We also need to**

3    **know more about the long-term health effects of**

4    **transition-related care and whether**

5    **trans/gender-variant people have the same risk for**

6    **heart disease, cancer, depression, and suicide**

7    **before and after transition."**

8            **Do you agree with that, as of 2011?**

9       A    I would agree with that for a lot of

10   things including gender dysphoria in 2011 and now.

11   You can -- there is no clinical condition for which

12   there is too much evidence base.  There are some

13   that are really, really good; there are some that

14   are in the middle; there are some that are bad, not

15   as high quality or high quantity.  But any condition

16   can use more research.

17      **Q     The next sentence says, "Most of all, the**

18   **methodologies and theories of health research need**

19   **to be adopted to trans/gender-variant populations."**

20           **Do you agree that?**

21      A    I think some of the technical details of

22   that need to.  For example, up until recently we

23   really didn't know how on surveys the best way to

24   essentially find trans people in a dataset because

25   if you gave the gender options -- male, female,

1  other, fill in the blank, transgender, blah, blah,

2  blah -- there are some trans people who would check

3  male or female because they are like that's what I

4  am.  I don't identify as a trans man, I don't

5  identify as any of those other things.  And so you

6  are missing a certain proportion of the people that

7  you want to catch with your research.

8          And so, I don't know, probably five years

9  ago, it sort of coalesced that there is something

10  called the two-step question which is, how do you

11  currently identify, male, female, fill in the blank,

12  trans, whatever you want to ask.  And then what sex

13  were you assigned at birth.

14          And so someone who is a trans woman who

15  does not identify as an F, identifies just as a

16  woman, she would check woman.  And then it says what

17  sex were you assigned at birth, presumably she would

18  check male or possibly intersex.  But like some

19  technical aspects of that that we just have gotten

20  better at.

21      **Q    Makes sense.  The next sentence says,**

22  **"Currently there is a dearth of research on**

23  **trans/gender-variant people due to the invisibility**

24  **and challenges in conducting research with these**

25  **populations."**

1          **Do you agree with that, as of 2011?**

2          A    My answer is different if we are talking

3    about the United States versus Europe.  In Europe,

4    largely because their centers didn't close after the

5    Hopkins paper in 1979.  They continued treating

6    trans patients and said that's not a very good

7    study.  So they have the best research sets.  They

8    have research sets going back to the '70s where they

9    followed these people.  And also in many European

10    countries they have single payer and they've created

11    great records on everybody that you can do research

12    on.

13          And in those countries, the ability to get

14    funding for trans-specific research was not as

15    limited as it was in the United States.  And so it

16    was much less of an issue in Europe at the time than

17    in the United States where trans people honestly,

18    and many of my patients said this, they tried to

19    hide from their insurance company that they were

20    trans and that's because they needed -- for example,

21    a trans man, which is more expensive, if your

22    insurance knows you as an F, then they will pay for

23    your pap smear and any gynecological issues you

24    have, but they won't pay for your testosterone or

25    your testosterone labs, which is going to be pricey

1   for you.  So patients are going to make those

2   decisions.

3           It's really hard to do research on a

4   patient population that is holding their cards very

5   close to their chest for very legitimate reasons at

6   the time and, in addition, in the U.S., there is --

7   it was almost a joke in the research community, if

8   you wanted your request for funding for your project

9   to get rejected, all you had to do was put the

10  phrase transgender in there once, and you would

11  never get money.  So there was little, if any, money

12  for trans-related research that didn't revolve

13  around HIV and substance abuse.

14      **Q    So it sounds like you would agree with**

15  **that sentence as it relates to the United States,**

16  **populations in the United States more so than in**

17  **Europe or any other parts of the world?**

18      A    That's more accurate for the United States

19  than it is for Europe.

20      **Q    Okay.  I am also going to show you the**

21  **letters that -- you did a letter to the editor of**

22  **the American Family Physicians, I think.**

23          MS. COLES:  We can mark this as Exhibit 3.

24          (Exhibit 3 was marked for identification.)

25

1    BY MS. COLES:

**2        Q    Tell me what prompted you to write this**
**3    article.**

4        A    So the American Family Physicians, which

5    is the in-house journal for the American Academy of

6    Family Physicians, I think that's their acronym, I

7    am not sure.  But essentially family physicians,

8    their professional organization, published an

9    article about testosterone treatment which I looked

10    at and it's actually not in -- I don't think I

11    mentioned it in the actual letter to the editor but

12    the two providers who wrote that article, one of

13    them is Rob Winn, who was a colleague of mine, and I

14    was really surprised because most of the

15    testosterone treatment that Rob does or did at the

16    time was for transgender patients.  And so we talked

17    about it and I said, why did you not talk about

18    trans care?  He wanted to; they wouldn't let him.

19            So that's why I wrote the reply.  He was

20    required to take that out of his paper.

**21        Q    And you indicate here that even -- even**
**22    when insured -- even when transgender individuals**
**23    have insurance, basically most health insurance**
**24    policies in the United States specifically exclude**
**25    transgender-related care.**

1             Is that accurate as of 2006?

2        A    Yes.

3        Q    It looks like they did a response back.

4    Are you familiar with their reply to your letter?

5        A    Yes.

6        Q    It looks like they indicated, or at least

7    Katherine Margo, M.D., who wrote back to you

8    indicated that "unfortunately, the scientific

9    literature on this topic is limited.  A few studies

10   have looked at the effect of testosterone for

11   transgender men and have found some benefit in

12   quality of life, but little in the way of adverse

13   effects, although we are unaware of any randomized

14   controlled studies on the subject."

15            Is that accurate that as of 2006, there

16   were no randomized controlled studies on the

17   subject?

18       A    I believe so, but that's also because this

19   is something that I don't think you could get an IRB

20   to approve a randomized controlled trial on this.

21   The best thing you could possibly do is assess

22   people prior to treatment and after treatment.

23       Q    Do you know if there's been any IRB

24   requests for this, to do a randomized control study

25   on testosterone in transgender individuals?

1      A      I have no idea if anybody's requested it,
2   but not to my knowledge.
3      **Q      All right.  You reference in your report**
4   **that there are several other medical organizations**
5   **that have -- that recognize the WPATH framework as**
6   **authoritative, as the most authoritative framework,**
7   **including the American Medical Association, the**
8   **American Psychiatric Association, the American**
9   **Psychological Association, and the American Academy**
10  **of Pediatrics.  Is that right?**
11     A      I am reading through.  Yes.
12     **Q      Right.  It looks like you are a member of**
13  **the American Medical Association.**
14     A      I don't think my membership is current.
15     **Q      You have been a member?**
16     A      I have been, yes.
17     **Q      Would you agree that you are not a member**
18  **of the American Psychiatric Association or the**
19  **American Psychological Association or the American**
20  **Academy of Pediatrics?**
21     A      Yes.
22     **Q      The American Medical Association has**
23  **issued a policy statement relating to gender**
24  **dysphoria, is that correct?**
25     A      They have more than one policy statement.

1     Q    **The one that you are referencing, are you**

2  **referencing a specific resolution relating to kind**

3  **of the adoption of the WPATH standards?**

4     A    So that particular resolution, I was -- I

5  was a member of the AMA at that time and I was on

6  the LGBT advisory group, committee, I am not exactly

7  sure what the name was, section, but I was actually

8  involved in the passage of that.  And essentially

9  what that is is a statement of this is what we

10  should do and these are the reasons that we should

11  do it, A, B, C, D, and E.  And part of that

12  referenced WPATH.  And then based on that

13  information, the AMA passed the resolution.

14     Q    **And the AMA has a lot of different policy**

15  **resolutions, would you agree?**

16     A    About trans care?

17     Q    **About all kinds of things.**

18     A    Yes, about all kinds of things.

19     Q    **For example, I saw there was a resolution**

20  **against toy guns.  Have you read that one?**

21     A    I haven't read that one, but I will take

22  your word for it.

23     Q    **Also there's resolutions on both medical**

24  **cannabis and recreational cannabis.  Have you read**

25  **them?**

1      A    No, but I am happy to read them if you

2    want to show them to me.

3      **Q    Do you know if the AMA issued a policy**

4    **statement on universal versus individually selected**

5    **health insurance, basically private health insurance**

6    **versus universal health insurance?**

7      A    I don't know if they have, but I would be

8    surprised if they hadn't.

9      **Q    Do you know which way they went on that?**

10   **Do you have an opinion as to which way the AMA would**

11   **fall on private pay insurance versus universal**

12   **healthcare?**

13     A    Ten years ago, I would have been

14   absolutely certain that they would fall on the side

15   of private insurance.

16          Today I am not really sure because there

17   is more and more recognition in the medical and

18   other healthcare professions that there are

19   significant medical, ethical, and other benefits to

20   having a single payer system.

21          So it would depend on when that was.  I

22   would never presume that the AMA would definitely

23   come out in favor of universal healthcare.  But

24   there is a possibility that if it was recent, they

25   might have.  But 10 years ago, no, I don't think

1    they would have.

2        Q    **Are there any texts that you consider**

3    **authoritative as it relates to the treatment of**

4    **gender dysphoria?**

5        A    It depends on what your definition of

6    authoritative is.  For me, there are guidelines in

7    many aspects of my practice that I think really get

8    things right, and those guidelines I follow in the

9    majority of cases, but there may be instances where

10   I depart from those.  And again, not just in gender

11   dysphoria.

12            Like, for example, the American Heart

13   Association puts out guidelines for the treatment of

14   cardiac arrests.  And those guidelines are aimed to

15   provide a framework for people who aren't

16   resuscitating people that often, to do the best

17   things, do this and then do this and then do this,

18   if this is the case then do this.  So literally you

19   could have a card in your pocket that has that on

20   it.  And if you are a family practice doc and

21   somebody arrests in your office, nobody wouldn't

22   follow that.  Right?

23            But as an ER physician, I do this quite

24   frequently, and there are situations where it's

25   appropriate to depart from that.  For example, if I

1  see somebody who has a dialysis shunt in their arm,

2  I know they are a dialysis patient, they are much

3  more likely to have elevated potassium as the cause,

4  so instead of waiting five steps down to maybe treat

5  elevated potassium, I might do that as first

6  intervention or first after CPR.  There's medical

7  intervention.  But that's because I have experience

8  and feel comfortable departing from those

9  guidelines.

10         So I've never seen a guideline that I

11  think an experienced professional couldn't vary from

12  in some certain circumstances; and if that's what

13  you mean by authoritative, I would say the WPATH

14  guidelines for medical treatment, there's several --

15  the Endocrine Society guidelines are good, I think

16  our guidelines at TransLine are good, I think Calvin

17  Lawrence guidelines are good.  But again, there's

18  none of those that I one thousand percent agree with

19  and don't depart from in infrequent situations where

20  it's appropriate to depart from them.

21         **Q     Makes sense.  Do you have any opinion as**

22  **to whether or not children or adolescents under 16**

23  **can give informed consent to hormone blockers or**

24  **cross-sex hormones?**

25         A     In the United States, in almost all

1   incidences, they would not give consent, they would

2   give assent.

3        Q    What does that mean?

4        A    So say, for example, you have a kid who

5   needs, I don't know, knee surgery and you are the

6   parent and you consent to it.  If the child is an

7   older adolescent, they should be involved with that

8   too, but what they are giving is not consent but

9   assent.  That's just the words we use in medicine.

10            And so can 16-year-olds assent?

11   Absolutely.  In rare circumstances could they

12   consent, like if they are declared a mature minor,

13   sure.  But in almost all cases under 18 for all care

14   really in the United States, parents consent and

15   then the child assents or doesn't assent.

16        Q    Are you familiar with the order that just

17   came out in England relating to the use of puberty

18   blockers or cross-sex hormone in children or

19   adolescents under 16?

20        A    Yes.  Not entirely, but I have the gist of

21   what's going on.

22        Q    What's your understanding of what the

23   court's ruling was?

24        A    My understanding, and again, this is -- I

25   haven't read anything official -- is that the

1    National Health Services is not going to pay for

2    them because of that ruling.  I don't think it's

3    that they don't treat trans children.  There are a

4    lot of parents and kids who are absolutely panicked

5    and unfortunately, I think it may push kids into

6    cross-sex hormone therapy earlier because honestly

7    cross-sex hormone therapy is a lot cheaper, and

8    hormone blockers are -- I mean, they are not

9    outrageously expensive but they are out of reach for

10   somebody who is not at least upper class.

11        **Q    Do you know if under the court's ruling**

12   **providers are permitted without a court order to**

13   **give puberty blockers or cross-sex hormones to**

14   **children under 16?**

15        A    I have no idea.

16             MS. COLES:  I don't think I have any more

17        questions.  Daniel may have some.

18             MR. TILLEY:  Not a lot.

19                  CROSS EXAMINATION

20   BY MR. TILLEY:

21        **Q    Dr. Gorton, do you recall testifying**

22   **earlier today about -- not the WPATH Standards of**

23   **Care, but the standard of care being different**

24   **potentially in a suburban setting versus an**

25   **impoverished urban setting where individuals might**

1    not have insurance?  Do you recall that testimony?

2         A    I do.

3         Q    Why would the standard of care be

4    different?  In other words, is there a medical

5    reason why the person should be treated differently?

6    Is there a practical reason why they are treated

7    differently?  Is there some other reason why there

8    is a disparity in the standard of care?  Can you

9    just explain that for us?

10              MS. COLES:  Form.

11        A    Sure.  Again, I have to clarify that there

12   are two concepts:  The WPATH Standards of Care and

13   the standard of care for medical treatment, or

14   surgical treatment or mental health treatment.

15              And the concept of standard of care is a

16   local or sometimes regional accepted pattern of

17   treatment that you would have for people.  And

18   that's not -- just laying aside the WPATH Standards

19   of Care for a moment.  And there are multiple

20   reasons why it may be a different standard of care

21   in a lower resourced practice versus a higher

22   resourced practice, and part of that is because

23   insurance.

24              If you have really good insurance, I can

25   say, well, hey you, you injured your knee, I am

1   going to order an MRI today.  Right?  And that might

2   be considered the standard of care in a highly

3   resourced area.

4           If you are in a low-resourced area, the

5   insurers may say no, no, no, you can't do that MRI

6   now, you first have to do an x-ray.  And if that's

7   normal, then the patient has to go to physical

8   therapy.  And if the patient fails physical therapy,

9   then we'll let you do an MRI.  Right?

10          So with regards to insurance, it's

11   sometimes the hoops you have to jump through.  It's

12   also sometimes the availability of specialists

13   within a given network, right?  So there are fewer

14   slots at the pulmonologist's office for kids with

15   asthma in a low-resourced setting because many of

16   those kids are either going to be uninsured or

17   underinsured.

18          So if you took a kid with moderate to

19   severe asthma who lived in a very well-resourced

20   area and his primary care provider didn't get his

21   asthma completely well controlled, it might be

22   standard of care to just refer that kid, they might

23   need to see a pulmonologist.

24          In a kid who has no insurance, who there

25   is no pulmonologist who will see them, doing the

1  best you can with what you have might be the only
2  thing you can do.
3        And there's no medical reason that those
4  levels of treatment should be different, right?  But
5  there are practical reasons such as insurance
6  coverage, insurance networks, and also too
7  resources, what resources does the parent have?
8        If you have a well-off couple that one of
9  the couple stays at home with the kids, it's really
10  easy for them to go to as many specialists'
11  appointments as you want them to, whereas a kid
12  who's got a single parent, that may mean missing a
13  day of work, so you might not be able to do that
14  based on the realities of people's lives.
15  BY MR. TILLEY:
16      **Q   And tying that into treatment for gender**
17  **dysphoria, can you describe the benefits, if any,**
18  **that you have seen from increased access to coverage**
19  **for gender dysphoria and conversely any harm you**
20  **have seen, if any, for lack of treatment for gender**
21  **dysphoria?**
22        MS. COLES:  Form.
23      A   Should I still answer?
24        MS. COLES:  Yeah.
25      A   Okay.  The most relevant experience I can

1    bring to that is the fact that I practiced for a
2    number of years in an environment where the only
3    thing I could offer patients was medical treatment,
4    mental health treatment, and helping them change
5    identity documents, for example.
6              And then in really 2011, because a lot of
7    my patients are Medicaid patients, things changed
8    rather abruptly and all of a sudden this patient who
9    needed say chest surgery in a trans man who has been
10   suffering a great deal of dysphoria, we did as much
11   as we could with hormones, we did as much as we
12   could with mental healthcare, and despite that, he
13   can't shower with the lights on because he can't
14   stand seeing his chest.  And so all of a sudden this
15   patient comes in for a visit and I'm like, hey,
16   would you like me to refer to you a surgeon to do a
17   mastectomy?  And it was -- I kind of always knew
18   that there would be a difference.  I wasn't -- I
19   underestimated the difference that it made when
20   people had access to surgery as far as their mental
21   health outcomes, their social functioning.  And so
22   there's huge harms of not providing surgery.
23             I had a patient once who came to the
24   office who tried to castrate herself who spent --
25   had two or three trips to the operating room, was in

1   the ICU for more than a week, was in the hospital

2   for weeks, because she didn't have access to that

3   care.  And the even more frightening part for me was

4   that this happened over the weekend.  I saw her on a

5   Monday or a Tuesday and she hadn't gone to the ER

6   because she was too scared to go to the ER.  So she

7   waited with this exquisitely painful scrotum with --

8   it was just horrible.  I mean, I am an ER doctor; it

9   was one of the most horrible infections I had seen.

