| | |
|---|---|
| **From:** | Fillyaw, Tami <Tami.Fillyaw@dms.myflorida.com> |
| **Sent:** | Tuesday, May 8, 2018 11:33 AM |
| **To:** | Burgess, Gavin; Mauldin, Gregory; Fort, Dee |
| **Subject:** | FW: MHP Project Results |

Team - Please review in advance of Thursday's call. Thanks, Tami

**Tami Fillyaw** | Director
*Division of State Group Insurance*
850-921-4658 (office) | 850-545-9142 (cell)
Florida Department of Management Services
We Serve Those Who Serve Florida
*Complete Our Customer Survey*

   

**From:** Hanson, Keith [mailto:keith.a.hanson@mercer.com]
**Sent:** Tuesday, May 08, 2018 6:45 AM
**To:** Fillyaw, Tami <Tami.Fillyaw@dms.myflorida.com>
**Cc:** Bhakta, Leena <Leena.Bhakta@mercer.com>
**Subject:** MHP Project Results

Tami:

Attached are the MHP project results for your review.   We look forward to further discussing this information with you and your team on Thursday's call.

Also, per your recent question,  none of the new guidance that was issued is in final form yet.  There are some proposed FAQs and a checklist for plan sponsors to use, etc.   This is not addressed in the attached report however we will plan to briefly address it during the call.

Please let us know if any questions.  Thanks!

Keith

———————————————————

**Keith Hanson, Senior Associate, CEBS Fellow**
**Health & Benefits**

Mercer | 3560 Lenox Road, Suite 2400, Atlanta, GA 30326, USA
P: 1 404 442 3457
M: 1 404 394 8596
keith.hanson@mercer.com
www.mercer.com | Mercer Health & Benefits LLC

PRR0036786

California License # 0E75483
LinkedIn | Facebook | Twitter

Administrative Assistant: LaTonia S. Overstreet | P: 1 404 442 3145 | Latonia.overstreet@mercer.com

**Making a difference in the health, wealth and careers of 110 million people every day**



This email and any attachments may be confidential or proprietary. Any review, use, disclosure, distribution or copying of this email is prohibited except by or on behalf of the intended recipient. If you received this message in error or are not the intended recipient, please delete or destroy the email message and any attachments or copies and notify the sender of the erroneous delivery by return email. To the extent that this message or its attachments were sent without encryption, we cannot guarantee that the contents have not been changed or tampered with. Any advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be used for any other purpose without our prior written consent.

PRR0036787

HEALTH WEALTH CAREER

# MENTAL HEALTH PARITY RISK DIAGNOSTIC TOOL

## STATE OF FLORIDA

MAY 8, 2018



PRR0036788

# MENTAL HEALTH PARITY
## INTRODUCTION





© MERCER 2018

PRR0036789

# MENTAL HEALTH PARITY (MHP)
# WHY IS MHP IMPORTANT FOR EMPLOYERS?

Mental health benefits are important issues today for both society at large and employers looking to provide their employees with better health benefits at a lower cost.

| Mental health matters to employees and organizations… | Mental health = key driver of employee productivity, benefit costs | · Employee's untreated depression = 4.1 less hours of productive work time per week<br>· $135B US annual behavioral health care spend |
| --- | --- | --- |
| | Employees often have difficulty accessing mental health coverage | · 2x more likely to be denied coverage for MH services<br>· Greater inpatient and outpatient out-of-pocket costs for MH than for medical/surgical services |
| …and compliance with Mental Health Parity regulation is top of mind for employers today | Mental Health Parity and Addiction Equity Act signed into law in 2008 | · Designed to ensure parity in employee MH benefits<br>· Today's regulatory actions continue to make MHPAEA compliance a top priority for employers |
| | Increased activity to ensure employers comply with the law | · Further federal MHPAEA regulations and guidance continue to roll-out; 21st Century Cures Act<br>· Increased DOL audit activity, litigation risk |

© MERCER 2018

# MENTAL HEALTH PARITY (MHP)
# WHAT IS REQUIRED UNDER MHPAEA REGULATION?[1]

Mental Health Parity regulation assesses parity across various components of group health plans, and non-compliance represents considerable risk.

| What is the mental health parity regulation with which employers need to comply? | The Mental Health Parity and Addiction Equity Act (MHPAEA) of 2008 requires that any Mental Health and Substance Use Disorder (MH/SUD) benefits provided by a group health plan have parity with the plan's medical/surgical benefits in terms of: | | |
|---|---|---|---|
| | **Financial requirements** | **Treatment Limitations** | |
| | *E.g. cost-sharing provisions* | Non-Quantitative *(e.g. preauthorization requirements)* | Quantitative *(e.g. caps on office visits)* |

| Who does the regulation apply to? | · Group health plans sponsored by private sector and governmental employers<br>· Grandfathered and non-grandfathered plans<br>· Insured and self-insured plans[2] |
|---|---|

| What is the risk/ penalty for non-compliance? | · *From the IRS:* Excise tax of $100 per day for every covered individual to whom a failure relates, for every day that benefits are not provided<br>· *From employees:* Potential litigation |
|---|---|

© MERCER 2018 1. See Appendix for further details on key MHPAEA requirements
2. While the regulation applies to both insured and self-insured plans, this Mental Health Parity Risk Diagnostic solution is only applicable for self-insured plans

PRR0036791

# MENTAL HEALTH PARITY (MHP)
# SCOPE OF CURRENT REVIEW

| ☑ What this review is: | ☒ *What this review is not:* |
| --- | --- |
| A high-level diagnostic intended to highlight "red flag" areas in your plan design that are at higher risk for non-compliance with MHP regulation | *A full-scale MHP compliance assessment or attestation inclusive of steps to address areas of non-compliance* |
| ~$10k | *$80-100k+* |
| Review based on written plan design information only | *Review based on written and operational plan design information* |
| Review focused on assessing your plan design in predefined "red-flag" areas | *Comprehensive review* |

© MERCER 2018

# MENTAL HEALTH PARITY (MHP)
# KEY DEFINITIONS

For the purposes of this assessment, MH/SUD conditions are defined as listed in Chapter 5 of the ICD-10. Furthermore, the review included considerations of the six MH/SUD classifications using the following definitions:



All covered services/items provided to a member when admitted by a physician to a network facility for an overnight stay.

All covered services/items provide to a member when admitted by a physician to a facility that is not a contracted network provider.

All covered emergency services or items to treat an emergency condition delivered in an emergency department setting.

Covered medications, drugs and associated supplies and services that require a prescription to be dispensed.

All covered services/items provided to a member by a network provider in a setting that does not require an overnight stay or otherwise meet the definition of inpatient / prescription drug / emergency services.

All covered services/items provided to a member by a non-network provider, in a setting that does not require an overnight stay or otherwise meet the definition of inpatient / prescription drug / emergency services.

