UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMI CLAIRE, et al.,

    Plaintiffs,

vs.                              Case No. 4:20-cv-00020-MW/MAF

FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES, et al.,

    Defendants.
_____/

**PLAINTIFFS' SECOND NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs, pursuant to N.D. Fla. Local R 7.1(J), file this Notice of Supplemental Authority.

This case is currently under consideration on motions for summary judgment. On July 22, 2021, Plaintiffs filed a Notice of Supplemental Authority (ECF 149) regarding an Eleventh Circuit opinion cited in Plaintiffs' filings that was subsequently vacated and substituted, *Adams v. Sch. Bd. of St. Johns Cnty., Fla.,* 968 F.3d 1286 (11th Cir. 2020), *vacated & substituted*, 3 F.4th 1299 (11th Cir. July 14, 2021).

This is to notify the Court that the substituted Eleventh Circuit opinion was recently vacated on August 23, 2021, upon the granting of a rehearing en banc. *Adams v. Sch. Bd. of St. Johns Cnty., Fla.,* Case No. 18-13592-AA,

1

2021 WL 3722168 (11th Cir. Aug. 23, 2021).

## CERTIFICATE OF WORD COUNT

Pursuant to N.D. Loc. R. 7.1(F) & (J), this Notice contains 132 words, which includes the headings, footnotes, and quotations, but does not include the case style, signature block or Certificates of Word Count and Service.

Dated: August 31, 2021          Respectfully submitted,

/s/ Simone Chriss

SIMONE CHRISS, Fla. Bar No. 124062
simone.chriss@southernlegal.org
JODI SIEGEL, Fla. Bar No. 511617
jodi.siegel@southernlegal.org
Southern Legal Counsel, Inc.
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890

DANIEL TILLEY, Fla. Bar No. 102882
dtilley@aclufl.org
ACLU Foundation of Florida
4343 West Flagler St., Suite 400,
Miami, FL 33134
(786) 363-2714

ANYA MARINO, Fla. Bar. No. 1021406
amarino@aclufl.org
ACLU Foundation of Florida
4343 West Flagler St., Suite 400
Miami, FL 33134
(786) 363-2707

NICHOLAS WARREN, Fla. Bar No. 1019018
ACLU Foundation of Florida, Inc.
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org

**ATTORNEYS FOR ALL PLAINTIFFS**

JEFFREY HEARNE, Fla. Bar No. 512060
jhearne@legalservicesmiami.org
JOCELYN ARMAND, Fla. Bar No.44264
jarmand@legalservicesmiami.org
PAMELA FLORES, Fla. Bar No. 0124363
pflores@legalservicesmiami.org
Legal Services of Greater Miami, Inc.
4343 W Flagler Street, Suite 100
Miami, FL 33134
(305) 438-2403

**ATTORNEYS FOR PLAINTIFF MURPHY**