IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMIE CLAIRE, et al.,**

    *Plaintiffs*,

v.                                                                            Case No.: 4:20cv20-MW/MAF

**FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES, et al.,**

    *Defendants*.

_____/

## ORDER FOR SUPPLEMENTAL BRIEFING

Several pending motions are before this Court, including cross-motions for summary judgment. *See* ECF Nos. 123, 125, & 126. Plaintiffs have brought claims under Title VII and the Equal Protection Clause of the Fourteenth Amendment, alleging that Defendants have unlawfully discriminated against them on the basis of sex by denying them coverage for gender-affirming medical care. The Plaintiffs' arguments with respect to the Equal Protection claim rely in part on the now-vacated opinion in *Adams v. Sch. Bd. of St. Johns Cnty*, 968 F.3d 1286 (11th Cir. 2020). The substituted opinion in *Adams* was subsequently vacated upon the granting of rehearing en banc in that case. *See* ECF No. 152 (Plaintiffs' second notice of supplemental authority). Now, the Eleventh Circuit has issued its en banc opinion in

*Adams*, holding that "separating school bathrooms based on biological sex passes constitutional muster . . . ." *Adams v. Sch. Bd. of St. Johns Cnty*, --- F.4th ---, 2022 WL 18003879, *1 (11th Cir. Dec. 30, 2022) (en banc). Accordingly, given the parties' reliance on the original *Adams* opinion in their papers, the parties must file supplemental briefs addressing how the en banc decision in *Adams* affects the merits of Plaintiffs' claims and whether they wish to file amended summary-judgment papers given this development. The parties' supplemental briefs are due **on or before Tuesday, January 17, 2023.**

       SO ORDERED on January 3, 2023.

                                              s/Mark E. Walker
                                              **Chief United States District Judge**