UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMI CLAIRE et al.,

Plaintiffs,

vs.   Case No. 4:20-cv-00020-MW/MAF

FLORIDA DEPARTMENT OF

MANAGEMENT SERVICES et al.,

Defendants.

_____/

## PLAINTIFFS' MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY

Pursuant to Local Rule 11.1(H)(1)(b), Pamela Flores, attorney for Plaintiff Ahmir Murphy, moves for leave to withdraw from this matter.

1. Beginning September 21, 2023, Ms. Flores will no longer be employed at Legal Services of Greater Miami, Inc., which represents Sgt. Murphy.

2. On September 12, 2023, Ms. Flores provided notice to Sgt. Murphy of her intent to withdraw from representation. Sgt. Murphy had no objection.

3. Sgt. Murphy continues to be represented by Legal Services of Greater Miami, Inc., as well as the other plaintiff attorneys of record.

4. On September 15, 2023, Ms. Flores provided notice to Defendants' counsel of her intent to withdraw and they voiced no objection to the relief requested in this motion.

WHEREFORE, Plaintiffs respectfully request that this Court grant Pamela Flores leave to withdraw.

September 21, 2023                    Respectfully submitted,

                                      /s/ Pamela Flores

PAMELA FLORES, Fla. Bar No. 0124363
pflores@legalservicesmiami.org
JEFFREY HEARNE, Fla. Bar No. 512060
jhearne@legalservicesmiami.org
JOCELYN ARMAND, Fla. Bar No.44264
jarmand@legalservicesmiami.org
*Legal Services of Greater Miami, Inc.*
4343 W Flagler Street, Suite 100
Miami, FL 33134
(305) 438-2403

ATTORNEYS FOR PLAINTIFF MURPHY

SIMONE CHRISS, Fla. Bar No. 124062
simone.chriss@southernlegal.org
KIRSTEN ANDERSON, Fla. Bar No. 17179
kirsten.anderson@southernlegal.org
JODI SIEGEL, Fla. Bar No. 511617
jodi.siegel@southernlegal.org
*Southern Legal Counsel, Inc.*
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890

DANIEL TILLEY, Fla. Bar No. 102882
dtilley@aclufl.org
Caroline A. McNamara
*ACLU Foundation of Florida*
4343 West Flagler St., Suite 400,
Miami, FL 33134
(786) 363-2714

ATTORNEYS FOR ALL PLAINTIFFS

**CERTIFICATE OF CONFERRAL**

On September 15, 2023, Ms. Flores provided notice to Defendants' counsel of her intent to withdraw and they voiced no objection to the relief requested in this motion.

**CERTIFICATE OF WORD COUNT**

Pursuant to N.D. Loc. R. 7.1(F), the above motion contains 410 words, which includes the headings, footnotes, and quotations, but does not include the case style, signature block or Certificates of Word Count and Service.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September, 2023, a true copy of the foregoing has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of electronic filing to all Plaintiffs' and Defendants' counsel of record registered with the Court for that purpose.

/s/ Pamela Flores
ATTORNEY FOR PLAINTIFF MURPHY