# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**JAMI CLAIRE, et al.,**

    *Plaintiffs*,

v.                           Case No.: 4:20cv20-MW/MAF

**FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES, et al.,**

    *Defendants*.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This Court has considered, without hearing, the Motion to Withdraw Pamela Flores as counsel for Plaintiff Ahmir Murphy. ECF No. 162. Plaintiff continues to be represented by counsel, and representation will continue uninterrupted. This motion is, therefore, **GRANTED**. The Clerk shall disconnect Ms. Flores from CM/ECF on this matter.

    **SO ORDERED on September 21, 2023.**

                                           s/Mark E. Walker               
                                           **Chief United States District Judge**