IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMI CLAIRE et al.,

    *Plaintiffs*,

v.                                    Case No.:  4:20cv20-MW/MAF

**FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES, et al.,**

    *Defendants*.

_____/

## ORDER FOR SUPPLEMENTAL BRIEFING

This Court recognizes that the cross-motions for summary judgment in this case have been pending for longer than usual for most cases on this Court's docket. Given the passage of time and the development of law in this Circuit and elsewhere concerning some of the claims at issue in this case, this Court offers the parties a final opportunity to file supplemental briefs on any issue now pending before this Court before it takes the motions under advisement.

The parties must confer **on or before Friday, May 3, 2024,** as to whether they intend to file any supplemental briefing. If either side desires to file anything further with respect to the pending motions, they must file a proposed briefing

schedule for this Court's review **on or before Wednesday, May 8, 2024**.

**SO ORDERED on April 25, 2024.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**
