UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMI CLAIRE, KATHRYN LANE,
and AHMIR MURPHY

    Plaintiffs,

                                                       CASE NO. 4:20-cv-0020-MW-CAS

v.

FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES, et al.,

    Defendants.
_____/

## JOINT RESPONSE TO ORDER FOR SUPPLEMENTAL BRIEFING AND PROPOSED SCHEDULE

The Parties, Plaintiffs and Defendants, by and through undersigned counsel, respond to this Court's April 25, 2024 Order for Supplemental Briefing (ECF 164), which required the parties to confer "on or before Friday, May 3, 2024, as to whether they intend to file any supplemental briefing[,]" and, if so, to "file a proposed briefing schedule for this Court's review on or before Wednesday, May 8, 2024." (*Id.* at 1-2.)

The Parties conferred on Thursday, May 2, 2024. Both Parties intend to file supplemental briefing with respect to the pending motions, and the Parties agreed upon a briefing schedule as follows:

1. **Initial Supplemental Briefs:** June 5, 2024

2. **Responses in Opposition to Initial Supplemental Briefs:** June 21, 2024

3. **Reply Briefs:** The Parties do not anticipate the need for reply briefs, but should either Party feel such is necessary in light of something raised in the other parties' Response Brief, they may seek leave from this Court to file a Reply Brief.

Unless instructed otherwise by this Court, the Parties will adhere to the word limits set forth by N.D. Fla. Local Rules 7.1(F) and 56.1(B) regarding Motions and Motions for Summary Judgment, both of which permit memorandums up to 8,000 words.

WHEREFORE, the parties respectfully request that this Court enter a Scheduling Order for Supplemental Briefing setting June 5, 2024 as the deadline for the Parties' initial supplemental briefs and setting June 21, 2024 as the deadline for responses.

Respectfully submitted on this 8th day of May, 2024.

*/s/ Simone Chriss*  
**Simone Chriss**  
*Counsel for Plaintiffs*

*/s/ Miriam Coles*  
**Miriam Coles**  
*Counsel for Defendants*

## **CERTIFICATE OF WORD COUNT**

Pursuant to N.D. Loc. R. 7.1(F), this Joint Response to the Court's Order for Supplemental Briefing (ECF 164) contains 259 words, which includes headings, footnotes, and quotations, but does not include case style, signature block or Certificates of Word Count and Service.

*/s/ Simone Chriss*

**SIMONE CHRISS**
Fla. Bar No. 124062
simone.chriss@southernlegal.org
**JODI SIEGEL**
Fla. Bar No. 511617
jodi.siegel@southernlegal.org
Southern Legal Counsel, Inc.
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890

**DANIEL TILLEY**
Fla. Bar No. 102882
dtilley@aclufl.org
**CAROLINE MCNAMARA**
Fla. Bar No. 1038312
cmcnamara@aclufl.org
ACLU Foundation of Florida
4343 West Flagler St., Suite 400,
Miami, FL 33134
(786) 363-2714

*ATTORNEYS FOR ALL PLAINTIFFS*

**JEFFREY HEARNE**
Fla. Bar No. 512060
jhearne@legalservicesmiami.org
**JOCELYN ARMAND**

3

Fla. Bar No.44264
jarmand@legalservicesmiami.org
Legal Services of Greater Miami, Inc.
4343 W Flagler Street, Suite 100
Miami, FL 33134
(305) 438-2403

*ATTORNEYS FOR PLAINTIFF MURPHY*

**J. STEVEN CARTER**
Florida Bar No. 896152
scarter@henryblaw.com
**MIRIAM R. COLES**
Florida Bar No. 58402
mcoles@henryblaw.com
Post Office Drawer 14079
Tallahassee, Florida 32317-4079
(850) 222-2920: Telephone
(850) 224-0034: Facsimile

*ATTORNEYS FOR DEFENDANTS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2024, a true copy of the foregoing has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of electronic filing to all Plaintiffs' and Defendants' counsel of record registered with the Court for that purpose.

                                         /s/ Simone Chriss
                                         Simone Chriss
                                         *Attorney for Plaintiffs*