# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JAMIE CLAIRE, et al.,**

    *Plaintiffs*,

v.                         Case No.: 4:20cv20-MW/MAF

**FLORIDA DEPARTMENT OF**
**MANAGEMENT SERVICES, et al.,**

    *Defendants*.

_____/

## ORDER ADOPTING BRIEFING SCHEDULE

This Court has considered, without hearing, the parties' joint response to order for supplemental briefing and proposed schedule. ECF No. 165. Based on the parties' agreement, this Court adopts the proposed briefing schedule. The parties' initial supplemental briefs are due **on or before June 5, 2024.** The parties' responses in opposition to initial supplemental briefs are due **on or before June 21, 2024**. The parties are granted leave to file any reply briefs, if necessary, **on or before June 28, 2024.**

    **SO ORDERED on May 8, 2024.**

                                         **s/Mark E. Walker          **
                                         **Chief United States District Judge**