IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMIE CLAIRE, et al.,**

    *Plaintiffs*,

v.                                                        Case No.: 4:20cv20-MW/MAF

**FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES, et al.,**

    *Defendants*.

_____/

**ORDER REGARDING SUPPLEMENTAL BRIEFING**

This Court previously adopted the parties' proposed supplemental briefing schedule. ECF No. 166. In the interim, the Eleventh Circuit Court of Appeals released a published opinion addressing whether "a health insurance provider can be held liable under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, for denying coverage for gender-affirming care to a transgender employee *because* the employee is transgender." *Lange v. Houston County, Georgia*, --- F.4th ---, 2024 WL 2126748, at *1 (11th Cir. 2024). Accordingly, the parties are directed to address this recent decision and its effects, if any, on Plaintiffs' claims and the parties' arguments in the pending cross-motions for summary judgment.

    **SO ORDERED on May 14, 2024.**

                                                                      s/Mark E. Walker_____
                                                                     **Chief United States District Judge**