# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| Jami Claire, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FLORIDA DEPARTMENT OF MANAGEMENT SERVICES, *et al.*, <br><br> Defendants. | Case No.: 4:20-cv-00020-MW/MAF |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Pursuant to N.D. Local R. 11.1(H)(1)(b), Anya A. Marino, respectfully asks this Court to grant her leave to withdraw as co-counsel for Plaintiffs in the above-captioned matter. Ms. Marino is no longer employed at Harvard Law School, which had represented the Plaintiffs.

By May 2, 2024, counsel for Plaintiffs provided notice to Plaintiffs of Ms. Marino's intent to withdraw from representation. Plaintiffs consent to Ms. Marino's withdrawal of representation. Plaintiffs continue to be represented by the other attorneys for all Plaintiffs in this case. Contact information for Plaintiffs' remaining counsel may be found in the signature block below.

Defendants' counsel does not oppose the relief requested in this motion.

WHEREFORE, Anya A. Marino respectfully requests this Court to grant leave for her to withdraw as counsel and enter an Order granting this motion, authorizing Ms. Marino to withdraw as attorney of record for Plaintiffs and directing all future communications concerning this matter be sent to remaining counsel of record.

Dated: May 24, 2024	Respectfully submitted,

*/s/ Anya A. Marino*
Anya A. Marino

**SIMONE CHRISS**
Fla. Bar No. 124062
simone.chriss@southernlegal.org
**JODI SIEGEL**
Fla. Bar No. 511617
jodi.siegel@southernlegal.org
Southern Legal Counsel, Inc.
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890

**DANIEL TILLEY**
Fla. Bar No. 102882
dtilley@aclufl.org
**CAROLINE MCNAMARA**
Fla. Bar No. 1038312
cmcnamara@aclufl.org
ACLU Foundation of Florida
4343 West Flagler St., Suite 400,
Miami, FL 33134
(786) 363-2714

2

*ATTORNEYS FOR ALL PLAINTIFFS*

**JEFFREY HEARNE**
Fla. Bar No. 512060
jhearne@legalservicesmiami.org
**JOCELYN ARMAND**
Fla. Bar No.44264
jarmand@legalservicesmiami.org
Legal Services of Greater Miami, Inc.
4343 W Flagler Street, Suite 100
Miami, FL 33134
(305) 438-2403

*ATTORNEYS FOR PLAINTIFF MURPHY*

## **LOCAL RULE 7.1(F) CERTIFICATION**

Pursuant to Local Rule 7.1(F), this Motion contains 165 words, excluding the case caption, signature block, this certification, and the certificate of service.

*/s/ Anya A. Marino*
Anya A. Marino

3