IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMI CLAIRE, et al.,**

    *Plaintiffs*,

v.                                  Case No.: 4:20cv20-MW/MAF

**FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES, et al.,**

    *Defendants*.
_____/

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

    This Court has considered, without hearing, Plaintiffs' motion to withdraw Anya A. Marino as co-counsel. ECF No. 168. Plaintiffs continue to be represented by counsel and representation will continue uninterrupted. Accordingly, the motion is **GRANTED**. The Clerk shall disconnect Ms. Marino from CM/ECF on this matter.

    **SO ORDERED on May 24, 2024.**

                                               s/Mark E. Walker
                                               **Chief United States District Judge**