# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JAMI CLAIRE**, *et al.*,

    *Plaintiffs*,

v.                                      Case No.: 4:20cv20-MW/MAF

**FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES**, *et al.*,

    *Defendants*.

_____/

## ORDER FOR BRIEFING SCHEDULE

This Court held a telephonic scheduling conference on August 16, 2024. The parties proposed a pre-trial briefing schedule, which this Court adopts by reference herein. Accordingly, Plaintiffs' supplemental briefing regarding available relief and the effect the Eleventh Circuit's decision to vacate the *Lange* decision pending rehearing *en banc* has on Plaintiffs' claims moving forward is due **on or before September 6, 2024.** Defendant's response is due **on or before September 27, 2024.**

SO ORDERED on August 16, 2024.

                                                 s/Mark E. Walker         
                                                 Chief United States District Judge