UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMI CLAIRE et al.,

    Plaintiffs,

vs.                                Case No. 4:20-cv-00020-MW/MAF

FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES et al.,

    Defendants.
_____/

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT'S ORDER FOR SUPPLEMENTAL BRIEFING**

Pursuant to Fed. R. Civ. P. 6(b), the Parties, by and through their undersigned counsel, jointly move this Court for an extension of the deadlines to file their responses to this Court's Order for Supplemental Briefing. (ECF 179.)

The Parties request a one-week extension of time for each brief, making Plaintiffs' supplemental brief due on September 13, 2024, and Defendants' response brief due on October 11, 2024.

This Motion is presented by the Parties in good faith and is not for the purposes of delay. This Motion will not prejudice either party.

1

**WHEREFORE**, the Parties respectfully request that this Court grant their Joint Motion for Extension of Time to file their responses to this Court's Order for Briefing Schedule (ECF 179.)

Respectfully submitted this 5th day of September, 2024.

/s/ Simone Chriss
**SIMONE CHRISS**, Fla. Bar No. 124062
simone.chriss@southernlegal.org
**JODI SIEGEL**, Fla. Bar No. 511617
jodi.siegel@southernlegal.org
Southern Legal Counsel, Inc.
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890

**DANIEL TILLEY**, Fla. Bar No. 102882
dtilley@aclufl.org
**CAROLINE MCNAMARA**, Fla. Bar No. 1038312
cmcnamara@aclufl.org
ACLU Foundation of Florida
4343 West Flagler St., Suite 400,
Miami, FL 33134
(786) 363-2714

**ATTORNEYS FOR ALL PLAINTIFFS**

**JEFFREY HEARNE**, Fla. Bar No. 512060
jhearne@legalservicesmiami.org
**JOCELYN ARMAND**, Fla. Bar No.44264

2

JArmand@legalservicesmiami.org
Legal Services of Greater Miami, Inc.
4343 W Flagler Street, Suite 100
Miami, FL 33134
(305) 438-2403

**ATTORNEYS FOR PLAINTIFF MURPHY**

HENRY BUCHANAN, P.A.

*/s/ Miriam Coles*
**MIRIAM R. COLES**
Florida Bar No. 58402
mcoles@henryblaw.com
**J. STEVEN CARTER**
Florida Bar No. 896152
scarter@henryblaw.com
Post Office Drawer 14079
Tallahassee, Florida 32317-4079
(850) 222-2920: Telephone
(850) 224-0034: Facsimile

**ATTORNEYS FOR FLORIDA DEPARTMENT OF MANAGEMENT SERVICES AND JONATHAN SATTER**

3

## CERTIFICATE OF WORD COUNT

Pursuant to N.D. Loc. R. 7.1(F), I certify this Joint Motion for Extension of Time to Respond to Court's Order for Supplemental Briefing contains 143 words, which includes headings, footnotes, and quotations, but does not include case style, signature block or Certificates of Word Count and Service.

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2024, a true copy of the foregoing has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of electronic filing to all Plaintiffs' and Defendants' counsel of record registered with the Court for that purpose.

*/s/ Simone Chriss*
**ATTORNEY FOR PLAINTIFFS**