IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMI CLAIRE,** *et al.***,**

    *Plaintiffs*,

v.                                                                Case No.: 4:20cv20-MW/MAF

**FLORIDA DEPARTMENT OF**
**MANAGEMENT SERVICES,** *et al.***,**

    *Defendants*.

_____/

### ORDER GRANTING JOINT MOTION FOR EXTENSION

This Court has considered, without hearing, the parties' joint motion for extension of time to respond to this Court's Order for supplemental briefing. ECF No. 180. The joint motion is **GRANTED**. Plaintiffs' deadline to file their supplemental brief is extended to **on or before September 13, 2024**. Defendants' deadline to file their response is extended to **on or before October 11, 2024**.

    **SO ORDERED on September 6, 2024.**

                                           **s/Mark E. Walker**
                                           **Chief United States District Judge**