UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMI CLAIRE et al.,

    Plaintiffs,

vs.                              Case No. 4:20-cv-00020-MW/MAF

FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES et al.,

    Defendants.
_____/

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF**

    Pursuant to Federal Rule of Civil Procedure 27(a)(4) and Local Rule 7.1(I), Plaintiffs hereby move for leave to file a short Reply to Defendant's Response (ECF 183) to Plaintiffs' Supplemental Brief (ECF 182). Plaintiffs are prepared to file their Reply within seven days of the Court's granting of this motion.

    Plaintiffs believe this Court would be benefited by a Reply because Defendant's Response is the first filing in which Defendant has raised the argument that Congress has not abrogated the states' Eleventh Amendment immunity under Title VII, and the first time Defendant has asked this Court to employ a "congruence and proportionality analysis." (ECF 183, at 8-15).

Plaintiffs have addressed Eleventh Amendment immunity only with regard to the Equal Protection claims, which Defendant Allende raised and briefed (ECF 125, at 33-34), but Defendant Allende is no longer party to this case and Plaintiffs' Equal Protection claims against Defendant Allende were dismissed. However, this defense was never briefed by Defendant DMS nor with regard to Plaintiffs' Title VII claims, and Plaintiffs seek to respond to this new argument.

Additionally, Plaintiffs seek to clarify a misstatement by Defendant regarding the personal benefit conferred upon Plaintiff Lane by the Court's granting of permanent injunctive relief in this case. (ECF 183, at 4-8).

Respectfully submitted on this 15th day of October, 2024.

*/s/ Simone Chriss*

**SIMONE CHRISS**
Fla. Bar No. 124062
simone.chriss@southernlegal.org
**JODI SIEGEL**
Fla. Bar No. 511617
jodi.siegel@southernlegal.org
Southern Legal Counsel, Inc.
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890

**DANIEL TILLEY**
Fla. Bar No. 102882
dtilley@aclufl.org

**CAROLINE MCNAMARA**
Fla. Bar No. 1038312
cmcnamara@aclufl.org
ACLU Foundation of Florida
4343 West Flagler St., Suite 400,
Miami, FL 33134
(786) 363-2714

*ATTORNEYS FOR ALL PLAINTIFFS*

**JEFFREY HEARNE**
Fla. Bar No. 512060
jhearne@legalservicesmiami.org
**JOCELYN ARMAND**
Fla. Bar No.44264
jarmand@legalservicesmiami.org
Legal Services of Greater Miami, Inc.
4343 W Flagler Street, Suite 100
Miami, FL 33134
(305) 438-2403

*ATTORNEYS FOR PLAINTIFF MURPHY*

## CERTIFICATE OF WORD COUNT

Pursuant to N.D. Loc. R. 7.1(F), I certify this Motion for Leave to File a Reply to Defendants' Response to Plaintiffs' Supplemental Brief (ECF 183) contains 233 words, which includes headings, footnotes, and quotations, but does not include case style, signature block or Certificates of Word Count and Service.

                                      */s/ Simone Chriss*
                                      Counsel for Plaintiffs

## CERTIFICATE OF SATISFATION OF
## ATTORNEY CONFERENCE REQUIREMENT

Pursuant to Local Rule 7.1(B), counsel for the Plaintiffs conferred with counsel for the Defendant on October 14, 2024. Counsel for Defendant indicated that Defendant does not oppose the relief sought.

*/s/ Simone Chriss*
Counsel for Plaintiffs

4