# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JAMI CLAIRE,** *et al.***,**

    *Plaintiffs***,**

v.                                                             Case No.: 4:20cv20-MW/MAF

**FLORIDA DEPARTMENT OF**
**MANAGEMENT SERVICES,** *et al.***,**

    *Defendants*.

_____/

## ORDER GRANTING LEAVE TO FILE REPLY

This Court has considered, without hearing, Plaintiffs' unopposed motion for leave to file a reply to Defendants' response to Plaintiffs' supplemental brief. ECF No. 184. The motion is **GRANTED**. Plaintiffs' reply is due **on or before Tuesday, October 22, 2024.**

    SO ORDERED on October 15, 2024.

                                                             <u>s/Mark E. Walker          </u>
                                                              **Chief United States District Judge**