IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMI CLAIRE**, *et al.*,

    *Plaintiffs*,

v.                                                                Case No.: 4:20cv20-MW/MAF

**FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES**, *et al.*,

    *Defendants*.
_____/

## ORDER FOR JOINT STATUS REPORT

This Court previously stayed this action pending an *en banc* rehearing of *Lange v. Houston Cnty., Ga*. ECF No. 187. That decision arrived yesterday. *See Lange*, --- F. 4th ---, 2025 WL 2602633 (11th Cir. 2025). Accordingly, **on or before October 1, 2025**, the parties must confer and file a joint status report with respect to the status of this case going forward in light of the recent *en banc* decision in *Lange*. This Court will lift the stay and set a new schedule, if necessary, once the parties file their joint status report.

    **SO ORDERED on September 10, 2025.**

                                          **s/Mark E. Walker**
                                          **United States District Judge**