UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMI CLAIRE, KATHRYN LANE,
and AHMIR MURPHY

    Plaintiffs,

v.	CASE NO. 4:20-cv-0020-MW-CAS

FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES; et al.,

    Defendants.
_____/

## JOINT STATUS REPORT

The Parties, Plaintiffs and Defendants, by and through undersigned counsel, respond to this Court's September 10, 2025 Order for Joint Status Report (ECF 189), which required the parties to confer on or before October 1, 2025, as to the status of this case in light of the recent *en banc* decision in ***Lange***.

The Parties conferred on Wednesday, September 24, 2025 and September 29, 2025. Defendant believes that the *Lange* opinion controls and requires reconsideration of the Court's previous Order on summary judgment (ECF 177) and entry of final summary judgment on all claims in Defendant's favor.

Plaintiffs believe that *Lange* is not dispositive in this case and does not change the ultimate outcome of the Court's Order on the Cross Motions for Summary Judgment (ECF 177) for three reasons. First, *Lange* conflicts with binding Supreme

Court precedent governing Title VII; second, *Lange* addresses facial claims but does not speak to as-applied claims like those asserted by Plaintiffs here; and third, there are still factual issues for this Court to resolve notwithstanding *Lange*.

As such, the parties propose the following briefing schedule:

1. **Defendant's Motion for Reconsideration:** November 3, 2025

2. **Plaintiffs' Memorandum in Opposition:** November 24, 2025

3. **Defendant's Reply Memorandum:** December 15, 2025

Unless instructed otherwise by this Court, the Parties will adhere to the word limits set forth by N.D. Fla. Local Rules 7.1(F) and 56.1(B) regarding Motions and Motions for Summary Judgment, both of which permit memorandums up to 8,000 words.

WHEREFORE, the parties respectfully request that this Court enter a Scheduling Order for Supplemental Briefing as set forth above.

Respectfully submitted on this 1st day of October, 2025.

*/s/ Simone Chriss*　　　　　　　　　　*/s/ Miriam Coles*
**Simone Chriss**　　　　　　　　　　　**Miriam Coles**
*Counsel for Plaintiffs*　　　　　　　　*Counsel for Defendants*

## CERTIFICATE OF WORD COUNT

Pursuant to N.D. Loc. R. 7.1(F), this Joint Status Report contains 280 words, which includes headings, footnotes, and quotations, but does not include case style, signature block or Certificates of Word Count and Service.

*/s/ Miriam R Coles*
**J. STEVEN CARTER**
Florida Bar No. 896152
scarter@henryblaw.com
**MIRIAM R. COLES**
Florida Bar No. 58402
mcoles@henryblaw.com
Post Office Drawer 14079
Tallahassee, Florida 32317-4079
(850) 222-2920: Telephone
(850) 224-0034: Facsimile

*ATTORNEYS FOR DEFENDANTS*

**SIMONE CHRISS**
Fla. Bar No. 124062
simone.chriss@southernlegal.org
**JODI SIEGEL**
Fla. Bar No. 511617
jodi.siegel@southernlegal.org
Southern Legal Counsel, Inc.
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890

**DANIEL TILLEY**
Fla. Bar No. 102882
dtilley@aclufl.org
**CAROLINE MCNAMARA**
Fla. Bar No. 1038312
cmcnamara@aclufl.org
ACLU Foundation of Florida

<mark>
</mark>
<mark>
</mark>
<mark>
</mark>
<mark>
</mark>
<mark>
</mark>
<mark>
</mark>

4343 West Flagler St., Suite 400,
Miami, FL 33134
(786) 363-2714

*ATTORNEYS FOR ALL PLAINTIFFS*

**JEFFREY HEARNE**
Fla. Bar No. 512060
jhearne@legalservicesmiami.org
**JOCELYN ARMAND**
Fla. Bar No.44264
jarmand@legalservicesmiami.org
Legal Services of Greater Miami, Inc.
4343 W Flagler Street, Suite 100
Miami, FL 33134
(305) 438-2403

*ATTORNEYS FOR PLAINTIFF MURPHY*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October 2025, a true copy of the foregoing has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of electronic filing to all Plaintiffs' and Defendants' counsel of record registered with the Court for that purpose.

*/s/ Miriam R Coles*
Miriam R Coles
*Attorney for Defendants*