UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMI CLAIRE et al.,

    Plaintiffs,

vs.                                                        Case No. 4:20-cv-00020-MW/MAF

FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES et al.,

    Defendants.
_____/

### PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR RECONSIDERATION

Pursuant to Fed. R. Civ. P. 6(b), Plaintiffs, by and through their undersigned counsel, move this Court for an extension of the deadline to file their response to Defendants' Motion for Reconsideration. (ECF 191.)

This Court ordered the Parties to file a Joint Status Report on or before October 1, 2025 with respect to the status of this case going forward in light of the 11th Circuit's en banc decision in *Lange v. Houston Cnty., Ga.* (ECF 189) ("[t]his Court will lift the stay and set a new schedule, if necessary, once the parties file their joint status report.").

On October 1, 2025, the Parties filed their Joint Status Report (ECF

1

190), proposing the following briefing schedule:

1. **Defendants' Motion for Reconsideration:** November 3, 2025

2. **Plaintiffs' Memorandum in Opposition:** November 24, 2025

3. **Defendants' Reply Memorandum:** December 15, 2025

Defendant DMS filed their Motion for Reconsideration of Order on Cross-Motions for Summary Judgment on November 3, 2025. (ECF 191.) Subsequently, a docket entry set the due date for Plaintiffs' Response as November 17, 2025. Plaintiffs respectfully request a one-week extension of time for filing their Memorandum in Opposition, in accordance with the briefing schedule set forth in the Parties' Joint Status Report (ECF 190, at 2), making Plaintiffs' Response due on November 24, 2025.

Undersigned counsel has conferred with counsel for Defendants, who consent to the extension requested in this Motion. No prejudice will occur to either party as a result of this extension. This Motion is presented by Plaintiffs in good faith and is not for the purposes of delay.

**WHEREFORE**, Plaintiffs respectfully request that this Court grant their Motion for Extension of Time to Respond to Defendants' Motion for Reconsideration (ECF 191) until November 24, 2025.

Respectfully submitted this 10th day of November, 2025.

*/s/ Simone Chriss*
**SIMONE CHRISS**, Fla. Bar No. 124062
simone.chriss@southernlegal.org
**JODI SIEGEL**, Fla. Bar No. 511617
jodi.siegel@southernlegal.org
Southern Legal Counsel, Inc.
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890

**DANIEL TILLEY**, Fla. Bar No. 102882
dtilley@aclufl.org
**CAROLINE MCNAMARA**, Fla. Bar No. 1038312
cmcnamara@aclufl.org
ACLU Foundation of Florida
4343 West Flagler St., Suite 400,
Miami, FL 33134
(786) 363-2714

*ATTORNEYS FOR ALL PLAINTIFFS*

**JEFFREY HEARNE**, Fla. Bar No. 512060
jhearne@legalservicesmiami.org
**JOCELYN ARMAND**, Fla. Bar No.44264
JArmand@legalservicesmiami.org
Legal Services of Greater Miami, Inc.
4343 W Flagler Street, Suite 100
Miami, FL 33134
(305) 438-2403

*ATTORNEYS FOR PLAINTIFF MURPHY*

3

## CERTIFICATE OF WORD COUNT

Pursuant to N.D. Loc. R. 7.1(F), I certify this Motion for Extension of Time to Respond to Defendants' Motion for Reconsideration contains 310 words, which includes headings, footnotes, and quotations, but does not include case style, signature block or Certificates of Word Count and Service.

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November, 2025, a true copy of the foregoing has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of electronic filing to all Plaintiffs' and Defendants' counsel of record registered with the Court for that purpose.

*/s/ Simone Chriss*
**ATTORNEY FOR PLAINTIFFS**