IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMI CLAIRE,** *et al.***,**

    *Plaintiffs***,**

v.                                      Case No.: 4:20cv20-MW/MAF

**FLORIDA DEPARTMENT OF**
**MANAGEMENT SERVICES,** *et al.***,**

    *Defendants***.**

_____/

### ORDER EXTENDING DEADLINE TO RESPOND TO MOTION FOR RECONSIDERATION

This Court has considered, without hearing, Plaintiffs' unopposed motion for extension of time to respond to Defendants' motion for reconsideration. ECF No. 192. The unopposed motion is **GRANTED**. Plaintiffs' deadline to respond to Defendants' motion for reconsideration is extended to **on or before November 24, 2025**.

SO ORDERED on November 12, 2025.

                                              s/Mark E. Walker        
                                              **United States District Judge**