UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMI CLAIRE et al.,

    Plaintiffs,

vs.                                  Case No. 4:20-cv-00020-MW/MAF

FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES et al.,

    Defendants.
_____/

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR RECONSIDERATION

Pursuant to Fed. R. Civ. P. 6(b), Plaintiffs, by and through their undersigned counsel, move this Court for a two-day extension of the deadline to file their response to Defendants' Motion for Reconsideration. (ECF 191.)

This Court ordered the Parties to file a Joint Status Report on or before October 1, 2025 with respect to the status of this case going forward in light of the 11th Circuit's en banc decision in *Lange v. Houston Cnty., Ga.* (ECF 189) ("[t]his Court will lift the stay and set a new schedule, if

necessary, once the parties file their joint status report.").

On October 1, 2025, the Parties filed their Joint Status Report with a proposed briefing schedule. (ECF 190.) Defendant filed their Motion for Reconsideration on November 3, 2025. (ECF 191.) Plaintiffs' Response to Defendant's Motion for Reconsideration is currently due on November 24, 2025. Plaintiffs have been working diligently on the Response, but it has taken more time than anticipated to prepare a proper response to Defendant's Motion for Reconsideration. As such, Plaintiffs request a two-day extension to file their Response on November 26, 2025.

No prejudice will occur to either party as a result of this extension. This Motion is presented by Plaintiffs in good faith and is not for the purposes of delay.

**WHEREFORE**, Plaintiffs respectfully request that this Court grant their Motion for Extension of Time to Respond to Defendants' Motion for Reconsideration (ECF 191) until November 26, 2025.

## CERTIFICATE OF CONFERRAL

Pursuant to N.D. Local Rules 7.1(B) and 7.1(C), undersigned counsel has conferred with counsel for Defendant on November 23, 2025, and

November 24, 2025. While counsel for Defendant has sought her client's position, she has not been able to provide Plaintiffs with Defendant's position on this motion. Due to the time sensitive nature of this filing, Plaintiffs felt it prudent to file this Motion without waiting for Defendant's position.

    Respectfully submitted this 24th day of November, 2025.

                         */s/ Simone Chriss*
                         **SIMONE CHRISS**, Fla. Bar No. 124062
                         simone.chriss@southernlegal.org
                         **JODI SIEGEL**, Fla. Bar No. 511617
                         jodi.siegel@southernlegal.org
                         Southern Legal Counsel, Inc.
                         1229 NW 12th Avenue
                         Gainesville, FL 32601
                         (352) 271-8890

                         **DANIEL TILLEY**, Fla. Bar No. 102882
                         dtilley@aclufl.org
                         **CAROLINE MCNAMARA**, Fla. Bar No. 1038312
                         cmcnamara@aclufl.org
                         ACLU Foundation of Florida
                         4343 West Flagler St., Suite 400,
                         Miami, FL 33134
                         (786) 363-2714

                         *ATTORNEYS FOR ALL PLAINTIFFS*

                              **JEFFREY HEARNE**, Fla. Bar No. 512060
                              jhearne@legalservicesmiami.org
                              **JOCELYN ARMAND**, Fla. Bar No.44264
                              JArmand@legalservicesmiami.org
                              Legal Services of Greater Miami, Inc.
                              4343 W Flagler Street, Suite 100
                              Miami, FL 33134
                              (305) 438-2403

                          *ATTORNEYS FOR PLAINTIFF MURPHY*

## **CERTIFICATE OF WORD COUNT**

Pursuant to N.D. Loc. R. 7.1(F), I certify this Motion for Extension of Time to Respond to Defendants' Motion for Reconsideration contains 335 words, which includes headings, footnotes, and quotations, but does not include case style, signature block or Certificates of Word Count and Service.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of November, 2025, a true copy of the foregoing has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of electronic filing to all Plaintiffs' and Defendants' counsel of record registered with the Court for that purpose.

                              */s/ Simone Chriss*
                              **ATTORNEY FOR PLAINTIFFS**