IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMI CLAIRE**, *et al.*,

    *Plaintiffs*,

v.                                        Case No.: 4:20cv20-MW/MAF

**FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES**, *et al.*,

    *Defendants*.

_____/

**ORDER GRANTING SECOND EXTENSION OF DEADLINE TO
RESPOND TO MOTION FOR RECONSIDERATION**

This Court has considered, without hearing, Plaintiffs' second motion for extension of time to respond to Defendants' motion for reconsideration. ECF No. 194. The motion is **GRANTED**. Plaintiffs' deadline to respond to Defendants' motion for reconsideration is extended to **on or before November 26, 2025**.

**SO ORDERED on November 24, 2025.**

                                                                s/Mark E. Walker           
                                                                **United States District Judge**