UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMI CLAIRE, KATHRYN LANE,
and AHMIR MURPHY

    Plaintiffs,

v.                          CASE NO. 4:20-cv-0020-MW-CAS

FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES and
PEDRO ALLENDE, in his official
Capacity as Secretary of the Florida
Department of Management Services.

    Defendants.
_____/

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE

Pursuant to Fed. R. Civ. P. 6(b), Defendants Florida Department of Management Services (DMS) and Pedro Allende (Allende), in his official Capacity as Secretary of the Florida Department of Management Services, by and through their undersigned counsel, move this Court for a two-day extension of the deadline to file their reply to Plaintiff's Response to Defendant's Motion for Reconsideration. (ECF 196.)

This Court ordered the Parties to file a Joint Status Report on or before October 1, 2025 with respect to the status of this case going forward in light of the

11th Circuit's en banc decision in *Lange v. Houston Cnty., Ga.* (ECF 189).

On October 1, 2025, the Parties filed their Joint Status Report with a proposed briefing schedule. (ECF 190.) Pursuant to a requested two-day extension, Plaintiffs filed their Response to Defendants' Motion for Reconsideration (ECF 196) on November 26, 2025.

Defendants' Reply to Plaintiff's Response was originally due on December 15, 2025, based on the Joint Status Report's November 24, 2025 due date. Because of Plaintiff's two-day extension, Defendants have a shorter period of time than originally agreed to analyze and response to Plaintiffs' Response brief. As such, Defendants request a reciprocal two-day extension to file their Reply, which would now be due on December 17, 2025.

No prejudice will occur to either party as a result of this extension. This Motion is presented in good faith and is not for the purpose of delay.

Defendants have conferred with counsel for Plaintiffs who consent to the requested relief.

WHEREFORE, Defendants DMS and Allende respectfully ask this Court to grant their Motion for Extension of Time to Reply to Plaintiff's Response to Defendants' Motion for Reconsideration (ECF 196) until December 17, 2025.

## CERTIFICATE OF CONFERRAL

Pursuant to N.D. Local Rules 7.1(B) and 7.1(C), undersigned counsel conferred with counsel for Plaintiffs on December 5, 2025, and counsel for Plaintiff do not oppose the requested relief.

Dated this 10th day of December 2025.

                                        HENRY BUCHANAN, P.A.

                                        *s/ Miriam R. Coles*
                                        MIRIAM R. COLES
                                        Florida Bar No. 58402
                                        mcoles@henryblaw.com
                                        J. STEVEN CARTER
                                        Florida Bar No. 896152
                                        Post Office Drawer 14079
                                        Tallahassee, Florida 32317-4079
                                        (850) 222-2920: Telephone
                                        (850) 224-0034: Facsimile
                                        *Counsel for Defendants*

## CERTIFICATE OF WORD COUNT

Pursuant to Local Rules 5.1 and 7.1, undersigned counsel certifies that this motion consists of 335 words and is typed in Times New Roman, font size 14.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed via the CM/ECF system which will send electronic notification to all counsel of record on this 10th day of December 2025.

                                        *s/ Miriam R. Coles*
                                        ATTORNEY