**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JAMI CLAIRE,** *et al.*,

    *Plaintiffs*,

v.                                       Case No.: 4:20cv20-MW/MAF

**FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES,** *et al.*,

    *Defendants*.

_____/

**ORDER GRANTING EXTENSION OF DEADLINE TO REPLY TO
RESPONSE TO MOTION FOR RECONSIDERATION**

This Court has considered, without hearing, Defendants' motion for extension of time to reply to Plaintiffs' response to Defendants' motion for reconsideration. ECF No. 197. The motion is **GRANTED**. Defendants' deadline to file their reply is extended to **on or before December 17, 2025.**

**SO ORDERED on December 10, 2025.**

                                                   **s/Mark E. Walker_____
                                                   United States District Judge**