# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JAMI CLAIRE, et al.,

    Plaintiffs,

v.                                                   Case No.: 4:20cv20-MW/MAF

FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES, et al.,

    Defendants.

## JUDGMENT

Counts II, III, IV, V, VI, VII, and VIII are DISMISSED for lack of standing. Count I is DISMISSED with prejudice.

|  |  |
|---|---|
|  | JESSICA J LYUBLANOVITS, CLERK OF COURT |
| January 5, 2026 | s/ *Samantha Buckhalt* |
| DATE | DEPUTY CLERK |