## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**JAMI CLAIRE, KATHRYN LANE,**
**and AHMIR MURPHY**

**Plaintiffs,**

**v.**                                           **CASE NO. 4:20-cv-0020-MW-CAS**

**FLORIDA DEPARTMENT OF**
**MANAGEMENT SERVICES and**
**PEDRO ALLENDE, in his official**
**Capacity as Secretary of the Florida**
**Department of Management Services.**

**Defendants.**
_____ /

### DEFENDANTS' MOTION TO TAX COSTS
### INTEGRATED MEMORANDUM OF LAW AND
### NOTICE OF FILING VERIFIED BILL OF COST (FORM AO 133)

Defendants, DEPARTMENT OF MANAGEMENT SERVICES (DMS), and

PEDRO ALLENDE (ALLENDE), in his official capacity, by and through their

undersigned counsel and pursuant to Rule 54(d) of the Federal Rules of Civil

Procedure, move this Court for entry of an order awarding taxable costs and expert

witness fees to Defendants as prevailing parties in this action.  In support thereof,

the Defendants state:

1.      Plaintiffs brought this action seeking damages alleging two causes of

action against Defendants DMS and ALLENDE: Count I for violation of Title VII

of the Civil Rights Act of 1964; and Count V for violation of the Equal Protection Clause. (ECF 1, 34.) Defendants denied these claims, vigorously defended the case, and moved for summary judgment on February 8, 2021. (ECF 125 126.) Plaintiffs also moved for partial summary judgment at this time. (ECF 123.)

3.    On August 1, 2024, this Court entered an Order on the parties' cross-motions for summary judgement. (ECF 177.) This order dismissed Plaintiffs' equal protection claims for lack of standing. (ECF 177 p. 3, 16.) Relying on a then-recent Eleventh Circuit opinion, *Lange v. Houston Cnty., Ga.*, 101 F.4th 793, 798 (11th Cir. 2024), the Court granted Plaintiffs' partial motion for summary judgment and denied Defendants' motions for summary judgment on the Title VII claim. (ECF 177 p. 16-17.) However, the Eleventh Circuit subsequently vacated the *Lange* opinion and reheard the case *en banc*, during which time this action was stayed. (ECF 187.) Following the Eleventh Circuit's *en banc* opinion in *Lange*, *see Lange v. Houston Cnty., Ga.*, 152 F.4th 1245 (11th Cir. 2025), this Court reversed its opinion and granted final summary judgment in favor of Defendants. (ECF 200.) Judgment was subsequently entered. (ECF 201.)

4.    Defendants respectfully request this Court to enter an order taxing costs as set forth in the Verified Bill of Costs filed in conjunction with this motion, and as supported by the undersigned's Affidavit and Memorandum of Itemization and Documentation of Taxable Costs.

## MEMORANDUM OF LAW

The Federal Rules of Civil Procedure provide that the prevailing party should be allowed to recover costs. *See* Fed. R. Civ. P. 54(d). "The presumption is in favor of awarding costs." *Arcadian Fertilizer, L.P. v. MPW Indus. Services, Inc.* 249 F.3d 1293, 1296 (11th Cir. 2011) Thus, pursuant to Rule 54(d)(1), costs other than attorney's fees "are ordinary taxable against the losing party." *Williams v. Corrections of America*, 2008 WL 11344725 at *1 (N.D. Fla. 2008). However, in exercising its discretion to tax costs, absent explicit statutory authorization, federal courts are limited to those costs specifically enumerated in 28 U.S.C. § 1920. *EEOC v. W & O, Inc.*, 213 F.3d 600, 620-24 (11th Cir. 2000).

Defendants are the prevailing parties in this action. (ECF 177, 200, 201.) Therefore, Defendants are entitled to an award of all taxable costs allowed by 28 U.S.C. § 1920. "Section 1920 enumerates expenses that a federal court may tax as a cost under the discretionary authority found in Rule 54(d)." *Crawford Fitting Co. v. J.T. Gibbons, Inc.*, 482 U.S. 437, 441-442 (1987). The following category of expenses are taxable as costs under 28 U.S.C. § 1920: (1) fees of the clerk and marshal; (2) fees for printed or electronically recorded transcripts necessarily obtained for use in the case; (3) fees and disbursements for printing; (4) fees for witnesses; and; (5) fees for exemplification and copies of any materials where the copies are necessarily obtained for use in the case. Also, the Eleventh Circuit holds

that court reporter and deposition fees of witnesses listed by the non-prevailing party, or persons with discoverable information or information used in preparation for trial or summary judgment are taxable. *See EEOC v. W & O, Inc.*, 213 F.3d at 620-22. In addition, witness fees, service of process fees, and copy costs, including copies attributable to discovery or reasonably calculated for use at trial, are taxable. *Id.* at 620-24.

The attached affidavit of Miriam R. Coles, counsel for Defendants, establishes the taxable costs incurred by Defendants in this matter, and further that such costs and expenses were reasonably and necessarily incurred in the defense of this case and have been paid by Defendants. Specifically, all costs and expenses identified and requested in this motion were incurred in defending the case, preparing and responding to discovery requests from Plaintiffs, obtaining discoverable records from third parties, taking and defending numerous depositions, and preparing the pleadings and record evidence related to Defendants' Motions for Summary Judgment.

As to the fees for deposition transcripts and court reporter fees, these items referenced were reasonably and necessarily obtained in the defense of this matter based on the issues being litigated, as set forth in the accompanying Affidavit. *See Administrative Oder in the United States District for the Northern District of Florida*

*In Re: Allowable Items for Taxation of Costs*; EEOC v. W&O, Inc., 213 F.3d at 620-22.

## CONCLUSION

Accordingly, pursuant to Rule 54 and 28 U.S.C. § 1920, Defendants are entitled to an award of taxable costs and expenses in the amount of **$38,415.04.**

## NOTICE OF FILING BILL OF COSTS FORM AO133

Defendants, DEPARTMENT OF MANAGEMENT SERVICES and ALLENDE, by and through their undersigned counsel, hereby file with this motion a Verified Bill of Costs Form AO 133 that specifically identifies the taxable cost by category allowed pursuant to 28 U.S.C. § 1920.

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 3.01(g), prior to filing this motion, the undersigned counsel contacted Plaintiffs' counsel via telephone to determine whether they oppose or consent to this motion. Plaintiffs oppose the relief requested.

Dated this 20th day of January 2026.

HENRY BUCHANAN, P.A.

*/s/ Miriam R. Coles*
MIRIAM R. COLES
Florida Bar No. 58402
mcoles@henryblaw.com
J. STEVEN CARTER
Florida Bar No. 896152
scarter@henryblaw.com
Post Office Drawer 14079
Tallahassee, Florida 32317-4079
(850) 222-2920: Telephone
*Counsel for Defendants DMS and Allende*

## CERTIFICATE OF WORD COUNT

Pursuant to Local Rules 5.1 and 7.1, undersigned counsel certifies that this motion consists of 1,109 words and is typed in Times New Roman, font size 14.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed via the CM/ECF system which will send electronic notification to all counsel of record on this 20th day of January 2026.

*/s/ Miriam R. Coles*
ATTORNEY

# EXHIBIT 1

**to**
DEFENDANT'S MOTION TO TAX COSTS,
INTEGRATED MEMORANDUM OF LAW AND NOTICE OF FILING
BILL OF COST, FORM AO133

# BILL OF COSTS
(FORM AO133)

**JAMI CLAIRE, KATHRYN LANE, and AHMIR MURPHY v. FLORIDA DEPARTMENT OF MANAGEMENT SERVICES, and PEDRO ALLENDE, in his official capacity as Secretary of the Florida Department of Management Services. Case No.: 4:20-cv-0020-MW-CAS**

AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

JAMI CLAIRE, KATHRYN LANE, )
and AHMIR MURPHY )
v. ) Case No.: 4:20-cv-0020-MW-CAS
FLORIDA DEPARTMENT OF AGRICULTURE )
AND CONSUMER SERVICES, ET AL. )

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___01/05/2026___ against ___JAMI CLAIRE, et al.___ ,
                                                               Date
the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 21,699.49 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 16,715.55 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . | | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| | TOTAL  $ | 38,415.04 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

| Declaration |
|---|

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service        ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: _____

Name of Attorney:  Miriam R. Coles

For:  FLORIDA DEPARTMENT OF MANAGEMENT SERVICES, and PEDRO ALLEN        Date:     01/20/2026
      *Name of Claiming Party*

| Taxation of Costs |
|---|

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

Clerk of Court              Deputy Clerk                  Date

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# EXHIBIT 2

to
DEFENDANT'S MOTION TO TAX COSTS,
INTEGRATED MEMORANDUM OF LAW AND NOTICE OF FILING
BILL OF COST, FORM AO133

**AFFIDAVIT AND MEMORANDUM OF ITEMIZATION AND
DOCUMENTATION OF COSTS AND NECESSARY
DISBURSEMENTS IN SUPPORT OF DEFENDANT'S BILL OF
COSTS AND MOTION TO TAX COSTS**

**JAMI CLAIRE, KATHRYN LANE, and AHMIR MURPHY v. FLORIDA
DEPARTMENT OF MANAGEMENT SERVICES, and PEDRO ALLENDE, in his
official capacity as Secretary of the Florida Department of Management Services.
Case No.: 4:20-cv-0020-MW-CAS**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**JAMI CLAIRE, KATHRYN LANE,
and AHMIR MURPHY**

**Plaintiffs,**

**v.**                                           **CASE NO. 4:20-cv-0020-MW-CAS**

**FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES and
PEDRO ALLENDE, in his official
Capacity as Secretary of the Florida
Department of Management Services.**

**Defendants.**

_____ /

## AFFIDAVIT OF MIRAM R. COLES AND MEMORANDUM OF ITEMIZATION AND DOCUMENTATION OF TAXABLE COSTS AND NECESSARY DISBURSEMENTS IN SUPPORT OF DEFENDANTS' BILL OF COSTS AND MOTION TO TAX COSTS

STATE OF FLORIDA
COUNTY OF LEON

Before me, the undersigned authority and one authorized by law to administer oaths, personally appeared MIRIAM R. COLES, known to me, who after being duly sworn deposes and says:

1.     My name is Miriam R. Coles, and I am over the age of 18 and otherwise competent to testify about the matters stated in this affidavit. I am lead counsel of record for Defendants, DEPARTMENT OF MANAGEMENT

SERVICES, and PEDRO ALLENDE, in his official capacity in this action.  I have personal knowledge of the matters stated in this affidavit.

