IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMI CLAIRE**, *et al.*,

    *Plaintiffs*,

v.                                      Case No.: 4:20cv20-MW/MAF

**FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES**, *et al.*,

    *Defendants*.

_____/

## ORDER FOR EXPEDITED RESPONSE

Pending before this Court is Defendants' motion for determination of entitlement to limited attorneys' fees. ECF No. 203. Plaintiffs shall file an expedited response to the motion **on or before January 28, 2026.**

**SO ORDERED on January 21, 2026.**

                                                         s/Mark E. Walker
                                                         **United States District Judge**