IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMI CLAIRE**, *et al.*,

    *Plaintiffs*,

v.                                       Case No.: 4:20cv20-MW/MAF

**FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES**, *et al.*,

    *Defendants*.

_____/

**ORDER DENYING DEFENDANTS' MOTION FOR
TAXATION OF COSTS**

This Court has considered, without hearing, Defendants' motion for the taxation of costs. ECF No. 202. Defendants move this Court to award them costs as the prevailing parties in this case. However, this motion does not comply with Local Rule 54.2. Specifically, Local Rule 54.2 directs parties to file a bill of costs and, if appropriate, a memorandum in support of the bill of costs for the Clerk of Court to address—not a motion for the district judge presiding over the action to resolve. N.D. Fla. Loc. R. 54.2(A)–(B). After the Clerk addresses the bill of costs, the parties may seek review from this Court. N.D. Fla. Loc. R. 54.2(C).

Accordingly, Defendants' motion for the taxation of costs, ECF No. 202, is **DENIED without prejudice**. The Clerk shall address the verified bill of costs

attached at ECF No. 202 at 8 after the deadline for Plaintiffs to file objections has expired. *See* N.D. Fla. Loc. R. 54.2(A)–(B).

**SO ORDERED on January 21, 2026.**

**s/Mark E. Walker           
United States District Judge**
