IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMI CLAIRE, et al.,

    Plaintiffs,

v.    Case No. 4:20cv20-MW/MAF

FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES, et al.,

    Defendants.

_____/

**JUDGMENT**

Defendants are entitled to judgment against Plaintiffs in the amount of $14,219.85 in costs, for which sum let execution rest.

    JESSICA J. LYUBLANOVITS,
    CLERK OF COURT

February 6, 2026    s/ Samantha Buckhalt
DATE    Deputy Clerk