# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**JAMI CLAIRE et al.,**

    **Plaintiffs,**

**vs.**                                    **CASE NO. 4:20-cv-0020-MW-CAS**

**FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES et al.,**

    **Defendants.**

_____ /

## SATISFACTION OF JUDGMENT

Defendants acknowledge full payment of the judgment entered on February 6, 2026, in the amount of $14,219.85. Defendants agree that Plaintiffs do not owe Defendants any more monies for the judgment.

Dated this 30th day of March 2026.

HENRY BUCHANAN, P.A.

s/ _____

MIRIAM R. COLES
Florida Bar No. 58402
mcoles@henryblaw.com
Post Office Drawer 14079
Tallahassee, Florida 32317-4079
(850) 222-2920: Telephone
(850) 224-0034: Facsimile
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March 2026, a true and correct

copy of the foregoing filed with the Court utilizing the CM/ECF system, which will

transmit a notice of electronic filing to all counsel of record.

s/ _____

ATTORNEY