10  She waited on that because she couldn't bring

11  herself to go to the ER.

12          And I wrote a letter and explained

13  everything, I called the ER, I said this patient is

14  coming, we are sending her in an ambulance.  So I

15  mean, that's probably the worst negative outcome

16  that I have seen for patients who don't have access

17  to care.

18          But I underestimated how beneficial it was

19  going to be for patients.

20  BY MR. TILLEY:

21      **Q    Talking more about potential harms from**

22  **lack of treatment, can you articulate what, if any,**

23  **harms could befall a transgender woman who you**

24  **believe has a medical need for facial feminization**

25  **surgery but is not able to access that surgery?**

1      A      There are two broad categories that

2    overlap as well, but this is sort of how I would

3    think about it.

4            One is that a very masculine face for a

5    trans woman could be a source of tremendous gender

6    dysphoria.  I have had patients who took the mirror

7    out of their bathroom because they just couldn't

8    look at themselves in the face.

9            And so the ability to eliminate a

10   significant proportion of patients with gender

11   dysphoria, which is -- it's debilitating, it's like

12   we talk about depression/anxiety and those are often

13   co- sort of we diagnose them as co-occurring

14   diagnoses for trans patients, but those sometimes go

15   away after appropriate treatment.  But it's just

16   it's a really psychological painful thing to

17   experience.  I mean, it's better when people have

18   needed surgeries.

19           The other issue, though, too, is that a

20   trans woman who is nonconforming, is visually

21   nonconforming with what our society expects a woman

22   to be, is at a tremendously increased risk of

23   interpersonal violence.  If you can be read as

24   transgender, you have a target painted on your back.

25   Like everybody remembers the Gwen Araujo case, it

1   was a trans girl who was murdered and the reason

2   that this happened was because they discovered she

3   was trans. If they had not figured out she was

4   trans, she would still be alive.

5         And so that's what people face. I have a

6   colleague who is a trans woman. She is never going

7   to pass grade. She is doing a lot better than she

8   has previously, but she calls herself 5-foot 15, so

9   she is 6'3", she has broad shoulders, she has a

10   deeper range, not the worst I've heard, but deeper

11   range voice, and before she had facial surgery, she

12   did not pass in 100 percent of the circumstances.

13         After, she passes more. But we were -- we

14   actually went out to dinner one night and she said,

15   yeah, when I decided to transition, I had to accept

16   the fact that even though I am a physician and so

17   very enfranchised in our society, there is a

18   significant chance that when I die, it will be

19   because somebody kills me.

20         And I was blown away by that, partially

21   because she's like me, she's a doctor.

22         Now, trans men have more passing

23   privilege. Nobody is going to see me go to a men's

24   bathroom and have a problem with it. But my

25   colleague going into a woman's bathroom in public,

1    that's a life threat for her.  So and that's

2    somebody who is enfranchised, that's somebody who's

3    a physician who doesn't have to put yourself in

4    certain situations if she doesn't choose to.  I have

5    patients who are homeless on the street and they

6    don't have a place to retreat to.  So these can be

7    life or death surgeries.

8         **Q    You mentioned your colleague who I think**

9    **you said is 6'3" and had broad shoulders.  Is there**

10   **any treatment she could have received earlier in**

11   **life that would have led to her being not as**

12   **masculinized as you described?**

13        MS. COLES:  Form.

14        A    She absolutely would not have gone through

15   male puberty if she had had available to her GnRH

16   antagonist puberty blockers.  She would not have

17   gained that height, she would not have had as broad

18   shoulder development, her facial features would not

19   have masculinized, and she probably could have also

20   gotten away with fewer surgeries, like no facial

21   feminization surgery.

22        You know, hormone blockers at earlier

23   puberty and then starting cross-sex hormone

24   treatments even at age 18, she would have had more

25   chest development and what chest development she had

1  would have been more proportional to her physique.

2  But the die is cast.  Once you go through

3  male puberty, the voice can't come back up.  Facial

4  hair can be removed but it's going to leave scars.

5  Your facial features can be improved but they are

6  not going to be perfect.  There is no way to shorten

7  your height appreciably.  So there are some things

8  you just can't undo.

9  BY MR. TILLEY:

10  **Q    I'm going to switch gears for just a**

11  **moment.  Do you recall testifying earlier about the**

12  **quality of research concerning treatment of gender**

13  **dysphoria?**

14  A    Yes, I think there were several questions.

15  **Q    Can you tell me what is the treatment for**

16  **Tylenol overdose?**

17  A    There's a medicine called N-Acetylcysteine

18  or people call it NAC, N-A-C, all capitalized.

19  **Q    Are there randomized control trials that**

20  **support the use of that medication to treat Tylenol**

21  **overdose?**

22  A    There are no trials that compare

23  N-Acetylcysteine to no treatment, so the traditional

24  placebo controlled double-blinded randomized trial.

25  There's a few trials about dosage and should we give

1  it in this borderline circumstance, should we give

2  it in this borderline circumstance.  There's also

3  research about using it for other things too.  But

4  for Tylenol overdose, there's no randomized control

5  trial.

6      Q    **And why is that?**

7      A    Because once we figured out that if

8  somebody takes a uniformly fatal overdose of

9  Tylenol, that will uniformly destroy their liver and

10  kill them within a matter of less than two weeks.

11  So there was a time when we couldn't treat that and

12  if you swallowed that Tylenol, there was nothing we

13  could give you.

14      Then we figured out if you give people

15  N-Acetylcysteine, I don't care how much Tylenol you

16  took, as long as you come in within a certain number

17  of hours after the overdose, we can prevent all of

18  that.  So you have a drug that takes a uniformly

19  fatal diagnosis and makes it uniformly survivable.

20      So it is completely unethical to think

21  about doing a randomized controlled, placebo

22  controlled trial because by doing so you have this

23  treatment that is uniformly lifesaving and you are

24  denying it to the placebo participants and you are

25  going to kill them, they will die from it.  So you

1    can't do that study; I can't even think anybody

2    would come up with that study, it's just insanity.

3        **Q    Do you think it would be ethical to**

4    **conduct a randomized controlled style of providing**

5    **gender-affirming surgery versus providing no surgery**

6    **for transgender people?**

7        A    Placebo controlled, no.  If there -- it

8    might be possible to say, well, look, we know

9    surgery helps, we have enough evidence that it

10   decreases suicidality, it decreases adverse mental

11   health outcomes, so we have enough evidence to say

12   yes, this works.  But maybe we'll treat some people

13   now and we'll delay a year to treat some people, you

14   might be able to do that.

15           But predominantly what you have are

16   studies where the patients were their own controls.

17   That is, how well were you functioning before buffer

18   intervention and how well afterwards?  How much

19   people were suicidal before intervention and how

20   much afterwards; assessments of gender dysphoria,

21   depression/anxiety before and after.  And those are,

22   I think, reasonable, ethically reasonable studies.

23           Just flat out delay, I think that would be

24   hard but you might be able to do that, especially if

25   you had super informed consent about it.

1          MR. TILLEY:  That's all the questions I

2     have.

3          MS. COLES:  I have a few follow-up

4     questions.

5               REDIRECT EXAMINATION

6  BY MS. COLES:

7     **Q     With regard to the Tylenol overdose**

8  **hypothetical, Tylenol, as you described it, it**

9  **sounds like a Tylenol overdose can be eminently**

10 **fatal?**

11    A    If not treated and you took a high enough

12 dose of Tylenol, it will be 100 percent fatal.

13    **Q     Okay.**

14    A    Unless you get a liver transplant.  That's

15 the one salvage maneuver.

16    **Q     In what type of time frame?  Like if you**

17 **had the -- if you had an overdose of Tylenol that's**

18 **large enough to be fatal, what's the time frame?**

19    A    If you did not get transplanted within, I

20 would say at least under a month, that's the end.

21         Previously, even now, overdoses of Tylenol

22 that come in too late, they are not early enough for

23 the treatment to be lifesaving, they go on

24 transplant lists and they are bumped to the head of

25 the line.

1      Q      Because if the dose is high enough, it's

2  100 percent fatal?

3      A      Without transplantation and without early

4  treatment, yes.

5      Q      Okay.  Do you know what percentage of

6  transgender individuals who do not -- who are not

7  able -- who desire but do not obtain

8  gender-affirming surgery attempt suicide?

9      A      Again, it's a little different in the U.S.

10  than in Europe.  And part of that difference is

11  they've just been treating patients for longer, and

12  patients in Europe know it might take a while, but

13  if I jump through all the hoops, I can get the care

14  I need.  And saying that to somebody is very

15  different from saying, yeah, nobody is going to pay

16  for it and we don't know when it's going to happen.

17          So going back to the time before treatment

18  was available in the U.S., there are a number of

19  studies that assess patients who are trans who are

20  adults and say, hey, have you ever been suicidal

21  about this, and the rates in the U.S. are pretty

22  high, like 30 percent or so, 40 percent or so.

23          There was actually --

24      Q      Who attempt or complete?

25      A      By definition it would be attempt because

1    you couldn't survey somebody if they completed.

**2        Q      Okay.**

3         A      For example, the kind of best U.S. dataset

4    is the U.S. Trans Survey, which was published --

5    they published their detailed version of everything

6    they found out about trans Americans and they made

7    the dataset available to other providers to analyze;

8    such as -- actually Dr. Levine referenced Jack

9    Turban's study.  That was actually that same

10   dataset.

11           So he basically -- Dr. Turban's article

12   basically states -- what he looked at was -- so this

13   is people answering as adults and asking would you

14   have wanted puberty blockers as an adolescent if it

15   would have been available, and that's one group.

16   And there's another group that actually got puberty

17   blockers as an adolescent, and then he looked at

18   their mental health outcomes and suicidal ideation

19   risk, and it was -- I am not sure if it was the

20   mental outcomes or suicidal ideation outcomes, but

21   one of the two reached statistical significance and

22   the other was close.  And that's actually in a

23   relatively small study group because there's not

24   many adults in the U.S. who got hormones at -- or

25   who got hormone blockers at puberty, so it's a

1    relatively small group.

2         So when you are studying a small group, to

3    reach statistical significance, there has to be

4    bigger effects size because the signal will get lost

5    in the noise in a small group much easier than the

6    signal getting lost in the noise in a bigger group.

7    So the fact that he reached statistical significance

8    in one aspect and near significance in the other in

9    this really small group actually is pretty good

10    argument that they do.

11        **Q    So it sounds like there's data that says**

12    **30 to 40 percent of transgender individuals who do**

13    **not get gender-affirming surgery attempt suicide.**

14        **Do you know what percentage of transgender**

15    **individuals who do not get gender-affirming surgery**

16    **actually complete suicide?**

17        A    I don't think in the U.S. anybody has ever

18    studied that because -- for a lot of reasons --

19    because it's hard to find that data.  If the

20    Department of Public Health classes you as a male

21    even though you are a transgender woman, we are not

22    going to find that.

23        **Q    Do you know what percentage of transgender**

24    **individuals attempt suicide even after**

25    **gender-affirming surgery?**

1      A    It is lower but it's still higher than

2   what we call the nonclinical population, which is

3   everybody in society, the majority of which don't

4   have any mental health conditions.  I couldn't give

5   you an exact number, but I do know that there is an

6   effect but it doesn't completely normalize at least

7   in adult patients.

8              There's one study of adolescents treated

9   with hormone blockers that in Sweden I am pretty

10   sure at the Karolinska Institute who -- they

11   basically looked at kids who were treated earlier on

12   in adolescence with their protocol, which they are

13   the first ones that published their data about it.

14   And those kids, when they reached adulthood, were

15   indistinguishable from the nonclinical population.

16      **Q    Do you know if there is a percentage of**

17   **children who outgrow gender dysphoria?**

18              MR. TILLEY:  Object to the form.

19   BY MS. COLES:

20      **Q    You can still answer.  Who experience**

21   **gender dysphoria for a time, even without treatment**

22   **their dysphoria will resolve?**

23      A    There are -- most providers, except that

24   Tanner 2 which -- they are called Tanner stages of

25   development up through five that essentially show

1  where you are in puberty.  So a little bit into

2  puberty, kids at that stage very rarely, what we

3  call desist, like later say, no, my identity is

4  different.  There are some kids whose final ultimate

5  solidified identity is actually different in

6  different environments, I am not talking about them.

7  I am talking about people who kind of felt this is

8  my solidified identity at age 10 as different from

9  my solidified identity at age 18.

10           If you look at kids below that age, or

11  below that stage of development, it's not a

12  numerical age so much, there are kids who do not

13  persist.

14           The other problem that you have too is

15  that previously the diagnosis of gender identity

16  disorder in childhood like in DSM-IV, you could

17  actually have that diagnosis without actually saying

18  or feeling that you feel like the other sex or a

19  different sex.  If you had enough checked boxes for

20  essentially gender stereotypical or cross-gender

21  stereotypical behaviors for kids assigned male at

22  birth, do they like to play house, are their friends

23  mostly girls, do they not want to do rough and

24  tumble play, the sort of gender stereotypes we have,

25  you can actually take a kid who never said I am a

1  girl, never said or never expressed any gender

2  dysphoria either to their parents or to the

3  therapist and still diagnose them with that.

4       And it's better in DSM-5 in that there's

5  still a list of things that you need to qualify for

6  the diagnosis, but one of them has to be that

7  cross-gender identification.

8       And so especially if you look back in old

9  research using the older diagnostic code, there were

10  a lot more kids who desisted, in quotation marks,

11  because they probably weren't trans to begin with.

12  They were maybe destined to grow up to be effeminate

13  gay men or butch lesbians.  You know, I mean, you

14  talk to most effeminate gay men, yeah, when they

15  were kids they probably liked to play house and they

16  had more female friends.  Again, we are talking

17  about horrible gender stereotypes, but if you look

18  there is a percentage of effeminate gay men who met

19  the criteria but they are not trans; they always

20  identified as a boy.

21       **Q    Would you agree that the child -- the**

22  **criteria for diagnosing gender dysphoria in children**

23  **absolutely requires the clinician to classify the**

24  **child based on some pretty blatant cultural**

25  **stereotypes of what behaviors are appropriate for**

1   **boys and girls?**

2       A       I think DSM-IV was really wrong in that

3   regard, that you could take a child who never

4   expressed any cross-gender identification and

5   diagnose them as being -- as having gender dysphoria

6   or gender identity disorder at the time.

7               I think in DSM-5 they improved in that

8   they say you have to express in some way or another

9   a cross-gender identity for someone assigned male at

10  birth wanting to use her pronouns, saying I want to

11  be a girl, I am a girl on the inside, when I grow up

12  my penis is going to fall off and I am going to grow

13  a vagina.  Kids have magical thinking sometimes.

14              And so currently the diagnosis is much

15  better because it requires that you have to sit down

16  with the kid and say what is your gender identity in

17  an age appropriate and developmentally appropriate

18  fashion; where before, no, you could take the kid

19  who is going to grow up to be the butch lesbian and

20  just based on those behaviors diagnose them with

21  gender identity disorder.  And there are a lot of

22  people who said this is used as back-door diagnosis

23  to diagnose homosexuality.

24              And so the previous one, yes.  The current

25  one you have to have that cross-gender identity and

1   one from the following the list and some of those

2   are stereotypical behavior, but that's because you

3   can't just ask the kid, you have to watch the kid

4   and see what the kid does.  So, yes, some assessment

5   of their behaviors.  Are they -- if the kid says I

6   was assigned a male at birth and I am a girl and I

7   want to be a girl, I hate my penis, I want it to go

8   away, call me Mary, don't call me John, that's

9   pretty good evidence, but then also there has to be

10   some observation of the child.  You need both

11   objective and subjective data.

12      Q   How do you know -- how do we know that the

13   child isn't just -- the child likes the behaviors

14   that girls get to do that boys aren't allowed to do

15   and so associates them with I like these things,

16   then I must be a girl and I want to be a girl?

17        Is that gender dysphoria or is that

18   something different, which is the insidious

19   cultural, you know, enforcement of these gender

20   stereotypes on a child who then is constricted to

21   either being male or female because they want to do

22   the things that the other gender gets to do?

23        MR. TILLEY:  Form.

24   BY MS. COLES:

25      Q   Like play with dolls.

1      A      So it is absolutely the case that our

2   society enforces gender norms on kids, from the time

3   of the gender reveal party to adulthood.  In the

4   majority of cases, kids who express a continuous,

5   not just on Tuesday, but years long cross-gender

6   identity, they are not likely to change at puberty.

7   There are a small number who do and that's why most

8   recommendations are to watch the kid until they get

9   to Tanner stage 2, until puberty has actually

10  started for a little bit.

11             Because after that time, there's two

12  things that happen.  One, the kid is experiencing

13  puberty as appropriate to their sex assigned at

14  birth, and the prevailing theory is maybe that will

15  change their identity or help them clarify their

16  identity.  But also, too, those kids are older, more

17  mature.  So the magical thinking that the

18  five-year-old has is not present in the 12-year-old.

19  Right?

20             So it's both the case that first start of

21  puberty often clarifies the diagnosis.  But then

22  also you can talk to a 12-year-old about this in

23  more of a concrete manner than you can a five-year

24  old.