Inpatient, in-network

Inpatient, out-of-network

Emergency care

Six classifications

Prescription drugs

Outpatient, in-network

Outpatient, out-of-network

PRR0036793

# MENTAL HEALTH PARITY
## RISK REPORT PART A: TREATMENT LIMITATION INDICATORS



© MERCER 2018

PRR0036794

# PART A: TREATMENT LIMITATION RISK INDICATORS OVERVIEW

The first step in MHP reviews involves assessing parity in treatment limitations (TLs) in your plan design that limit the scope or duration of your benefits. Treatment limits are broadly categorized into quantitative limits (QTLs) and non-quantitative limits (NQTLs)

- MHSUD benefits may not include quantitative treatment limits (e.g., outpatient visit limits) that are more restrictive than the predominant ones for substantially all medical/surgical benefits

- A non-quantitative limit is a treatment limit that is not expressed numerically, but limits the scope or duration of benefits for treatment. Examples include:
  – Medical management strategies such as precertification and concurrent review
  – Formulary design for prescription drugs
  – Provider reimbursement rates and network inclusion standards
  – Fail first policies or step protocols
  – Service exclusions
  – Medical necessity and level of care criteria
  – Exclusions for services within a certain treatment setting (e.g. residential care for substance abuse)

- Processes, strategies, evidentiary standards and other factors used in applying non-quantitative treatment limits to MHSUD benefits must be comparable to, and be applied no more stringently than those for medical benefits

© MERCER 2018

PRR0036795

# PART A: TREATMENT LIMITATION RISK INDICATORS OVERVIEW

This review assessed TL parity in the following "red flag" categories, developed based on Department of Labor guidance[1] and Mercer experience:

| | Pre-Authorization requirements, e.g.: | "Fail-first" protocol requirements, e.g.: | Probability of Improvement requirements, e.g.: | "Other," e.g.: |
|---|---|---|---|---|
| Blanket exclusions for coverage of specific conditions | · Preauthorization requirements for inpatient services<br>· Preauthorization requirements for outpatient services<br>· Preauthorization requirements for pain medications | · To cover inpatient rehabilitation treatment, requirement that patient first attempts 2 forms of outpatient treatment / a partial hospitalization program, etc. | · Plan only covers services that result in a measurable/ sustainable improvement in health status within a set number of days | Coverage limitations related to:<br>· Patient-non-compliance<br>· Residential treatment limits<br>· Geographical limitations<br>· Licensure requirements |

1. Department of Labor: "Warning Signs: Plan or Policy NQTL That Require Additional Analysis to Determine Mental Health Parity Compliance"

# TREATMENT LIMITATION INDICATORS
## FLORIDA BLUE PPO PLANS




© MERCER 2018

PRR0036797

# PART A: TREATMENT LIMITATION RISK INDICATORS OVERVIEW

This review assessed TL parity in the following "red flag" categories, developed based on Department of Labor guidance[1] and Mercer experience:

| | Pre-Authorization requirements, e.g.: | "Fail-first" protocol requirements, e.g.: | Probability of Improvement requirements, e.g.: | "Other," e.g.: |
|---|---|---|---|---|
| Blanket exclusions for coverage of specific conditions | · Preauthorization requirements for inpatient services<br>· Preauthorization requirements for outpatient services<br>· Preauthorization requirements for pain medications | · To cover inpatient rehabilitation treatment, requirement that patient first attempts 2 forms of outpatient treatment / a partial hospitalization program, etc. | · Plan only covers services that result in a measurable/ sustainable improvement in health status within a set number of days | Coverage limitations related to:<br>· Patient-non-compliance<br>· Residential treatment limits<br>· Geographical limitations<br>· Licensure requirements |

1. Department of Labor: "Warning Signs: Plan or Policy NQTL That Require Additional Analysis to Determine Mental Health Parity Compliance"

PRR0036798

# PART A: TL RISK INDICATORS
# CATEGORY – BLANKET EXCLUSIONS

| Overall parity risk indicator: | |
|---|---|
| Blanket Exclusions | H |

| | "Red Flag" Area | | MH/SUD[1] | Med/surg[1] | Parity risk indicator |
|---|---|---|---|---|---|
| Blanket Exclusions | (1) | Coverage for autism spectrum disorder treatments, like Applied Behavior Analysis (ABA) therapy, is excluded | Yes | N/A | High |
| | (2) | Coverage for treatment of transgender/gender dysphoria conditions is excluded | Yes | N/A | High |
| | (3) | Coverage for treatment of eating disorders is excluded | Unclear | N/A | Medium |
| | (4) | Coverage for treatment of depression, panic disorders, and/or post-traumatic stress disorder (PTSD) is excluded | Unclear | N/A | Medium |
| | (5) | Coverage for treatment of substance use disorders, alcohol dependency, and/or chemical dependency is excluded | Yes | N/A | High |

PRR0036799

# PART A: TL RISK INDICATORS CATEGORY – PRE-AUTHORIZATION

| Overall parity risk indicator: | |
|---|---|
| Pre-Authorization | M |

| "Red Flag" Area[1] | | | | MH/SUD[2] | Med/surg[2] | Parity risk indicator |
|---|---|---|---|---|---|---|
| Blanket Preauthorization Requirements | (6) | Plan requires preauthorization for... | (a) Inpatient, IN | Yes (Partial) | Yes (Partial) | Medium |
| | | | (b) Inpatient, OON | Yes | Yes | Low |
| | | | (c) Outpatient, IN | No | No | Low |
| | | | (d) Outpatient, OON | No | No | Low |
| Treatment Facility Admission Preauthorization | (7) | Insured is responsible for cost of services covered if admitted for non-emergency treatment without prior authorization for... | (a) Inpatient, IN | No | No | Low |
| | | | (b) Inpatient, OON | Yes | Yes | Low |
| | (8) | Plan requires notification for any non-scheduled admissions, and imposes a penalty if notification is not received for... | (a) Inpatient, IN | No | No | Low |
| | | | (b) Inpatient, OON | Yes | Yes | Low |
| | (9) | Plan requires preauthorization for treatment of conditions described as "serious" for... | (a) Inpatient, IN | No | No | Low |
| | | | (b) Inpatient, OON | No | No | Low |
| | | | (c) Outpatient, IN | No | No | Low |
| | | | (d) Outpatient, OON | No | No | Low |
| | (10) | Plan services limited by requirements for supervision, treatment plans or ongoing review for… | (a) Outpatient, IN | Yes (Partial) | Yes (Partial) | Medium |
| Prescription Drug Preauthorization | (11) | Plan requires preauthorization for pain medications prescribed in connection with… | (a) Prescription drugs | Yes (Partial) | Yes (Partial) | Medium |

1. IN="In-network"; OON="Out-of-Network"
2. All or some conditions/services

PRR0036800

# PART A: TL RISK INDICATORS
## CATEGORY – FAIL-FIRST PROTOCOLS

| "Red Flag" Area[1] | | | | MH/SUD[2] | Med/surg[2] | Parity risk indicator |
|---|---|---|---|---|---|---|
| Progress Requirements | (12) | To cover intensive inpatient treatment, plan requires that patient has not achieved progress with outpatient treatment of lesser frequency for… | (a) Inpatient, IN; Outpatient, IN | No | No | Low |
| Treatment Attempt Requirements | (13) | To cover inpatient rehabilitation treatment, plan requires patient to first attempt two forms of outpatient treatment for… | (a) Inpatient, IN; Outpatient, IN | No | No | Low |