2.     The taxable costs reasonably and necessarily incurred by Defendants in the defense of this matter are itemized in Sections A-C below. Each section describes and lists the taxable costs in detail incurred and paid by Defendants for that particular category of taxable costs.

| Section A. | Deposition Fees: Transcript and Court Reporter Fees | Cost |
|---|---|---|
| 12/21/2020 | Court reporter, Phipps Reporting, Deposition of Jami Claire taken 10/28/20, Invoice 148011 | 852.44 |
| 12/21/2020 | Court reporter, Phipps Reporting, Deposition of Kathryn Lane taken 10/27/20, Invoice 148091 | 1,033.91 |
| 12/21/2020 | Court reporter, Phipps Reporting, Deposition of Ahmir Murphy taken 10/26/20, Invoice 148762 | 761.23 |
| 12/21/2020 | Court reporter, Phipps Reporting, Deposition of Brian Rogers taken 11/5/20, Invoice 149263 | 679.19 |
| 12/21/2020 | Court reporter, Phipps Reporting, Deposition of Jill Sumfest taken 11/10/20, Invoice 149833 | 825.75 |
| 12/31/2020 | Court reporter, Phipps Reporting, Deposition of Jodi Gentry taken 11/24/20, Invoice 151773 | 683.58 |
| 12/31/2020 | Court reporter, Phipps Reporting, Deposition of David Arthman taken 11/9/20, Invoice 151902 | 611.07 |
| 12/31/2020 | Court reporter, Phipps Reporting, Deposition of Shannon Edwards taken 11/20/20, Invoice 151767 | 1,089.55 |
| 12/31/2020 | Court reporter, Phipps Reporting, Deposition of Sabin Bass, Thomas Glennon, Karen Frost taken 11/12/20, Invoice 152696 | 1,417.96 |
| 12/31/2020 | Court reporter, Phipps Reporting, Deposition of Dearline Thomas-Brown taken 12/10/20, Invoice 153893 | 1016.20 |
| 12/31/2020 | Court reporter, Phipps Reporting, Deposition of Allison Loven taken 12/15/20, Invoice 154742 | 398.08 |
| 12/31/2020 | Court reporter, Phipps Reporting, Deposition of Dr. Anna Kirkland taken 12/22/20, Invoice 155271 | 1,396.52 |
| 12/31/2020 | Court reporter, Phipps Reporting, Deposition of Dr. | 932.54 |

| | | |
|---|---|---|
| | Stephen Levine taken 12/21/20, Invoice 155341 | |
| 12/31/2020 | Court reporter, Phipps Reporting, Deposition of Dr. Randi Ettner taken 12/29/20, Invoice 155612 | 1,423.71 |
| 12/31/2020 | Court reporter, Phipps Reporting, Deposition of Dr. Ryan Nicholas Gorton taken 1/4/21, Invoice 156204 | 1,010.13 |
| 12/31/2020 | Court reporter, Phipps Reporting, Deposition of Tami Fillyaw taken 1/4/21, Invoice 156272 | 2,978.30 |
| 12/31/2020 | Court reporter, Phipps Reporting, Deposition of DMS witnesses Sharon Larson and Jimmy Cox taken 1/13/21, Invoice 157036 | 536.73 |
| 12/31/2020 | Court reporter, Phipps Reporting, Deposition of Dearline Thomas-Brown, DMS Stokes taken 1/14/21, Invoice 157153 | 1,826.65 |
| 01/31/2021 | Court reporter, Phipps Reporting, Deposition of Mercer Health and Benefits representative taken 12/18/20, Invoice 155086 | 863.63 |
| 03/17/2021 | Court reporter, Phipps Reporting, Deposition of Robert Bonnell taken 1/29/21, Invoice 158920 | 337.86 |
| 03/31/2021 | Court reporter, Phipps Reporting, Deposition of "Rip" Colvin, Jr., taken 11/19/20, Invoice 151040 | 442.28 |
| 03/31/2021 | Court reporter, Phipps Reporting, Deposition of Carolyn Horwich, taken 12/8/20, Invoice 153233 | 294.22 |
| 03/31/2021 | Court reporter, Phipps Reporting, Deposition of Melissa Jackson taken 1/11/21, Invoice 157703 | 287.96 |
| | **SUBTOTAL** | **21,699.49** |
| **Section B.** | **Fees for Medical Records Obtained for Use in the Case** | **Cost** |
| 10/29/2020 | Medical Records, North Florida Regional Thyroid Center, Invoice 190933 | 50.00 |
| 10/29/2020 | Medical Records, Sharecare Health Data Services, University of Miami Health System, Invoice 1172731 | 85.07 |
| 11/17/2020 | Medical Records, IRM, UF Health Shands Gainesville, Invoice IRM37061904 | 31.75 |
| 02/23/2021 | Medical Records, Dermatology Advanced Care, invoice dated 12/17/20 | 27.00 |
| 02/23/2021 | Medical Records, Joseph D. Miller, D.C., re: Jay Kubioa, invoice dated 12/16/20 | 28.25 |
| 03/03/2021 | Medical Records, ScanSTAT Technologies, Tallahassee Primary Care Associates, invoice dated 12/18/20 | 17.00 |
| | **SUBTOTAL** | **239.07** |

| Section C. | Fees for Copies of Papers Obtained for Use in the Case | Cost |
|---|---|---|
| 10/16/2020 | Outside copy charges Action Legal Discovery Services, Invoice 9759 | 1,704.90 |
| 11/05/2020 | Outside copy charges Action Legal Discovery Services, Invoice 9788 | 14,771.58 |
| | **SUBTOTAL** | **16,476.48** |
| | | |
| | **TOTAL TAXABLE COST** | **38,415.04** |

3.      In addition, for each section of expense and taxable costs listed above, I have attached composite <u>Exhibits A-C</u> that corresponds to that particular section. These composite exhibits contain the supporting, back-up documentation and invoices for each expense listed above.

6.      The costs incurred in Section A were related to the deposition transcripts obtained during the case, all of which were necessary in the defense of the claims brought by Plaintiffs. As reflected in the motion to tax costs, most of these deposition transcripts were filed with the Court as record evidence related to the Defendants' motions for summary judgment (ECF 125, 126) and/or were filed in support of Plaintiffs' partial motion for summary judgment (ECF 123); and therefore, were necessarily obtained for use in the case.  These depositions include: Plaintiff Jamie Claire (ECF 118-5); Plaintiff Kathryn Lane (ECF 118-19); Plaintiff Ahmir Murphy (ECF 118-23); DMS Corporate representatives Sharon Larson (ECF 118-8), Ryan Stokes (ECF 118-9) and Jimmy Cox (ECF 118-7); DMS legal nurse consultant Dearline Thomas-Brown in her personal capacity on 12/10/2020

(ECF 118-25) and as DMS corporate representative on 1/14/2021 (ECF 118-10); DMC Chief of Staff Tami Fillyaw (ECF 118-13); AvMed Representative Robert Bonnell (ECF 118-2); Florida Blue representative Melissa Jackson (ECF 118-14); Mercer Health and Benefits representative Keith Hanson (ECF 118-22); CHP representatives Thomas Glennon (ECF 118-4) and Karen Frost (ECF 118-2); UF VP of Human Resources Jodi Gentry (ECF 118-15); FDC representative David Arthman (ECF 118-1), UF Director of benefits and leave Shannon Edwards (ECF 118-11); Public Defendant's Office Personnel Director Allison Loven (ECF 118-21); Public Defender's Officer administrative director Brian Rogers (ECF 118-24); JAC Executive Director "Rip" Colvin Jr. (ECF 118-6); JAC HR Director Carolyn Horwich (ECF 118-17); Plaintiffs' designated expert on transgender exclusions and insurance coverage Dr. Anna Kirkland (ECF 118-18); Plaintiffs' designated expert psychologist Dr. Randi Ettner (ECF 118-12); Plaintiffs' rebuttal expert Dr. Ryan Nicholas Gorton (ECF 118-16); Defendants' expert psychiatrist Dr. Stephen Levine (ECF 118-20). The depositions of UF representative Jill Sumfest and CHP representative Sabin Bass were noticed and taken by Plaintiffs, and Defendants obtained copies of these deposition transcripts as part of necessary discovery and evaluation of the claims brought by Plaintiff in defense of this litigation.

7. The costs and fees incurred in Section B were related to the acquisition of Plaintiffs' medical records, primarily relating to medical care

regarding gender dysphoria and medical treatments Plaintiffs were seeking in the lawsuit. Plaintiffs identified numerous medical treaters as having discoverable information that they may use to support their claims. (ECF 74.)

8.    The costs and fees incurred in Section C were related to paper copies of documents necessarily used in the litigation. Specifically, based upon review of the invoice and documents produced in litigation at that time, the undersigned believes that Invoice 9788 relates to the conversion of voluminous emails from their native format to PDF, in response to Plaintiffs' requests for production in order to prepare them for redaction and subsequent production. These items were produced to Plaintiffs in seven batches throughout November and December of 2020. Invoice 9759 relates to the production of historic health plan booklets, which had to be hand copied and scanned into electronic format for production.[1]

10.    I declare under the penalty of perjury that the foregoing is true and correct.

---

[1] DMS had one hard copy of many of these old Group Health Insurance Plan Booklets / Benefits Documents. The entries on this invoice relating to "BB" appear to be for two sets of photocopies of the booklets for defense counsels' use, and Defendants are not seeking to recover for that portion of the invoice.

Further affiant sayeth not.


_____
MRIAIM R. COLES

STATE OF FLORIDA
COUNTY OF LEON

BEFORE ME, the undersigned authority, personally appeared MIRIAM R.

COLES who is personally known.

SWORN and SUBSCRIBED before me this _20th_ day of

_January_ , 2026.                    _____
NOTARY PUBLIC
My Commission Expires:

ALYSSA MCDUFFIE
Commission # HH 341152
Expires March 31, 2027

# SECTION A

## Composite A

# Deposition Fees: Transcript and Reporter Fees

**JAMI CLAIRE, KATHRYN LANE, and AHMIR MURPHY v. FLORIDA DEPARTMENT OF MANAGEMENT SERVICES, and PEDRO ALLENDE, in his official capacity as Secretary of the Florida Department of Management Services.**
**Case No.: 4:20-cv-0020-MW-CAS**

HENRY BUCHANAN, P.A.