25             So it's both the diagnostic certainty but

1  also allowing natural puberty to just start for a
2  bit because kids who are trans and natural puberty
3  starts, their mental health goes haywire.  Kids who
4  are not trans -- when I say not, they may -- kids
5  who won't ultimately in adulthood identify as trans,
6  they don't have that desperation, that significant
7  worsening of their mental health status.
8  **Q     Do you think if -- if hypothetically,**
9  **obviously this is going to be a hypothetical**
10 **question, but if hypothetically there were no --**
11 **there were absolutely no culturally imposed sex**
12 **stereotypes or culturally imposed gender roles, do**
13 **you think gender dysphoria would still exist?**
14       A     I think that's a -- that's an unanswerable
15 question, but I can give you an example that might
16 be instructive.
17            So a colleague of mine had a trans kid
18 who -- now this colleague is a lesbian woman, and
19 she and her partner were the most accepting, the
20 most nurturing parents you've ever seen.  So when
21 their kid wanted to -- at three, took them aside and
22 said, mommas, you are hurting my heart, and you have
23 to know me, and they took that very seriously and
24 they got their kid into therapy; they sort of did
25 everything right as far as if you want to play with

1    a truck, you play with a truck, we'll buy you the

2    truck.  If you don't want to play with dolls, you

3    don't have to play with dolls.  If you don't want to

4    wear girly shoes, you don't have to wear them.

5    Everything possible.

6              And they were very sort of -- they were

7    good advocates for him in that -- for example, when

8    he wanted to play a youth sport at an age when girls

9    and boys, there's no skill or ability or body

10   differences, they needed -- I wrote the kid a letter

11   and said let him play on the boy's team, there's no

12   difference, a six-year-old is a six-year old and, in

13   fact, probably girls developmentally mature a little

14   bit faster.  So you don't have to worry about it.

15   You are not going to break him.  He is fine to do

16   this.

17             His parents, like exposed him to trans

18   adults so he could see what it's like, so he

19   could -- positive experiences, right, did everything

20   right, and their kid was suicidal when he was nine.

21   It's not just society.

22             There's sort of a thought experiment, and

23   I've asked a lot of trans people this, patients,

24   nonpatients, colleagues, people I know in the

25   community, and the answer is universal.  So the

1  thought experiment is, before you transition or if
2  you haven't transitioned already, I am going to put
3  you on a desert island.  All your needs will be
4  taken care of, you will get food, clothing, shelter,
5  medical care, but you are never going to see another
6  person in person; you will have the internet, you
7  can communicate online but you will never see
8  another person for the rest of your life.  Before
9  you go to that desert island, do you want surgery,
10 do you want hormones?  And I have never met a trans
11 person who is either a patient of mine, a colleague,
12 nobody I've asked this question to has said, no, I
13 don't want the treatment before I go.
14          It's not just societal interactions.  It's
15 how you feel felt about yourself.  That's why I had
16 patients that couldn't shower with the lights on.
17      **Q   You'd agree you can't really -- it's**
18 **impossible to measure because even your example, I**
19 **mean the family may have been accepting of the**
20 **child, but that doesn't change the experience at**
21 **daycare or in first grade or second grade or around**
22 **the other children and how they all interact and**
23 **impose upon each other gender stereotypes?**
24      A   There's no way to get rid of all of that.
25 But if there is an ideal situation, his parents did

1    it.  He was -- he was a boy at school, he used the
2    boys' bathroom.  They were, like I said, they were
3    fierce advocates for this kid.
4         So I can't say what it would be like if
5    society didn't have gender roles because there is no
6    society that's like that.  But I can say, even if
7    you minimize, absolutely minimize those effects,
8    it's still a serious mental health issue, people
9    suicidal or not.
10        **Q    You indicated that most providers accept**
11   **that when you get to the Tanner stage 2 kids rarely**
12   **desist.  Do you know if the plaintiff in that UK**
13   **case, Ms. Bell, whether she desisted?**
14        A    Again, I don't know details about it.  I
15   would be happy, if you want me to read something, to
16   look at it.
17        **Q    Back in -- back prior to -- so from the**
18   **20 -- I think you started providing care at**
19   **Lyon-Martin around 2005, did you say?**
20        A    Yes.
21        **Q    Okay.  From 2005 until there was a change**
22   **in your patients actually getting health insurance**
23   **benefits that would cover gender-affirming**
24   **surgeries, from 2005 we'll say to the 2010-2014 time**
25   **period, what percentage of your patients that you**

1 know of attempted suicide that were unable to get

2 gender-affirming care?

3   A Previously?

4   Q Yes, in that time period when they were

5 not getting health insurance benefits to cover it.

6   A Attempted suicide.  Over that entire time

7 period, maybe 10 percent.

8   Q What about actually did commit suicide?

9 And just to be clear, just so the record is clear, I

10 am only asking about your transgender patients.

11   A Yeah.  Yeah.  You can never tell for

12 certain.  I mean, sometimes you can, they leave a

13 suicide note.  I would say less than five, and that

14 includes people who -- if somebody has a drug

15 overdose, was it intentional or unintentional?

16 Knowing the patient, that would include those

17 patients who I suspect that might have been the

18 case.

19   Q You were describing earlier a colleague or

20 friend of yours, the taller trans woman with the

21 broad shoulders, and you were asked a question

22 about -- you were asked a question on cross about

23 whether or not there was anything that could have

24 prevented her from being tall with broad shoulders.

25     Do you know whether or not she sought

1  puberty blockers as a child or adolescent?

2      A    Given her age and that she is probably

3  about 10 years older than me, nobody was even using

4  them then.  We are talking about like 1970.

5      Q    You were asked some questions about harms

6  associated with not covering gender-affirming care

7  and then also benefits that you have seen for your

8  patients following the coverage of gender-affirming

9  care.

10          Have you conducted any studies on the

11  benefits to patients following insurance coverage

12  for gender-affirming care?

13     A    I think we might have included that in the

14  WPATH presentation I did in Thailand that someone

15  entitled California Dreaming.  It was basically

16  what's happened since during this period that

17  things -- that things change so dramatically.  I

18  can't be certain, but I think we talked about that,

19  and that's not an IRB study or published in a

20  peer-reviewed journal.  This is a talk presented at

21  a conference and it was just a retrospective look.

22     Q    That would be "California Dreaming:  Two

23  Decades of Change in Health Insurance Law and

24  Policy"?

25     A    Yes.  And at the very least, we talked

1 about including that in the talk.  I am not sure if

2 we actually did.

3      **Q    Is there a written paper or presentation**

4 **that accompanied that?**

5      A    There was almost definitely an abstract

6 that is probably on WPATH's website.

7      **Q    Conversely, have you conducted any**

8 **research on the harms in not providing insurance**

9 **coverage for gender-affirming care?**

10     A    No.  I am not a very research-inclined

11 clinician.  I do the occasional dabbling but that's

12 not my primary focus.

13     **Q    You indicated you had at least one patient**

14 **that attempted self-castration.**

15     A    Yes.

16     **Q    How many patients have you had that**

17 **attempted that?**

18     A    If you include patients that I evaluated

19 for cases, in particular that Edmo case, three.

20     **Q    And did you refer those patients for**

21 **additional psychotherapy or psychiatric health after**

22 **those incidents?**

23     A    Yes, to the two in my clinic and I

24 recommended that she have mental health follow-up in

25 my report to the court, but I wasn't the one to do

1  the referral or psych referrals if those were

2  needed.

3      **Q      Have you ever treated anyone with body**

4  **dysmorphia?**

5      A      A couple, but not trans patients.

6      **Q      What treatment did you provide your**

7  **patients with body dysmorphia?**

8      A      Body dysmorphia is actually kind of a --

9  it is one of the -- it's a mental health diagnosis

10  that is pretty complex and is sort of beyond primary

11  care treatment, although certainly there is an

12  element of primary care treatment.  So those

13  patients were referred out.

14      **Q      I know the answer to this, but just in**

15  **case, have you conducted any studies about the harms**

16  **to individuals with gender-affirming -- I am sorry,**

17  **let me start over.  Sorry, I am getting tired.**

18          **Have you conducted any studies about the**

19  **harms to patients suffering from gender dysphoria**

20  **associated with not obtaining facial feminization**

21  **surgery?**

22      A      Again, the only thing we -- like I said,

23  that might have been included in that talk.  That's

24  not really research, it's just sort of looking, gee,

25  these are the patients we had with this.

1   Technically it is, but it's not like IRB-approved

2   research.  It's just we looked at our data and this

3   is what our data says.

4       **Q     By data, it would be your clinic?**

5       A   Yes.

6       **Q     I think you already said this earlier, but**

7   **the standard of care -- not the WPATH Standards of**

8   **Care, but what the standard of care basically means**

9   **is what a reasonably prudent healthcare provider in**

10  **the community would deem reasonably appropriate; is**

11  **that accurate?**

12      A   That's not the only way you could define

13  it, but that's a reasonable definition.

14      **Q     There are reasons other than just the**

15  **availability of insurance coverage that the standard**

16  **of care might be different in different communities;**

17  **isn't that fair?**

18      A   Even in the same community over time; like

19  in Los Angeles, they are basically doing crisis

20  standards of care for patients in the hospital and

21  the EMS system because they are so overwhelmed.  The

22  care that would not be considered acceptable prior

23  to the pandemic or after this cools down is

24  considered acceptable in this context.

25              So it's the community, the context, the

1    time.  There's a lot of different variables that

2    could go into it.

3            And also, too, one thing that I would add

4    is the standard of care is different for different

5    specialties.  So, for example, if I treat a patient

6    in the ER for acute urinary retention, the standard

7    of care that I would be held to is actually slightly

8    different than the standard of care that a urologist

9    would be held to because of their level of

10   expertise.

11           So it can even be the same community, the

12   same patient, the same time, the same context like

13   the urologist could come to the ER, but different

14   providers based on your experience in that area.

15           **Q     Makes sense.  Do you know whether or not**

16   **with regards to say insurance coverage by regional**

17   **area -- I understand there may be differences in who**

18   **is insured and who is not insured, but like if I**

19   **have a Florida Blue policy and I live in Miami,**

20   **whether or not something is covered, that's not**

21   **going to be different if I live in Tallahassee**

22   **compared to Miami, agree?**

23           A     Insurance is a little more elaborate thing

24   than that.  So, for example, in California, the

25   Partnership Health Plan, which is the sort of --

1  each -- I won't say each, most counties, maybe all,

2  in California have a Partnership Health Plan which

3  is the health plan that you may select as a Medicaid

4  recipient, as a Medi-Cal recipient.  And there may

5  be other options, but the thing is those things

6  covered in County X under Partnership may be subtly

7  different from County Y.

8           And so when people say, well, I have Blue

9  Shield insurance and I am like, that tells me

10  nothing.  Do you have Blue Shield that's Medicare

11  Blue Shield?  Is it a Medicaid Blue Shield?  Is it

12  one that you bought on the Exchange?  Is it one from

13  your employer?  Totally different insurance

14  products.

15      **Q    Do you know whether or not if under the**

16  **Florida State Health Plan that's at issue in this**

17  **lawsuit, whether or not care is different -- let's**

18  **say I pick the AvMed plan -- whether or not the**

19  **benefits available to me under that plan would be**

20  **different if I lived in Miami versus a rural county**

21  **outside of Miami?**

22      A    The rules for coverage under one insurance

23  plan can -- might be exactly the same but the care

24  available if you live in a rural county is not the

25  same as if you live in Miami.

1          MS. COLES:  Agreed.

2          I don't think I have any more questions.

3     I don't know if Daniel has got more follow-up.

4          MR. TILLEY:  No more questions from me.

5     And Dr. Gorton will read.

6          (Discussion off record.)

7          THE WITNESS:  In the case of any

8     questions, my e-mail address is

9     nickgorton@gmail.com.  And if you would cc:

10    Daniel because when I have like three or four

11    nights in a row working, I am not always the

12    most responsive but he knows how to get in

13    touch with me.

14         (Proceedings concluded at 3:48 p.m.)

15

16

17

18

19

20

21

22

23

24

25

1                    CERTIFICATE OF OATH

2

3    STATE OF FLORIDA          )

4    COUNTY OF LEON            )

5

6

7

8           I, the undersigned authority, certify that

9    RYAN NICHOLAS GORTON, M.D. remotely appeared before

10   me on January 4, 2021 and was duly sworn.

11

12          SIGNED AND SEALED this 7th day of January,

13   2021.

14

15

16

17

18

19                   SANDRA L. NARGIZ, RPR, RMR, CRR, CCR
                     snargiz@comcast.net
20                   Commission #GG172788
                     EXPIRES: APRIL 18TH, 2022
21

22

23

24

25

1

2                    CERTIFICATE OF REPORTER

3    STATE OF FLORIDA      )

4    COUNTY OF LEON        )

5              I, SANDRA L. NARGIZ, Registered

6    Professional Reporter, certify that the foregoing

7    proceedings were taken before me at the time and

8    place therein designated; that my shorthand notes

9    were thereafter translated under my supervision; and

10   the foregoing pages numbered 1 through 124 are a

11   true and correct record of the aforesaid

12   proceedings.

13             I further certify that I am not a

14   relative, employee, attorney or counsel of any of

15   the parties, nor am I a relative or employee of any

16   of the parties' attorney or counsel connected with

17   the action, nor am I financially interested in the

18   action.

19             DATED this 7th day of January, 2021.

20

21                    *S L Nargiz*

22

23             SANDRA L. NARGIZ, RPR, RMR, CRR, CRC
                Notary Public
24              snargiz@comcast.net

25

1

2

January 7, 2021

3

RYAN NICHOLAS GORTON, M.D.
4      c/o   DAVID TILLEY, ESQUIRE
              dtilley@aclufl.org
5

6      RE:   Claire, Lane, Murphy vs. DMS, et al
              Case No.   4:20-cv-00020-MW/MAF
7

Dear Dr. Gorton:

8

Please take notice that on January 4, 2021, you gave
9      your deposition in the above cause.  At that time
you did not waive your signature.
10

The above-addressed attorney has ordered a copy of
11      the transcript and will make arrangements with you
to read their copy.  Please execute the Errata
12      Sheet, which can be found at the back of the
transcript, and have it returned to us at
13      production@phippsreporting.com for distribution to
all parties.
14

If you do not read and sign the transcript within
15      thirty (30) days, the original, which has already
been forwarded to the ordering attorney, may be
16      filed with the Clerk of the Court.

17      If you wish to waive your signature now, please sign
your name to the blank at the bottom of this letter
18      and return to the address listed below.

19      Very truly yours,

20
Sandra L. Nargiz, RPR, CMR, CRR
21      Phipps Reporting, Inc.
1551 Forum Place, Suite 200-E
22      West Palm Beach, Florida  33401

23      I do hereby waive my signature.

24      _____
RYAN NICHOLAS GORTON, M.D.
25      Job No.  170036

1                        ERRATA SHEET

2        DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

3          In Re:  Claire, Lane, Murphy vs. DMS, et al
              Case No.: 4:20-cv-00020-MW/MAF

4                RYAN NICHOLAS GORTON, M.D.
                January 4, 2021

5

   PAGE    LINE         CHANGE                REASON

6  _____

7  _____

8  _____

9  _____

10 _____

11 _____

12 _____

13 _____

14 _____

15 _____

16 _____

17 _____

18 _____

19  Under penalties of perjury, I declare that I have
read the foregoing transcript of my deposition and I
20  hereby swear that my testimony therein was true at
the time it was given and is now true and correct,
21  including any corrections and/or amendments listed
above.