# PART A: TL RISK INDICATORS
## CATEGORY – PROBABILITY OF IMPROVEMENT

| Overall parity risk indicator: | |
|---|---|
| Probability of Improvement | L |

| | | "Red Flag" Area[1] | | | MH/SUD[2] | Med/surg[2] | Parity risk indicator |
|---|---|---|---|---|---|---|---|
| Likelihood of Improvement | (14) | Plan requires the likelihood that treatment will result in improvement for… | (a) | Inpatient, IN | No | No | Low |
| | (15) | Plan only covers services that result in a measurable and sustainable improvement in health status within a set number of days for… | (a) | Inpatient, IN | No | No | Low |
| | | | | Is the #days for MH/SUD fewer than med/surg? | N/A | | |
| | | | (b) | Outpatient, IN | No | No | Low |
| | | | | Is the #days for MH/SUD fewer than med/surg? | N/A | | |

1. IN="In-network"; OON="Out-of-Network"
2. All or some conditions/services

# PART A: TL RISK INDICATORS
# CATEGORY – OTHER

Overall parity risk indicator:

| Other | H |
|---|---|

| "Red Flag" Area[1] | | | | MH/SUD[2] | Med/surg[2] | Parity risk indicator |
|---|---|---|---|---|---|---|
| Patient Non-Compliance | (16) | Plan excludes coverage in the event that the insured fails to comply with the plan of treatment for... | (a) Inpatient, IN | Unclear | Unclear | Medium |
| | | | (b) Outpatient, IN | Unclear | Unclear | Medium |
| Geographical Limitations | (17) | Plan imposes a geographical limitation on treatment for... | (a) Inpatient, IN | No | No | Low |
| | | | (b) Inpatient, OON | No | No | Low |
| | | | (c) Outpatient, IN | No | No | Low |
| | | | (d) Outpatient, OON | No | No | Low |
| | | | (e) Prescription drugs | No | No | Low |
| Treatment Plan Requirements | (18) | Plan requires that an individualized treatment plan be developed and reviewed regularly for progress for... | (a) Inpatient, IN | Yes (Partial) | Yes (Partial) | Medium |
| | | | (b) Outpatient, IN | Yes (Partial) | Yes (Partial) | Medium |
| Provider Type Exclusions | (19) | Plan excludes any particular type of provider based on licensure-type | (a) N/A | Unclear | Unclear | Medium |
| Treatment Visit Limits | (20) | Plan imposes visit limits on treatment for... | (a) Inpatient, IN | Yes (Partial) | Yes (Partial) | High |
| | | | (b) Inpatient, OON | Yes (Partial) | Yes (Partial) | High |
| | | | (c) Outpatient, IN | Yes (Partial) | Yes (Partial) | High |
| | | | (d) Outpatient, OON | Yes (Partial) | Yes (Partial) | High |

© MERCER 2018

1. IN="In-network"; OON="Out-of-Network"
2. All or some conditions/services

# PART A: TL RISK INDICATORS SUMMARY- PPOS

- **Blanket Exclusions:** Mercer suggests further review to confirm the processes, strategies and evidentiary standards used to apply these exclusions are comparable to and applied no more stringently to MH/SUD conditions than to medical/surgical conditions.

  – Treatment limitations for Autism Spectrum Disorder, including (1) age limits, (2) potential dollar limits, (3) coverage only for specified treatments, and (4) treatment plan requirements

  – Speech therapy provided for a diagnosis  of developmental delay, services to test aptitude, ability, intelligence or interest and psychological testing for the evaluation and diagnosis of learning or intellectual disabilities

  – The "Mental Retardation" exclusion should be reviewed for mental health parity or other litigation risk.  We also recommend revising the Plan's terminology. Although MHPAEA does not prohibit an exclusion for all treatment of a particular condition, there may be more appropriate terminology to describe the condition that is excluded.

  – Gender reassignment surgery and services, including cosmetic services

  – Obesity/weight control treatment (including Rx) and dietary counseling as it relates to eating disorders

  – Exclusion for marriage counseling should be clarified to ensure that medically necessary treatment for a covered, diagnosed MHSUD such as PTSD or depression would not be excluded

  – Treatment for nicotine dependence and treatment of MH/SUD in a Skilled Nursing Facility

  – Although we are not aware of any case law or regulatory activity addressing sleep therapy exclusions, further review of the plan's sleep therapy exclusion may be appropriate since some sleep disorders are a mental health condition under the Diagnostic and Statistical Manual of Mental Disorders (DSM–5) and the ICD-10

- **Preauthorization:**

  – Mercer suggests further review of admission and stay certification requirement for network inpatient services and inpatient specialty facility; admission evaluation required for residential treatment services

  – Mercer suggests further review of preauthorization requirements for prescription drugs to treat MH/SUD; SPD does not specify which prescription drugs require preauthorization

© MERCER 2018

# PART A: TL RISK INDICATORS
# SUMMARY- PPOS, CONTINUED

· **Other:** Mercer suggests further review to confirm the processes, strategies and evidentiary standards used to apply these potential treatment limitations are comparable to and applied no more stringently to MH/SUD conditions than to medical/surgical conditions.

– Treatment plan requirements for Autism Spectrum Disorder, Home Health, Hospice (including Occupational Therapy) Residential Treatment Facility & Services and Skilled Nursing Care

– The SPD does not outline any clear exclusions for specific provider types, however lists provider types that are covered and specifically states ABA providers must be certified/licensed according to FL state law and Specialty Facilities (facilities specializing in psychiatric or MH/SUD disorders) must have particular licenses. Recommend further review of network inclusion requirements, including registered behavior technicians and paraprofessionals for ABA therapy.

– Confirm visit and/or dollar limits for  Physical/Occupational Therapy and Weight Loss Services do not apply to MH/SUD; Confirm no dollar limit for Autism Spectrum Disorder as described under Florida statute

  - Most plans cannot have annual dollar limits on mental health conditions (not permitted if plan does not have annual dollar limit on 2/3 or more of all medical/surgical benefits)

  - Dollar limits should also be reviewed for compliance with the Affordable Care Act, which prohibits annual dollar limits on Essential Health Benefits (EHBs)

© MERCER 2018

# TREATMENT LIMITATION INDICATORS
## AETNA / AVMED / UHC HMO PLANS



© MERCER 2018

18

PRR0036806

# PART A: TL RISK INDICATORS
# CATEGORY – BLANKET EXCLUSIONS

Overall parity risk indicator:

| Blanket Exclusions | H |
|---|---|

| "Red Flag" Area | | MH/SUD[1] | Med/surg[1] | Parity risk indicator |
|---|---|---|---|---|
| Blanket Exclusions | (1) Coverage for autism spectrum disorder treatments, like Applied Behavior Analysis (ABA) therapy, is excluded | Yes | N/A | High |
| | (2) Coverage for treatment of transgender/gender dysphoria conditions is excluded | Yes | N/A | High |
| | (3) Coverage for treatment of eating disorders is excluded | Unclear | N/A | Medium |
| | (4) Coverage for treatment of depression, panic disorders, and/or post-traumatic stress disorder (PTSD) is excluded | Unclear | N/A | Medium |
| | (5) Coverage for treatment of substance use disorders, alcohol dependency, and/or chemical dependency is excluded | Unclear | N/A | Medium |