Vendor: 8003 HIPPS REPORTING INC

42636

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 12/21/20 | COURT REPORTER FEES | 650 | 8,500.83 | | 8,500.83 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 12/21/20 | 42636 | 8,500.83 | 0.00 | 8,500.83 |

# INVOICE

## PHIPPS REPORTING
**HEADQUARTERS**
1551 Forum Place, Suite 200-E West Palm Beach, FL 33401
TEL: 888-811-5408     FAX: 561-290-1595
billing@phippsreporting.com   •   www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 148011 | 11/3/2020 | 160582 |
| **Job Date** | | **Case No.** |
| 10/28/2020 | 420CV00020MWMAF | |
| **Case Name** | | |
| Jami Claire vs. Florida Department of Management Services, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

| DEPOSITION TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Jami Claire | | | | | |
| Deposition: First Hour | 122.00 | Pages | @ | 4.49 | 547.78 |
| | | | | 81.60 | 81.60 |
| Deposition: Additional Hour(s) | 2.75 | Hours | @ | 56.10 | 154.28 |
| Paperless delivery: One tree will be planted in your honor! | | | | 0.00 | 0.00 |
| Jami Claire - Exhibits | | | | | |
| Exhibits: B & W | 121.00 | Pages | @ | 0.51 | 61.71 |
| Exhibits: Color | 7.00 | Pages | @ | 1.01 | 7.07 |
| | | **TOTAL DUE  >>>** | | | **$852.44** |
| | | AFTER 12/18/2020 PAY | | | $937.68 |

Reference No.    : K04756

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | **(-) Payments/Credits:** | 0.00 |
|---|---|---|

**Tax ID:** 90-0628164                                Phone: 850-222-2920   Fax:850-224-0034

---

*Please detach bottom portion and return with payment.*

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

| Job No. | : | 160582 | BU ID | : FL-PAN |
|---|---|---|---|---|
| Case No. | : | 420CV00020MWMAF | | |
| Case Name | : | Jami Claire vs. Florida Department of Management Services, Inc. | | |
| Invoice No. | : | 148011 | Invoice Date | : 11/3/2020 |
| **Total Due** | : | **$852.44** | | |

### PAYMENT WITH CREDIT CARD       AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:    **Phipps Reporting, Inc.**
             **1551 Forum Place**
             **Building 200, Suite E**
             **West Palm Beach, FL  33401**


Rmgt 20A010

# INVOICE

## PHIPPS REPORTING
### HEADQUARTERS
1551 Forum Place, Suite 200-E West Palm Beach, FL 33401
TEL: 888-811-3408    FAX: 561-290-1595
billing@phippsreporting.com • www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 148091 | 11/4/2020 | 160579 |

| Job Date | Case No. |
|---|---|
| 10/27/2020 | 420CV00020MWMAF |

| Case Name |
|---|
| Jami Claire vs. Florida Department of Management Services, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL  32308

| | | | | | |
|---|---|---|---|---|---|
| DEPOSITION TRANSCRIPT OF: | | | | | |
| Kathryn Lane | | 147.00 | Pages | @ | 4.49 | 660.03 |
| Deposition:  First Hour | | | | | | 81.60 | 81.60 |
| Deposition:  Additional Hour(s) | | 3.75 | Hours | @ | 56.10 | 210.38 |
| Kathryn Lane - Exhibits | | | | | | |
| Exhibits:  B & W | | 18.00 | Pages | @ | 0.51 | 9.18 |
| Exhibits:  Color | | 72.00 | Pages | @ | 1.01 | 72.72 |

**TOTAL DUE  >>>**   **$1,033.91**

AFTER 12/19/2020 PAY   $1,137.30

Reference No.    :  K04756

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

(-) Payments/Credits:    0.00
(+) Finance Charges/Debits:    0.00

**Tax ID: 90-0628164**

Phone: 850-222-2920  Fax:850-224-0034

*Please detach bottom portion and return with payment.*

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL  32308

| | | |
|---|---|---|
| Job No. | :  160579 | BU ID    : FL-PAN |
| Case No. | :  420CV00020MWMAF | |
| Case Name | :  Jami Claire vs. Florida Department of Management Services, Inc. | |
| Invoice No. | :  148091 | Invoice Date    : 11/4/2020 |
| **Total Due** | :  **$1,033.91** | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:    **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL  33401**


Rmgt 20A010

# INVOICE

## PHIPPS REPORTING
### HEADQUARTERS
1551 Forum Place, Suite 200-E West Palm Beach, FL 33401
TEL: 888-811-3408    FAX: 561-290-1595
billing@phippsreporting.com • www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 148762 | 11/9/2020 | 160576 |
| **Job Date** | **Case No.** | |
| 10/26/2020 | 420CV00020MWMAF | |
| **Case Name** | | |
| Jami Claire vs. Florida Department of Management Services, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

| | | | | |
|---|---|---|---|---|
| DEPOSITION TRANSCRIPT OF: | | | | |
| Ahmir Murphy | 118.00 Pages | @ | 4.49 | 529.82 |
| Deposition:  First Hour | | | 81.60 | 81.60 |
| Deposition:  Additional Hour(s) | 2.00 Hours | @ | 56.10 | 112.20 |
| Ahmir Murphy- Exhibits | | | | |
| Exhibits:  B & W | 48.00 Pages | @ | 0.51 | 24.48 |
| Exhibits:  Color | 13.00 Pages | @ | 1.01 | 13.13 |
| | **TOTAL DUE  >>>** | | | **$761.23** |
| | AFTER 12/24/2020 PAY | | | $837.35 |

Reference No.    :  K04756

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |

**Tax ID:** 90-0628164                          Phone: 850-222-2920   Fax:850-224-0034

*Please detach bottom portion and return with payment.*

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL  32308

| | | | |
|---|---|---|---|
| Job No. | :  160576 | BU ID | : FL-PAN |
| Case No. | :  420CV00020MWMAF | | |
| Case Name | :  Jami Claire vs. Florida Department of Management Services, Inc. | | |
| Invoice No. | :  148762 | Invoice Date | : 11/9/2020 |
| **Total Due** | :  **$761.23** | | |

Remit To:   **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL  33401**

### PAYMENT WITH CREDIT CARD 

| | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Rmgt 20A010

# INVOICE

1 of 1

**PHIPPS REPORTING**

**HEADQUARTERS**
1551 Forum Place, Suite 200-E West Palm Beach, FL 33401
TEL: 888-811-3408    FAX: 561-290-1595
billing@phippsreporting.com • www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 149263 | 11/12/2020 | 160915 |

| Job Date | Case No. | |
|---|---|---|
| 11/5/2020 | 420CV00020MWMAF | |

| Case Name |
|---|
| Jami Claire vs. Florida Department of Management Services, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

DEPOSITION TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Brian Rogers | | | | | |
| Brian Rogers - Exhibits | 191.00 | Pages | @ | 3.13 | 597.83 |
| Exhibits: B & W | 11.00 | Pages | @ | 0.51 | 5.61 |
| Exhibits: Color | 75.00 | Pages | @ | 1.01 | 75.75 |
| | **TOTAL DUE >>>** | | | | **$679.19** |
| | AFTER 12/27/2020 PAY | | | | $747.11 |

Location of Job    : ALL PARTIES APPEARING VIA ZOOM, FL
Reference No.      : K04756

Thank you for your business!

TERMS: Payment is due upon receipt and is not contingent upon client reimbursement. Contact us immediately for billing corrections as no adjustments will be made after 30 days. Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$679.19** |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

Invoice No.    : 149263
Invoice Date  : 11/12/2020
**Total Due**   : **$679.19**

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

Job No.     : 160915
BU ID       : FL-PAN
Case No.    : 420CV00020MWMAF
Case Name   : Jami Claire vs. Florida Department of
              Management Services, Inc.

*Rmgt · 20A010*

# INVOICE

1 of 2

## PHIPPS REPORTING

**HEADQUARTERS**
1551 Forum Place, Suite 200-E West Palm Beach, FL 33401
TEL: 888-811-3408   FAX: 561-790-1595
billing@phippsreporting.com • www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 149833 | 11/17/2020 | 161407 |

| Job Date | Case No. |
|---|---|
| 11/10/2020 | 420CV00020MWMAF |

| Case Name |
|---|
| Jami Claire vs. Florida Department of Management Services, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

DEPOSITION TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Jill Sumfest | 204.00 | Pages | @ | 3.13 | 638.52 |
| Paperless delivery:  One tree will be planted in your honor! | 1.00 | | @ | 0.00 | 0.00 |
| Jill Sumfest- Exhibits | | | | | |
| Exhibits:  B & W | 177.00 | Pages | @ | 0.51 | 90.27 |
| Exhibits:  Color | 96.00 | Pages | @ | 1.01 | 96.96 |
| | | **TOTAL DUE   >>>** | | | **$825.75** |
| | | AFTER 1/1/2021 PAY | | | $908.33 |

Location of Job  : ALL PARTIES APPEARING VIA ZOOM, FL
Reference No.  : K04756

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

Invoice No.   : 149833
Invoice Date  : 11/17/2020
**Total Due**    : **$825.75**

Remit To:  **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

Job No.    : 161407
BU ID      : FL-PAN
Case No.   : 420CV00020MWMAF
Case Name  : Jami Claire vs. Florida Department of
Management Services, Inc.