22

23  _____

24  Date           RYAN NICHOLAS GORTON, M.D.
Job No.  170036

25

---

**Exhibits**

**Exhibit 001 Gorton**
   3:15  57:7,10
**Exhibit 002 Gorton**
   3:15  57:8,11
**Exhibit 003 Gorton**
   3:16  80:23,24

---
**0**
---

**07**
   67:14
**09**
   70:13

---
**1**
---

**1**
   43:24  57:7,10
**10**
   11:10  27:24
   71:23  72:1,5
   73:8  85:25
   106:8  115:7
   116:3
**100**
   28:7  29:5,9
   43:8,9  53:21
   96:12  101:12
   102:2
**11**
   15:16  71:1
**12-year-old**
   110:18,22
**125**
   18:8

**12:01**
   4:1
**15**
   50:22  71:22
   75:11  96:8
**150**
   18:8
**16**
   87:22  88:19
   89:14
**16-year-olds**
   88:10
**1735**
   6:22
**18**
   16:17,21
   52:4,9,12,19
   53:2  88:13
   97:24  106:9
**1970**
   116:4
**1970s**
   72:14,15,18
**1979**
   63:5  79:5
**1980**
   58:13  63:12
**1:31**
   50:17
**1:39**
   50:18

---
**2**
---

**2**
   43:25  57:8,11
   105:24  110:9
   114:11

**20**
   10:10  67:10
   70:12  114:18
**2000**
   7:2
**2000s**
   22:7
**2002**
   17:22
**2003**
   17:21,23
**2004**
   67:4
**2005**
   7:6,8  42:1
   114:19,21,24
**2006**
   67:14  82:1,15
**2007**
   69:8  70:12,18
**2008**
   66:15  70:13
**2008-ish**
   64:13  65:19
**2009-ish**
   70:19
**2010**
   32:24  35:14
   37:14  42:1
   64:8  66:20
**2010-2014**
   35:25  43:1
   114:24
**2011**
   30:19  31:7,
   12,19  32:5
   71:1,13  72:10
   73:22  74:1,8

**76:8  77:8,10**
   79:1  93:6
**2014**
   32:24  35:14
   37:14  42:2
   64:9  66:20
**2017**
   70:12
**202**
   58:1,8,9
**21**
   10:12
**211**
   58:5,6
**212**
   58:7,10
**213**
   62:14
**214**
   62:13  68:4
**215**
   67:21  68:5
   71:4,5,6,7,16
**224**
   73:11

---
**3**
---

**3**
   80:23,24
**30**
   25:19  72:1
   75:11  102:22
   104:12
**3:48**
   122:14

**4**

**40**
25:19 44:21
72:18 73:7
102:22 104:12

**40/20/20**
44:24

**4:40**
8:25

**5**

**5**
11:10 27:24

**5,000**
68:25

**5-foot**
96:8

**5:00**
8:25 10:6

**6**

**6'3"**
96:9 97:9

**60**
9:22

**7**

**70s**
79:8

**79**
62:17

**8**

**80s**
62:24

**8:35**
8:23 10:6

**9**

**90**
29:6 42:7

**95**
12:20 42:7

**95616**
7:3

**99**
45:25

**A**

**ability**
28:12 59:19
79:13 95:9
112:9

**abruptly**
93:8

**absolutely**
9:15 26:4
70:6,11 73:8
76:18 85:14
88:11 89:4
97:14 107:23
110:1 111:11
114:7

**abstract**
117:5

**abuse**
80:13

**academic**
62:20

**academics**
56:17

**Academy**
81:5 83:9,20

**accept**
96:15 114:10

**acceptable**
36:7 119:22,
24

**acceptance**
72:3

**accepted**
45:20 47:3
90:16

**accepting**
111:19 113:19

**access**
30:12 42:3,8,
11,16,19
68:13 92:18
93:20 94:2,
16,25

**accidentally**
5:6

**accommodations**
20:14,15

**accompanied**
117:4

**accountant**
33:8

**accurate**
23:24 47:5
65:3 80:18
82:1,15
119:11

**ACLU**
20:18,21

**acronym**
81:6

**active**
11:12

**activism**

**68:17**

**actual**
81:11

**actuarial**
33:1 34:9

**actuaries**
32:20 33:2

**actuary**
33:8

**acumen**
75:15,19

**acute**
120:6

**add**
9:18 120:3

**addition**
8:16 30:10
42:11,12
46:19 59:13
80:6

**additional**
27:8 70:1
117:21

**address**
6:18 7:2
11:5,17 122:8

**addressed**
65:8

**addressing**
23:21

**adequate**
54:19

**adhere**
60:18

**adolescence**
16:19 105:12

**adolescent**
88:7 103:14,

17 116:1

**adolescents**
16:16 52:3
87:22 88:19
105:8

**adopted**
38:23,25
77:19

**adoption**
84:3

**adult**
105:7

**adulthood**
105:14 110:3
111:5

**adults**
16:18 52:5
102:20
103:13,24
112:18

**advance**
5:18

**advanced**
53:24 54:18

**adverse**
73:3 75:22
82:12 100:10

**advisory**
84:6

**advocates**
112:7 114:3

**affirm**
4:5

**affirmed**
4:12

**afternoon**
4:16

**age**

16:17 52:4,12
97:24 106:8,
9,10,12
108:17 112:8
116:2

**agencies**
21:1 39:3

**agency**
19:24 30:20

**agree**
29:10 40:21
45:6 66:15
68:20 69:11
71:12 72:9
73:22 74:20
76:3,13 77:8,
9,20 79:1
80:14 83:17
84:15 87:18
107:21 113:17
120:22

**Agreed**
122:1

**agreeing**
66:13

**Aid**
21:3

**aimed**
86:14

**alive**
96:4

**all-around**
11:19

**allowed**
59:23 109:14

**allowing**
111:1

**alternate**
9:9

**alternatives**
74:14

**AMA**
84:5,13,14
85:3,10,22

**ambulance**
94:14

**America**
47:14

**American**
80:22 81:4,5
83:7,8,9,13,
18,19,22
86:12

**Americans**
103:6

**amount**
14:14 74:6

**analysis**
33:3,6

**analyze**
103:7

**anaphylaxis**
75:7,9

**androgenous**
62:11

**anecdotal**
73:21,24
74:3,22 75:20
76:12,22,23

**anecdote**
74:24

**anemia**
31:25

**Angeles**
119:19

**answering**
5:5 8:18

48:20,24
56:13 103:13

**antagonist**
97:16

**antiandrogens**
12:25

**anxiety**
41:6,11

**anybody's**
83:1

**anymore**
43:21 60:1

**apologize**
5:18 6:17

**appendicitis**
45:23

**appendix**
45:24

**apply**
68:23

**appointment**
11:17

**appointments**
10:15 92:11

**appreciably**
98:7

**appropriately**
14:9 59:15

**approve**
82:20

**approximately**
4:22 8:20
10:7,9 15:13
18:23 21:9
32:22 35:12
37:11

**Araujo**
95:25

area
35:23 53:25
54:17 91:3,4,
20 120:14,17

areas
17:17

argument
104:10

arm
87:1

arrests
86:14,21

article
6:8,9 57:7,
16,18,23
70:25 81:3,9,
12 103:11

articles
6:3,6 56:10
57:4

articulate
94:22

ascribed
61:18

aspect
7:19 104:8

aspects
67:3 68:25
69:1 78:19
86:7

assaulted
19:13

assent
88:2,9,10,15

assents
88:15

assess
62:2 82:21

102:19

assessed
52:24

assessment
28:22 32:14
46:10 109:4

assessments
38:16 39:9
100:20

assigned
61:7 78:13,17
106:21 108:9
109:6 110:13

assistance
8:3,12 27:23
50:5

associates
109:15

Association
83:7,8,9,13,
18,19,22
86:13

assuming
24:11

asthma
22:10,11,12
91:15,19,21

attempt
20:7 102:8,
24,25 104:13,
24

attempted
115:1,6
117:14,17

attempts
43:21

attend
51:14

attributes
59:8

authentic
59:20

author
53:12 56:23

authoritative
45:7 46:5
83:6 86:3,6
87:13

authoritatively
56:7

availability
64:10 74:17
91:12 119:15

average
9:14 10:4

Avmed
121:18

aware
34:13

_____

_____
B

back
4:25 12:13
41:19 44:10
71:1 73:25
79:8 82:3,7
95:24 98:3
102:17 107:8
114:17

back-door
108:22

background
58:11,12

backwards
59:25

bad

27:1 49:12
65:15 77:14

base
13:14 77:12

based
55:22 75:13
84:12 92:14
107:24 108:20
120:14

basic
53:22 54:16
55:8

basically
9:5 23:15
32:19 35:23
53:20 56:24
60:4 81:23
85:5 103:11,
12 105:11
116:15 119:8,
19

basis
18:20 21:15
52:18

bathroom
95:7 96:24,25
114:2

bay
35:23

befall
94:23

began
4:1 68:15
69:5

begin
107:11

begins
68:4

**behavior**
60:18 109:2

**behaviors**
15:3,9 62:12
106:21 107:25
108:20 109:5,
13

**Bell**
114:13

**belongs**
39:24

**beneficial**
43:15 72:24
74:14 94:18

**benefit**
82:11

**benefits**
30:16 34:17
36:11 37:25
64:15 73:2
74:13 76:16
85:19 92:17
114:23 115:5
116:7,11
121:19

**big**
34:22 65:18
67:19 72:25

**bigger**
56:25 62:7
104:4,6

**biologically**
40:3,15

**birth**
13:7 61:7
78:13,17
106:22 108:10
109:6 110:14

**bit**

15:18 37:21
106:1 110:10
111:2 112:14

**blah**
78:1,2

**blank**
78:1,11

**blatant**
107:24

**bleeding**
31:24

**blockers**
87:23 88:18
89:8,13
97:16,22
103:14,17,25
105:9 116:1

**blood**
12:24

**blossom**
63:23

**blown**
96:20

**Blue**
120:19 121:8,
10,11

**board**
17:15,17,19
29:13 53:15

**boards**
17:22

**bodies**
14:12

**body**
14:18 66:23
112:9 118:3,
7,8

**bono**

21:19,20

**borderline**
99:1,2

**boss**
49:17

**Boston**
49:15

**bottom**
58:12 71:3,7,
15

**bought**
121:12

**boxes**
106:19

**boy**
107:20 114:1

**boy's**
112:11

**boys**
108:1 109:14
112:9

**boys'**
114:2

**brain**
40:10,12

**break**
50:16 112:15

**bring**
11:15 57:18
73:14 93:1
94:10

**broad**
15:6 39:22
95:1 96:9
97:9,17
115:21,24

**broadly**
23:25 68:23

**bronchitis**
65:12,13

**brought**
11:5

**buffer**
100:17

**bumped**
101:24

**burden**
65:16

**business**
6:18

**butch**
15:11 107:13
108:19

**buy**
112:1

―――――――――

C

**calendar**
25:19

**California**
7:3 15:20,22
17:2,13 19:13
30:19 32:12,
16 33:7 34:22
36:17,18,24
37:15 38:7,
10,24 39:2,6
49:9 64:9
65:18 66:20
67:14 116:15,
22 120:24
121:2

**call**
12:9 36:21
50:5 98:18
105:2 106:3
109:8

called
8:10 36:19
78:10 94:13
98:17 105:24

Callen-lorde
49:19

calling
62:25 72:19

calls
96:8

Calvin
87:16

cancer
77:6

cannabis
84:24

capability
75:19

capable
44:13

capitalized
98:18

capitals
36:20

card
86:19

cardiac
86:14

cardiologist
12:12

cardiology
39:24

cards
80:4

care
5:4 7:11 9:12
11:20,24
12:1,2,6,8

14:11 15:24
19:4,14,21
20:1,14 22:6
23:2,4,23
24:16,19,20,
24 25:17 27:4
28:9 30:12,21
31:8,10
32:17,18
33:19 34:17
35:19 36:1,4,
6 37:6 38:4
42:3,11,13
43:13 45:7,9,
13,17,19,23
46:3,15,25
47:6,7,9,11,
15,16,23
48:2,5,7,12,
19,23 51:10,
12 53:3 54:20
59:2 60:6,7
63:7,8,15,17,
19 64:1,2,11,
14,16 65:19
66:18,22
67:3,15 68:14
70:1,2,5
71:25 74:8,18
77:4 81:18,25
84:16 88:13
89:23 90:3,8,
12,13,15,19,
20 91:2,20,22
94:3,17 99:15
102:13 113:4,
5 114:18
115:2 116:6,
9,12 117:9
118:11,12
119:7,8,16,
20,22 120:4,

7,8 121:17,23

caring
7:15

case
4:18 6:1
14:16,17
18:11 22:21
34:6 63:4
66:10 69:16,
18 71:12
72:17,22 73:9
74:3 75:1,2
76:18,20,23
86:18 95:25
110:1,20
114:13 115:18
117:19 118:15
122:7

cases
19:3,12,18
22:13 45:25
60:14,21 86:9
88:13 110:4
117:19

cast
98:2

castrate
93:24

catch
78:7

categories
95:1

category
15:6 39:23

caused
40:3,4,15,19

causing
31:24

Cecilia

6:9

center
15:23,24,25
21:6 35:22
49:9 57:14

centers
63:8,18 79:4

certainty
110:25

certification
17:20 53:15,
16,19 54:12

certified
4:13 17:15,17
29:13 54:5,
13,20

challenges
78:24

chance
20:22 55:6
96:18

change
10:7 47:10
68:16 69:6
70:6 93:4
110:6,15
113:20 114:21
116:17,23

changed
14:18 40:20
59:5 66:19,25
70:12 93:7

changing
59:11

characterized
41:1

charge
17:24 18:2,5,
6,20,21

charged
18:3

charting
11:12

charts
11:4

cheaper
63:24 64:3
89:7

check
46:8 49:2
64:22 78:2,
16,18

checked
106:19

chest
80:5 93:9,14
97:25

child
88:6,15
107:21,24
108:3 109:10,
13,20 113:20
116:1

childhood
106:16

children
16:15,24
51:22 52:2,6,
15 53:6 87:22
88:18 89:3,14
105:17 107:22
113:22

choose
31:17 97:4

circumstance
99:1,2

circumstances
87:12 88:11

96:12

cisgender
9:25 13:4

citations
6:4

cited
6:3,7

city
31:13 37:19
47:18 67:4

clarifies
110:21

clarify
5:22 10:18
44:17 90:11
110:15

class
53:22,25
54:16,18 55:9
67:1 89:10

classes
104:20

classify
107:23

clear
32:25 66:13
115:9

clearance
28:22

clinic
7:20 8:1 9:5,
8,22 22:12
25:2,9,25
26:2 28:3,4
44:14 117:23
119:4

clinical
7:19,24 8:2,7
9:6 24:2

27:12 53:16,
18 74:21
75:13,15,19,
25 76:14
77:11

clinically
14:13

clinician
8:5 107:23
117:11

clinicians
8:12 30:6
50:4 74:7
75:4

clinics
8:2 63:7

close
63:12 79:4
80:5 103:22

closed
63:9,12,13,20

closest
57:2

clot
12:24

clothing
113:4

co-
95:13

co-occurring
95:13

coalesced
78:9

coalescence
64:5

cobble
42:6

code

6:24 107:9

Coles
4:15,17 33:21
50:15,19
57:6,12 68:1,
2 80:23 81:1
89:16 90:10
92:22,24
97:13 101:3,6
105:19 109:24
122:1

colleague
65:11 81:13
96:6,25 97:8
111:17,18
113:11 115:19

colleagues
36:3 51:5
52:21 53:1
112:24

collegially
55:25

column
71:15 73:16

combined
46:22

comfort
50:15

comfortable
12:3 14:12
26:6 87:8

commit
115:8

committee
30:10 84:6

common
47:3

commonplace
59:21

communicate
113:7

communities
58:17 68:6,7,
11,12 119:16

community
15:23 22:5
36:12 45:10
80:7 112:25
119:10,18,25
120:11

community-based
69:7,19

companies
29:21 32:10
34:15 38:3
63:1

company
29:19 32:12
37:22 67:19
79:19

compare
98:22

compared
48:9 120:22

comparing
42:12

compensated
21:21

compensation
18:22

competent
45:21

complete
28:12 60:5
73:15 102:24
104:16

completed
16:19 17:23

103:1

completely
40:16 91:21
99:20 105:6

complex
8:14 50:12
72:2 118:10

complicated
24:18

complications
44:6,7,9,12,
20,22

compound
27:1

computation
33:14

computations
33:1

computer
67:25

concept
47:6 90:15

concepts
90:12

concluded
122:14

conclusion
73:10

concrete
110:23

condition
39:14,18
47:12 76:14
77:11,15

conditions
39:20,21,22
44:3 105:4

conduct
100:4

conducted
116:10 117:7
118:15,18

conducting
78:24

conference
53:6 55:24
56:14,19
71:24 116:21

conferences
38:6 50:24,25
51:2 55:23

confident
72:25 73:1

conflict
60:20

conflicts
59:7

conform
15:4

confused
15:22 58:4

consensus
45:9 47:21

consent
87:23 88:1,6,
8,12,14
100:25

conservative
70:8,16

considered
13:1 74:22
91:2 119:22,
24

consistent
9:17

constricted
109:20

consult
7:18 10:21

consultant
29:20

consultation
8:7 12:10,11,
12

consulted
34:16

consulting
11:13 21:10,
17 30:14,18
32:9 36:10
37:24

contact
26:4

contained
22:21

content
57:22

contention
58:16,21

context
52:20 119:24,
25 120:12

continue
12:8 27:9

continued
60:6 79:5

continuing
12:4

continuous
110:4

contraception
13:11

contributed
34:13

contributor
56:25

control
13:7 82:24
98:19 99:4

controlled
28:17 82:14,
16,20 91:21
98:24 99:21,
22 100:4,7

controls
100:16

conversations
35:9

conversely
92:19 117:7

cools
119:23

copy
34:8 56:18

coronavirus
7:22 75:6

correct
11:1,14 16:22
21:13 29:12,
17 32:6 57:21
61:8 69:3
83:24

cost
34:2 38:21

counseling
25:8

counties
121:1

countries
79:10,13

county
37:19 67:4
121:6,7,20,24

couple
6:3 29:25
35:7,8 43:20
52:14 55:24
92:8,9 118:5

court
5:8,15 23:1
89:12 117:25

court's
88:23 89:11

cover
30:16,21
31:8,20,25
32:17 36:1
39:11 43:2
48:18 67:17
114:23 115:5

coverage
37:17,25
64:10 65:19
67:3,15 92:6,
18 116:8,11
117:9 119:15
120:16 121:22

covered
31:9 32:4
50:12,13
64:15,18 66:8
120:20 121:6

covering
35:17,18
63:15 116:6

covers
42:17 67:19

CPR
87:6

cratering
63:5

create
68:16

created
56:18 79:10

criminal
59:22

crisis
119:19

criteria
55:6 58:24
107:19,22

cross
89:19 115:22

cross-gender
106:20 107:7
108:4,9,25
110:5

cross-sex
12:18,22
87:24 88:18
89:6,7,13
97:23

Cruz
19:22 20:25
22:16,17

cultural
107:24 109:19

culturally
111:11,12

current
8:22 58:22
83:14 108:24

—————————

————— D —————

dabbling
117:11

Dane
6:9

Daniel
89:17 122:3,
10

data
39:10 41:14,
22 74:21,24
76:15 104:11,
19 105:13
109:11 119:2,
3,4

dataset
77:24 103:3,
7,10

Davis
7:1,2 15:20,
21,23 37:5

day
8:22 9:17,18
10:6,9 42:17
92:13

day-long
51:12

day-to-day
24:2

daycare
113:21

days
9:4,13,19
16:10

daytime
16:12

deal
18:10 93:10

dearth
78:22

death
97:7

**debilitating**
95:11

**Decades**
116:23

**decided**
22:8 38:17
96:15

**decision**
14:20 39:10

**decisions**
28:15 63:14
75:13 80:2

**declared**
88:12

**declined**
62:22

**decreases**
100:10

**deem**
119:10

**deeper**
96:10

**defend**
19:12

**define**
15:2 45:17
119:12

**defined**
61:10

**definition**
86:5 102:25
119:13

**definitive**
56:2

**delay**
100:13,23

**demonstrate**
54:18

**denying**
99:24

**depart**
86:10,25
87:19,20

**departing**
87:8

**department**
4:17 16:5,8,
23 32:13,14
38:16,24
39:3,9 52:7,
10,13,20 53:3
66:23 104:20

**depend**
85:21

**dependent**
60:5

**depending**
10:7

**depends**
22:23 27:11
40:7 68:22
76:4 86:5

**depo**
5:2

**deposed**
4:20,23 20:21
22:17,18

**deposition**
4:19 19:16

**depositions**
22:14

**depression**
41:5,11,17
77:6

**depression/
anxiety**
95:12 100:21

**derived**
21:10

**describe**
61:16 62:6,9
92:17

**describing**
115:19

**desert**
113:3,9

**desire**
102:7

**desist**
106:3 114:12

**desisted**
107:10 114:13

**desperation**
111:6

**destined**
107:12

**destroy**
99:9

**detailed**
103:5

**details**
53:22 77:21
114:14

**deterioration**
68:13

**determine**
76:5

**develop**
69:5 75:16

**development**
68:6,11 70:1
97:18,25
105:25 106:11

**developmentally**
108:17 112:13

**deviation**
38:20

**diabetes**
28:16 65:1,6

**diabetic**
64:21

**diagnose**
26:12 27:3
95:13 107:3
108:5,20,23

**diagnoseable**
24:19

**diagnosed**
27:14 45:25

**diagnoses**
47:17 95:14

**diagnosing**
107:22

**diagnosis**
26:13 27:6,22
32:1,3,4
58:19,23 59:5
60:2,11 61:2,
4 65:7 75:17
99:19 106:15,
17 107:6
108:14,22
110:21 118:9