© MERCER 2018   1. All or some conditions/services

# PART A: TL RISK INDICATORS CATEGORY – PRE-AUTHORIZATION

| Overall parity risk indicator: | |
| --- | --- |
| Pre-Authorization | M |

| "Red Flag" Area[1] | | | | | MH/SUD[2] | Med/surg[2] | Parity risk indicator |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Blanket Preauthorization Requirements | (6) | Plan requires preauthorization for... | (a) | Inpatient, IN | Yes | Yes | Low |
| | | | (b) | Inpatient, OON | Yes | Yes | Low |
| | | | (c) | Outpatient, IN | No | Yes (Partial) | Low |
| | | | (d) | Outpatient, OON | Yes | Yes | Low |
| Treatment Facility Admission Preauthorization | (7) | Insured is responsible for cost of services covered if admitted for non-emergency treatment without prior authorization for... | (a) | Inpatient, IN | Yes | Yes | Low |
| | | | (b) | Inpatient, OON | Yes | Yes | Low |
| | (8) | Plan requires notification for any non-scheduled admissions, and imposes a penalty if notification is not received for... | (a) | Inpatient, IN | No | No | Low |
| | | | (b) | Inpatient, OON | No | No | Low |
| | (9) | Plan requires preauthorization for treatment of conditions described as "serious" for... | (a) | Inpatient, IN | No | No | Low |
| | | | (b) | Inpatient, OON | No | No | Low |
| | | | (c) | Outpatient, IN | No | No | Low |
| | | | (d) | Outpatient, OON | No | No | Low |
| | (10) | Plan services limited by requirements for supervision, treatment plans or ongoing review for… | (a) | Outpatient, IN | No | No | Low |
| Prescription Drug Preauthorization | (11) | Plan requires preauthorization for pain medications prescribed in connection with… | (a) | Prescription drugs | Unclear | Unclear | Medium |

© MERCER 2018 1. IN="In-network"; OON="Out-of-Network"
2. All or some conditions/services

# PART A: TL RISK INDICATORS
# CATEGORY – FAIL-FIRST PROTOCOLS

| "Red Flag" Area[1] | | | | MH/SUD[2] | Med/surg[2] | Parity risk indicator |
|---|---|---|---|---|---|---|
| Progress Requirements | (12) | To cover intensive inpatient treatment, plan requires that patient has not achieved progress with outpatient treatment of lesser frequency for… | (a) Inpatient, IN; Outpatient, IN | No | No | Low |
| Treatment Attempt Requirements | (13) | To cover inpatient rehabilitation treatment, plan requires patient to first attempt two forms of outpatient treatment for… | (a) Inpatient, IN; Outpatient, IN | No | No | Low |

1. IN="In-network"; OON="Out-of-Network"
2. All or some conditions/services

PRR0036809

# PART A: TL RISK INDICATORS
## CATEGORY – PROBABILITY OF IMPROVEMENT

| "Red Flag" Area[1] | | | MH/SUD[2] | Med/surg[2] | Parity risk indicator |
|---|---|---|---|---|---|
| Likelihood of Improvement | (14) | Plan requires the likelihood that treatment will result in improvement for… | (a) Inpatient, IN | Yes (Partial) | Yes (Partial) | Medium |
| | (15) | Plan only covers services that result in a measurable and sustainable improvement in health status within a set number of days for… | (a) Inpatient, IN | Yes (Partial) | Yes (Partial) | Medium |
| | | | (a) Is the #days for MH/SUD fewer than med/surg? | No | | |
| | | | (b) Outpatient, IN | Yes (Partial) | Yes (Partial) | Medium |
| | | | (b) Is the #days for MH/SUD fewer than med/surg? | No | | |

1. IN="In-network"; OON="Out-of-Network"
2. All or some conditions/services

PRR0036810

# PART A: TL RISK INDICATORS CATEGORY – OTHER

Overall parity risk indicator:

| Other | H |
|---|---|

| "Red Flag" Area[1] | | | | MH/SUD[2] | Med/surg[2] | Parity risk indicator |
|---|---|---|---|---|---|---|
| Patient Non-Compliance | (16) | Plan excludes coverage in the event that the insured fails to comply with the plan of treatment for... | (a) Inpatient, IN | No | No | Low |
| | | | (b) Outpatient, IN | No | No | Low |
| Geographical Limitations | (17) | Plan imposes a geographical limitation on treatment for... | (a) Inpatient, IN | No | No | Low |
| | | | (b) Inpatient, OON | No | No | Low |
| | | | (c) Outpatient, IN | No | No | Low |
| | | | (d) Outpatient, OON | No | No | Low |
| | | | (e) Prescription drugs | No | No | Low |
| Treatment Plan Requirements | (18) | Plan requires that an individualized treatment plan be developed and reviewed regularly for progress for... | (a) Inpatient, IN | Yes (Partial) | Yes (Partial) | Medium |
| | | | (b) Outpatient, IN | Yes (Partial) | Yes (Partial) | Medium |
| Provider Type Exclusions | (19) | Plan excludes any particular type of provider based on licensure-type | (a) N/A | Unclear | Unclear | Medium |
| Treatment Visit Limits | (20) | Plan imposes visit limits on treatment for... | (a) Inpatient, IN | Yes (Partial) | Yes (Partial) | High |
| | | | (b) Inpatient, OON | No | No | Low |
| | | | (c) Outpatient, IN | Yes (Partial) | Yes (Partial) | High |
| | | | (d) Outpatient, OON | No | No | Low |

© MERCER 2018   1. IN="In-network"; OON="Out-of-Network"
2. All or some conditions/services

# PART A: TL RISK INDICATORS
# SUMMARY- HMOS

· **Blanket Exclusions:** Mercer suggests further review to confirm the processes, strategies and evidentiary standards used to apply these exclusions are comparable to and applied no more stringently to MH/SUD conditions than to medical/surgical conditions.

  – Treatment limitations for Autism Spectrum disorder and learning/intellectual disabilities, including (1) age limits, (2) visit limits, (3) provider limitations and (4) treatment plan requirements

    - Exclusion for non-medical hyperkinetic syndromes, learning/intellectual disabilities

  – Gender reassignment surgery and cosmetic surgery as it relates to Transgender/gender dysphoria services

  – Confirm exclusion for Obesity/weight control treatment (including Rx) and dietary counseling does not limit coverage for any eating disorders

  – The exclusions for marriage counseling, social work, bereavement and counseling for terminally ill patients should be clarified to ensure that medically necessary treatment for a covered, diagnosed MHSUD such as PTSD or depression would not be excluded.

  – Treatment for nicotine dependence

  – Although we are not aware of any case law or regulatory activity addressing sleep therapy exclusions, further review of the plan's sleep therapy exclusion may be appropriate since some sleep disorders are mental health conditions under the Diagnostic and Statistical Manual of Mental Disorders (DSM–5) and the ICD-10

· **Preauthorization:**  Mercer suggests further review of preauthorization requirements for prescription drugs to treat MH/SUD; SPD does not specify which prescription drugs require preauthorization.

  – The plans describe concurrent review of all patients hospitalized in acute-care, psychiatric, rehabilitation, and skilled nursing facilities.

·  **Probability of Improvement:** The plan appears to require that inpatient rehabilitative services and outpatient rehabilitative services will result in improvement within 60 days.  Mercer suggests further review of this requirement.

© MERCER 2018

# PART A: TL RISK INDICATORS
# SUMMARY- HMOS, CONTINUED

· **Other:** Mercer suggests further review to confirm the processes, strategies and evidentiary standards used to apply these potential treatment limitations are comparable to and applied no more stringently to MH/SUD conditions than to medical/surgical conditions.