Rmat 20Ann

42739

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 01/26/21 | COURT REPORTER FEES | 650 | 15,321.02 | | 15,321.02 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 01/28/21 | 42739 | 15,321.02 | 0.00 | 15,321.02 |

 Safeguard    SFMS01353-1    TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143    CRL71F0010000    G07SF014940

# INVOICE

1 of 2

**PHIPPS REPORTING**

**HEADQUARTERS**
1551 Forum Place, Suite 200-E West Palm Beach, FL 33401
TEL: 888-811-3408    FAX: 561-290-1595
billing@phippsreporting.com • www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 151773 | 12/2/2020 | 164350 |

| Job Date | Case No. |
|---|---|
| 11/24/2020 | 420CV00020MWMAF |

| Case Name |
|---|
| Jami Claire vs. Florida Department of Management Services, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

DEPOSITION TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Jodi Gentry | | 173.00 | Pages | @ | 3.13 | 541.49 |
| Paperless delivery:  One tree will be planted in your honor! | | 1.00 | | @ | 0.00 | 0.00 |
| Jodi Gentry - Exhibit | | | | | | |
| Exhibits:  B & W | | 138.00 | Pages | @ | 0.51 | 70.38 |
| Exhibits:  Color | | 71.00 | Pages | @ | 1.01 | 71.71 |
| | | **TOTAL DUE   >>>** | | | | **$683.58** |

AFTER 1/16/2021 PAY          $751.94

Location of Job : ALL PARTIES TO ATTEND REMOTELY VIA ZOOM
Reference No.   : K04756

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

Invoice No.    : 151773
Invoice Date  : 12/2/2020
**Total Due**    : **$683.58**

Remit To:  **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

Job No.      : 164350
BU ID        : FL-PAN
Case No.     : 420CV00020MWMAF
Case Name    : Jami Claire vs. Florida Department of
                Management Services, Inc.

# INVOICE

1 of 1

**PHIPPS REPORTING**

**HEADQUARTERS**
1551 Forum Place, Suite 200-E West Palm Beach, FL 33401
TEL: 888-811-3408   FAX: 561-290-1595
billing@phippsreporting.com  •  www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 151902 | 12/2/2020 | 160929 |

| Job Date | Case No. |
|---|---|
| 11/9/2020 | 420CV00020MWMAF |

| Case Name |
|---|
| Jami Claire vs. Florida Department of Management Services, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

DEPOSITION TRANSCRIPT OF:
David Arthman

| | | | | |
|---|---|---|---|---|
| David Arthman | 130.00 Pages | @ | 3.13 | 406.90 |
| David Arthman- Exhibits | | | | |
| Exhibits: B & W | 30.00 Pages | @ | 0.51 | 15.30 |
| Exhibits: Color | 187.00 Pages | @ | 1.01 | 188.87 |
| | **TOTAL DUE   >>>** | | | **$611.07** |
| | AFTER 1/16/2021  PAY | | | $672.18 |

Location of Job    : ALL PARTIES APPEARING VIA ZOOM, FL
Reference No.      : K04756

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$611.07** |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

Invoice No.   : 151902
Invoice Date  : 12/2/2020
**Total Due**    : **$611.07**

Remit To:  **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

Job No.      : 160929
BU ID        : FL-PAN
Case No.     : 420CV00020MWMAF
Case Name   : Jami Claire vs. Florida Department of Management Services, Inc.

RWGH 20A010

# INVOICE

1 of 1

## PHIPPS REPORTING

**HEADQUARTERS**
1551 Forum Place, Suite 200-E West Palm Beach, FL 33401
TEL: 888-811-3408  FAX: 561-290-1595
billing@phippsreporting.com • www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 151767 | 12/2/2020 | 161412 |

| Job Date | Case No. |
|---|---|
| 11/20/2020 | 420CV00020MWMAF |

| Case Name |
|---|
| Jami Claire vs. Florida Department of Management Services, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

DEPOSITION TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Shannon Edwards | 246.00 Pages | @ | 3.13 | 769.98 |
| Shannon Edwards - Exhibit | | | | |
| Exhibits:  B & W | 183.00 Pages | @ | 0.51 | 93.33 |
| Exhibits:  Color | 224.00 Pages | @ | 1.01 | 226.24 |
| **TOTAL DUE  >>>** | | | | **$1,089.55** |
| | AFTER 1/16/2021 PAY | | | $1,198.51 |

Location of Job   : ALL PARTIES APPEARING VIA ZOOM, FL
Reference No.    : K04756

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$1,089.55** |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

Invoice No.   : 151767
Invoice Date  : 12/2/2020
**Total Due**    : **$1,089.55**

Remit To:  **Phipps Reporting, Inc.**
            **1551 Forum Place**
            **Building 200, Suite E**
            **West Palm Beach, FL 33401**

Job No.     : 161412
BU ID        : FL-PAN
Case No.    : 420CV00020MWMAF
Case Name  : Jami Claire vs. Florida Department of
              Management Services, Inc.

*Rmgt 20A010*

# INVOICE

1 of 2

**PHIPPS REPORTING**

**HEADQUARTERS**
1551 Forum Place, Suite 200-E West Palm Beach, FL 33401
TEL: 888-811-3408    FAX: 561-290-1995
billing@phippsreporting.com • www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152696 | 12/8/2020 | 162262 |

| Job Date | Case No. | |
|---|---|---|
| 11/12/2020 | 420CV00020MWMAF | |

| Case Name |
|---|
| Jami Claire vs. Florida Department of Management Services, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

| | | | | | |
|---|---|---|---|---|---|
| DEPOSITION TRANSCRIPT OF: | | | | | |
| Sabin Bass | 16.00 | Pages | @ | 3.13 | 50.08 |
| DEPOSITION TRANSCRIPT OF: | | | | | |
| Thomas Glennon | 102.00 | Pages | @ | 3.13 | 319.26 |
| Thomas Glennon - Exhibit | | | | | |
| Exhibits:  B & W | 430.00 | Pages | @ | 0.51 | 219.30 |
| Exhibits:  Color | 254.00 | Pages | @ | 1.01 | 256.54 |
| DEPOSITION TRANSCRIPT OF: | | | | | |
| Karen Frost | 100.00 | Pages | @ | 3.13 | 313.00 |
| Karen Frost - Exhibit | | | | | |
| Exhibits:  B & W | 244.00 | Pages | @ | 0.51 | 124.44 |
| Exhibits:  Color | 134.00 | Pages | @ | 1.01 | 135.34 |
| | | **TOTAL DUE   >>>** | | | **$1,417.96** |

AFTER 1/22/2021  PAY                                                      $1,559.76

Location of Job   : ALL PARTIES APPEARING VIA ZOOM, FL
Reference No.      : K04756

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

Invoice No.   : 152696
Invoice Date  : 12/8/2020
**Total Due**    : **$1,417.96**

Remit To:  **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

Job No.      : 162262
BU ID        : FL-PAN
Case No.     : 420CV00020MWMAF
Case Name   : Jami Claire vs. Florida Department of
Management Services, Inc.

Rmgt. 20A010

# INVOICE

1 of 2

## PHIPPS REPORTING

**HEADQUARTERS**
1551 Forum Place, Suite 200-E West Palm Beach, FL 33401
TEL: 888-811-3408    FAX: 561-290-1595
billing@phippsreporting.com • www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 153893 | 12/17/2020 | 163762 |

| Job Date | Case No. |
|---|---|
| 12/10/2020 | 420CV00020MWMAF |

| Case Name |
|---|
| Jami Claire vs. Florida Department of Management Services, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

DEPOSITION TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Dearline Thomas-Brown | 211.00 | Pages | @ | 3.13 | 660.43 |
| Paperless delivery:  One tree will be planted in your honor! | 1.00 | | @ | 0.00 | 0.00 |
| Dearline Thomas-Brown - Exhibit | | | | |
| Exhibits:  B & W | 252.00 | Pages | @ | 0.51 | 128.52 |
| Exhibits:  Color | 225.00 | Pages | @ | 1.01 | 227.25 |

**TOTAL DUE  >>>**    **$1,016.20**

AFTER 1/31/2021  PAY    $1,117.82

Location of Job    : ALL PARTIES TO ATTEND REMOTELY VIA ZOOM, FL
Reference No.    : K04756

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

**(-) Payments/Credits:**    0.00
**(+) Finance Charges/Debits:**    0.00

**Tax ID: 90-0628164**

*Please detach bottom portion and return with payment.*

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

Invoice No.    : 153893
Invoice Date  : 12/17/2020
**Total Due**    : **$1,016.20**

*@ OR 1-13-21*

Remit To:  **Phipps Reporting, Inc.**
          **1551 Forum Place**
          **Building 200, Suite E**
          **West Palm Beach, FL 33401**

Job No.     : 163762
BU ID       : FL-PAN
Case No.    : 420CV00020MWMAF
Case Name   : Jami Claire vs. Florida Department of Management Services, Inc.

*Rmgt 20A010*

# INVOICE

1 of 1

## PHIPPS REPORTING

### HEADQUARTERS
1551 Forum Place, Suite 200 E West Palm Beach, FL 33401
TEL: 888-811-3408    FAX: 561-290-1595
e-mail: info@phippsreporting.com • www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 154742 | 12/23/2020 | 167759 |
| **Job Date** | **Case No.** | |
| 12/15/2020 | 420CV00020MWMAF | |
| **Case Name** | | |
| Jami Claire vs. Florida Department of Management Services, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

DEPOSITION TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Allison Loven | 89.00 Pages | @ | 3.130 | 278.57 |
| Allison Loven-Exhibits | | | | |
| Exhibits:  B & W | 167.00 Pages | @ | 0.510 | 85.17 |
| Exhibits:  Color | 34.00 Pages | @ | 1.010 | 34.34 |
| **TOTAL DUE  >>>** | | | | **$398.08** |
| | AFTER 2/6/2021 PAY | | | $437.89 |

Location of Job    : ALL PARTIES TO ATTEND REMOTELY VIA ZOOM, FL
Reference No.    : K04756

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$398.08** |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

Invoice No.    : 154742
Invoice Date  : 12/23/2020
**Total Due**     : **$398.08**

Con SC 12/29/20

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

Job No.       : 167759
BU ID         : FL-PAN
Case No.      : 420CV00020MWMAF
Case Name    : Jami Claire vs. Florida Department of
                Management Services, Inc.