**diagnostic**
27:22 39:16
58:14 107:9
110:25

**dialysis**
87:1,2

**die**
96:18 98:2
99:25

**difference**
42:22 60:11

61:1,11
93:18,19
102:10 112:12

**differences**
112:10 120:17

**differently**
90:5,7

**differing**
40:14

**difficult**
8:11

**dinner**
96:14

**direct**
4:14 9:12

**directly**
8:21

**disagree**
76:7,8,9

**disagreeing**
66:14

**discovered**
96:2

**discriminate**
39:1

**discrimination**
30:23

**discuss**
40:8

**discussed**
42:1 56:20

**discussion**
62:15 71:2,8
73:13 122:6

**discussions**
31:4

**disease**
77:6

**disorder**
32:7,8 58:24
106:16 108:6,
21

**Disorders**
58:15

**disparity**
90:8

**distinction**
39:19

**distress**
41:1 61:5

**DMHC**
39:3

**doc**
86:20

**doctor**
94:8 96:21

**doctors**
35:4

**document**
23:8 34:11
56:25 71:20

**documents**
5:25 93:5

**dollars**
18:2

**dolls**
109:25 112:2,
3

**dosage**
98:25

**dose**
101:12 102:1

**dosing**
49:2

**double-blinded**
98:24

**doubt**
27:21

**dramatic**
42:21 43:9

**dramatically**
116:17

**Dreaming**
116:15,22

**dress**
61:20,25

**drug**
99:18 115:14

**DSM**
58:15,22

**DSM-5**
39:14,15
59:4,13 107:4
108:7

**DSM-IV**
58:22,23
106:16 108:2

**due**
78:23

**duly**
4:12

**dumb**
59:10

**dying**
22:11

**dysmorphia**
118:4,7,8

**dysphoria**
14:2,7,14,22,
25 25:12
26:12,18
27:3,7,9,10,
14,16 28:1
31:22 32:1,5

39:13 40:2,
23,25 41:5,10
45:5,8,11
46:16 47:1,
13,17 48:14,
15 52:2,9
59:3,5,12,16
60:1,10,16
65:8 66:8,17
76:20 77:10
83:24 86:4,11
92:17,19,21
93:10 95:6,11
98:13 100:20
105:17,21,22
107:2,22
108:5 109:17
111:13 118:19

---

**E**

**e-mail**
35:9 122:8

**earlier**
6:18 9:1 16:7
37:16,21 64:6
65:23 89:6,22
97:10,22
98:11 105:11
115:19 119:6

**early**
22:7 101:22
102:3

**easier**
44:3 104:5

**east**
35:22

**easy**
92:10

**economic**

32:14 33:6
38:15 39:8

**edition**
58:15

**editor**
80:21 81:11

**Edmo**
19:19 21:5,6
22:17,18
117:19

**education**
7:20 54:11

**effect**
75:23 82:10
105:6

**effects**
49:1 73:3
77:3 82:13
104:4 114:7

**effeminate**
15:12 107:12,
14,18

**either/or**
25:10

**elaborate**
120:23

**elected**
69:10,22

**element**
55:4 118:12

**elevated**
87:3,5

**eliminate**
95:9

**embarrassing**
20:3 49:12,17

**embrace**
15:9

**emergency**
6:25 15:14
16:5,8,23
17:18 19:8,11
52:7,10,13,20
53:3

**Emilia**
57:21

**eminently**
101:9

**employee**
37:19

**employees**
36:25 37:17
67:5,15,20

**employer**
37:23 121:13

**employers**
34:16 36:8

**employment**
41:6

**EMS**
119:21

**encompass**
25:22

**end**
5:17 14:10
17:23 101:20

**Endocrine**
87:15

**endometriosis**
31:24

**enforcement**
109:19

**enforces**
110:2

**enfranchised**
96:17 97:2

**England**
88:17

**entails**
30:3

**enter**
59:22

**entire**
115:6

**entities**
36:8

**entitled**
116:15

**entity**
37:23 49:5

**environment**
48:4 59:18
93:2

**environments**
106:6

**EPATH**
51:1

**ER**
9:16 86:23
94:5,6,8,11,
13 120:6,13

**era**
42:2

**escapes**
21:4

**essentially**
24:14 28:7
29:5,9 30:22
32:20 35:1
52:14 55:25
58:23 61:8
77:24 81:7
84:8 105:25
106:20

**establishing**
35:11,15,16,
21 46:17

**estimate**
9:15 13:22

**estrogen**
12:25 46:7

**ethical**
85:19 100:3

**ethically**
21:25 100:22

**Europe**
79:3,16
80:17,19
102:10,12

**European**
51:2 79:9

**evaluate**
23:20

**evaluated**
117:18

**evaluation**
26:20,22
28:2,10,11,22
29:2,4

**evaluations**
27:18

**eventually**
12:5

**evidence**
40:15 41:18
75:2,23 77:12
100:9,11
109:9

**exact**
35:21 60:3
105:5

**EXAMINATION**

4:14 89:19
101:5

**examining**
71:20 73:17,
19 76:9

**excellence**
35:22 49:10

**exception**
60:25 67:12

**Exchange**
121:12

**exclude**
30:22 38:17
81:24

**exhibit**
57:7,8,10,11
80:23,24

**exist**
60:25 111:13

**existed**
21:24

**expect**
18:22

**expected**
47:8

**expects**
95:21

**expensive**
79:21 89:9

**experience**
22:5 24:4
41:24 44:5
52:1,3 54:3
56:3 60:10
74:12,13
75:18,25 87:7
92:25 95:17
105:20 113:20
120:14

**experienced**
8:10 54:23
87:11

**experiences**
74:21 75:14
112:19

**experiencing**
110:12

**experiment**
112:22 113:1

**expert**
17:25 18:3,5,
15,24 19:7,15
20:18 22:22
23:7 32:11
33:4 72:17

**expertise**
69:6 74:7
120:10

**experts**
34:13

**explain**
90:9

**explained**
94:12

**explanation**
37:9

**exposed**
112:17

**express**
40:13 108:8
110:4

**expressed**
107:1 108:4

**exquisitely**
94:7

**extensive**
49:10

**external**
26:2,8 28:4
51:5

**extra**
16:11

**extremely**
72:2

_____

**F**

**face**
95:4,8 96:5

**facial**
94:24 96:11
97:18,20
98:3,5 118:20

**facility**
7:10 15:14,19
16:14

**fact**
38:5 93:1
96:16 104:7
112:13

**fails**
91:8

**fair**
119:17

**fairly**
63:13

**fall**
85:11,14
108:12

**familiar**
5:3 57:22
82:4 88:16

**family**
41:6,11
52:18,22 53:1
80:22 81:4,6,

**7** 86:20
113:19

**fashion**
108:18

**faster**
112:14

**fatal**
99:8,19
101:10,12,18
102:2

**favor**
85:23

**features**
97:18 98:5

**fee-for-service**
64:4

**feel**
21:15 87:8
106:18 113:15

**feeling**
106:18

**felt**
106:7 113:15

**female**
15:8 20:16
77:25 78:3,11
107:16 109:21

**femaleness**
15:5

**feminine**
62:10

**feminization**
94:24 97:21
118:20

**Fenway**
49:15

**fewer**
91:13 97:20

fields
76:19

fierce
114:3

figure
34:2

figured
96:3 99:7,14

fill
78:1,11

final
106:4

find
24:16 77:24
104:19,22

findings
34:9

fine
112:15

finish
5:5

finished
17:21

firm
21:3

firstly
21:19 61:13

five-year
110:23

five-year-old
110:18

flat
100:23

Florida
20:13,16
47:22 48:1,3,
5 120:19
121:16

fluid
10:16

fly
36:13

focus
59:12 117:12

follow
64:24 86:8,22

follow-up
26:14,17
101:3 117:24
122:3

font
50:2

food
113:4

forced
59:25 60:17

foreclosed
63:1

forgetting
36:14

forgotten
15:20

form
24:18 90:10
92:22 97:13
105:18 109:23

formation
68:5,10

found
73:11 82:11
103:6

fourth
65:7

frame
43:2 101:16,
18

framework
45:8 46:5,17,
20 47:3 48:23
83:5,6 86:15

Francisco
6:22 29:23
30:8,11,15
31:2,3,7,12,
14,16,17,19
35:23,24 36:9
49:9 67:5

Francisco's
37:19

freebie
55:10

freeze
5:14

freezes
5:12

frequency
46:8

frequent
27:21

frequently
10:22 26:11
49:2 86:24

Friday
16:10

friend
115:20

friends
52:16,17,21,
25 106:22
107:16

frightening
94:3

frozen
5:13

full
6:12

function
41:6,11 43:18

functionality
43:5

functioning
41:18 42:21
93:21 100:17

funding
72:3 79:14
80:8

funds
42:6

Future
57:9

G

G-O-R-T
6:15

G-S-H-I-P
36:20

GAD-7
43:19

gained
97:17

gave
57:2 65:23
77:25

gay
15:12 107:13,
14,18

gears
98:10

gee
118:24

GEI
54:5,9,13

gender
9:23 14:2,6,
14,21,25
15:10 25:11
26:12,18
27:3,6,8,10,
14,16 28:1
31:22 32:1,4,
7,8 39:13
40:2,22,25
41:5,10 45:5,
8,11 46:16
47:1,13,17
48:14,15
52:2,8 58:24
59:5,12,16,24
60:15,23
61:11,13,18,
23 62:7,24
65:8 66:7,17
73:19,23
76:10,20
77:10,25
83:23 86:4,10
92:16,19,20
95:5,10 98:12
100:20
105:17,21
106:15,20,24
107:1,17,22
108:5,6,16,21
109:17,19,22
110:2,3
111:12,13
113:23 114:5
118:19

gender-
affirming
13:14,21 14:3
19:21 25:24
31:8,21 33:19
35:17,19 36:1

37:25 45:3
64:11,16
65:19,21
100:5 102:8
104:13,15,25
114:23 115:2
116:6,8,12
117:9 118:16

gender-
nonconforming
14:24 15:2
61:12,14,19,
21,24 62:3

gender-variant
59:1 69:22
72:11

general
11:19 68:20

generally
8:11 18:2
21:21 29:8
34:2 35:19
45:6,19 47:23
57:23 69:1

genital
13:23 44:5

germane
53:25

girl
96:1 107:1
108:11 109:6,
7,16

girls
106:23 108:1
109:14 112:8,
13

girly
112:4

gist

88:20

give
4:6 6:23
23:12,13 30:2
38:3 40:17
49:1 57:1
71:18 87:23
88:1,2 89:13
98:25 99:1,
13,14 105:4
111:15

giving
63:19 75:6
88:8

Global
54:11

Gnrh
97:15

good
4:16 9:15
15:11 44:20
63:25 71:19
77:13 79:6
87:15,16,17
90:24 104:9
109:9 112:7

goodness
67:18

Gorton
4:11,16 6:14
89:21 122:5

grade
96:7 113:21

grandfathered
54:22

great
20:4 50:8
75:23 79:11
93:10

greater
10:1 68:17
72:16

group
10:24 13:20
34:25 42:9,14
43:4 51:21,
23,24 75:21
84:6 103:15,
16,23 104:1,
2,5,6,9

grow
107:12
108:11,12,19

GSHIP
36:19,21
37:9,11,23

guess
11:11 12:9
14:22 15:8
19:4 25:1
26:14 33:13
34:8 46:18
52:14,17 54:1
57:1 59:20
60:18 61:3
69:25 74:18

Guidance
57:9

guideline
87:10

guidelines
45:16 46:9,
15,25 48:13
86:6,8,13,14
87:9,14,15,
16,17

guns
84:20

guy
70:8,16

guys
40:7

Gwen
95:25

gynecological
79:23

---

**H**

hair
98:4

half
9:6

hand
4:4

handful
8:9

handle
44:7

happen
70:11 73:4
102:16 110:12

happened
42:18,20 64:7
66:11 67:13
76:1 94:4
96:2 116:16

happening
42:15

happy
33:23 85:1
114:15

hard
21:22 80:3
100:24 104:19

harm
92:19

harms
93:22 94:21,
23 116:5
117:8 118:15,
19

Harrelson
53:12

hate
109:7

haywire
111:3

head
20:23 101:24

health
6:23 24:6,9,
23 25:3,20
26:2,9,14,17,
21 27:8 28:2,
12,14,19
29:7,18,21,23
30:8,15 31:2,
8,12,13,20
32:10,12,18
34:15 35:20
36:9,11 37:1,
2,5,20,22,24
40:18,19
42:4,9,20
44:1,3 53:23
57:8,14 63:22
64:15 65:20
66:8 69:8,20
71:10 72:11
74:15 77:3,18
81:23 85:5,6
89:1 90:14
93:4,21
100:11 103:18
104:20 105:4
111:3,7
114:8,22

115:5 116:23
117:21,24
118:9 120:25
121:2,3,16

healthcare
24:15 25:12
38:25 43:13
45:12 47:21
49:14 55:16,
19 62:21 63:1
69:6,14
85:12,18,23
93:12 119:9