- Treatment plan requirements for Autism Spectrum Disorder

- The SPD does not outline any clear exclusions for specific provider types, however lists provider types that are covered and specifically states ABA providers must be certified/licensed according to FL state law and mental health providers to be licensed in accordance with applicable law. Recommend further review of network inclusion requirements, including registered behavior technicians and paraprofessionals for ABA therapy.

- Investigate whether the deference given by the vendor to the professional judgement of mental health providers is the same as for medical/surgical providers.

- Confirm visit limits for rehabilitation services (OT/ PT/ST) do not apply to MH/SUD

- Confirm no dollar limit for Autism Spectrum Disorder as described under Florida statute

  - Most plans cannot have annual dollar limits on mental health conditions (not permitted if plan does not have annual dollar limit on 2/3 or more of all medical/surgical benefits)

  - Dollar limits should also be reviewed for compliance with the Affordable Care Act, which prohibits annual dollar limits on Essential Health Benefits (EHBs)

PRR0036813

# MENTAL HEALTH PARITY
## RISK REPORT PART B: FINANCIAL INDICATORS



© MERCER 2018

PRR0036814

# PART B: FINANCIAL RISK INDICATORS
## OVERVIEW

For the purposes of this assessment, MH/SUD conditions are defined as listed in Chapter 5 of the ICD-10. Furthermore, the review included considerations of the six MH/SUD classifications using the following definitions:



**Financial provision types:**

· Deductible
· Copay
· Coinsurance
· Out-of-pocket

PRR0036815

# PART B: FINANCIAL RISK INDICATORS
## OVERVIEW – TWO KINDS OF TESTING

The second step in MHP reviews involves assessing parity in the financial requirements in your plan design.

*Across the six MH/SUD classifications, there are two types of financial requirement testing involved in determining what financial provisions are permissible for a given plan under MHPAEA regulation:*



| Step 1: | "Substantially All" Testing | |
|---|---|---|
| The "two-thirds" rule | If a type of plan provision (i.e. deductible, copay) applies to at least two-thirds of med/surg payments… | …it can be applied to MH/SUD benefits. |

*E.g., if a **deductible** provision applies to more than 2/3 of med/surg payments, MH/SUD benefits for that plan can include a deductible.*

| Step 2: | "Predominant" Testing | |
|---|---|---|
| The "predominant level" rule | If a level of a plan provision applies to more than half of med/surg payments, it is the "predominant" level… | …and limits up to that level can be applied to MH/SUD benefits. |

*E.g., if **$2000 is the deductible level** that applies to the majority of med/surg payments, MH/SUD benefits can include a deductible up to the $2000 level.*

© MERCER 2018

# PART B: FINANCIAL RISK INDICATORS OVERVIEW AND RESULTS

- Claims information was gathered from BCBS Florida, Aetna, AvMed, and UHC encompassing a rolling 12 month period.
  - We aggregated all of the information for testing purposes based on the underwriting being done on an aggregate basis

- Four unique plan designs were tested that are offered to employees:
  - **BCBS FL**: Standard PPO, Health Investor PPO
  - **Aetna, AvMed, UHC**: Standard HMO, Health Investor Option

- Plan designs were gathered from SPDs

- The emergency care and prescription drug designs were evaluated without claims

- **The Standard PPO, Health Investor PPO, Standard HMO, and Health Investor Option plans pass the substantially-all quantitative test and the predominant test for the financial requirements of MHP**

- The following detail pages show the break-outs for Inpatient and Outpatient care for In-and Out-of-network for all of the plans

© MERCER 2018

# FINANCIAL INDICATORS
FLORIDA BLUE:
STANDARD PPO



© MERCER 2018

30

PRR0036818

# PART B: FINANCIAL RISK INDICATORS "SUBSTANTIALLY ALL" TESTING

Overall parity risk indicator:

Substantially all (Inpatient, in-network)    L

Inpatient, in-network:



| Financial provision type | Percent of claims using provision type | Med/Surg Does type pass the 2/3 mark? | MH/SUD Is type used? | Parity Risk Indicator |
|---|---|---|---|---|
| Deductible | 100% | Y | Y | Low |
| Copay | 100% | Y | Y | Low |
| Coinsurance | 100% | Y | Y | Low |
| Out-of-pocket | 100% | Y | Y | Low |
|  | 33%        66%        99% |  |  |  |

© MERCER 2018

# PART B: FINANCIAL RISK INDICATORS "SUBSTANTIALLY ALL" TESTING

Overall parity risk indicator:

Substantially all
(Inpatient,
out-of-network)    L

Inpatient, out-of-network:



| Financial provision type | Percent of claims using provision type | | | Med/Surg<br>Does type pass the 2/3 mark? | MH/SUD<br>Is type used? | Parity Risk Indicator |
|---|---|---|---|---|---|---|
| Deductible | | | 100% | Y | Y | Low |
| Copay | | | 100% | Y | Y | Low |
| Coinsurance | | | 100% | Y | Y | Low |
| Out-of-pocket | | | 100% | Y | Y | Low |
| | 33% | 66% | 99% | | | |

© MERCER 2018

# PART B: FINANCIAL RISK INDICATORS "SUBSTANTIALLY ALL" TESTING

Outpatient, in-network:



© MERCER 2018

# PART B: FINANCIAL RISK INDICATORS "SUBSTANTIALLY ALL" TESTING

## Outpatient, out-of-network:

| Financial provision type | Percent of claims using provision type | Med/Surg Does type pass the 2/3 mark? | MH/SUD Is type used? | Parity Risk Indicator |
|---|---|---|---|---|
| Deductible | 99% | Y | Y | Low |
| Copay | | N | N | Low |
| Coinsurance | 99% | Y | Y | Low |
| Out-of-pocket | 99% | Y | Y | Low |
| | 33%          66%          99% | | | |

# PART B: FINANCIAL RISK INDICATORS "PREDOMINANT" TESTING

## Inpatient, in-network:

| | Deductible | | Copay | | Coinsurance | | Out-of-Pocket | |
|---|---|---|---|---|---|---|---|---|
| | Level | Cumulative Prevalence | Level | Cumulative Prevalence | Level | Cumulative Prevalence | Level | Cumulative Prevalence |
| **Med/surg:** *Which levels of each provision are predominant?* | $250 | 100% | $250 | 100% | 20% | 100% | $2,750 | 100% |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| **MH/SUD:** *Parity risk indicator compared to predominant med/surg levels* | $250 | | $250 | | 20% | | $2,750 | |

# PART B: FINANCIAL RISK INDICATORS "PREDOMINANT" TESTING

Inpatient, out-of-network:

| | Deductible | | Copay | | Coinsurance | | Out-of-Pocket | |
|---|---|---|---|---|---|---|---|---|
| | Level | Cumulative Prevalence | Level | Cumulative Prevalence | Level | Cumulative Prevalence | Level | Cumulative Prevalence |
| **Med/surg:** *Which levels of each provision are predominant?* | $750 | 100% | $500 | 100% | 40% | 100% | $3,250 | 100% |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| **MH/SUD:** *Parity risk indicator compared to predominant med/surg levels* | $750 | | $500 | | 40% | | $3,250 | |

# PART B: FINANCIAL RISK INDICATORS "PREDOMINANT" TESTING

Overall parity risk indicator:

Predominant
(Inpatient,
out-of-network)