RMgt  20A010

# INVOICE

1 of 2

**PHIPPS REPORTING**

**HEADQUARTERS**
1551 Forum Place, Suite 200-E West Palm Beach, FL 33401
TEL: 888-811-3408    FAX: 561-290-1595
billing@phippsreporting.com  •  www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 155271 | 12/30/2020 | 168475 |
| **Job Date** | **Case No.** | |
| 12/22/2020 | 420CV00020MWMAF | |
| **Case Name** | | |
| Jami Claire vs. Florida Department of Management Services, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

DEPOSITION TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Dr. Anna Kirkland | | | | | |
| Deposition: First Hour | 228.00 | Pages | @ | 4.490 | 1,023.72 |
| Deposition: Additional Hour(s) | 1.00 | Hours | @ | 81.600 | 81.60 |
| | 4.50 | Hours | @ | 56.100 | 252.45 |
| Dr. Anna Kirkland - Exhibit | | | | | |
| Exhibits: B & W | 74.00 | Pages | @ | 0.510 | 37.74 |
| Exhibits: Color | 1.00 | Pages | @ | 1.010 | 1.01 |

**TOTAL DUE  >>>**                                      **$1,396.52**

AFTER 2/13/2021 PAY                          $1,536.17

Location of Job  : ALL PARTIES APPEARING VIA ZOOM, FL
Reference No.    : K04756

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

**(-) Payments/Credits:**                              0.00

**Tax ID: 90-0628164**

*Please detach bottom portion and return with payment.*

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

Invoice No.   : 155271
Invoice Date  : 12/30/2020
**Total Due**     : **$1,396.52**

Remit To:  **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

Job No.    : 168475
BU ID      : FL-PAN
Case No.   : 420CV00020MWMAF
Case Name  : Jami Claire vs. Florida Department of
            Management Services, Inc.

RMGT 20A010

# INVOICE

1 of 1

**PHIPPS REPORTING**

**HEADQUARTERS**
1551 Forum Place, Suite 200-E West Palm Beach, FL 33401
TEL: 888-811-5408    FAX: 561-290-1595
billing@phippsreporting.com • www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 155341 | 12/31/2020 | 166551 |
| **Job Date** | **Case No.** | |
| 12/21/2020 | 420CV00020MWMAF | |
| **Case Name** | | |
| Jami Claire vs. Florida Department of Management Services, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

DEPOSITION TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Dr. Stephen Levine | 237.00 | Pages | @ | 3.130 | 741.81 |
| Dr. Stephen Levine -Exhibits | | | | | |
| Exhibits: B & W | 372.00 | Pages | @ | 0.510 | 189.72 |
| Exhibits: Color | 1.00 | Pages | @ | 1.010 | 1.01 |

**TOTAL DUE  >>>**                                      **$932.54**

AFTER 2/14/2021  PAY                          $1,025.79

Location of Job    : ALL PARTIES TO ATTEND REMOTELY VIA ZOOM, FL
Reference No.    : K04756

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$932.54** |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

Invoice No.    : 155341
Invoice Date  : 12/31/2020
**Total Due**    : **$932.54**

Job No.       : 166551
BU ID         : FL-PAN
Case No.      : 420CV00020MWMAF
Case Name     : Jami Claire vs. Florida Department of
                Management Services, Inc.

Remit To:  **Phipps Reporting, Inc.**
           **1551 Forum Place**
           **Building 200, Suite E**
           **West Palm Beach, FL 33401**

Rmgt 20A010

# INVOICE

1 of 2

**PHIPPS REPORTING**

**HEADQUARTERS**
1551 Forum Place, Suite 200-E West Palm Beach, FL 33401
TEL: 888-811-3408    FAX: 561-290-1595
billing@phippsreporting.com • www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 155612 | 1/8/2021 | 168458 |

| Job Date | Case No. |
|---|---|
| 12/29/2020 | 420CV00020MWMAF |

| Case Name |
|---|
| Jami Claire vs. Florida Department of Management Services, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

DEPOSITION TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Dr. Randi Ettner | | | | | |
| Deposition: First Hour | 209.00 | Pages | @ | 4.490 | 938.41 |
| Deposition: Additional Hour(s) | 1.00 | Hours | @ | 81.600 | 81.60 |
| | 5.50 | Hours | @ | 56.100 | 308.55 |
| Dr. Randi Ettner- Exhibit | | | | | |
| Exhibits: B & W | 143.00 | Pages | @ | 0.510 | 72.93 |
| Exhibits: Color | 22.00 | Pages | @ | 1.010 | 22.22 |

**TOTAL DUE  >>>**                **$1,423.71**

Location of Job  : ALL PARTIES APPEARING VIA ZOOM, FL                AFTER 2/22/2021 PAY          $1,566.08
Reference No.  : K04756

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

**(-) Payments/Credits:**                0.00

**Tax ID: 90-0628164**

*Please detach bottom portion and return with payment.*

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

Invoice No.  : 155612
Invoice Date  : 1/8/2021
**Total Due**  : **$1,423.71**  *bw  SC  1-13-2021*

Remit To:  **Phipps Reporting, Inc.**
                **1551 Forum Place**
                **Building 200, Suite E**
                **West Palm Beach, FL 33401**

Job No.  : 168458
BU ID  : FL-PAN
Case No.  : 420CV00020MWMAF
Case Name  : Jami Claire vs. Florida Department of
                Management Services, Inc.

*Rmqt  20A010*

# INVOICE

1 of 1

**PHIPPS REPORTING**

**HEADQUARTERS**
1551 Forum Place, Suite 200-E West Palm Beach, FL 33401
TEL: 888-811-3408    FAX: 561-290-1595
billing@phippsreporting.com  •  www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 156204 | 1/11/2021 | 170036 |

| Job Date | Case No. | |
|---|---|---|
| 1/4/2021 | 420CV00020MWMAF | |

| Case Name | | |
|---|---|---|
| Jami Claire vs. Florida Department of Management Services, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

| DEPOSITION TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Dr. Ryan Nicholas Gorton | | | | | |
| Deposition:  First Hour | 165.00 | Pages | @ | 4.490 | 740.85 |
| Deposition:  Additional Hour(s) | 1.00 | Hours | @ | 81.600 | 81.60 |
| | 3.00 | Hours | @ | 56.100 | 168.30 |
| Dr. Ryan Nicholas Gorton-Exhibits | | | | | |
| Exhibits:  B & W | 38.00 | Pages | @ | 0.510 | 19.38 |
| | | **TOTAL DUE  >>>** | | | **$1,010.13** |

Location of Job    : ALL PARTIES APPEARING VIA ZOOM, FL

AFTER 2/25/2021 PAY                              $1,111.14

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$1,010.13** |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

Invoice No.    : 156204
Invoice Date   : 1/11/2021
**Total Due**    : **$1,010.13**

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

Job No.       : 170036
BU ID         : FL-PAN
Case No.      : 420CV00020MWMAF
Case Name     : Jami Claire vs. Florida Department of
                Management Services, Inc.

Rmgt: 20A010

# INVOICE

1 of 1

**PHIPPS REPORTING**

**HEADQUARTERS**
1551 Forum Place, Suite 200-E West Palm Beach, FL 33401
TEL: 888-811-3408    FAX: 561-290-1595
billing@phippsreporting.com • www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 156272 | 1/14/2021 | 168522 |
| **Job Date** | **Case No.** | |
| 1/6/2021 | 420CV00020MWMAF | |
| **Case Name** | | |
| Jami Claire vs. Florida Department of Management Services, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

DEPOSITION TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Tami Fillyaw | 312.00 | Pages | @ | 7.070 | 2,205.84 |
| Tami Fillyaw - Exhibits | | | | | |
| Exhibits: B & W | 871.00 | Pages | @ | 0.510 | 444.21 |
| Exhibits: Color | 325.00 | Pages | @ | 1.010 | 328.25 |
| | **TOTAL DUE  >>>** | | | | **$2,978.30** |

AFTER 2/28/2021  PAY                    $3,276.13

Location of Job   : ALL PARTIES APPEARING VIA ZOOM, FL
Reference No.     : K04756

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$2,978.30** |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

| | |
|---|---|
| Invoice No. | : 156272 |
| Invoice Date | : 1/14/2021 |
| **Total Due** | **: $2,978.30** |

*Expedeed b/c of Rqus. MO'
On SC 1-20-2021*

Remit To:  **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

| | |
|---|---|
| Job No. | : 168522 |
| BU ID | : FL-PAN |
| Case No. | : 420CV00020MWMAF |
| Case Name | : Jami Claire vs. Florida Department of Management Services, Inc. |

*Kingf 20 A010*

# INVOICE

1 of 2

## PHIPPS REPORTING

**HEADQUARTERS**
1551 Forum Place, Suite 200-E West Palm Beach, FL 33401
TEL: 888-811-3408    FAX: 561-290-1595
billing@phippsreporting.com • www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 157036 | 1/18/2021 | 168568 |

| Job Date | Case No. |
|---|---|
| 1/13/2021 | 420CV00020MWMAF |

| Case Name |
|---|
| Jami Claire vs. Florida Department of Management Services, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| DMS Sharon Larson | | | | | |
| DMS Sharon Larson - Exhibit | 66.00 | Pages | @ | 3.130 | 206.58 |
| Exhibits: B & W | 7.00 | Pages | @ | 0.510 | 3.57 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| DMS Jimmy Cox | | | | | |
| DMS Jimmy Cox - Exhibit | 89.00 | Pages | @ | 3.130 | 278.57 |
| Exhibits: B & W | 7.00 | Pages | @ | 0.510 | 3.57 |
| Exhibits: Color | 44.00 | Pages | @ | 1.010 | 44.44 |
| **TOTAL DUE   >>>** | | | | | **$536.73** |

AFTER 3/4/2021  PAY                                                    $590.40

Location of Job    : ALL PARTIES APPEARING VIA ZOOM
Reference No.      : K04756

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

Invoice No.   : 157036
Invoice Date  : 1/18/2021
**Total Due**    : **$536.73**

*Sc @W 1-19-2021*

**Remit To:  Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

Job No.     : 168568
BU ID       : FL-PAN
Case No.    : 420CV00020MWMAF
Case Name   : Jami Claire vs. Florida Department of
               Management Services, Inc.