Healthy
30:11 31:3

heard
96:10

hearing
5:14

heart
40:11 67:18
77:6 86:12
111:22

height
9:11 97:17
98:7

held
69:19 120:7,9

helped
37:8 52:23
59:12

helpful
5:8

helping
93:4

helps
40:17 100:9

hereinafter
4:13

hey
42:17 90:25
93:15 102:20

hide
79:19

high
75:3 77:15
101:11 102:1,
22

higher
90:21 105:1

highly
91:2

historical
39:5 58:10,12

history
69:17

HIV
80:13

HMOS
63:24

hold
53:21

holding
80:4

home
92:9

homeless
97:5

homosexuality
108:23

honestly
8:9 70:4,20
79:17 89:6

hoops
91:11 102:13

Hopkins
79:5

**hormonal**
46:13 49:5

**hormone**
13:8,11 32:17
48:25 49:3,7
65:2 74:14
87:23 88:18
89:6,7,8
97:22,23
103:25 105:9

**hormone-blocker**
52:23

**hormone-modulating**
12:21

**hormone-related**
73:20,24
76:10

**hormones**
12:19,22
13:1,2,3,6
14:9,20 31:9,
10 43:12
48:25 49:23,
24 87:24
89:13 93:11
103:24 113:10

**horrible**
94:8,9 107:17

**hospital**
7:1 15:21,24
43:20 94:1
119:20

**hospitals**
35:3

**hour**
17:25 18:2

**hourly**
18:21

**hours**
8:20 10:11
15:18 99:17

**house**
106:22 107:15

**huge**
70:9 93:22

**hugely**
48:8

**human**
63:10

**hurdle**
72:6

**hurting**
111:22

**hypothetical**
101:8 111:9

**hypothetically**
111:8,10

**hysterectomy**
31:25 65:24

———————

**I**

**ICU**
94:1

**Idaho**
19:19

**idea**
8:12 30:2
34:14 55:12
83:1 89:15

**ideal**
113:25

**ideation**
41:17 103:18,
20

**identification**
57:10,11

80:24 107:7
108:4

**identified**
23:8 54:6
107:20

**identifies**
61:22,23
78:15

**identify**
14:6 15:8
60:21,23 62:4
78:4,5,11,15
111:5

**identities**
61:14

**identity**
32:7,8 58:24
59:2,6,7
60:12 61:6,15
62:9,12 93:5
106:3,5,8,9,
15 108:6,9,
16,21,25
110:6,15,16

**IJT**
53:9

**illness**
40:13 41:22

**illnesses**
24:18 39:17
40:14

**imagination**
56:2

**imagine**
10:23 57:25
69:15

**impact**
32:14 33:6
38:15 39:8

**implant**
52:23

**impose**
113:23

**imposed**
111:11,12

**impossible**
113:18

**impoverished**
47:18 89:25

**impressive**
20:5

**improve**
41:20

**improved**
42:24 98:5
108:7

**improvement**
42:25 43:5,8,
9

**improves**
41:19

**in-house**
26:10 53:9
81:5

**incidences**
88:1

**incidents**
117:22

**include**
15:7 115:16
117:18

**included**
28:25 56:21
58:13 116:13
118:23

**includes**
12:20 28:11

115:14

**including**
38:14 47:17
77:10 83:7
117:1

**inclusion**
58:15

**income**
21:10

**incongruence**
61:5

**increased**
92:18 95:22

**indication**
65:24 66:16

**indistinguishable**
41:21 105:15

**individual**
26:13 53:13
59:16 61:10
67:2 75:21

**individually**
85:4

**individuals**
15:7 19:5
40:22 41:4
52:12,19 53:2
55:18 56:4
60:9 61:3,4
81:22 82:25
89:25 102:6
104:12,15,24
118:16

**industry**
38:13

**infancy**
71:11 72:11,
12,19 73:6,7

**infections**
94:9

**inform**
74:18

**information**
28:14 33:2,
10,11,12
49:23 55:13
84:13

**informed**
87:23 100:25

**infrequent**
13:8 25:21
87:19

**infrequently**
38:3

**initial**
54:4

**Initiative**
54:11

**injured**
90:25

**insanity**
100:2

**inside**
108:11

**insidious**
109:18

**instance**
68:23

**instances**
86:9

**institute**
57:13 73:14
105:10

**instructive**
111:16

**instructor**
7:25

**instruments**
44:14

**insurance**
29:9,19,21
30:5 32:10,
12,13,15
34:15,17,23,
24 36:11,18
37:1,2,22,24
38:2,4,7,10,
16 39:3,4,5,9
42:17 43:2
63:6,14 64:4,
10,15,18
65:12,21
66:9,17,23
79:19,22
81:23 85:5,6,
11,15 90:1,
23,24 91:10,
24 92:5,6
114:22 115:5
116:11,23
117:8 119:15
120:16,23
121:9,13,22

**insured**
29:6 81:22
120:18

**insureds**
30:20

**insurer**
34:19,22
38:19

**insurers**
28:18 30:25
32:16 33:7
38:17 39:1,11

63:18,21
65:2,3,4,6
67:16 91:5

**intend**
22:25

**intentional**
115:15

**interact**
15:4 55:24
59:9 68:19,24
69:2 113:22

**interacted**
47:25

**interaction**
51:5

**interactions**
113:14

**interacts**
61:17

**International**
57:20

**internet**
113:6

**interpersonal**
95:23

**intersex**
78:18

**intervention**
66:7 87:6,7
100:18,19

**invested**
21:24

**invisibility**
78:23

**invited**
51:24

**involve**
26:22 53:18

**involved**
11:8 18:12
19:23 84:8
88:7

**involvement**
51:8

**IRB**
82:19,23
116:19

**IRB-APPROVED**
119:1

**island**
113:3,9

**issue**
11:18 51:18,
20 58:25
79:16 95:19
114:8 121:16

**issued**
83:23 85:3

**issues**
11:5 65:14
66:4 79:23

---

**J**

**Jack**
6:8 103:8

**jobs**
33:10

**John**
109:8

**join**
53:17

**joined**
69:7,18

**joke**
74:23 80:7

**Jonathan**
4:18

**journal**
53:9 57:20
74:25 81:5
116:20

**jump**
58:2 91:11
102:13

**jumping**
45:4 58:6

**jumps**
20:23

**justice**
59:22

**justify**
64:2

---

**K**

**Kaiser**
34:20,21,22,
23,24 35:3,4,
6 36:1,3,9

**Karolinska**
105:10

**Katherine**
82:7

**Keohane**
20:19 22:18

**kid**
52:22 88:4
91:18,22,24
92:11 106:25
108:16,18
109:3,4,5
110:8,12
111:17,21,24
112:10,20
114:3

**kidney**
40:11

**kids**
89:4,5 91:14,
16 92:9
105:11,14
106:2,4,10,
12,21 107:10,
15 108:13
110:2,4,16
111:2,3,4
114:11

**kill**
99:10,25

**kills**
96:19

**kind**
10:16 40:25
52:18 54:18
55:12 62:14,
23,25 70:15
72:13 74:12
84:2 93:17
103:3 106:7
118:8

**kinds**
84:17,18

**knee**
88:5 90:25

**knew**
22:9 36:2
74:9,10,11
93:17

**knowing**
70:10 115:16

**knowledge**
67:1,6 73:4
83:2

---

**L**

**labs**
46:8 49:3
64:19 79:25

**lack**
92:20 94:22

**large**
101:18

**largely**
79:4

**late**
101:22

**latest**
32:24

**law**
21:2,3 69:6,
15 116:23

**Lawrence**
87:17

**lawsuit**
121:17

**lawyers**
55:20

**lay**
56:4

**laying**
90:18

**layman's**
30:2

**laypersons**
30:4

**lead**
8:5 53:12

**leader**
51:24 56:19

**leadership**

68:7,12 69:25
70:7

**learn**
31:1

**learning**
54:4

**leave**
98:4 115:12

**led**
62:16,19
68:17 69:8
97:11

**left**
22:11 25:5
41:4,10

**legal**
16:17 18:10
21:1,3,7,10,
17 35:1

**legally**
16:18

**legitimate**
80:5

**legitimized**
58:18

**legs**
12:24

**length**
15:18

**lesbian**
21:7 108:19
111:18

**lesbian/**
**bisexual**
10:1,2

**lesbians**
15:12 107:13

**letter**

26:6 28:19,20
29:1,7 80:21
81:11 82:4
94:12 112:10

**letters**
28:21 80:21

**level**
16:1 54:9,12
120:9

**levels**
40:14 41:16
49:3 92:4

**Levine**
6:7 103:8

**Levine's**
6:2 23:15,22

**LGBT**
49:13 69:7
84:6

**license**
29:15

**licensed**
17:1,4,7,9,12
29:11,14

**licensure**
17:11 18:14,
16,17

**life**
82:12 97:1,7,
11 113:8

**lifesaving**
99:23 101:23

**lights**
93:13 113:16

**likes**
109:13

**limited**
79:15 82:9

**link**
50:9

**lion's**
76:24

**list**
20:3 107:5
109:1

**lists**
101:24

**literally**
86:18

**literature**
41:15 74:9
77:1 82:9

**live**
59:19 120:19,
21 121:24,25

**lived**
91:19 121:20

**liver**
99:9 101:14

**lives**
59:20 92:14

**local**
47:9,13 48:4
90:16

**locally**
47:10

**logical**
40:16

**Lombardi**
56:22 57:21

**Lombardi's**
57:17

**long**
7:4 15:18
50:21 52:21
57:24 59:24

73:7 99:16
110:5

**long-term**
77:3

**longer**
63:17 102:11

**looked**
6:7 81:9
82:10 103:12,
17 105:11
119:2

**Los**
119:19

**lost**
14:18 104:4,6

**lot**
9:15 20:5
23:3 31:3
34:7 37:15
46:9 50:11
54:23 62:5
64:9 72:9
76:13 77:9
84:14 89:4,7,
18 93:6 96:7
104:18 107:10
108:21 112:23
120:1

**Louisiana**
17:12

**low-resourced**
91:4,15

**lower**
90:21 105:1

**Lyon-martin**
6:23 7:5 8:21
9:12,21
16:14,16
21:18 24:12

25:1,15 41:25
49:18 69:20
114:19

_____

**M**

_____

**M.D.**
4:11 82:7

**made**
27:6 38:12
44:2 66:22
93:19 103:6

**magical**
108:13 110:17

**main**
8:18

**maintenance**
63:22

**majority**
12:5 13:11,
19,24 42:2
60:14 74:3
86:9 105:3
110:4

**make**
5:4 26:12
28:15 39:19
66:12 70:9
75:4,10,12
80:1

**makes**
32:2 45:1
48:11 55:15
57:3 67:21
78:21 87:21
99:19 120:15

**makeup**
61:25

**making**
25:23

**male**
15:8 77:25
78:3,11,18
97:15 98:3
104:20 106:21
108:9 109:6,
21

**maleness**
15:5

**malpractice**
18:13

**man**
31:23 61:20,
22 78:4 79:21
93:9

**manage**
27:9,15

**managed**
38:24 66:22

**Management**
4:18

**maneuver**
101:15

**manner**
110:23

**Manual**
39:16 58:14

**marginalization**
68:14

**Margo**
82:7

**mark**
57:6,7 80:23

**marked**
57:10,11
80:24

**marks**
107:10

**Mary**
109:8

**masculine**
62:10 95:4

**masculinized**
97:12,19

**mastectomy**
93:17

**materials**
46:18

**matter**
32:11 33:4
34:12 99:10

**mature**
73:8 88:12
110:17 112:13

**Mchugh**
62:15,17

**means**
8:8 16:17
61:24 119:8

**meant**
16:13 58:10

**measure**
42:24 43:6,17
113:18

**measures**
43:18

**Medi-cal**
30:20 31:15,
20 121:4

**Medicaid**
19:24,25
30:19,23
31:15,18,19
93:7 121:3,11

**medical**
7:23 14:11

15:14,23
16:18 17:11
20:14 24:14
28:13,19,21
34:25 35:20
36:23 39:13,
18,19,21,22
41:15 42:4
45:10 46:13
48:16 50:9
53:23 64:25
68:19,25 69:2
77:1 83:4,7,
13,22 84:23
85:17,19
87:6,14 90:4,
13 92:3 93:3
94:24 113:5

**medically**
28:23 60:7

**Medicare**
121:10

**medication**
40:20 43:24
98:20

**medications**
24:20 43:23
44:2

**medicine**
6:25 17:18
19:12 62:21
88:9 98:17

**medicines**
12:21

**meeting**
51:13 55:10

**meetings**
32:19 51:6

**member**
50:21,23

53:14 55:2
83:12,15,17
84:5

**members**
51:7 55:15,19
56:5

**membership**
50:20 83:14

**memo**
30:20

**memory**
6:11

**men**
15:12 82:11
96:22 107:13,
14,18

**men's**
96:23

**menopausal**
13:10

**mental**
24:6,9,15,17,
23 25:3,20
26:2,9,14,17,
21 27:7 28:2,
12,14,19 29:7
32:18 35:19
40:13,14,18,
19 41:21
42:4,9,20
43:13 44:1,2
53:23 58:14
74:15 90:14
93:4,12,20
100:10
103:18,20
105:4 111:3,7
114:8 117:24
118:9

**mentioned**
48:11 81:11
97:8

**mentor**
54:2

**mentored**
37:7

**mentoring**
54:19

**met**
55:5 107:18
113:10

**methodological**
76:5

**methodologically**
76:2

**methodologies**
77:18

**methods**
76:4

**Meyer**
62:18 63:4

**Meyer's**
63:16

**Miami**
48:10 120:19,
22 121:20,21,
25

**mid-level**
7:14,16
10:21,23
11:6,13

**mid-levels**
11:3

**mid-time**
16:12

**middle**

77:14

**mild**
43:16

**milligrams**
46:7

**mine**
52:5 81:13
111:17 113:11

**minimize**
114:7

**Minnesota**
63:11

**minor**
44:7 88:12

**minutes**
10:10 50:16
75:11

**Miriam**
4:17

**mirror**
95:6

**mispronouncing**
6:17 62:18

**missed**
5:17

**missing**
78:6 92:12

**Mission**
6:22

**mix**
16:4

**moderate**
91:18

**modulate**
13:2

**moment**
90:19 98:11

**mommas**
111:22

**Monday**
16:10,11 94:5

**money**
64:2 80:11

**month**
15:17 101:20

**months**
8:15,17

**move**
62:13

**moved**
6:21 62:20

**MRI**
91:1,5,9

**multiple**
75:13 90:19

**murdered**
96:1

---

**N**

**N-A-C**
98:18

**N-ACETYLCYSTEINE**
98:17,23
99:15

**NAC**
98:18

**names**
49:12

**Nancy**
6:16

**natal**
61:6

**national**

8:7 21:6
50:24 89:1

**nationwide**
47:7

**natural**
111:1,2

**navigate**
27:20

**NCLR**
21:6

**necessarily**
20:13 28:15
41:19,20
44:15 45:20
46:6 48:18
52:8

**needed**
31:4,5 32:3
33:5,10 37:10
42:19 52:23
73:20 76:11,
13 79:20 93:9
95:18 112:10
118:2

**negative**
94:15

**nephrology**
39:24

**network**
91:13

**networks**
92:6

**neurology**
39:25

**Nicholas**
4:11 6:14

**nickgorton@
gmail.com.**
122:9

**night**
16:10,11
96:14

**nights**
122:11

**noise**
38:22 104:5,6

**non-providers**
56:1

**nonclinical**
105:2,15

**nonconforming**
9:24 95:20,21

**nonpatients**
112:24

**nontrans-
related**
66:3

**normal**
91:7

**normalize**
105:6

**norms**
110:2

**note**
12:12 39:13
115:13

**notes**
12:11

**noticed**
43:19

**notions**
15:5

**number**
11:4 24:17
33:13,25
43:24 48:17
55:1,2 64:6,

17 93:2 99:16
102:18 105:5
110:7

**numbering**
58:4

**numbers**
69:14

**numerical**
106:12

**nurse**
7:12,16,23

**nurses**
7:14

**nurturing**
111:20

———————————

O

———————————

**o-n**
6:15

**Object**
105:18

**objected**
36:5

**Objection**
33:20

**objective**
109:11

**objectively**
62:1

**observation**
109:10

**obtain**
17:19 61:3
102:7

**obtaining**
118:20

**occasional**

117:11

**occasionally**
13:7 42:5

**offer**
8:2 43:14
64:3 93:3

**offered**
36:19 55:6,9

**offhand**
6:24

**office**
44:8 86:21
91:14 93:24

**official**
88:25

**officially**
36:7

**oftentimes**
9:3 65:15

**older**
88:7 107:9
110:16 116:3

**one's**
53:25

**online**
113:7

**open**
22:12

**operating**
93:25

**opinion**
45:15 46:14,
24 51:4 70:3,
16 85:10
87:21

**opinions**
6:1 22:20
23:12,22 40:1

41:3,8 56:11
60:8 72:17

**opportunities**
25:5

**opportunity**
63:21

**options**
77:25 121:5

**order**
11:10 27:18
68:16 88:16
89:12 91:1

**organ**
40:10,11,12

**organization**
70:6 81:8

**organizations**
49:14 63:23
69:8,19 83:4

**organize**
68:15

**Orientation**
57:15

**origins**
40:2

**Oslo**
51:15,16

**outcome**
94:15

**outcomes**
43:15 73:20,
24 76:10
93:21 100:11
103:18,20

**outgrow**
105:17

**outrageously**
89:9

**outweigh**
76:17

**overdose**
98:16,21
99:4,8,17
101:7,9,17
115:15

**overdoses**
101:21

**overlap**
95:2

**overwhelmed**
119:21

**owe**
21:25

---

**P**

**p.m.**
4:1 50:17,18
122:14

**pages**
50:1

**paid**
66:4,17

**painful**
94:7 95:16

**painted**
95:24

**pandemic**
119:23

**panel**
7:11,17 10:2
11:20,22

**Panhandle**
48:6

**panicked**
89:4

**pap**
79:23

**paper**
51:18 53:5
56:18,19,21
57:2 79:5
81:20 117:3

**papers**
51:3

**paragraph**
39:12 45:2
58:11 67:25
68:3,4 71:9,
18

**parent**
88:6 92:7,12

**parents**
88:14 89:4
107:2 111:20
112:17 113:25

**part**
25:1 26:24
27:3 33:14
38:4 66:21
84:11 90:22
94:3 102:10

**partially**
96:20

**participants**
99:24

**participate**
51:12

**partner**
111:19

**Partnership**
120:25 121:2,
6

**parts**
80:17

**party**
110:3

**PAS**
7:13

**pass**
96:7,12

**passage**
84:8

**passed**
54:25 84:13

**passes**
96:13

**passing**
96:22

**passionate**
21:16

**past**
4:23 47:25
71:25 72:1,5

**pathology**
59:12

**patient**
8:13,24 9:12,
20 11:16,20
12:14,23
13:13 16:3,25
18:13 19:14
25:7 26:7,8,
11 27:7,9
42:5 43:4
48:20,21,24
50:12 59:16
60:6 64:21
65:16 67:11
75:14 80:4
87:2 91:7,8
93:8,15,23
94:13 113:11
115:16 117:13