## Outpatient, in-network:

| | | Deductible | | Copay | | Coinsurance | | Out-of-Pocket | |
|---|---|---|---|---|---|---|---|---|---|
| | | Level | Cumulative Prevalence | Level | Cumulative Prevalence | Level | Cumulative Prevalence | Level | Cumulative Prevalence |
| Office visits | Med/surg: *Which levels of each provision are predominant?* | $250 | 100% | $15 | 15% | 20% | 100% | $2,750 | 100% |
| | | - | - | $25 | 100% | - | - | - | - |
| | | - | - | - | - | - | - | - | - |
| | MH/SUD: *Parity risk indicator compared to predominant med/surg levels* | $0 | | $25 | | 0% | | $2,750 | |
| Other visits (non-emergency) | Med/surg: *Which levels of each provision are predominant?* | $250 | 100% | - | - | 20% | 100% | $2,750 | 100% |
| | | - | - | - | - | - | - | - | - |
| | | - | - | - | - | - | - | - | - |
| | MH/SUD: *Parity risk indicator compared to predominant med/surg levels* | $250 | | $0 | | 20% | | $2,750 | |

© MERCER 2018

# PART B: FINANCIAL RISK INDICATORS "PREDOMINANT" TESTING

| Overall parity risk indicator: |
| --- |
| Predominant (Inpatient, in-network)          L |

## Outpatient, out-of-network:

| | Deductible | | Copay | | Coinsurance | | Out-of-Pocket | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Level | Cumulative Prevalence | Level | Cumulative Prevalence | Level | Cumulative Prevalence | Level | Cumulative Prevalence |
| **Med/surg:** *Which levels of each provision are predominant?* | $750 | 100% | - | - | 40% | 100% | $3,250 | 100% |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| **MH/SUD:** *Parity risk indicator compared to predominant med/surg levels* | $750 | | $0 | | 40% | | $3,250 | |

© MERCER 2018

# FINANCIAL INDICATORS
## FLORIDA BLUE:
## HEALTH INVESTOR PPO



39

PRR0036827

# PART B: FINANCIAL RISK INDICATORS "SUBSTANTIALLY ALL" TESTING

Overall parity risk indicator:

Substantially all (Inpatient, in-network)                    L

Inpatient, in-network:



| Financial provision type | Percent of claims using provision type | | Med/Surg Does type pass the 2/3 mark? | MH/SUD Is type used? | Parity Risk Indicator |
|---|---|---|---|---|---|
| Deductible | | 100% | Y | Y | Low |
| Copay | | | N | N | Low |
| Coinsurance | | 100% | Y | Y | Low |
| Out-of-pocket | | 100% | Y | Y | Low |
| | 33% | 66%          99% | | | |

© MERCER 2018

# PART B: FINANCIAL RISK INDICATORS "SUBSTANTIALLY ALL" TESTING

Overall parity risk indicator:

Substantially all (Inpatient, out-of-network)

Inpatient, out-of-network:



| Financial provision type | Percent of claims using provision type | | Med/Surg | MH/SUD | Parity Risk Indicator |
|---|---|---|---|---|---|
| | | | Does type pass the 2/3 mark? | Is type used? | |
| Deductible | 100% | | Y | Y | Low |
| Copay | 100% | | Y | Y | Low |
| Coinsurance | 100% | | Y | Y | Low |
| Out-of-pocket | 100% | | Y | Y | Low |
| | 33% | 66% | 99% | | |

© MERCER 2018

# PART B: FINANCIAL RISK INDICATORS "SUBSTANTIALLY ALL" TESTING

| Overall parity risk indicator: |
| --- |
| Substantially all (Outpatient, in-network)    L |

## Outpatient, in-network:

| Financial provision type | Percent of claims using provision type | | | Med/Surg — Does type pass the 2/3 mark? | MH/SUD — Is type used? | Parity Risk Indicator |
| --- | --- | --- | --- | --- | --- | --- |
| Deductible | | | 95% | Y | Y | Low |
| Copay | | | | N | N | Low |
| Coinsurance | | | 95% | Y | Y | Low |
| Out-of-pocket | | | 95% | Y | Y | Low |
| | 33% | 66% | 99% | | | |

© MERCER 2018

# PART B: FINANCIAL RISK INDICATORS "SUBSTANTIALLY ALL" TESTING

| Overall parity risk indicator: |
|---|
| Substantially all (Outpatient, out-of-network) |

Outpatient, out-of-network:

| Financial provision type | Percent of claims using provision type | | Med/Surg | MH/SUD | Parity Risk Indicator |
|---|---|---|---|---|---|
| | | | Does type pass the 2/3 mark? | Is type used? | |
| Deductible | 99% | | Y | Y | Low |
| Copay | | | N | N | Low |
| Coinsurance | 99% | | Y | Y | Low |
| Out-of-pocket | 99% | | Y | Y | Low |
| | 33% | 66% | 99% | | |

PRR0036831

# PART B: FINANCIAL RISK INDICATORS "PREDOMINANT" TESTING

Inpatient, in-network:

| | Deductible | | Copay | | Coinsurance | | Out-of-Pocket | |
|---|---|---|---|---|---|---|---|---|
| | Level | Cumulative Prevalence | Level | Cumulative Prevalence | Level | Cumulative Prevalence | Level | Cumulative Prevalence |
| **Med/surg:** *Which levels of each provision are predominant?* | $1,350 | 100% | - | - | 20% | 100% | $4,350 | 100% |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| **MH/SUD:** *Parity risk indicator compared to predominant med/surg levels* | $1,350 | | $0 | | 20% | | $4,350 | |

Overall parity risk indicator:

Predominant (Inpatient, in-network)

© MERCER 2018

# PART B: FINANCIAL RISK INDICATORS "PREDOMINANT" TESTING

Overall parity risk indicator:

Predominant
(Inpatient,
out-of-network)

Inpatient, out-of-network:

| | Deductible | | Copay | | Coinsurance | | Out-of-Pocket | |
|---|---|---|---|---|---|---|---|---|
| | Level | Cumulative Prevalence | Level | Cumulative Prevalence | Level | Cumulative Prevalence | Level | Cumulative Prevalence |
| **Med/surg:** *Which levels of each provision are predominant?* | $2,500 | 100% | $1,000 | 100% | 40% | 100% | $10,000 | 100% |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| **MH/SUD:** *Parity risk indicator compared to predominant med/surg levels* | $2,500 | | $1,000 | | 40% | | $10,000 | |

© MERCER 2018

PRR0036833

# PART B: FINANCIAL RISK INDICATORS "PREDOMINANT" TESTING

Outpatient, in-network:

| | Deductible | | Copay | | Coinsurance | | Out-of-Pocket | |
|---|---|---|---|---|---|---|---|---|
| | Level | Cumulative Prevalence | Level | Cumulative Prevalence | Level | Cumulative Prevalence | Level | Cumulative Prevalence |
| **Med/surg:** *Which levels of each provision are predominant?* | $1,350 | 100% | - | - | 20% | 100% | $4,350 | 100% |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| **MH/SUD:** *Parity risk indicator compared to predominant med/surg levels* | $1,350 | | $0 | | 20% | | $4,350 | |