*Rmgt  20A010*

# INVOICE

1 of 2

**PHIPPS REPORTING**

**HEADQUARTERS**
1551 Forum Place, Suite 200-E West Palm Beach, FL 33401
TEL: 888-811-3408    FAX: 561-290-1595
billing@phippsreporting.com • www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 157153 | 1/19/2021 | 169463 |

| Job Date | Case No. |
|---|---|
| 1/14/2021 | 420CV00020MWMAF |

| Case Name |
|---|
| Jami Claire vs. Florida Department of Management Services, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

| | | | | |
|---|---|---|---|---|
| DEPOSITION TRANSCRIPT OF: | | | | |
| Department of Management Services - (Dearline Thomas-Brown) | 130.00 Pages | @ | 3.130 | 406.90 |
| Paperless delivery: One tree will be planted in your honor! | 1.00 | @ | 0.000 | 0.00 |
| Exhibits | | | | |
| Department of Management Services (Dearline Thomas-Brown) - Exhibit | | | | |
| Exhibits: B & W | 283.00 Pages | @ | 0.510 | 144.33 |
| Exhibits: Color | 150.00 Pages | @ | 1.010 | 151.50 |
| DEPOSITION TRANSCRIPT OF: | | | | |
| Department of Management Services - (Stokes) | 121.00 Pages | @ | 3.130 | 378.73 |
| Exhibits | | | | |
| Department of Management Services - (Stokes) - Exhibit | | | | |
| Exhibits: B & W | 972.00 Pages | @ | 0.510 | 495.72 |
| Exhibits: Color | 247.00 Pages | @ | 1.010 | 249.47 |

TOTAL DUE  >>>   **$1,826.65**

AFTER 3/5/2021  PAY    $2,009.32

Location of Job  : ALL PARTIES APPEARING VIA ZOOM
Reference No.   : K04756

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

Invoice No.   : 157153
Invoice Date  : 1/19/2021
**Total Due**   : **$1,826.65**

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

Job No.    : 169463
BU ID     : FL-PAN
Case No.   : 420CV00020MWMAF
Case Name  : Jami Claire vs. Florida Department of Management Services, Inc.

Rmgt  20A010

# INVOICE

1 of 1

## PHIPPS REPORTING

**HEADQUARTERS**
1551 Forum Place, Suite 200-E West Palm Beach, FL 33401
TEL: 888-811-3408    FAX: 561-290-1555
billing@phippsreporting.com • www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 155086 | 12/29/2020 | 169057 |
| **Job Date** | **Case No.** | |
| 12/18/2020 | 420CV00020MWMAF | |
| **Case Name** | | |
| Jami Claire vs. Florida Department of Management Services, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

DEPOSITION TRANSCRIPT OF:

C/R: Mercer Health and Benefits, L.L.C.

C/R: Mercer Health and Benefits, L.L.C.- Exhibit

Exhibits: B & W

Exhibits: Color

| | | | | |
|---|---|---|---|---|
| 134.00 | Pages | @ | 3.130 | 419.42 |
| 871.00 | Pages | @ | 0.510 | 444.21 |
| 1000.00 | Pages | @ | 1.010 | 1,010.00 |

**TOTAL DUE  >>>**          **$1,873.63**

AFTER 2/12/2021  PAY          $2,060.99

Location of Job   : ALL PARTIES TO ATTEND REMOTELY VIA ZOOM, FL
Reference No.     : K04756

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $1,873.63 |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

✱ 863.63

OK MRC (drg)
3-2-21

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

Invoice No.     : 155086
Invoice Date   : 12/29/2020
**Total Due**   : **$1,873.63**

**P A I D**
Check No. 42867
Date 3-3-21

Remit To:  **Phipps Reporting, Inc.**
          **1551 Forum Place**
          **Building 200, Suite E**
          **West Palm Beach, FL 33401**

Job No.      : 169057
BU ID        : FL-PAN
Case No.     : 420CV00020MWMAF
Case Name  : Jami Claire vs. Florida Department of
             Management Services, Inc.

✱ See attached email.

Rmgt 20A010

**Diane Quigg**

| | |
|---|---|
| **From:** | Miriam Coles |
| **Sent:** | Tuesday, March 02, 2021 12:22 PM |
| **To:** | Diane Quigg |
| **Subject:** | RE: Invoices for Approval-Phipps-$1,290.00 |

NO. I cannot justify paying $1K for exhibits that were electronic. Why is there a page price point if the service is hyperlinking, which I did not ask for. Getting a copy of the exhibits cost more than the deposition!? It's ridiculous.

**From:** Diane Quigg <DQuigg@HenryBLaw.com>
**Sent:** Tuesday, March 2, 2021 11:53 AM
**To:** Miriam Coles <MColes@HenryBLaw.com>
**Subject:** FW: Invoices for Approval-Phipps-$1,290.00

M, please see below for explanation of charges regarding attached invoice and let me know how to proceed.  Thanks.

Diane R. Quigg
Bookkeeper
Henry Buchanan, P.A.
Post Office Box 14079 (32317-4079)
2508 Barrington Circle (32308)
Tallahassee, Florida
Telephone:   850-222-2920
Facsimile:     850-224-0034

Hi Diane,

We are in receipt of your email. Please allow me to work on your request for invoice adjustments.
However please see below for the clarification of the E-litigation package:

The E-Litigation package charge is for the files sent to you electronically, which include the transcript, mini, exhibits (when applicable) available via email, online and for download.
Hyperlinking is linking the exhibits within the transcript for ease of access.

Thank you,

**KATHY GIL,** Billing Assistant Manager
Office: 888-811-3408 x2406
Direct: 954-265-8350
Fax: 561-290-1595
On Wed, Jan 20 at 5:20 PM , Diane Quigg <dquigg@henryblaw.com> wrote:
Hello, the invoices listed below need clarification and/or revision:

| Invoice | Amount | Comments |
|---|---|---|
| | | |

| No. | | |
|-----|--|--|
| ████████████████████████████████████ | | |
| 155086 | 1,873.63 | Attorney Miriam Coles did not order exhibits (had received them earlier electronically) and wants invoice adjusted accordingly. |
| ████████████████████████████████████ | | |

Thank you, and let me know if you have any questions.

Diane R. Quigg
Bookkeeper
Henry Buchanan, P.A.
Post Office Box 14079 (32317-4079)
2508 Barrington Circle (32308)
Tallahassee, Florida
Telephone:  850-222-2920
Facsimile:    850-224-0034

42904

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 03/17/21 | COURT REPORTER FEES | 650 | 1,108.11 | | 1,108.11 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 03/17/21 | 42904 | 1,108.11 | 0.00 | 1,108.11 |

# INVOICE

1 of 1

**PHIPPS REPORTING**

**HEADQUARTERS**
1551 Forum Place, Suite 200-E West Palm Beach, FL 33401
TEL: 888-811-3408    FAX: 561-290-1595
billing@phippsreporting.com • www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 158920 | 2/2/2021 | 172308 |
| **Job Date** | **Case No.** | |
| 1/29/2021 | 420CV00020MWMAF | |
| **Case Name** | | |
| Jami Claire vs. Florida Department of Management Services, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

| | | | | | |
|---|---|---|---|---|---|
| DEPOSITION TRANSCRIPT OF: | | | | | |
| C/R: Robert Bonnell | 57.00 | Pages | @ | 3.130 | 178.41 |
| C/R: Robert Bonnell - Exhibits | | | | | |
| Exhibits:  B & W | 176.00 | Pages | @ | 0.510 | 89.76 |
| Exhibits:  Color | 69.00 | Pages | @ | 1.010 | 69.69 |
| | **TOTAL DUE   >>>** | | | | **$337.86** |

Location of Job   : ALL PARTIES TO APPEAR VIA ZOOM
Reference No.    : K04756

AFTER 3/19/2021  PAY        $371.65

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$337.86** |

**Tax ID:** 90-0628164

---

*Please detach bottom portion and return with payment.*

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

Invoice No.   : 158920
Invoice Date  : 2/2/2021
**Total Due**    : **$337.86**

Remit To:  **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

Job No.   : 172308
BU ID     : FL-PAN
Case No.  : 420CV00020MWMAF
Case Name : Jami Claire vs. Florida Department of Management Services, Inc.

*Rmgt  20A010*

# INVOICE

1 of 1



TEL: 888-811-3408
fl.billing@lexitaslegal.com    lexitaslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 151040 | 11/24/2020 | 160935 |
| **Job Date** | **Case No.** | |
| 11/19/2020 | 420CV00020MWMAF | |
| **Case Name** | | |
| Jami Claire vs. Florida Department of Management Services, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

DEPOSITION TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Alton "Rip" Colvin, Jr. | 140.00 Pages | @ | 3.130 | 438.20 |
| Paperless delivery:  One tree will be planted in your honor! | 1.00 | @ | 0.000 | 0.00 |
| Alton "Rip" Colvin, Jr. - Exhibit | | | | |
| Exhibits:  B & W | 8.00 Pages | @ | 0.510 | 4.08 |
| Exhibits:  Color | 71.00 Pages | @ | 1.010 | 71.71 |

TOTAL DUE  >>>                          **$513.99**
AFTER 1/8/2021  PAY                      $565.39

Reference No.    : K04756

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| **(-) Payments/Credits:** | 518.07 |
| **(+) Finance Charges/Debits:** | 77.02 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

| | |
|---|---|
| Invoice No. | : 151040 |
| Invoice Date | : 11/24/2020 |
| **Total Due** | : **$0.00** |

| | |
|---|---|
| Remit To: **Lexitas** | |
| **PO Box 734298 Dept. 2034** | |
| **Dallas, TX 75373-4298** | |

| | |
|---|---|
| Job No. | : 160935 |
| BU ID | : FL-PAN |
| Case No. | : 420CV00020MWMAF |
| Case Name | : Jami Claire vs. Florida Department of Management Services, Inc. |

# LEXITAS

TEL: 888-811-3408
fl.billing@lexitaslegal.com                    lexitaslegal.com

# I N V O I C E
1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 153233 | 12/14/2020 | 166097 |

| Job Date | Case No. |
|---|---|
| 12/8/2020 | 420CV00020MWMAF |

| Case Name |
|---|
| Jami Claire vs. Florida Department of Management Services, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

DEPOSITION TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Carolyn Horwich | 94.00 Pages | @ | 3.130 | 294.22 |
| Carolyn Horwich - Exhibit | | | | |
| Exhibits:  B & W | 72.00 Pages | @ | 0.510 | 36.72 |
| Exhibits:  Color | 11.00 Pages | @ | 1.010 | 11.11 |
| | **TOTAL DUE  >>>** | | | **$342.05** |
| | AFTER 1/28/2021  PAY | | | $376.26 |