120:5,12

**patient's**
13:2 27:11
28:12,23

**patients**
7:12,15,17,18
8:21,24 9:10,
23,25 10:5,8,
9,19,22,24
11:8,9,10,11,
15 12:3,17,21
13:4 14:1,5,
8,13,24 16:20
24:3,7,10,22
25:11,19
26:1,17,20
27:13,25
29:5,8 30:12
31:5 33:5,13
34:4 36:4,7,
23 37:7 41:9,
16,25 42:2,8,
10,14,18,25
43:14,19,22
44:4 45:5,14
46:6,10 47:4,
19,24 52:5,8
54:4 55:3
59:14,24
62:20 64:14,
17,25 65:20
66:4 74:10,18
75:21,22 76:1
79:6,18 80:1
81:16 93:3,7
94:16,19
95:6,10,14
97:5 100:16
102:11,12,19
105:7 112:23
113:16

114:22,25
115:10,17
116:8,11
117:16,18,20
118:5,7,13,
19,25 119:20

**pattern**
90:16

**patterns**
60:18

**Paul**
62:15,17

**pay**
19:25 65:9,21
66:1 79:22,24
85:11 89:1
102:15

**payer**
79:10 85:20

**paying**
36:22 64:1
65:5,9

**payment**
34:17 36:11

**pdf**
67:24

**Pediatrics**
6:9 83:10,20

**peer-reviewed**
75:24 77:1
116:20

**penis**
108:12 109:7

**people**
10:14 12:7
13:9 16:17
20:5 22:11
24:25 30:3
41:21 42:12

44:1,19 50:7
55:22 59:1,9,
22 60:16,21,
22 61:14,16
62:2,6,9
67:1,10
68:15,18,24
69:2,13 73:2
75:7,9,10,17
77:5,24 78:2,
6,23 79:9,17
82:22 86:15,
16 90:17
93:20 95:17
96:5 98:18
99:14 100:6,
12,13,19
103:13 106:7
108:22
112:23,24
114:8 115:14
121:8

**people's**
92:14

**percent**
9:22 11:10
12:20 13:13
25:11,19
26:20 27:24
28:7 29:5,6,9
42:7 43:8,9
44:21 45:25
53:21 87:18
96:12 101:12
102:2,22
104:12 115:7

**percentage**
10:1 11:22,25
12:18 13:22
26:16 27:13,
25 33:14 41:9

42:23 43:4
44:4 64:13
65:20 75:8
102:5 104:14,
23 105:16
107:18 114:25

**perfect**
98:6

**performing**
33:1

**period**
25:22 35:25
37:14 44:11
64:12,13
65:17 66:21
114:25 115:4,
7 116:16

**Permanente**
34:24,25

**permitted**
89:12

**persist**
106:13

**person**
5:12 9:9
14:17,21
19:13 61:18
65:13 69:9,21
90:5 113:6,8,
11

**person's**
28:16

**personal**
41:24 70:15

**perspective**
16:19 23:23
24:1

**phases**
54:4

phone
35:9

PHQ-9
43:19

phrase
39:18 45:18
80:10

physical
40:12,19 59:8
91:7,8

physician
10:25 18:12
23:23 24:1,3
28:9 86:23
96:16 97:3

physicians
21:20 22:10
45:4,11
46:19,25
80:22 81:4,6,
7

physique
98:1

pick
121:18

picks
12:6

piles
72:25

pill
40:17

pills
13:7

Pittsburgh
56:14,15,16
57:15 71:24

place
7:2 22:8
50:17 97:6

placebo
98:24 99:21,
24 100:7

places
41:13

plaintiff
114:12

plaintiffs
19:23

plan
29:23 30:8,15
31:3,8,13,20
36:10,18
37:20 120:25
121:2,3,16,
18,19,23

plans
64:3

play
106:22,24
107:15 109:25
111:25 112:1,
2,3,8,11

plural
74:23

pocket
86:19

point
41:20 66:25
74:16

policies
81:24

policy
83:23,25
84:14 85:3
116:24 120:19

political
68:16,17
74:13

poor
29:8 41:6,11,
17

population
9:20 16:3
33:15 80:4
105:2,15

populations
77:19 78:25
80:16

portion
55:5

positive
58:18 112:19

possibilities
43:11

possibility
85:24

possibly
78:18 82:21

post-menopausal
13:8

post-operative
44:11

post-
operatively
48:22

post-transition
14:15

potassium
87:3,5

potential
94:21

potentially
89:24

practical
90:6 92:5

practice
7:1 11:3
17:1,4,7 21:8
27:4 47:13
48:3,4 52:15
86:7,20
90:21,22

practiced
17:11 93:1

practicing
17:14 29:16
45:4 74:7

practitioner
54:5,14

practitioner/pa
7:16,23

practitioners
7:13

pre-meeting
51:15,17

precipitated
37:16

predominantly
48:16 100:15

preface
62:14

preliminary
26:13

preparation
31:5 48:22

prepare
23:8

preparing
8:24 32:13

prescribe
13:3

present
9:7 59:24

110:18

**presentation**
38:5 116:14
117:3

**presentations**
76:23

**presented**
55:13 74:11
116:20

**presenting**
51:2

**president**
69:10,23
70:18,23

**presidents**
70:21

**presume**
85:22

**pretty**
12:7 15:6
16:4 20:5
42:21 51:16
53:20 70:8,16
102:21 104:9
105:9 107:24
109:9 118:10

**prevailing**
110:14

**prevent**
99:17

**prevented**
30:23 115:24

**previous**
7:22 9:1
12:23 49:17
108:24

**previously**
7:13 31:1
43:22 96:8

101:21 106:15
115:3

**pricey**
79:25

**primarily**
9:16

**primary**
7:11,24 8:16
11:20 12:1,2,
6 22:1 24:16,
19,20,24
25:16 27:4
28:9 31:10
32:18 64:14
91:20 117:12
118:10,12

**prior**
31:7,12,19
32:5 35:25
42:14 64:12
66:15 82:22
114:17 119:22

**prison**
20:13

**prisoner**
19:20 20:16

**prisons**
20:16

**private**
21:3,7 52:15
85:5,11,15

**privilege**
96:23

**pro**
21:19,20

**problem**
16:25 47:5
59:3,6,7
72:12 96:24

106:14

**problematic**
72:20

**problems**
18:14 24:23
74:11

**procedure**
13:15,21 14:3

**procedures**
33:18

**proceeding**
18:16,17

**proceedings**
4:1 57:13
122:14

**process**
54:12

**products**
121:14

**professional**
81:8 87:11

**professionals**
69:5,17

**professions**
85:18

**program**
30:13 31:15,
16 35:11,15,
16 37:2 63:10
67:9

**programs**
63:11,20

**progress**
58:18

**project**
21:2 80:8

**prominent**
49:13

**prompted**
81:2

**promulgate**
49:6

**promulgates**
50:3

**promulgation**
51:9

**pronouns**
108:10

**proper**
35:24

**proportion**
72:16 78:6
95:10

**proportional**
98:1

**proposition**
68:21

**protocol**
49:11,22 50:9
105:12

**protocols**
48:16 49:4,6,
16 50:4

**provide**
24:2,6,10,14
28:8,9,13,21
29:1 30:7,14
33:12 35:1,5
36:22 37:12
40:1 42:3
45:21 48:7
49:14,16,23
50:4 54:19
86:15 118:6

**provided**
28:11 33:11
34:8 36:4,6,

10 37:23
52:11,18
53:2,10 56:10
63:17

**provider**
7:11 8:8
12:1,3,6,8,
13,14 24:17
25:12,20
26:2,4,9,14,
21 27:8 28:14
45:21 48:6,9
91:20 119:9

**provider's**
28:19,20

**providers**
7:14,16 8:10
9:6 10:23
25:3 26:10
35:2,8 36:3,8
37:4 45:12
46:4 47:21
51:6,14 53:24
54:23 55:5,
16,19 56:17
59:1 63:6,19
69:14 81:12
89:12 103:7
105:23 114:10
120:14

**providers'**
10:21

**providing**
11:3,19 33:2,
17 37:6 46:5
47:1,23 64:2
76:16 93:22
100:4,5
114:18 117:8

**prudent**

119:9

**psych**
118:1

**psychiatric**
28:10 29:4
39:17,20
43:22 83:8,18
117:21

**psychiatrically**
40:4

**psychiatrist**
25:5,8,13
29:12,16

**psychiatry**
24:25 25:2
29:13,15
39:23

**psychiatry/
psychology**
27:15

**psychological**
29:2 43:18
46:12 83:9,19
95:16

**psychologically**
40:4

**psychologist**
25:13 29:11,
14

**psychology**
25:2

**psychotherapy**
24:21 117:21

**puberty**
88:17 89:13
97:15,16,23
98:3 103:14,
16,25 106:1,2
110:6,9,13,21

111:1,2 116:1

**public**
96:25 104:20

**publication**
56:22

**publications**
56:9

**publicly**
34:11

**published**
53:7,8 57:20
63:4 70:25
72:15 74:2,4
76:21 81:8
103:4,5
105:13 116:19

**publishing**
74:25

**pull**
57:5

**pulled**
57:1

**pulmonologist**
91:23,25

**pulmonologist's**
91:14

**purely**
66:7

**purpose**
30:1

**push**
89:5

**pushing**
63:15

**put**
59:18 80:9
97:3 113:2

**puts**
61:24 86:13

---

**Q**

**qualify**
107:5

**quality**
75:1,23 76:6
77:15 82:12
98:12

**quantity**
77:15

**queer**
60:23 61:11,
13,23 62:7

**question**
5:5,6,21
26:24 27:1,2
33:23 34:18
40:6 41:14
44:18 47:5
48:20,24
56:13 74:1
78:10 111:10,
15 113:12
115:21,22

**questions**
5:1 8:11,14,
16,18 26:15
32:21 35:10
46:22 50:11
56:9 57:4
58:3 89:17
98:14 101:1,4
116:5 122:2,
4,8

**quick**
50:15

**quotation**

107:10

---

### R

**raise**
4:3

**randomized**
82:13,16,20,
24 98:19,24
99:4,21 100:4

**range**
18:9 43:11,15
49:2 96:10,11

**rapidly**
62:21

**rare**
88:11

**rarely**
106:2 114:11

**rate**
18:21

**rates**
102:21

**ratio**
44:25

**reach**
89:9 104:3

**reached**
103:21 104:7
105:14

**reaching**
18:8

**read**
57:24 74:8
84:20,21,24
85:1 88:25
95:23 114:15
122:5

**readiness**
26:23

**reading**
58:3 71:17
83:11

**realities**
92:14

**realize**
5:13

**reason**
13:6 14:18
21:19,23
22:1,3 63:24
65:22 90:5,6,
7 92:3 96:1

**reasonable**
100:22 119:13

**reasons**
59:4 64:20
66:24 72:2
80:5 84:10
90:20 92:5
104:18 119:14

**rebuttal**
23:9 57:6

**recall**
6:6 34:1
89:21 90:1
98:11

**received**
97:10

**recent**
85:24

**recently**
8:3 25:4
77:22

**recess**
50:17

**recipient**
31:18 121:4

**recognition**
85:17

**recognize**
83:5

**recognized**
59:13

**recommendations**
25:23 110:8

**recommended**
117:24

**reconstructive**
13:23

**record**
6:13 11:4
66:13 115:9
122:6

**records**
79:11

**recreational**
84:24

**REDIRECT**
101:5

**refer**
24:25 25:7,8,
24 26:9,13,
17,20 27:7,15
50:7 91:22
93:16 117:20

**reference**
58:20 83:3

**referenced**
84:12 103:8

**referencing**
57:16 84:1,2

**referral**
15:25 24:21

28:3 118:1

**referrals**
118:1

**referred**
32:7 118:13

**regard**
46:2 101:7
108:3

**regional**
50:25 90:16
120:16

**registered**
7:14

**regulate**
39:4

**regulates**
66:23

**regulations**
30:24

**regulatory**
38:11,14
66:21

**reimbursement**
62:21 63:6

**reimbursing**
63:2

**rejected**
65:12 80:9

**relate**
19:4 56:11
72:2

**related**
26:18

**relates**
5:1 80:15
86:3

**relating**
11:23 19:8

23:11 30:15
34:16 36:11
37:24 40:2
65:18 83:23
84:2 88:17

**relevant**
45:10 92:25

**relief**
43:14

**rely**
45:12

**remains**
73:21 76:11

**remember**
20:6 26:25
66:10 70:4

**remembering**
36:14

**remembers**
95:25

**reminded**
34:19

**remission**
14:23 60:5

**remotely**
4:12

**remove**
45:24

**removed**
98:4

**rendering**
22:21

**repeat**
5:19 44:9

**rephrase**
33:23

**replacement**
13:12 65:2

**reply**
81:19 82:4

**report**
6:2,4 20:6,8
22:22 23:7,9,
15,19 34:9
39:12 54:6
57:7 75:1,2
83:3 117:25

**reporter**
5:8,15

**reports**
72:17 74:4

**represent**
4:17 45:9

**request**
8:12 23:19
80:8

**requested**
83:1

**requesting**
27:22

**requests**
82:24

**require**
28:18 29:7
32:16 33:15
39:10 44:9,12

**required**
81:20

**requirement**
53:17

**requirements**
38:25

**requires**
107:23 108:15

**research**
57:9,14 62:16

71:2,8,10,25
72:4,5,6,7,9,
10,13,23 73:9
74:2,4,20
75:24 76:2,21
77:16,18
78:7,22,24
79:7,8,11,14
80:3,7,12
98:12 99:3
107:9 117:8
118:24 119:2

**research-
inclined**
117:10

**residency**
17:10,21

**resident**
31:17

**resolution**
84:2,4,13,19

**resolutions**
84:15,23

**resolve**
105:22

**resource**
50:7

**resourced**
90:21,22 91:3

**resources**
47:10 92:7

**respect**
24:1

**responder**
8:16

**response**
68:13 82:3

**responsive**
122:12

**rest**
9:25 113:8

**restart**
12:24

**resurgence**
14:21

**resurgery**
44:15

**resuscitating**
86:16

**retained**
18:24 19:4,7
20:17,25

**retention**
120:6

**Reter**
62:18

**retreat**
97:6

**retrospective**
116:21

**return**
59:18

**reveal**
110:3

**review**
11:4 17:25
18:3,6,10
57:9

**reviewed**
5:25

**reviewing**
11:12

**revolve**
80:12

**reword**
26:19

rid
113:24

Rights
21:7

risk
34:3 38:18
77:5 95:22
103:19

risks
73:3 74:13
76:17

Rivera
21:2

Rob
81:13,15

role
7:7 11:12
12:10

roles
111:12 114:5

room
93:25

rotate
7:24

rotating
7:21

rough
106:23

row
122:11

rule
67:12

rules
5:2 121:22

ruling
88:23 89:2,11

rural
48:6 121:20,

24

Ryan
4:11 6:14

---

**S**

sadly
65:3

salvage
101:15

San
6:22 29:23
30:8,11,15
31:2,3,7,12,
13,16,17,19
35:23,24 36:9
37:19 49:9
67:4

sat
13:17 32:19

Satter
4:18

savings
64:2

scared
94:6

scars
98:4

schedule
8:22 9:16
11:16

scheduled
10:13

school
21:23 69:15
114:1

schools
21:24

scientific
82:8

scope
30:18

scratch
54:16

screen
67:23

scroll
57:19

scrotum
94:7

section
58:11,12 84:7

seeking
19:20 20:13
22:6 50:5
66:6

select
121:3

selected
51:25 85:4

self-castration
117:14

self-describe
60:13

self-
identifying
61:1

self-perception
61:9

send
12:12 28:1

sending
94:14

sense
32:2 45:1
48:11 55:15

57:3 67:21
78:21 87:21
120:15

sentence
69:4 71:9
73:15 77:2,17
78:21 80:15

sentences
69:11

separate
25:12,14,16,
20 29:3 46:23

separation
35:2

serve
70:21

service
8:7 32:3 34:5
67:10

services
4:18 6:23
11:20,24
15:15 17:25
19:8 24:7,9
25:17,21
30:14 34:5
35:5 36:10
37:5,13,24
38:1 69:20
89:1

set
11:17 41:22
46:15,25 50:3

sets
79:7,8

setting
24:24 47:18
75:17 89:24,
25 91:15

settings
41:7

severe
31:24 41:5
91:19

severely
22:5

sex
61:6,7 78:12,
17 106:18,19
110:13 111:11

Sexual
57:14

sexually
63:10

share
10:4 20:6
76:24

shelter
113:4

Shield
121:9,10,11

shift
15:17

shifts
15:17 16:12

SHIP
37:1

shoes
112:4

short
25:22 51:18

shorten
98:6

shortest
49:22

shortly
65:17

shoulder
97:18

shoulders
96:9 97:9
115:21,24

show
10:15 80:20
85:2 105:25

shower
93:13 113:16

showing
67:22

shunt
87:1

side
49:1 85:14

signal
5:15 38:22
104:4,6

signed
20:22

significance
103:21 104:3,
7,8

significant
14:14 41:1,16
60:14 61:4
63:5 69:25
85:19 95:10
96:18 111:6

significantly
24:5 42:10

similar
10:3 38:25

simple
8:13 12:7
24:23 26:22
45:22

single
63:9 75:13,14
79:10 85:20
92:12

sit
108:15

situation
8:13 27:12
113:25

situations
50:13 61:21
86:24 87:19
97:4

six-year
112:12

six-year-old
112:12

size
104:4

skill
112:9

slightly
58:25 120:7

slots
91:14

small
11:25 38:19
49:25 51:13
103:23 104:1,
2,5,9 110:7

smear
79:23

social
41:17 42:20
43:12 68:16,
17 69:6 72:3
74:15 93:21

socially
40:4

societal
64:6 113:14

society
21:3,24 59:9
60:17 87:15
95:21 96:17
105:3 110:2
112:21 114:5,
6

solidified
106:5,8,9

sort
8:2,16 14:10
30:2 37:6,8
48:22 51:15,
17 52:16 54:3
56:20 59:25
60:23,24
62:1,5 64:5
68:22 70:9
73:25 78:9
95:2,13
106:24 111:24
112:6,22
118:10,24
120:25