© MERCER 2018

# PART B: FINANCIAL RISK INDICATORS "PREDOMINANT" TESTING

## Outpatient, out-of-network:

| | Deductible | | Copay | | Coinsurance | | Out-of-Pocket | |
|---|---|---|---|---|---|---|---|---|
| | Level | Cumulative Prevalence | Level | Cumulative Prevalence | Level | Cumulative Prevalence | Level | Cumulative Prevalence |
| **Med/surg:** *Which levels of each provision are predominant?* | $2,500 | 100% | - | - | 40% | 100% | $10,000 | 100% |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| **MH/SUD:** *Parity risk indicator compared to predominant med/surg levels* | $2,500 | | $0 | | 40% | | $10,000 | |

© MERCER 2018

# FINANCIAL INDICATORS
## AETNA / AVMED / UHC: STANDARD HMO



© MERCER 2018

48

PRR0036836

# PART B: FINANCIAL RISK INDICATORS "SUBSTANTIALLY ALL" TESTING

Overall parity risk indicator:

Substantially all (Inpatient, in-network) L

## Inpatient, in-network:

| Financial provision type | Percent of claims using provision type | | | Med/Surg Does type pass the 2/3 mark? | MH/SUD Is type used? | Parity Risk Indicator |
|---|---|---|---|---|---|---|
| Deductible | | | | N | N | Low |
| Copay | | | 100% | Y | Y | Low |
| Coinsurance | | | | N | N | Low |
| Out-of-pocket | | | 100% | Y | Y | Low |
| | 33% | 66% | 99% | | | |

© MERCER 2018

# PART B: FINANCIAL RISK INDICATORS "SUBSTANTIALLY ALL" TESTING

Overall parity risk indicator:

Substantially all
(Outpatient,
in-network)

## Outpatient, in-network:



© MERCER 2018

# PART B: FINANCIAL RISK INDICATORS "PREDOMINANT" TESTING

Overall parity risk indicator:

Predominant
(Inpatient,
in-network)                    L

Inpatient, in-network:

| | Deductible | | Copay | | Coinsurance | | Out-of-Pocket | |
|---|---|---|---|---|---|---|---|---|
| | Level | Cumulative Prevalence | Level | Cumulative Prevalence | Level | Cumulative Prevalence | Level | Cumulative Prevalence |
| **Med/surg:** *Which levels of each provision are predominant?* | - | - | $250 | 100% | - | - | $1,500 | 100% |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| **MH/SUD:** *Parity risk indicator compared to predominant med/surg levels* | $0 | | $250 | | 0% | | $1,500 | |

© MERCER 2018

# PART B: FINANCIAL RISK INDICATORS "PREDOMINANT" TESTING

## Outpatient, in-network:

| | | Deductible | | Copay | | Coinsurance | | Out-of-Pocket | |
|---|---|---|---|---|---|---|---|---|---|
| | | Level | Cumulative Prevalence | Level | Cumulative Prevalence | Level | Cumulative Prevalence | Level | Cumulative Prevalence |
| **Office visits** | Med/surg: *Which levels of each provision are predominant?* | - | - | $20 | 27% | - | - | $1,500 | 100% |
| | | - | - | $40* | 100% | - | - | - | - |
| | | - | - | - | - | - | - | - | - |
| | MH/SUD: *Parity risk indicator compared to predominant med/surg levels* | $0 | | $20 | | 0% | | $1,500 | |
| **Other visits (non-emergency)** | Med/surg: *Which levels of each provision are predominant?* | - | - | - | - | - | - | $1,500 | 100% |
| | | - | - | - | - | - | - | - | - |
| | | - | - | - | - | - | - | - | - |
| | MH/SUD: *Parity risk indicator compared to predominant med/surg levels* | $0 | | $0 | | 0% | | $1,500 | |

*Applied Behavioral Analysis services have a copay of $40. This still passes the predominant level requirement

© MERCER 2018

# FINANCIAL INDICATORS
## AETNA / AVMED / UHC: HEALTH INVESTOR OPTION



© MERCER 2018

PRR0036841

# PART B: FINANCIAL RISK INDICATORS "SUBSTANTIALLY ALL" TESTING

Overall parity risk indicator:

Substantially all (Inpatient, in-network)

Inpatient, in-network:



| Financial provision type | Percent of claims using provision type | | Med/Surg | MH/SUD | Parity Risk Indicator |
|---|---|---|---|---|---|
| | | | Does type pass the 2/3 mark? | Is type used? | |
| Deductible | 100% | | Y | Y | Low |
| Copay | | | N | N | Low |
| Coinsurance | 100% | | Y | Y | Low |
| Out-of-pocket | 100% | | Y | Y | Low |
| | 33% | 66% | 99% | | |

© MERCER 2018

# PART B: FINANCIAL RISK INDICATORS "SUBSTANTIALLY ALL" TESTING

| Overall parity risk indicator: |
|---|
| Substantially all (Outpatient, in-network)         L |

## Outpatient, in-network:

| Financial provision type | Percent of claims using provision type | Med/Surg Does type pass the 2/3 mark? | MH/SUD Is type used? | Parity Risk Indicator |
|---|---|---|---|---|
| Deductible | 98% | Y | Y | Low |
| Copay | | N | N | Low |
| Coinsurance | 98% | Y | Y | Low |
| Out-of-pocket | 98% | Y | Y | Low |
| | 33%          66%          99% | | | |

© MERCER 2018

# PART B: FINANCIAL RISK INDICATORS "PREDOMINANT" TESTING

| Overall parity risk indicator: |
|---|
| Predominant (Inpatient, in-network)       L |

Inpatient, in-network:

| | Deductible | | Copay | | Coinsurance | | Out-of-Pocket | |
|---|---|---|---|---|---|---|---|---|
| | Level | Cumulative Prevalence | Level | Cumulative Prevalence | Level | Cumulative Prevalence | Level | Cumulative Prevalence |
| **Med/surg:** *Which levels of each provision are predominant?* | $1,350 | 100% | - | - | 20% | 100% | $3,000 | 100% |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| **MH/SUD:** *Parity risk indicator compared to predominant med/surg levels* | $1,350 | | $0 | | 20% | | $3,000 | |

© MERCER 2018

# PART B: FINANCIAL RISK INDICATORS "PREDOMINANT" TESTING

Overall parity risk indicator:

Predominant
(Inpatient,
out-of-network)

Outpatient, in-network:

| | Deductible | | Copay | | Coinsurance | | Out-of-Pocket | |
|---|---|---|---|---|---|---|---|---|
| | Level | Cumulative Prevalence | Level | Cumulative Prevalence | Level | Cumulative Prevalence | Level | Cumulative Prevalence |
| **Med/surg:** *Which levels of each provision are predominant?* | $1,350 | 100% | - | - | 20% | 100% | $3,000 | 100% |
| | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - |
| **MH/SUD:** *Parity risk indicator compared to predominant med/surg levels* | $1,350 | | $0 | | 20% | | $3,000 | |

© MERCER 2018

PRR0036845

# MENTAL HEALTH PARITY
## NEXT STEPS





© MERCER 2018

58

PRR0036846

# MENTAL HEALTH PARITY (MHP)
## WHAT'S NEXT?

There are many potential ways forward:

Digging deeper into plan design areas that this high-level review flagged

Taking steps to address areas of non-compliance in your plan design

Building MHP compliance into a broader behavioral health strategy

Building MHP compliance into a broader compliance strategy

© MERCER 2018

# MENTAL HEALTH PARITY
## DISCLAIMERS





© MERCER 2018

PRR0036848

# MENTAL HEALTH PARITY (MHP) RISK DIAGNOSTIC DISCLAIMERS/CAVEATS FOR THIS REVIEW (P 1/3)

**OVERALL:**

1. Mercer's analysis is based on the information provided by you, the State of Florida or by your vendor/TPA. Mercer has used any information or data supplied by you or third parties on your behalf without independently verifying the accuracy or completeness of such information and will rely upon you and such third parties for the accuracy and completeness of such information provided to Mercer. Mercer will not be responsible for any liability arising from inaccurate or incomplete information.