Reference No.    : K04756

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| **(-) Payments/Credits:** | 342.05 |
| **(+) Finance Charges/Debits:** | 54.73 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

| | |
|---|---|
| Invoice No. | : 153233 |
| Invoice Date | : 12/14/2020 |
| **Total Due** | **: $0.00** |

Remit To:  **Lexitas**
            **PO Box 734298 Dept. 2034**
            **Dallas, TX 75373-4298**

| | |
|---|---|
| Job No. | : 166097 |
| BU ID | : FL-PAN |
| Case No. | : 420CV00020MWMAF |
| Case Name | : Jami Claire vs. Florida Department of Management Services, Inc. |

# I N V O I C E

1 of 1



TEL: 888-811-3408
fl.billing@lexitaslegal.com                lexitaslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 157703 | 1/25/2021 | 171203 |

| Job Date | Case No. |
|---|---|
| 1/11/2021 | 420CV00020MWMAF |

| Case Name |
|---|
| Jami Claire vs. Florida Department of Management Services, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

DEPOSITION TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Melissa Jackson | 92.00 | Pages | @ | 3.130 | 287.96 |
| Melissa Jackson - Exhibits | | | | | |
| Exhibits:  B & W | 281.00 | Pages | @ | 0.510 | 143.31 |
| Exhibits:  Color | 84.00 | Pages | @ | 1.010 | 84.84 |
| | **TOTAL DUE   >>>** | | | | **$516.11** |
| | AFTER 3/11/2021  PAY | | | | $567.72 |

Reference No.    : K04756

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| **(-) Payments/Credits:** | 516.11 |
| **(+) Finance Charges/Debits:** | 67.09 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Miriam Coles
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308

| | | |
|---|---|---|
| Invoice No. | : 157703 | |
| Invoice Date | : 1/25/2021 | |
| **Total Due** | : **$0.00** | |

Remit To:  **Lexitas**
          **PO Box 734298 Dept. 2034**
          **Dallas, TX 75373-4298**

| | |
|---|---|
| Job No. | : 171203 |
| BU ID | : FL-NORTH |
| Case No. | : 420CV00020MWMAF |
| Case Name | : Jami Claire vs. Florida Department of Management Services, Inc. |

# SECTION B

## <u>Composite B</u>

## Fees for Medical Records Obtained for Use in the Case

**JAMI CLAIRE, KATHRYN LANE, and AHMIR MURPHY v. FLORIDA DEPARTMENT OF MANAGEMENT SERVICES, and PEDRO ALLENDE, in his official capacity as Secretary of the Florida Department of Management Services.**
**Case No.: 4:20-cv-0020-MW-CAS**

HENRY BUCHANAN, P.A.
Vendor:    566 NORTH FLORIDA REGIONAL THYROID CTR                                    4 2 4 9 7

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 10/29/20 | MEDICAL RECORDS (RMGT.20A010) | 650 | 50.00 | | 50.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 10/29/20 | 42497 | 50.00 | 0.00 | 50.00 |

SFMS91353-1        TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143        CRL71F0010000    G07SF014940
Safeguard

# Invoice

Print Date: 09/24/2020

| | |
|---|---|
| **North Florida Regional Thyroid Center** | |
| **1705 South Adams St.** | |
| **Tallahassee, FL 32301-5406** | |

| | |
|---|---|
| **Invoice Date:** | 9/1/2020 12:00:01 AM |
| **Invoice No:** | 190933 |
| **Account No:** | KUBJAY0001 |
| **Guarantor Acc No:** | KUBJAY0001 |
| **Guarantor Name:** | Lane, Kathryn |
| **Tax ID:** | 593511965 |
| **Provider Name:** | Hart, Celeste B |

Lane, Kathryn
2001 Old St Augustine Road Apt J 202
Tallahassee, FL 32301

| Service Dates | CPT Code | ICD Code | Description | | POS | Unit Fee | Unit | Fee |
|---|---|---|---|---|---|---|---|---|
| 09/01/20 - 09/01/20 | X0004 | | Medical Records Others Fee | | \<none\> | $50.00 | 1.00 | $50.00 |

Insurance Company:

Group Number:

Policy Number:

| | |
|---|---|
| Invoice Amount | $50.00 |
| Co-Payment Paid | $0.00 |
| Patient Paid | $0.00 |
| Patient Adj | $0.00 |
| Patient Deposit | $0.00 |
| Insurance Paid | $0.00 |
| Insurance Adj | $0.00 |
| Total Payment | $0.00 |
| Invoice Balance | $50.00 |

Rnigt 20 A10

HENRY BUCHANAN, P.A.
Vendor:     454 SHARECARE HEALTH DATA SERVICES LLC                                    42496

| . Date | Description | Invoice # | Amount | Disc | Net Amt |
|--------|-------------|-----------|--------|------|---------|
| 10/29/20 | MEDICAL RECORDS (RMGT.20A010) | 650 | 85.07 | | 85.07 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 10/29/20 | 42496 | 85.07 | 0.00 | 85.07 |

# ⦿ sharecare

| | |
|---|---|
| Invoice Number: | 1172731 |
| Date: | 9/21/2020 |
| Tax ID: | 90-0998358 |

Bill To:

HENRY BUCHANAN PA
2508 Barrington Cir
Tallahassee, FL 32308-3882

Send Medical Records To:

HENRY BUCHANAN PA
2508 Barrington Cir
Tallahassee, FL 32308-3882

Due upon receipt

| Patient Name | Reference | Record Type | Pages |
|---|---|---|---|
| AHMIR MURPHY | | Medical | 67 |

| Provider: |
|---|
| University of Miami Health System-Subpoenas 1400 NW 12th Ave Miami, FL 33136-1003 |

| Description | Quantity | Rate | Sub-Total |
|---|---|---|---|
| Pages  1-50000 | 67 | $1.00 | $67.00 |
| Number of years searched | 15 | $1.00 | $15.00 |
| | | Sub-Total: | $82.00 |
| | | Delivery Fee: | $3.07 |
| | | Tax: | $0.00 |
| | | Payment/Credits: | $0.00 |
| | | Balance Due: | $85.07 |

Pay Online at https://payonline.hds.sharecare.com/

We accept VISA, MasterCard, American Express, and Discover.
We DO NOT accept Flex Health Spending cards.

**Please remit payment to:**

Main Office:
Sharecare Health Data Services, LLC
8344 Clairemont Mesa Blvd. Suite 201
San Diego, CA 92111

(858) 244-1811
(858) 430-4962 Fax

| | |
|---|---|
| Account Number: | HENRY-32308 |
| Patient Name: | AHMIR MURPHY |
| Invoice Number: | 1172731 |
| Payment Terms: | Net 30 |
| Balance Due: | $85.07 |

Pmgt. 20A10



HENRY BUCHANAN, P.A.
Vendor:    570 IRM

42530

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 11/17/20 | MEDICAL RECORDS (RMGT.20A010) | 650 | 31.75 | | 31.75 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 11/17/20 | 42530 | 31.75 | 0.00 | 31.75 |

Safeguard    SFMS01253-1    TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 552-7143    CRL71F0010000    G07SF014940

PREPAYMENT REQUIRED

**IRM**
5633 Doolittle Rd,
Jacksonville, FL 32254

**Invoice**
IRM37061904
November 16, 2020


**IRON MOUNTAIN®**

Phone: 904-695-1604
Fax: 904-693-6441

**J. Steven Carter**
Henry Buchanan, P.A.
P.O. Box 14079
Tallahassee, FL 32317

On 8/26/2020 the following healthcare provider received your request for copies of medical records:
**JAX - UF HEALTH SHANDS GAINESVILLE**
PO Box 100348
Gainesville, FL 32610

You requested records for: JAMI CLAIRE

This is your invoice for providing the copies of the medical records.

Your Reference ID:

IRM Request ID:    IRM37061904
IRM Online Tracking Number:    UFSGYLRH2FFHJ

**You can track and pay for your request online at:**
**irm.roilog.com**

Records consisting of more than 75 pages may
be sent on CD-ROM.

Cancelled requests or unpaid invoices may be
subject to a cancellation fee.

### Fees

| | |
|---|---|
| Search and Retrieval Fee: | $24.00 |
| Number of Pages: | 6 |
| Tier 1: | $6.00 |
| Tier 2: | $0.00 |
| Tier 3: | $0.00 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $0.00 |
| Adjustments: | $0.00 |
| Postage: | $1.30 |
| Sales Tax: | $0.45 |
| TOTAL: | $31.75 |
| Paid at Facility: | ( $0.00) |
| Paid to IRM: | ( $0.00) |
| **BALANCE DUE:** | $31.75 |

*You may pay this invoice online at:*
**irm.roilog.com**
*You can send a check to:*
**IRM c/o Med Rec Payments**
P.O. Box 6700,
Southeastern, PA 19398-6700

IRM Tax ID (EIN): 23-2588479

*Please write the Invoice # on the check or
return this invoice with the payment.*

**PAYMENT**

By paying this invoice, you are representing that you: have reviewed, understood, and approved the charges; have agreed to pay them; and have agreed to the following terms. Any dispute relating to the charges in this invoice must be presented before paying this invoice. Any dispute not so presented is waived. Presentation of a dispute must be made by telephone 904-695-1604. Upon presentation of a dispute, your payment of the invoice will be noted as made under protest pending resolution of the dispute presented. All disputes regarding the charges in this invoice, whether presented by you or by IRM, must be resolved by arbitration under the Federal Arbitration Act through one or more neutral arbitrators before the American Arbitration Association (AAA). Your dispute will be resolved by the arbitrators, and not by a judge or a jury. Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative or member of a class. An arbitrator may not consolidate your dispute with the dispute of anyone else nor preside over any form of class proceeding. Upon request by you at the time a dispute is presented, IRM will pay the AAA fee for arbitration of your dispute.

**Please contact IRM at 904-695-1604 for any questions regarding this invoice.
IRM is the medical copy request processor for:
JAX - UF HEALTH SHANDS GAINESVILLE.**

Rmgt 20 A010

HENRY BUCHANAN, P.A.