sought
115:25

sound
76:2

sounds
5:2 16:20
18:19 34:6
59:10 66:19
70:17,18 72:8
80:14 101:9
104:11

source
58:16,21 95:5

speak
5:7 41:23

speaking
57:23

specialists
91:12

specialists'
92:10

specialties
120:5

specialty
39:23 54:21

specific
9:5 35:10
51:18 68:23
84:2

specifically
22:2,4 26:18
41:8 46:2
81:24

spectrum
9:24 14:11

spelled
6:15

spend
8:21 15:14

spent
93:24

spoke
20:11 52:4

sport
112:8

sprinklings
67:16

stable
12:16 28:23

staff
51:7

stage
106:2,11
110:9 114:11

stages
105:24

stand
39:15 54:9
93:14

standard
38:20 45:17,
19,23 46:15,
25 47:7,8,9,
11,13,15,16
48:5,7 89:23
90:3,8,13,15,
20 91:2,22
119:7,8,15
120:4,6,8

standards
23:1,4,22
45:7,9,13
46:2 47:6,15
48:2,12,19
51:9,12 70:1,
2,5 84:3
89:22 90:12,
18 119:7,20

standpoint
38:11,15 53:1
75:24

stands
36:21 37:1

start
8:23 12:25
42:13 45:16
46:6 54:15
58:6 110:20
111:1 118:17

started
12:7,8 35:18

36:22 37:2,12
41:25 67:5,16
69:13 72:16
75:6 110:10
114:18

starting
12:3 63:23
97:23

starts
45:3 58:5
72:13 73:16
111:3

state
6:12 17:5,8,9
18:14 19:13,
24 32:16
38:9,11,14
46:21 47:22
121:16

statement
51:3 76:8,9
83:23,25 84:9
85:4

states
39:7,8 45:6
47:2 63:8,24
79:3,15,17
80:15,16,18
81:24 87:25
88:14 103:12

statewide
38:9

statistical
39:16 58:14
103:21 104:3,
7

status
111:7

stays
92:9

STENOGRAPHER
4:3,9

Stephen
69:8,21 70:7,
14

steps
59:25 87:4

stereotypes
106:24
107:17,25
109:20 111:12
113:23

stereotypical
15:5,9
106:20,21
109:2

stick
6:11

stop
44:1

straws
18:8

street
97:5

stretch
56:2

student
36:25 37:2,5

students
7:21,23 36:19

studied
104:18

studies
41:15 73:16,
19 76:3,9,13,
14,22,25
82:9,14,16
100:16,22
102:19 116:10

118:15,18

**study**
62:17 63:5,16
79:7 82:24
100:1,2
103:9,23
105:8 116:19

**studying**
104:2

**stupid**
5:11

**sturdy**
73:9

**style**
100:4

**subcategories**
62:5

**subgroup**
51:2

**subject**
32:11 33:4
34:12 72:5
82:14,17

**subjective**
109:11

**subjects**
23:13

**subsequent**
54:1

**subsequently**
17:12 22:24
30:25 42:21
54:17

**subset**
50:25 51:13

**substance**
80:13

**subtly**

48:8 121:6

**suburban**
47:14 89:24

**successful**
63:25

**successfully**
28:13

**sudden**
42:17 93:8,14

**sued**
18:13 36:25
67:17

**suffer**
14:1,6,25
40:22 41:5,10

**suffering**
42:15 93:10
118:19

**suicidal**
41:17 43:21
100:19 102:20
103:18,20
112:20 114:9

**suicidality**
41:7,12
100:10

**suicide**
43:20 77:6
102:8 104:13,
16,24 115:1,
6,8,13

**suing**
19:23

**suit**
19:25 67:2

**summary**
56:20,24

**Summer**

57:13

**super**
100:25

**supervise**
7:12

**supervision**
10:25 11:3

**supplementation**
13:9

**support**
98:20

**surgeon**
93:16

**surgeons**
28:18 29:6
48:1

**surgeries**
14:10 25:24
31:21 35:17,
19 45:3 65:21
66:2 95:18
97:7,20
114:24

**surgery**
13:23 28:6,
13,17,24
32:17 36:6
42:6,8,16
44:5,10 45:24
48:22 65:23
66:4 88:5
93:9,20,22
94:25 96:11
97:21 100:5,9
102:8 104:13,
15,25 113:9
118:21

**surgical**
13:15,21

14:3,11 26:22
27:17 28:1,10
31:6 36:23
37:12 42:3
43:1,3,13
46:13 53:23
66:6,18 74:17
90:14

**surprise**
57:25

**surprised**
56:6 81:14
85:8

**survey**
103:1,4

**surveys**
77:23

**survivable**
99:19

**suspect**
115:17

**Sutter**
7:1,2 15:21

**swallowed**
99:12

**swear**
4:5

**Sweden**
105:9

**switch**
98:10

**sworn**
4:12

**Sylvia**
21:2

**symptoms**
13:10 40:18,
20

system
36:18,24
37:17 38:7,8,
10 59:22
68:19,25 69:2
85:20 119:21

---

**T**

---

T-R-A-N-S-L-I-
N-E
8:6
takes
12:14 99:8,18
taking
4:19 38:19
40:20
talk
23:1 55:23
65:1 81:17
95:12 107:14
110:22 116:20
117:1 118:23
talked
23:6 34:1
59:17 81:16
116:18,25
talking
24:11 30:11
33:16 34:7
35:16 38:12
44:18 47:12
54:7 57:20
58:21 62:12
68:5,24 74:5,
24 75:20 79:2
94:21 106:6,7
107:16 116:4
talks
35:7 38:3

46:10
tall
115:24
Tallahassee
120:21
taller
115:20
tallied
13:18
Tanner
105:24 110:9
114:11
target
95:24
tasked
51:17
teaching
8:1 55:12
team
112:11
tech
67:19
technical
8:3 32:20
33:10 77:21
78:19
technically
13:1 119:1
telemedicine
9:7,10
tells
121:9
temporal
72:21
ten
4:24 9:3 11:9
18:25 19:1,2
30:9 63:11

85:13
terms
22:25 64:10
70:21 74:20
76:2
terrible
5:20
tertiary
15:24 63:8,17
test
53:15 54:24,
25 55:1
testified
4:13 19:11,15
20:21
testifying
89:21 98:11
testimony
4:5 90:1
testosterone
46:7 79:24,25
81:9,15
82:10,25
tests
64:22,23
texts
86:2
Thailand
116:14
theories
77:18
theory
110:14
therapies
49:5
therapist
107:3

therapists
25:4
therapy
13:12 27:19
49:7 65:2
89:6,7 91:8
111:24
thing
22:10 23:6,16
39:6 40:9
44:17 46:3
52:16 57:2
65:10 72:21
82:21 92:2
93:3 95:16
118:22 120:3,
23 121:5
things
12:16 33:9
36:14 49:13
58:2 63:15
64:6,24
67:13,17
70:12 72:14
74:18 77:10
78:5 84:17,18
86:8,17 93:7
98:7 99:3
107:5 109:15,
22 110:12
116:17 121:5
thinking
73:25 108:13
110:17
Thomas
6:15
thought
58:8 112:22
113:1
thousand

87:18

**threat**
97:1

**Thursdays**
8:23

**TILLEY**
33:20 67:22
89:18,20
92:15 94:20
98:9 101:1
105:18 109:23
122:4

**time**
5:13,16 9:2,7
15:13 16:25
18:7,19 20:19
32:6,23
35:13,25 43:1
44:1 57:24
58:17 62:25
63:22 64:12,
13 65:17
66:20,25
71:19 72:23
73:25 76:19,
25 79:16 80:6
81:16 84:5
99:11 101:16,
18 102:17
105:21 108:6
110:2,11
114:24 115:4,
6 119:18
120:1,12

**timeline**
62:24

**times**
4:23 5:17
11:8 18:23
20:5,17,20

37:18 43:20
52:14 65:6

**tiny**
50:1

**tired**
118:17

**today**
4:19 85:16
89:22 91:1

**tool**
46:17

**top**
68:4

**topic**
82:9

**totally**
30:4 40:7
121:13

**touch**
122:13

**toy**
84:20

**traditional**
64:4 98:23

**trainings**
29:24 30:1,7,
10

**trans**
11:9 30:21
33:5 38:4
55:3 58:25
63:7 64:25
67:1 69:13,
17,22 71:25
72:13 74:9
77:24 78:2,4,
12,14 79:6,
17,20,21
81:18 84:16

89:3 93:9
95:5,14,20
96:1,3,4,6,22
102:19 103:4,
6 107:11,19
111:2,4,5,17
112:17,23
113:10 115:20
118:5

**trans-related**
32:17 80:12

**trans-specific**
79:14

**trans/gender-
variant**
58:17 68:6,
11,15,18
69:5,9 77:5,
19 78:23

**transgender**
9:23 10:4
12:17 13:13
14:5,6 18:12
19:5,20 20:12
30:3 31:23
36:12 40:22
47:23 49:9
57:8 60:9,12,
22 61:11,13
62:7 65:13
72:10 78:1
80:10 81:16,
22 82:11,25
94:23 95:24
100:6 102:6
104:12,14,21,
23 115:10

**transgender-
related**
65:14 81:25

**transgender/
gender-variant**
71:10

**Transgenderism**
57:21

**transition**
27:20 43:13
73:19,23
74:15 76:10
77:7 96:15
113:1

**transition-
related**
11:23 20:1
77:4

**transitioned**
113:2

**Transline**
8:6,17 49:21
50:3 51:7
87:16

**transplant**
101:14,24

**transplantation**
102:3

**transplanted**
101:19

**transsexual**
62:20

**transsexualism**
58:13

**trauma**
16:1

**travel**
18:22

**treat**
16:14,16 45:5
54:4 65:14
66:17 75:12

87:4 89:3
98:20 99:11
100:12,13
120:5

**treatable**
24:19

**treated**
8:8 14:8
18:12 24:24
48:21,25 52:6
59:8,15
60:16,17 67:7
90:5,6 101:11
105:8,11
118:3

**treating**
22:10 41:25
44:2 45:8
47:4 52:1
55:2 75:16
76:20 79:5
102:11

**treatment**
12:4 19:4
23:4 24:6,9
26:21 27:8
30:3 33:5
35:20 42:4,
13,19 43:1,3,
4,12,14 44:13
45:11 46:16
47:1,16
48:13,15
49:16 50:9
51:22 52:9,
11,19 53:6
59:23 60:15,
24 62:19,24
65:12 66:7
67:2 74:15
76:16 81:9,15

82:22 86:3,13
87:14 90:13,
14,17 92:4,
16,20 93:3,4
94:22 95:15
97:10 98:12,
15,23 99:23
101:23 102:4,
17 105:21
113:13 118:6,
11,12

**treatments**
31:6 33:16,17
36:23 45:21
46:12 97:24

**tremendous**
95:5

**tremendously**
95:22

**trial**
19:16 20:21
22:15,16,19
40:2 82:20
98:24 99:5,22

**trials**
98:19,22,25

**trips**
93:25

**truck**
112:1,2

**true**
69:19

**trust**
45:12

**truth**
4:6,7

**Tuesday**
94:5 110:5

**tumble**
106:24

**Turban**
6:8

**Turban's**
103:9,11

**two-part**
17:22

**two-step**
78:10

**two-thirds**
13:16,25

**two-year**
70:21

**tying**
92:16

**Tylenol**
98:16,20
99:4,9,12,15
101:7,8,9,12,
17,21

**type**
13:6,14,21
14:2 15:19
21:17 22:2,3,
6 28:22 33:18
44:5 50:2
55:18 101:16

**types**
46:11

**typically**
11:7 18:5
24:16 61:17
62:8

---

**U**

---

**U.S.**
46:1 47:8

80:6 102:9,
18,21 103:3,
4,24 104:17

**UC**
37:5,17

**Uh-huh**
73:18

**UK**
114:12

**ultimate**
34:9 106:4

**ultimately**
62:19 111:5

**umbrella**
62:7

**unable**
42:25 115:1

**unanswerable**
111:14

**unaware**
82:13

**unbelievable**
43:16

**uncontrollable**
13:10

**underestimated**
93:19 94:18

**undergo**
44:5

**undergone**
13:14,20,22
14:2

**underinsured**
47:19 91:17

**underserved**
22:5

**understand**
5:21 10:7

33:23,25
120:17

**understanding**
62:23 74:12
88:22,24

**undo**
98:8

**unethical**
99:20

**uniformly**
99:8,9,18,19,
23

**uninsured**
47:19 91:16

**unintentional**
115:15

**United**
45:6 47:2
63:8,24 79:3,
15,17 80:15,
16,18 81:24
87:25 88:14

**universal**
85:4,6,11,23
112:25

**university**
15:22 36:18,
24 49:8 56:15
57:15 63:10
67:14

**untreated**
41:4,10

**unusual**
8:4 23:5

**upper**
89:10

**urban**
89:25

**urinary**
120:6

**urologist**
120:8,13

**USPATH**
51:1 55:9

**utilize**
45:13

**utilized**
67:10

---

**V**

**vaccine**
75:6,11

**vagina**
108:13

**vaginal**
31:24

**variables**
120:1

**variant**
62:11

**varies**
15:18

**vary**
87:11

**vast**
42:2

**version**
51:9 103:5

**versus**
19:13 79:3
85:4,6,11
89:24 90:21
100:5 121:20

**video**
5:12

**violence**
95:23

**virtual**
5:4

**visit**
11:16 64:25
65:5,8 93:15

**visits**
12:16 31:11
64:18

**visually**
95:20

**voice**
96:11 98:3

**volunteer**
18:20 21:15
22:9

---

**W**

**wait**
68:9 71:5
75:10

**waited**
94:7,10

**waiting**
87:4

**walk**
54:3

**walk-ins**
10:16

**wanted**
22:8 32:15
54:2 55:11
80:8 81:18
103:14 111:21
112:8

**wanting**
108:10

**watch**
109:3 110:8

**wave**
5:14

**ways**
8:5 61:17
62:8

**wear**
112:4

**wearing**
61:20

**website**
50:6 117:6

**week**
8:20,22 9:4,
8,9,13 94:1

**weekend**
94:4

**weekends**
9:17 16:8,9

**weeks**
9:18,19 94:2
99:10

**weird**
39:2,5 72:12
73:6

**well-enough**
28:17

**well-off**
92:8

**well-resourced**
91:19

**white**
56:18,21 57:2

**Whittle**
69:9,21 70:17

**Whittle's**
69:24

**whoa**
75:8

**Winn**
81:13

**winning**
37:17

**woman**
20:12 61:22
78:14,16
94:23 95:5,
20,21 96:6
104:21 111:18
115:20

**woman's**
96:25

**women**
10:1,2

**won**
36:25 37:20
67:15,18

**word**
8:6 84:22

**wording**
60:3

**words**
88:9 90:4

**work**
15:16 16:8,9,
10 21:11,14,
18,20 22:2,3,
9 24:2,4,5
25:25 30:5
34:20 62:15
69:20 92:13

**worked**
7:4 9:3,17
21:22 29:18,
20,22 36:17
37:4 49:18

**working**
8:21 48:9
122:11

**works**
100:12

**world**
15:4 60:13
61:17 80:17

**worry**
112:14

**worse**
42:10

**worsening**
111:7

**worst**
94:15 96:10

**WPATH**
23:1,3 38:5
45:6,15,20
46:9,14,19,24
47:6,15,22
48:2,12,19
50:20,23,25
51:5,7,14,19,
25 53:7,9,14,
16,18 55:2,
15,19 56:3,5
69:7,10,18,23
70:1,2 83:5
84:3,12 87:13
89:22 90:12,
18 116:14
119:7

**WPATH's**
69:16 117:6

**write**
12:10 81:2

**writes**
12:12

**writing**
26:6 51:4,18
75:25

**written**
20:22 71:22,
23 117:3

**wrong**
108:2

**wrote**
53:5 56:12,19
81:12,19 82:7
94:12 112:10

---

**X**

**x-ray**
91:6

---

**Y**

**year**
6:21 7:21
8:4,15,18 9:5
25:19,22
38:24 63:3
70:4,7,22
100:13

**years**
7:22 9:1,3
17:11 18:25
19:1,16 21:9
30:9 34:1,7
50:22 52:12
55:1,2,24
56:17 67:8
71:22,23
72:1,5,8,19
73:7,8 78:8
85:13,25 93:2
110:5 116:3

**York**
17:9 19:22,
24,25 21:2
49:14,16,20

**youth**
112:8

---

**Z**

**zip**
6:24

**Zoom**
4:1 5:12,19

**Zucker**
19:22 20:25
22:16,17