2. Mercer's analysis is limited to a high-level risk review, not a full-scale MHPAEA assessment, which would require a more intensive review of the processes, strategies, evidentiary standards, or other factors used in applying the Financial Requirements, Quantitative Treatment Limits (QTL) and Non-Quantitative Treatment Limits (NQTL) of MHPAEA to both MH/SUD and medical/surgical benefits.

3. Services related to MHPAEA provided by Mercer are provided to guide your efforts in your compliance with MHPAEA and are based on the Final Rules issued November 13, 2013 and guidance listed under those rules (excluding any guidance issued on or after April 23, 2018).These requirements could change or be clarified in a manner that may materially impact the analysis   and resulting determinations. In such case, this determination would need to be revised or withdrawn as no longer valid.

4. For government clients:  Mercer's analysis is limited to MHPAEA.Mercer assumes that the State of Florida has not elected to exempt its group health plan from certain requirements of Title XXVII of the Public Health Service (PHS) Act, including MHPAEA, pursuant to Section 45 CFR Section 146.180. Mercer has not analyzed the State of Florida's compliance with any applicable state or local law, ordinance, or other guidance issued by a state or local legislative or regulatory body that may apply to the State of Florida.

5. Noncompliance with MHPAEA requirements can result in excise taxes under Code Section 4980D of $100 for each day of the violation with respect to each person to whom a compliance failure relates.

6. We are not engaged in the practice of law and the services provided to you do not constitute and are not a substitute for legal advice. We recommend that you consult with competent legal counsel prior to implementation about the appropriate approach for your compliance with MHPAEA.

7. Any plan/policy terms identified as potentially non-compliant with MHPAEA regulation do not automatically violate the law, but the plan or issuer will need to provide evidence to substantiate compliance if asked. The categories and examples included in this tool are not exhaustive and are not a substitute for any regulations or other interpretive guidance issued by the government.

PRR0036849

# MENTAL HEALTH PARITY (MHP) RISK DIAGNOSTIC DISCLAIMERS/CAVEATS FOR THIS REVIEW (P 2/3)

**OVERALL(CONT.):**

8. This risk assessment was conducted applying ICD-10's Chapter 5 as the definition of a Mental Health and Substance Use Condition (MHSUD). In addition, the following definitions of the six classifications were applied. If you define MHSUD conditions using an alternative standard or apply different definitions for the six classifications, results may vary.

   - Inpatient, in-network: All covered services or items provided to a member when a member has been admitted by a physician to a network facility for an overnight stay.

   - Inpatient, out-of-network: All covered services or items provided to a member  when a member has been admitted by a physician to facility that is not a contracted network provider.

   - Outpatient, in-network: All covered services or items provided to a member by a network provider in a setting that does not require an overnight stay, which do not otherwise meet the definition of inpatient, prescription drug or emergency care services.

   - Outpatient, out-of-network: All covered services or items provided to a member by a non-network provider, in a setting that does not require an overnight stay, and does not otherwise meet the definition of inpatient, prescription drug or emergency care services.

   - Emergency care/services: All covered emergency services or items to treat an emergency condition delivered in an emergency department (ED) setting.

   - Prescription drugs: Covered medications, drugs and associated supplies and services that require a prescription to be dispensed.

9. Mercer has prepared this analysis exclusively for you, the State of Florida.  Mercer is not responsible for use of this report by any other party.

10. You should notify Mercer promptly after receipt of this analysis if you disagree with any of the determinations made herein or if you are aware of any information that would affect the analysis that has not been communicated to Mercer or incorporated herein. This analysis will be deemed final and acceptable to you unless you promptly provide such notice to Mercer.

PRR0036850

# MENTAL HEALTH PARITY (MHP) RISK DIAGNOSTIC DISCLAIMERS/CAVEATS FOR THIS REVIEW (P 3/3)

**OVERALL (CONT.):**

11. Recent MHPAEA regulation guidance has included information regarding requirements of employers to disclose certain plan information upon request (e.g. medical necessity criteria, processes/evidence utilized to determine whether to apply a non-quantitative treatment limit in specific cases). This tool does not assess compliance with these disclosure requirements.

**TREATMENT LIMIT REVIEW SECTION:**

12. The Treatment Limit section of this high level risk diagnostic review is the result of a focused and limited analysis of the subset of quantitative and non-quantitative treatment limits that were determined to be high-priority, "red flag" limits based on a combination of guidance from the US Department of Labor and Mercer's experience in this area, not the full scope of non-quantitative treatment limits described in MHPAEA regulation. Therefore, this section of the review is not intended to and does not represent an assessment of all non-quantitative treatment limits and may not capture all non-quantitative treatment limit areas that are non-compliant with MHPAEA regulation.

13. The Treatment Limit section of this risk diagnostic review was based solely on a review of the State of Florida's written plan design information. It does not include a review of the State of Florida's operational plan design information, which could identify additional compliance risk areas and would be part of the scope of a broader, full MHPAEA assessment.

14. Language and items listed under the "red flag area" columns in the Treatment Limit section of this high level risk diagnostic were compiled based on a combination of guidance from the US Department of Labor and Mercer's experience in this area. These red flag areas are subject to change due to new regulatory guidance or caselaw.

© MERCER 2018

# **APPENDIX**
# MHPAEA: KEY REQUIREMENTS




© MERCER 2018

PRR0036852

# MHPAEA FINAL RULES
# KEY REQUIREMENTS

Under MHPAEA regulation:

1.  The following are prohibited:
    −   Generally, the application of more restrictive limits to mental health/substance use disorder (MH/SUD) benefits than to medical/surgical (M/S) benefits.
    −   Application of lifetime and annual dollar limits on MH/SUD benefits, unless at least 1/3 of M/S benefits apply such limits.
    −   Application of financial requirements (e.g., co-pays) and quantitative treatment limitations (e.g., day or visit limits) on MH/SUD benefits that are more restrictive than the predominant financial requirement or treatment limitation of that type applied to substantially all M/S benefits in the same classification.
    −   Application of non-quantitative treatment limits (NQTL, e.g. prior authorization, network admission standards) on MH/SUD benefits in any classification unless, under the terms of coverage, as written and in operation, any factors used in applying the NQTL to the MH/SUD benefit are comparable to and applied no more stringently than factors used in applying the same NQTL to medical/surgical benefits in the classification.

2.  MH/SUD and M/S benefits are defined consistent with a "generally recognized independent standard of medical practice" and must be mapped to one of six classifications: in-network inpatient, in-network outpatient, out-of-network inpatient, out-of-network outpatient, prescription drugs and emergency care.

3.  While parity does not mandate coverage of MH/SUD benefits, when coverage for MH/SUD benefits is provided in a classification it must be provided in each classification in which M/S benefits are provided.

© MERCER 2018

© MERCER 2018