42828

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 02/23/21 | MEDICAL RECORDS (RMGT.20A010) | 650 | 27.00 | | 27.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 02/23/21 | 42828 | 27.00 | 0.00 | 27.00 |

 Safeguard   LITHO USA   SFG.Z  GK760511ZL

SFMS01353-1          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143          CRL71F0010000    G07SF014840

# DERMATOLOGY ADVANCED CARE
## DR. J. BREWSTER CALDWELL
**2433 MAHAN DRIVE**
**TALLAHASSEE, FLORIDA 32308**
**(850) 219-8882**
**FAX (850) 219-8883**

TO: _Henry Buchanan, D.O._

ATTENTION: _____

FROM: _Diane_____

DATE: _12/7/20_____

## TOTAL NUMBER OF PAGES, INCLUDING COVER SHEET

_1_

COMMENTS:

The information contained in this transmission is privileged and confidential. It is intended only for the use of the individual named and any others who have been specifically authorized to receive such. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited.

To Whom It May Concern:

Enclosed is the medical record you requested for _Kathryn Jane_.
Our fee for this record is $ _27.00_. Our tax ID is 82-0586899. Please remit payment to the above address.

_ck (50) 1-13-2021_

Thank you,

Dermatology Advanced Care

_Img# 20A010_

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 02/23/21 | MEDICAL RECORDS (RMGT.20A010) | 650 | 28.25 | | 28.25 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 02/23/21 | 42847 | 28.25 | 0.00 | 28.25 |



**Joseph D. Miller, D.C., P.A.**

**1931 Welby Way, Suite 1**

**Tallahassee, FL  32308**

**Ph. 850-580-5252   Fax 850-878-8400**

Date: 12/16/2020

To: Henry Buchanan
2508 Barrington Circle
Tallahassee, Fl  32308-3898

Re: Jay Kubica

Per your request for copies of the above named patient's file, please note the following office charges which apply to this account.

25 Copies at $1.00 per copy = $ 25.00

13 Copies at $0.25 per copy = $ 3.25

Total Due=$ 28.25

50 1-13-2021
ok

Please remit this amount to the address listed above.

Thank you for allowing us to serve you.  Please advise me if I can help you in any other way.

Sincerely,

Joseph D Miller, D.C.

Rmgt 20A010



P.O. Box 791522
Baltimore, MD 21279-1522
(770) 569-2445

ScanSTAT
TECHNOLOGIES

Billing Date: **12/18/2020**
Due Date: **1/17/2021**
Amount Due: **$17.00**
Invoice #: **6247ADAD45E341AA94AE**

| Billing Address | Patient Information | Shipping Address |
|---|---|---|
| HENRY BUCHANAN PA<br>2508 BARRINGTON CIRCLE<br>TALLAHASSEE, FL 32308 | NAME: KATHRYN LANE<br>MRN:  501080<br>REQUEST ID: | HENRY BUCHANAN PA<br>2508 BARRINGTON CIRCLE<br>TALLAHASSEE, FL 32308 |

## MEDICAL RECORD SOURCE

Records were ordered from:     C00317 Tallahassee Primary Care Associates - ...
1803 MICCOSUKEE COMMONS DRIVE
TALLAHASSEE, FL 32308

| QUANTITY | ITEM DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | Handling Charge | $17.00 | $17.00 |
| | Subtotal | | $17.00 |
| | **AMOUNT DUE** | | **$17.00** |

P A I D
Check No. 42864
Date 3-3-21

ⓒ 2-25-21
OW

## IMPORTANT NOTICE:

In most cases the invoice amount is determined and controlled by your states legislated rates.
Please pay within 30 days. Otherwise, it is our policy to defer to a collection agency.

## MESSAGES

These records were processed by a ScanSTAT professional. All of our professionals
work hard to process your records quickly, securely and accurately.  On behalf
of all our employees, affiliates and their families, thanks for paying promptly.

-------------- PLEASE RETAIN THIS PORTION FOR YOUR RECORDS --------------

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

HENRY BUCHANAN PA
2508 BARRINGTON CIRCLE
TALLAHASSEE, FL 32308

**We accept credit card payments by phone
or online by visiting www.scanstat.com**

### INSTRUCTIONS

1) Please send payments only to the address listed on this invoice.
2) Please DO NOT SEND CASH.
3) Pay by check, credit card or money order.
4) Please pay the total amount due listed on this invoice.

**For questions regarding your account or invoice**
(770) 569-2445
Email - cust-service@ScanStat.com
**Federal Tax ID#: 27-0786975**

Billing Date: **12/18/2020**
Due Date: **1/17/2021**
Amount Due: **$17.00**
Invoice #: **6247ADAD45E341AA94AE**

**ScanSTAT Technologies**
P.O. Box 791522
Baltimore, MD 21279-1522

**(MUST SUBMIT BARCODE BELOW WITH PAYMENT)**



6247ADAD45E341AA94AE

RM91.20A010-AM

# SECTION C

## <u>Composite C</u>

# Fees for Copies of Papers Obtained for Use in the Case

**JAMI CLAIRE, KATHRYN LANE, and AHMIR MURPHY v. FLORIDA DEPARTMENT OF MANAGEMENT SERVICES, and PEDRO ALLENDE, in his official capacity as Secretary of the Florida Department of Management Services.**
**Case No.: 4:20-cv-0020-MW-CAS**

**Action Legal Discovery Services, LLC**
3135 Eliza Rd
Tallahassee, FL  32308 US
(850) 222-7526
www.actionlegaldiscovery.com



# INVOICE

**BILL TO**
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL  32308

**INVOICE #** 9759
**DATE** 10/16/2020
**DUE DATE** 10/31/2020
**TERMS** Net 15

**ORDERED BY:**
Alyssa

**BILLING REF.**
Claire 20A010

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **35**<br>Hands-on-glass copies | 1,922 | 0.35 | 672.70T |
| **Color**<br>8.5 x 11 color copies | 530 | 0.75 | 397.50T |
| **BB**<br>8.5 x 11 black & white copies from electronic format | 3,844 | 0.14 | 538.16T |
| **Color BB**<br>8.5 x 11 color copies from electronic format | 1,060 | 0.75 | 795.00T |
| **S10**<br>light litigation black & white scanning | 1,922 | 0.10 | 192.20T |
| **SColor**<br>8 1/2 x 11 color scanning | 530 | 0.75 | 397.50T |
| **CD**<br>CD creation | 3 | 15.00 | 45.00T |

| | |
|---|---|
| SUBTOTAL | 3,038.06 |
| TAX | 227.85 |
| TOTAL | 3,265.91 |
| PAYMENT | 3,265.91 |
| BALANCE DUE | **$0.00** |

Thank you for using Action Legal Discovery Services!
Tax ID# 27-4126099 | Tax ID# 27-4126099

Date: 01/20/2026

**Posted and Unposted Check Register**
HENRY BUCHANAN, P.A.

Page: 1

**Bank Account: 1 Operating Account**

| Vendor # | Name | Voucher # | Invoice # | Inv Date | Inv Amount | Date Paid | Amount Paid | Check Number | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| 202 | ACTION LEGAL DISCOVERY SERVICES LLC | | 650/768 | 120420 | 5,157.77 | 120420 | 5,157.77 | 42573 | U | 118 |
| | OCT. 2020 INVOICES (650-$5,004.78/768-$152.99) | | | | | | | | | |
| | | | **Bank Account Totals:** | | 5,157.77 | | 5,157.77 | | | |

**Note bookkeeping ledger codes:**

**650** is a code for client expenses (In 2020, bookkeeping would often combine multiple invoices from a vendor into one check to the vendor. Therefore, in the Claire matter (RMGT.20A010), Invoice No. 9759 in the amount of $3265.91 is included within this payment to the vendor.)

**768** is an internal miscellaneous expense

Date: 01/20/2026
Page: 1 of 1

| From Account | Serial Number | Amount | Account Name |
|---|---|---|---|
| 0044176413 | 42573 | 5,157.77 | OPERATING ACCOUNT |

| Paid Date | Document Image Number |
|---|---|
| 12/24/2020 | 150029086 |





**Action Legal Discovery Services, LLC**
117 East Georgia Street
Tallahassee, FL  32301 US
(850)222-7526
https://www.actionlegaldiscovery.com/



# INVOICE

**BILL TO**
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL  32308

**INVOICE #** 9788
**DATE** 11/05/2020
**DUE DATE** 11/20/2020
**TERMS** Net 15

| **ORDERED BY:** | **BILLING REF.** |
|---|---|
| Miriam | 20A010 Claire v DMS |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Image File Processing**<br>Prepare and convert to TIFF or PDF image format. (cost per GB)<br>Included ingestion, de-duping, OCR, applying header, PDF catalog | 39.26 | 350.00 | 13,741.00T |

| | | |
|---|---|---|
| SUBTOTAL | | 13,741.00 |
| TAX (7.5%) | | 1,030.58 |
| TOTAL | | 14,771.58 |
| BALANCE DUE | | **$14,771.58** |

Thank you for using Action Legal Discovery Services!
Tax ID# 27-4126099 | Tax ID# 27-4126099

Date: 01/20/2026

**Posted and Unposted Check Register**
HENRY BUCHANAN, P.A.

Page: 1

**Bank Account:  1 Operating Account**

| Vendor # | Name | Voucher # | Invoice # | Inv Date | Inv Amount | Date Paid | Amount Paid | Check Number | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| 202 | ACTION LEGAL DISCOVERY SERVICES LLC | | | | | | | | | |
| | INVOICE 9788 (RMGT.20A010) | | 650 | 111320 | 14,771.58 | 111320 | 14,771.58 | 42522 | U | 117 |
| | | | **Bank Account Totals:** | | 14,771.58 | | 14,771.58 | | | |

Date: 01/20/2026
Page: 1 of 1

| From Account | Serial Number | Amount | Account Name |
|---|---|---|---|
| 0044176413 | 42522 | 14,771.58 | OPERATING ACCOUNT |

| Paid Date | Document Image Number | | |
|---|---|---|---|
| 12/08/2020 | 130041992 | | |



HENRY BUCHANAN, P.A.
P.O. BOX 14079
TALLAHASSEE, FL 32317-4079

HANCOCK WHITNEY
TALLAHASSEE, FL

42522

63-1278/631

DATE   11/13/20     CHECK   42522     AMOUNT   *$14,771.58

*** FOURTEEN THOUSAND SEVEN HUNDRED SEVENTY-ONE & 58/100 DOLLARS

PAY TO THE ORDER OF
ACTION LEGAL DISCOVERY SERVICES LLC
117 EAST GEORGIA STREET
TALLAHASSEE FL 32301